# EXHIBIT A

```
                                                              1

 1    ROUGH DRAFT 9/26/14

 2    DEPOSITION OF Guillermo Davila, M.D.

 3    IN RE:  Dotres v. Boston Scientific

 4              UNOFFICIAL DRAFT TRANSCRIPT

 5          THIS IS AN UNOFFICIAL DRAFT TRANSCRIPT!

 6    NOTES:

 7    1.  The following file is not an official transcript.

 8    It is intended only to aid in case preparation.  It

 9    cannot be quoted from or used to perjure a witness.

10    The final transcript will be different from this rough

11    draft in terms of Q/A/Colloquy formatting, page and

12    line numbers, and substance, where there are computer

13    mistranslations or where there has been cross-talk or

14    difficulty with speed or audibility during the

15    proceedings.  The final transcript will be edited,

16    proofread, and quality-checked.

17

18    2.  This draft transcript is supplied to you on the

19    condition that, upon receipt of the certified

20    transcript, this draft and any copies thereof (in

21    condensed format or otherwise) will be destroyed.  The

22    certified transcript is the only official transcript

23    which may be relied upon for purposes of verbatim

24    citation of testimony.
                                                              2

 1             THE VIDEOGRAPHER:  We are now on the record.

 2        My name is Dan Lawlor.  I'm the videographer for

 3        Golkow Technologies.

 4             Today's date is September 26, 2014, and the
```

```
20          A.    Um, no, I think we've hit the key elements.
21          Q.    And so I think your note from yesterday
22    indicates that the procedures that you're going to
23    schedule for Ms. Dotres include a posterior repair and
24    vaginal exploration; is that right?
```
                                                                48

```
 1          A.    That's correct.
 2          Q.    And the posterior repair is to address the
 3    erosion that we talked about -- the exposure, I'm
 4    sorry?
 5          A.    Um, that's the main purpose of the posterior
 6    repair; correct.
 7          Q.    Is there another aspect of the posterior
 8    repair other than addressing the exposure?
 9          A.    Well, she -- she has this enlarged caliber,
10    and we talked about putting those muscles back
11    together, giving her some more support as well.  So
12    that's a posterior repair part.
13          Q.    Have you decided on a technique or an
14    approach for doing that?
15          A.    I'm just going to do what I usually do.
16          Q.    Which is what?
17          A.    I'm going to open up the back wall of the
18    vagina, get up to an area above the two areas of
19    exposure, cut out the exposure, and then stitch the
20    muscles of what we call the perineum back together to
21    restore support to the lower part of the vagina.
22          Q.    Have you scheduled the procedure with
23    Ms. Dotres yet, do you know?
24          A.    I believe it is scheduled.
```

                                                                    49

        1        Q.   Do you know when?
        2        A.   I'm not sure.
        3        Q.   This case is set for trial I believe
        4   November 3rd.  Do you know if it's before or after
        5   that?
        6        A.   October 26 comes to mind, but I -- I -- no,
        7   I don't know.  That's -- that's the answer.
        8        Q.   Do you know if you have any visits scheduled
        9   with Ms. Dotres prior to the surgery?
       10        A.   No.  I think this is -- this was her kind of
       11   preoperative type of visit.
       12             MR. JOHNSON:  Okay.  While we're waiting on
       13        whether that prior exhibit is going to be 2 or
       14        not, we'll mark your report from yesterday as
       15        Exhibit 2.
       16             (Exhibit No. 2 was marked for
       17        identification.)
       18        Q.   (By Mr. Johnson)  And we'll mark the
       19   urodynamics report as Exhibit 3.
       20             (Exhibit No. 3 was marked for
       21        identification.)
       22        Q.   (By Mr. Johnson)  Doctor, I was asking you
       23   earlier when we started just about the risks and
       24   benefits of mesh around the 2008 time frame.
                                                                    50

        1             Were you a participant in the Pelvic Health
        2   Coalition back in that time frame, 2008, do you
        3   recall?
        4        A.   Pelvic -- you're going to have to tell me

```
15    that we don't have much knowledge about is what
16    happens to mesh over multiple years and decades.
17              So is it possible?  Yes.  In the short-term,
18    what I told her is that addressing this in all
19    likelihood would -- would have a good result for her.
20         Q.   (By Mr. Blasingame)  Does exposure subject
21    the patient to potential inflammation and infection
22    in the area of the exposure?
23         A.   You know, I think any -- anywhere -- any
24    place where the skin is -- is not intact, there's
                                                          77

1     going to be some degree of mild infection going on.
2     So I think by definition, somebody who has a mesh
3     exposure has some degree of mild infection in that
4     area, but it -- it typically is just localized there.
5     It's not something that spreads into the rest of the
6     pelvis and leads to any -- any serious infectious
7     process.
8          Q.   The -- what is -- what is your follow-up
9     period with this patient after the surgery, assuming
10    everything goes well?
11         A.   Yeah.  All of my post-operative patients
12    ideally will have two years of follow-up.  So we'll do
13    her surgery, which will be an outpatient surgical
14    procedure.  She'll go home.  We will follow up with
15    her over the phone within 48 hours.  We'll follow up
16    with her over the phone at two weeks.
17              If she's having any -- any abnormality in
18    her -- in her recovery phase, we'll see her at two
19    weeks, or prior to that if necessary.
```

```
20            If she's doing well, then we'll just see her
21   at six weeks, examine her at six weeks, determine how
22   her healing process is going on, if the stitches are
23   fully dissolved, et cetera.  And after the six-week
24   visit is when we'll ask her to normalize her physical
                                   78

 1   activities including having sex.
 2            And then we'll see her six months after
 3   that, and then we'll see her a year after that, which
 4   will be approximately two years after her surgery.
 5            And after that, we individualize our
 6   follow-up a little bit more, depending on how the
 7   patient is doing, what she has, who -- who the
 8   gynecologist involved in her care is, et cetera.
 9       Q.   After your surgery, she will still have mesh
10   in her body, will she not?
11       A.   She will.
12            MR. BLASINGAME:  Let's go off the record.
13            THE VIDEOGRAPHER:  Going off the record, the
14       time is 12:14.
15            (Discussion held off the record.)
16            THE VIDEOGRAPHER:  We're back on the record
17       at 12:17.
18            MR. BLASINGAME:  Thank you, sir.
19            MR. JOHNSON:  Can I ask one follow-up
20       question?  Just one follow-up question?
21            MR. BLASINGAME:  You used all your time and
22       part of mine.
23
24
```