IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

AMAL EGHNAYEM, et al.,

        Plaintiffs,

v.                                  CIVIL ACTION NO.   2:13-cv-07965

BOSTON SCIENTIFIC CORPORATION,

        Defendant.

**ORDER**

Pending is Boston Scientific Corporation's Motion for Continuance of all Pre-trial and Trial Deadlines Regarding Plaintiff Margarita Dotres, filed October 3, 2014.  [Docket 215].  The plaintiff has responded.  [Docket 219].

Boston Scientific Corporation ("BSC") seeks to remove Ms. Dotres's case from the consolidated trial set for November 3, 2014 in Miami, Florida because Ms. Dotres is scheduled to undergo a second surgical procedure "just days" before the November 3 trial.  BSC argues this circumstance will affect causation and damages evidence in this case, and it moves for a continuance of the trial for Ms. Dotres until BSC has had an opportunity to collect outstanding discovery it now seeks.

Plaintiff opposes the motion, asserting that (1) BSC has known for several months that plaintiff was seeking additional treatment with Dr. Guillermo Davila; (2) BSC's causation and damages expert has testified recently that Dr. Davila's deposition and records had no effect on any opinion that he would give in the case; and (3) it is not a valid ground for continuance simply

because a pelvic mesh plaintiff suffers chronic complications that necessitate medical intervention years after implantation.

I have carefully considered the arguments of the parties, and find BSC's arguments for continuing the November 3, 2014 trial as to Ms. Dotres unconvincing.  Accordingly, it is **ORDERED** that Boston Scientific Corporation's Motion for Continuance of all Pre-trial and Trial Deadlines Regarding Plaintiff Margarita Dotres is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 17, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE