IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION            MDL No. 2326

---

TO BE FILED IN LEAD CASE            1:14-cv-24061

---

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

Civil Action Nos.   *Nunez v. Boston Scientific Corp.*, 2:13-cv-24346;
*Eghnayem v. Boston Scientific Corp.*, 2:13-cv-07965;
*Betancourt v. Boston Scientific Corp.*, 2:14-cv-11337;
*Dotres v. Boston Scientific Corp.*, 2:13-cv-10077.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Mania Nunez, Amal Eghnayem, Juana Betancourt, and Margarita Dotres ("Plaintiffs") and Defendant Boston Scientific Corporation ("BSC") as follows:

1. BSC designed, manufactured, and sold the Pinnacle Pelvic Floor Repair Kits that were implanted in Plaintiffs.

2. Each of the Plaintiffs were implanted with a BSC Pinnacle Pelvic Floor Repair Kit, specifically:

    a. On or about August 27, 2008, Mania Nunez was implanted with a Pinnacle Anterior/Apical Pelvic Floor Repair Kit;

    b. On or about February 28, 2008, Amal Eghnayem was implanted with a Pinnacle Anterior/Apical Pelvic Floor Repair Kit;

    c. On or about June 8, 2010, Juana Betancourt was implanted with a Pinnacle Anterior/Apical Pelvic Floor Repair Kit; and

    d. On or about October 8, 2008, Margarita Dotres was implanted with a Pinnacle Anterior/Apical Pelvic Floor Repair Kit.

3. Each of the Pinnacle Pelvic Floor Repair Kits that were implanted in Plaintiffs were expected to and did reach Plaintiffs and their implanting physicians without substantial change affecting the Pinnacle Pelvic Floor Repair Kits' condition.

Agreed

*[signature]* BSC

*[signature]* Plaintiffs