```
 1                      UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
 2                            MIAMI DIVISION
                       CASE NO. 14-24061-CIVIL-GOODWIN
 3

 4    AMAL EGHNAYEM, et al.,            Miami, Florida

 5                  Plaintiffs,         November 3, 2014

 6          vs.                         9:39 a.m. to 5:10 p.m.

 7    BOSTON SCIENTIFIC CORP.,

 8                  Defendant.          Pages 1 to 228
     _____
 9

10                           JURY TRIAL
            BEFORE THE HONORABLE JOSEPH R. GOODWIN,
11                  UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14

      FOR THE PLAINTIFFS:      JIM H. PERDUE, JR., ESQ.
15                             PERDUE & KIDD, LLP
                               510 Bering Drive, Suite 550
16                             Houston, Texas 77057

17                             SHELLEY HUTSON, ESQ.
                               CLARK, LOVE, HUTSON
18                             440 Louisiana Street, Suite 1600
                               Houston, Texas 77002
19
                               JOSEPH ANTHONY OSBORNE, ESQ.
20                             BABBITT, JOHNSON, OSBORNE &
                                LE CLAINCHE
21                             1641 Worthington Road
                               Suite 100
22                             West Palm Beach, Florida 33409

23                             ERIN COPELAND, ESQ.
                               FIBICH, HAMPTON, LEEBRON, BRIGGS &
24                              JOSEPHSON, LLP
                               1150 Bissonnet
25                             Houston, Texas 77005
```

```
 1   FOR THE DEFENDANT:        MOLLY H. CRAIG, ESQ.
                               THE HOOD LAW FIRM, LLC
 2                             172 Meeting Street
                               Charleston, South Carolina 29401
 3
                               MATTHEW D. KEENAN, ESQ.
 4                             ERIC ANIELAK, ESQ.
                               SHOOK, HARDY & BACON
 5                             2555 Grand Boulevard
                               Kansas City, Missouri 64108
 6
                               HILDY M. SASTRE, ESQ.
 7                             SHOOK, HARDY & BACON
                               201 South Biscayne Boulevard
 8                             Suite 2400
                               Miami, Florida 33131
 9

10   INTERPRETED BY:          MARIA MARCILLO
                              CONSUELO BASCUAS
11

12   REPORTED BY:             LISA EDWARDS, RDR, CRR
                              Official Court Reporter
13                            United States District Court
                              400 North Miami Avenue
14                            Twelfth Floor
                              Miami, Florida 33128
15                            (305) 523-5499

16

17

18

19

20

21

22

23

24

25
```

1                               I  N  D  E  X

2
                                                              PAGE
3

4    Jury Selection                                            6

5    Preliminary Instructions to the Jury                     60

6    Opening Statement by Mr. Perdue                          75

7    Opening Statement by Ms. Craig                          100

8

9
     WITNESSES FOR THE PLAINTIFFS
10
     Evan Brasington (Videotaped Excerpts)                   134
11
     Philip Rackliffe (Videotaped Excerpts)                  177
12

13

14
     EXHIBITS RECEIVED IN EVIDENCE
15
     Plaintiffs' Exhibit Nos. 24, 26, 49, 50,
16     51 and 75                                              196

17

18

19

20

21

22

23

24

25

```
 1              THE COURTROOM DEPUTY:  Calling Case No. 14-Civil-24061,
 2    Amal Eghnayem versus Boston Scientific Corporation.
 3              THE COURT:  Please be seated.
 4              Is it "Eghnayem"?
 5              MR. PERDUE:  It is, your Honor.
 6              THE COURT:  All right.  Counsel, I'm sure that my law
 7    clerk has a seating chart somewhere, so I'll be able to call on
 8    the right person.  Before I bring the jury in, are the
 9    Plaintiffs ready for trial?
10              MR. PERDUE:  The Plaintiffs are ready for trial, your
11    Honor.
12              THE COURT:  Defendants are ready for trial?
13              MS. CRAIG:  Yes, your Honor.  We're ready for trial.
14              THE COURT:  A couple of things.  This courtroom is set
15    up for bench conferences to occur in a little room over here.
16    And I will go over there and lean into that room.  It's a small
17    room.  The court reporter will go over there.  There is no
18    sound machine.
19              So I would ask at bench conferences only one lawyer
20    from each side attend.
21              We'll need to do the same thing on jury selection.
22    Only one lawyer from each side when we do individual voir dire
23    as followup questions.
24              I don't know -- you can decide how you want to do that.
25    Maybe the short straw method might work.
```

```
 1              Do you have any questions about procedure or anything
 2    else before I have the jury brought in?
 3              Yes, sir.
 4              MR. ANIELAK:  Your Honor, Eric Anielak on behalf of
 5    Boston Scientific.
 6              I spoke to Meghan before we proceeded.
 7              We have a couple of evidentiary issues that we need to
 8    bring up.  We can either do that before jury selection or
 9    after, however the Court desires.
10              It should take maybe 15 or 20 minutes.  We have a
11    couple other things to put on the record.
12              THE COURT:  What kind of issues do you have left to
13    take 15 or 20 minutes?
14              MR. ANIELAK:  Some of the motions in limine -- it may
15    not take that long.  Some of the motions in limine that we
16    filed were denied without prejudice.  We would re-urge.  We
17    would -- some of those issues we intend to -- will come up
18    today.
19              THE COURT:  You won't mention them in the opening
20    statement.  Essentially, "denied without prejudice" means I'll
21    take them up during the trial when the issue presents itself.
22              MR. ANIELAK:  Very good.  We can take those up after
23    opening statements then, because we will have some of those
24    come up on deposition designations.  The timing of that will be
25    fine.
```

```
 1              THE COURT:  All right.  And this isn't something that
 2   Judge Eifert dealt with?
 3              MR. ANIELAK:  There's three issues.  There's one that
 4   Judge Eifert is in the process of dealing with, and then
 5   there's two others that she deferred because of your rulings on
 6   the in limine.
 7              THE COURT:  Okay.  Get it in a nice capsule form
 8   because I don't have twenty minutes to spend on it.
 9              MR. ANIELAK:  It will be short, your Honor.
10              THE COURT:  All right.
11              MR. ANIELAK:  Boston Scientific also just wants to
12   preserve for the record our objection to the consolidated
13   trial.  And that's been fully briefed, but we did want to put
14   that on the record up front.
15              THE COURT:  Generally speaking, you only have to make
16   an objection once, and I only have to rule once.
17              The objection is noted.  And it is overruled.
18              Does anybody else have anything?
19              All right, Mr. Clerk.  We'll have the jury when you're
20   ready.
21              THE COURTROOM DEPUTY:  The jury's here.
22              THE COURT:  Each side has the jury names?
23              MS. CRAIG:  Yes, your Honor.
24              (Whereupon, the prospective jury panel entered the
25   courtroom at 9:42 a.m. and the following proceedings were had:)
```

```
 1              THE COURT:  Please be seated.

 2              Mr. Clerk, if you would call the case one more time so

 3    the jury can hear it.

 4              THE COURTROOM DEPUTY:  Calling Case No. 14-Civil-24061,

 5    Amal Eghnayem versus Boston Scientific.

 6              THE COURT:  Mr. Hammond, the clerk, has called the

 7    names of these jurors who are in attendance.

 8              Ladies and gentlemen, I'm United States District Judge

 9    Joseph Goodwin.  I'll be presiding over the case that we'll be

10    trying today.

11              I want you to understand that all of us know that

12    jurors are the most important people in our system of justice.

13    As a consequence, we're going to treat you as VIPs.  If you

14    need anything or want anything during your jury service, don't

15    hesitate to ask the clerk or any of the staff.  We'll do our

16    best to make your jury service comfortable.

17              I also will make you this promise:  I won't waste your

18    time.  This train will run on time.

19              We're getting ready to begin right now a process which

20    is known as voir dire examination.  That's a process by which I

21    ask all of you a series of questions to determine your

22    qualifications to serve as jurors.

23              The voir dire examination is for two reasons:  First,

24    it allows me to determine if any juror should be excused for

25    good legal cause.  And second, it allows the attorneys to gain
```

```
 1    information that they can use in exercising their peremptory

 2    strikes or challenges.

 3             Mr. Hammond, would you please administer the oath on

 4    voir dire to the entire jury panel.

 5             (Whereupon, the prospective jury panel was duly sworn.)

 6             THE COURT:  Please be seated.

 7             The jurors present here in the courtroom this morning

 8    have been checked in, attended by the jury administrator, who

 9    has scanned each juror's name into the Court's jury management

10    system.  Under that system, the prospective jurors who have

11    reported are, as you have been, randomly seated by computer for

12    voir dire questioning, and counsel has been provided a copy of

13    that list.

14             I'm now going to ask you as a group a series of

15    questions.  If you don't understand one of my questions, raise

16    your hand.  At that point, I will call upon you.  When I call

17    upon you, if you would please stand and say your name.  Do you

18    have names or jury numbers?

19             THE COURTROOM DEPUTY:  Names.

20             THE COURT:  Names.  All right.  Stand and say your

21    name.  Then may I ask you a followup question or two.

22             Please remember to speak up, because we have Lisa, our

23    court reporter, and she has to write down everything we say.

24    And that includes everything that you say.

25             If I ask a question that you don't feel that you can
```

```
 1    answer in front of your fellow jurors, then you may answer it
 2    at side-bar, which is over here in a little box.  The court
 3    reporter will be there; I'll be there; lawyers from both sides
 4    will be there.  So what passes for privacy is still not very
 5    private.
 6            Nevertheless, if you feel like there is a question that
 7    you absolutely must do that way, we'll take the time and do it.
 8            I've instructed the lawyers that this case will begin
 9    today and last for no more than ten and one-half trial days.
10    In addition to today and the remaining days for trial, there
11    will be a short amount of time possible for related matters and
12    for your deliberations.
13            I expect the case may go faster than that.
14            We will not have trial on Veterans Day.  That's next
15    Tuesday.
16            Is there any compelling reason, compelling reason, why
17    any of you cannot serve as jurors for that length of time?
18            Yes, sir.  Your name?
19            PROSPECTIVE JUROR NO. 2:  William Diaz, your Honor.
20            I've got a national sales meeting I have to attend next
21    week throughout the week.  It's been booked for over a month.
22            THE COURT:  You can take a seat.  I'll take a note of
23    that.
24            Let me just give you a clue:  Generally, that won't be
25    good enough.  But we'll take a look at it.
```

1          PROSPECTIVE JUROR NO. 11:  David Rosenfeld.

2          I own my own business.  My wife is eight months

3     pregnant.  She's due between now and December 5th.  Maybe the

4     15th, hopefully.

5          But being here today is already -- my business can't

6     run.  So I'm already losing a lot of money.  My wife doesn't

7     work.  I have a 19-month-old baby now.  And, you know, I

8     don't -- that's pretty much it for me.

9          THE COURT:  All right.  Thank you.

10          As I'm sure you understand, there are very few people

11     that jury service is not a major inconvenience and burden for.

12          Yes, ma'am.

13          PROSPECTIVE JUROR NO. 6:  My name is Sina Wallace.  But

14     I have a personal reason.  But can I speak to you privately?

15          THE COURT:  You may come over here.  I'll have one

16     lawyer from each side.

17          (Whereupon, the following proceedings were had at

18     side-bar outside the presence of the jury:)

19          THE COURT:  Come on in.

20          PROSPECTIVE JUROR NO. 6:  Good morning, your Honor.

21          THE COURT:  Good morning.  How are you?

22          PROSPECTIVE JUROR NO. 6:  My name is Ms. Wallace.

23          And I wanted to say that my son had got shot by a

24     police officer, and I think that when I come to court, I be

25     traumatized because all that come back up again, you know, when

1    they drug him and they shot him multiple times.  And I don't

2    think that I'd be, you know, a good juror because of what

3    happened to my son, and then I was up under eviction because of

4    it.

5              THE COURT:  Okay.  How long ago was that?

6              PROSPECTIVE JUROR NO. 6:  It was 2004.

7              THE COURT:  Ten years ago?

8              PROSPECTIVE JUROR NO. 6:  Yes.

9              THE COURT:  I will tell you that this is not a criminal

10   case.  This is a civil dispute.  And it doesn't have anything

11   to do with the police or crime or anything like that.

12             Be careful you do not push that red button or we'll

13   have thousands of people running in here with guns.  That's the

14   only time -- the only thing that might make this turn into a

15   situation.

16             PROSPECTIVE JUROR NO. 6:  I don't like being in

17   courtrooms.

18             THE COURT:  I know you don't.  And not very many people

19   do.

20             I thank you very much.

21             PROSPECTIVE JUROR NO. 6:  Thank you.

22             (Whereupon, the following proceedings were had in open

23   court:)

24             THE COURT:  Does anyone else have a compelling reason?

25             Yes, sir.  Your name.

```
 1              PROSPECTIVE JUROR NO. 22:  My name is Stephen
 2    Danisovszky.  I'm the chief financial officer of an aerospace
 3    company in Hollywood.  And I was informed last week that this
 4    Friday will be the last day of employment for me.  I need to
 5    wrap up some financial matters before the end of the week.
 6              THE COURT:  Your employer may not take any action or
 7    cause any problem that would interfere with your jury service.
 8    If they were to do so, they would be in violation of the law.
 9              PROSPECTIVE JUROR NO. 22:  Okay.  I understand.
10              THE COURT:  All right.  Anyone else?
11              Yes, ma'am.
12              PROSPECTIVE JUROR NO. 21:  Maria Froste.
13              I'm a self-employed.  And I own a flower shop.  And I
14    only can be out two days a week.  That's it.
15              THE COURT:  I understand it's a burden.
16              Thank you.
17              PROSPECTIVE JUROR NO. 26:  Good morning.  I'm Eva Meyer
18    Gitlin.
19              I have a daughter in New York who has a 2-year-old.
20    She's pregnant also and due in February.  She was just put on
21    bedrest.  And I was hoping to go up and help her take care of
22    her and her 2 year-old.
23              THE COURT:  All right.  Thank you.
24              PROSPECTIVE JUROR NO. 32:  My name is Eric Tuozzo.  I'm
25    currently in the school of education, Miami-Dade College.  I
```

```
 1    have 15 hours observations that I have to do at a high school,

 2    and the deadline is November 13th.

 3          THE COURT:  Is when?

 4          PROSPECTIVE JUROR NO. 32:  November 13th is the

 5    deadline to complete.

 6          THE COURT:  How long have you had the assignment?

 7          PROSPECTIVE JUROR NO. 32:  Since the beginning of the

 8    semester.

 9          THE COURT:  All right.

10          PROSPECTIVE JUROR NO. 28:  Shauna Martin.  On the 13th

11    of this month I have a surgery.  It's already been locked in.

12          THE COURT:  All right.  If -- could you approach

13    briefly?  Let me see you at side-bar.

14          (Whereupon, the following proceedings were had at

15    side-bar outside the presence of the jury:)

16          THE COURT:  Yes, ma'am.  I don't mean to pry.  But what

17    is the nature of your surgery?

18          PROSPECTIVE JUROR NO. 28:  It's a sinus lift and an

19    implant, tooth implant.

20          THE COURT:  Oral surgery?

21          PROSPECTIVE JUROR NO. 28:  Yes.  Sinus lift.

22          THE COURT:  All right.  Thank you.

23          (Whereupon, the following proceedings were had in open

24    court:)

25          THE COURT:  Anybody else?
```

1          Yes, ma'am.

2          PROSPECTIVE JUROR NO. 9:  My name is Ninoska Carballo.

3          I have three kids.  I wanted to know if this would be

4    past 2:30, which is when I have to pick them up.  One is

5    asthmatic, which is sick right now due to the weather change.

6          THE COURT:  Yes.  In fact, it will be past 2:30.  Our

7    schedule every day will be -- the jurors will be required to be

8    here at ten minutes of 9:00.  I actually hear the case from

9    9:00 until 5:00 or a few minutes thereafter on every single

10   day.  During trial, there will be a 15-minute break in the

11   morning, one hour and a half for lunch and a 15-minute break in

12   the afternoon.

13         And as I told you before, everything will be on time.

14   But it will go past that time.

15         Yes, sir.

16         PROSPECTIVE JUROR NO. 16:  Israel Blanco.

17         I'm on a tight schedule with my diet.  I have to eat

18   every two hours.

19         THE COURT:  You can bring --

20         PROSPECTIVE JUROR NO. 16:  I have my food here with me.

21   But as long as I'm able to go heat up my food every two hours.

22         THE COURT:  You have to heat it up?

23         PROSPECTIVE JUROR NO. 16:  Well, yeah.  It's protein,

24   so I have to heat it up.  It's like steak and chicken or fish.

25   I have to heat it up.

```
 1              THE COURT:  All right.  I need to see you at side-bar.

 2              (Whereupon, the following proceedings were had at

 3    side-bar outside the presence of the jury:)

 4              THE COURT:  You have a restricted diet?  Diabetes or

 5    what?

 6              PROSPECTIVE JUROR NO. 16:  It's not diabetes.  It's not

 7    health.  It's not that it's going to hinder my health if I

 8    don't eat.  But I just started a diet so it's going to hinder

 9    my progress.

10              THE COURT:  Well, I'm afraid that's not going to be a

11    good enough excuse, sir.  We will be starting at 9:00.  We'll

12    be taking a break about two hours later.  Then we'll be having

13    lunch.  Then we'll be starting at 1:30 and we will take a break

14    about two hours later.  So it's going to be close to your

15    schedule.

16              PROSPECTIVE JUROR NO. 16:  Okay.

17              (Whereupon, the following proceedings were had in open

18    court:)

19              THE COURT:  Anyone else?

20         Do any of you have a special disability or a problem

21    that would make it difficult or impossible for you to serve as

22    a member of the jury?

23         Did any of you come here after working the midnight

24    shift last night?

25              Yes, ma'am.
```

1          PROSPECTIVE JUROR NO. 15:  Natalie Roberts.

2          I worked last night until, like, 2:00.

3          THE COURT:  Until 2:00?  All right.  Thank you.

4          PROSPECTIVE JUROR NO. 11:  David Rosenfeld.

5          Again, your Honor, I own my own business.  I was

6     working until about 2:30, 3:00 in the morning.

7          THE COURT:  All right.

8          PROSPECTIVE JUROR NO. 17:  Mario Pico.  I'm an ER

9     paramedic.  I usually get off at 7:00 in the morning.  I took

10    off at 6:00 in the morning so I could be here this morning.

11         THE COURT:  All right.  Thank you.

12         PROSPECTIVE JUROR NO. 20:  I haven't had any sleep

13    since yesterday.  I have an evening job.  Donald Ramsey.  I'm

14    sorry.  Yeah.  I'm just here on no sleep.  That's all.

15         THE COURT:  All right.  Is there a reason?

16         PROSPECTIVE JUROR NO. 20:  Yes.  I worked until almost

17    midnight last night.

18         THE COURT:  You didn't sleep after that?

19         PROSPECTIVE JUROR NO. 20:  Work schedule.  I'm on

20    psychiatric medication as well.  But I think I can handle the

21    jury case.

22         THE COURT:  Anybody else?

23         All right.  The parties in this case are the

24    Plaintiffs.  I won't get the pronunciation right, but the

25    lawyers will straighten me out here in a little bit when they

```
 1        introduce everybody.

 2             Why don't I just have the Plaintiffs introduce their

 3        clients, if you would.  Counsel.

 4             MR. PERDUE:  Yes, your Honor.

 5             So we're here on behalf of four women.  Margarita

 6        Dotres, Mania Nunez, Juana Betancourt and Amal Eghnayem.

 7             THE COURT:  Today the Plaintiffs are represented by

 8        Shelley Hutson.

 9             If you'd stand please.

10             MS. HUTSON:  Good morning.

11             THE COURT:  Jim Perdue.

12             MR. PERDUE:  That's me.

13             THE COURT:  Joe Osborne and Erin Copeland.

14             MR. OSBORNE:  Good morning.

15             MS. COPELAND:  Good morning.

16             THE COURT:  The Defendant in this case is Boston

17        Scientific Corporation.  They are represented by Molly Craig.

18             MS. CRAIG:  Good morning.

19             THE COURT:  Matt Keenan.

20             MR. KEENAN:  Good morning.

21             THE COURT:  Eric Anielak.

22             MR. ANIELAK:  Good morning.

23             THE COURT:  And Hildy Sastre.  Right?

24             MS. SASTRE:  Perfect, your Honor.

25             Good morning.
```

```
 1              THE COURT:  Are any of you or members of your immediate
 2    family related to or personally acquainted with any of the
 3    individuals I just named?
 4              Have any of you or members of your immediate family, to
 5    your knowledge, had business dealings with any of the parties
 6    or their lawyers?
 7              Are you or any of you or any member of your immediate
 8    family, to your knowledge, an employee, director, officer or
 9    stockholder of Boston Scientific Corporation?
10              Do any of you or members of your immediate family know
11    any other attorney or person working with the law firm of
12    Babbitt, Johnson, Osborne & Le Clainche?
13              Do any of you know any lawyers or people that work at
14    Clark Love & Hutson?
15              Do any of you know anybody that works at Perdue, Kidd
16    and Vickery?
17              Do any of you know anybody that works at Shook, Hardy &
18    Bacon?
19              Do any of you know of anybody that works at Fibich,
20    Hampton, Leebron, Briggs & Josephson?
21              Do any of you or members of your immediate family know
22    anybody that works for The Hood Lawyer Firm?
23              Now, look around.  Are any of you -- do any of you know
24    each other or are you related to any other juror member?
25              All right.
```

1          Now, listen carefully:  This case involves allegations

2    of personal injury from a pelvic mesh product, the Pinnacle

3    Pelvic Floor Repair Kit, a device that was implanted in the

4    Plaintiffs to treat pelvic organ prolapse, also called POP.

5          The Plaintiffs, the women who were introduced, allege

6    that the Defendant corporation's pelvic mesh product was

7    defective in that they say that its design was unreasonably

8    dangerous for its intended use and that it was not accompanied

9    by adequate warnings.

10         The Defendant denies each of these allegations.

11         Now, without telling me what it is, have any of you

12   read anything or heard anything about this specific case?

13         Have any of you heard or read anything about any

14   lawsuits or claims involving vaginal mesh procedures or

15   products?

16         Yes, sir.  Your name?

17         PROSPECTIVE JUROR NO. 2:  William Diaz.

18         THE COURT:  All right.  Thank you.  Anybody else?

19         PROSPECTIVE JUROR NO. 3:  Thera Johnson.

20         THE COURT:  Thank you.

21         PROSPECTIVE JUROR NO. 5:  Fernando Espino.

22         THE COURT:  Thank you.

23         And in the back.

24         PROSPECTIVE JUROR NO. 22:  Steven Danisovszky.

25         THE COURT:  Thank you.

```
 1              Have any of you or members of your immediate family had

 2   experience with a medical device or a medical device company?

 3   I don't mean getting the flu shot.  I mean a medical device

 4   like I have an artificial shoulder.

 5              Your name, please?

 6              PROSPECTIVE JUROR NO. 11:  David Rosenfeld.

 7              THE COURT:  What device?

 8              PROSPECTIVE JUROR NO. 11:  Hip replacement.

 9              THE COURT:  Thank you.

10              PROSPECTIVE JUROR NO. 7:  Carlos Quesada.

11              THE COURT:  Yes, sir.

12              PROSPECTIVE JUROR NO. 7:  Hip replacement and a

13   pacemaker.

14              THE COURT:  All right.  Thank you.

15              There's no prize for the one that has the most.

16              PROSPECTIVE JUROR NO. 18:  Gabriel Brito.  Pacemaker.

17              THE COURT:  All right.

18              PROSPECTIVE JUROR NO. 20:  Donald Ramsey.  Breast

19   implants for my mother.

20              THE COURT:  All right.

21              PROSPECTIVE JUROR NO. 24:  Justin Griffin, Pacemaker.

22              THE COURT:  Thank you.

23              PROSPECTIVE JUROR NO. 23:  Daniel Altamirano, hip

24   replacement on my grandmother.

25              THE COURT:  All right.  Just stick to the immediate
```

```
 1    family, please.

 2            PROSPECTIVE JUROR NO. 26:  Eva Meyer Gitlin.  My

 3    husband has a pain pump implant.

 4            PROSPECTIVE JUROR NO. 29:  Janet Rizvi.  My mother had

 5    a hip replacement.

 6            THE COURT:  Thank you.

 7            Do any of you have any experience in engineering,

 8    product development, product testing, product design or product

 9    manufacturing?

10            Yes, sir.

11            PROSPECTIVE JUROR NO. 7:  Carlos Quesada.

12            Civil engineering.

13            THE COURT:  Okay.  Do any of you have medical training

14    above basic first aid or CPR training?

15            PROSPECTIVE JUROR NO. 11:  David Rosenfeld.

16            Florida paramedic and registered nurse.

17            THE COURT:  All right, sir.

18            PROSPECTIVE JUROR NO. 17:  Mario Pico.  Florida

19    paramedic, Florida firefighter.

20            THE COURT:  Thank you.

21            PROSPECTIVE JUROR NO. 19:  Melisa Alvarez, a student

22    nurse.

23            THE COURT:  All right.

24            PROSPECTIVE JUROR NO. 27:  Juan David Oquendo.  Good

25    morning.
```

```
 1            A respiratory therapist.

 2            THE COURT:  I'm sorry.  Say it again for me.

 3            PROSPECTIVE JUROR NO. 27:  Respiratory therapy.

 4            THE COURT:  Respiratory therapy?

 5            PROSPECTIVE JUROR NO. 27:  Yeah.

 6            THE COURT:  All right.

 7            PROSPECTIVE JUROR NO. 28:  Shauna Martin, CNA.

 8            THE COURT:  I'm sorry.  I didn't hear that.

 9            PROSPECTIVE JUROR NO. 27:  CNA, certified nursing

10    assistant.

11            THE COURT:  All right.  Thank you.

12            Do any of you now -- this is a really tough question --

13    do any of you currently search the Internet for medical advice

14    or health information?

15            All right.

16            PROSPECTIVE JUROR NO. 7:  Carlos Quesada.

17            THE COURT:  Just the name.

18            Thank you.

19            PROSPECTIVE JUROR NO. 5:  Fernando Espino.

20            THE COURT:  Okay.

21            PROSPECTIVE JUROR NO. 3:  Thera Johnson.

22            PROSPECTIVE JUROR NO. 2:  William Diaz.

23            PROSPECTIVE JUROR NO. 8:  Gilbert Lozano.

24            PROSPECTIVE JUROR NO. 11:  David Rosenfeld.

25            PROSPECTIVE JUROR NO. 13:  Elizabeth Lago.
```

```
 1              PROSPECTIVE JUROR NO. 14:  William Valdes.

 2              PROSPECTIVE JUROR NO. 15:  Natalie Roberts.

 3              PROSPECTIVE JUROR NO. 16:  Israel Blanco.

 4              PROSPECTIVE JUROR NO. 17:  Mario Pico.

 5              PROSPECTIVE JUROR NO. 20:  Dolled L. Ramsey.

 6              PROSPECTIVE JUROR NO. 24:  Justin Griffin.

 7              PROSPECTIVE JUROR NO. 25:  Marcial Perez.

 8              PROSPECTIVE JUROR NO. 26:  Eva Meyer Gitlin.

 9              PROSPECTIVE JUROR NO. 27:  Juan David Oquendo.

10              PROSPECTIVE JUROR NO. 28:  Shauna Martin.

11              THE COURT:  Have any of you or a loved one ever had a

12    dispute with a hospital or a medical clinic concerning your

13    treatment or surgery?

14              PROSPECTIVE JUROR NO. 7:  Carlos Quesada.

15              THE COURT:  I need to ask you just quickly just the

16    overall nature of the dispute.

17              PROSPECTIVE JUROR NO. 7:  Pacemaker malfunction.

18              THE COURT:  Thank you.

19              PROSPECTIVE JUROR NO. 5:  Fernando Espino.

20              I own a nursing home and an ALF.  And we have been

21    summoned a couple of times.

22              THE COURT:  Thank you.

23              PROSPECTIVE JUROR NO. 11:  David Rosenfeld.

24              My wife after giving birth to our first child.

25              THE COURT:  All right.  Now, you understand that the
```

1   entire purpose of this is so the court security officer gets a

2   good workout this morning.

3            THE COURT SECURITY OFFICER:  Thank you, Judge.

4            PROSPECTIVE JUROR NO. 24:  Justin Griffin.

5            Infection due to faulty wiring in the pacemaker.

6            THE COURT:  All right.

7            PROSPECTIVE JUROR NO. 26:  Eva Meyer Gitlin.

8            The pain pump I mentioned was given to my husband after

9   shoulder surgery and caused him to have a stroke.

10           THE COURT:  All right.  Anybody else?  One in the back

11  here.

12           PROSPECTIVE JUROR NO. 14:  William Valdes.

13           My stepfather had an infection due to a mesh that was

14  installed in his intestines.

15           THE COURT:  All right.  Listen carefully.  I'm going to

16  read you a long list of names.

17           Now, I can tell you, because I've been doing this for a

18  while, that all of these people are not going to testify.  But

19  they might.  Or any one of them might.  So I'm going to read

20  you a list of names.  At the end of that reading, I'll ask you

21  if you know of -- know any of these people or are acquainted

22  with them.

23           Amal Eghnayem.  Margarita Dotres.  Mania Nunez.  Juana

24  Betancourt.  Barbara Ruiz.  Virginia Espinosa.  Dr. Linda

25  Kiley.  Dr. Vladimir Iakovlev.  Dr. -- I have to spell it --

1    I-L-E-A-N-A, Ileana Perez.  Dr. R. Brian Raybon.  Dr. Emery

2    Salom.  Dr. Jamie Sepulveda.  Dr. Emilio Gomez-Madrazo.

3    Dr. Dr. Jorge Pando.  Dr. Konstantin Walmsley.  Dr. Jimmy Mays.

4    Dr. Peggy Pence.  Dr. Richard Trepeta.  Dr. Matthew Davies.

5    Dr. Joseph Gauta.  Dr. Stephen Spiegelberg.  Dr. Stephen

6    Badylak.  Gary Winn.  Janice H. Connor.  Allison Timm.  James

7    Goddard.  Christopher M. Cuddy.  Hassan Yacout.  Dr. William

8    Porter.  Dr. Luis Mendez.  Dr. David Choi.  Dr. Guillermo

9    Davila.  Athena Atkinson.  Dr. Pedro Melchor.  Dr. Janyer Moya.

10   Is that close?  Dr. Moya.

11        Dr. Thomas Margolis.  Dr. Christine Brauer.  John E.

12   Sherry.  Donna M. Gardner.  Robert T. Miragliuolo.  Arthur

13   Butcher.  Kurt Douglass.  Abby Fisher.  Alfred Intoccia.  Amy

14   LeBlanc.  Maya Matusovsky.  Karen Prange, P-R-A-N-G-E.  Lee

15   Sullivan.  Dr. Dennis Miller.  Doreen Rao.  Kathleen Fantoni.

16   Frank Zakrzewski.  Michelle Berry.  Evan Brasington.  Dr. Roger

17   Goldberg.  Todd McCaslin.  Philip Rackliffe.  Charles Smith,

18   Jr.  George Vialle.  Robert Walsh.

19        Are any of you or members of your immediate family

20   related to or personally acquainted with any of the people

21   whose names I have called?

22        Have any of you ever served as a juror in a criminal or

23   civil case or as a member of a grand jury in either state or

24   federal court?  Raise your hands.

25        Have any of you ever been involved in a civil or

1    criminal case as a Plaintiff, Defendant, witness or victim?

2         Have any of you or members of your immediate family

3    ever had any legal training or worked in the legal profession?

4         THE COURTROOM DEPUTY:  Judge, I think we have one from

5    the previous one.

6         THE COURT:  The legal training?  I'll pick it up right

7    after this one.

8         PROSPECTIVE JUROR NO. 4:  Yaolen Rojas.  I'm a

9    paralegal.

10        THE COURT:  What firm do you work with?

11        PROSPECTIVE JUROR NO. 4:  Tripp Scott in Boca.

12        THE COURT:  And somebody had an answer about being

13   involved in a case?

14        PROSPECTIVE JUROR NO. 11:  David Rosenfeld.

15        THE COURT:  Are you free to tell me what kind of case

16   it was you were involved?

17        Over here.

18        (Whereupon, the following proceedings were had at

19   side-bar outside the presence of the jury:)

20        THE COURT:  Yes.

21        PROSPECTIVE JUROR NO. 11:  Judge, I've been arrested.

22        THE COURT:  You were arrested for what?

23        PROSPECTIVE JUROR NO. 11:  Yes, sir.  A couple charges.

24        THE COURT:  Okay.

25        PROSPECTIVE JUROR NO. 11:  Possession of a controlled

```
 1    substance and I got in an altercation, assault.  And I was

 2    dismissed on all my charges.  But that's it.

 3             THE COURT:  Thank you very much.

 4             PROSPECTIVE JUROR NO. 11:  Thank you.

 5             (Whereupon, the following proceedings were had in open

 6    court:)

 7             THE COURT:  I only have couple more questions.

 8             Have any of you ever been -- wait a minute.

 9             The Plaintiffs in this case -- the Plaintiffs in this

10    case are allowed to present all of their evidence first.  The

11    Defendant will not be able to present any evidence until the

12    Plaintiffs finish.  No matter how long the Plaintiffs take, the

13    Defendants can't start until then.

14             Now, the Plaintiffs can't use more than half of the

15    time, so you can rest assured it won't go longer than that.

16             Is there anyone here who feels they'd have any

17    difficulty reserving judgment until all the evidence is in,

18    including each of the witnesses that have been called and all

19    of the evidence that's been presented and I have given you

20    instructions on the law?  In other words, can you wait until

21    you hear the whole case before you make up your mind?

22             Yes, sir.

23             PROSPECTIVE JUROR NO. 16:  Israel Blanco.

24             THE COURT:  Yes, sir.

25             PROSPECTIVE JUROR NO. 16:  You asked.  I said yes.
```

1          THE COURT:  Why is that?

2          PROSPECTIVE JUROR NO. 16:  Nullification.

3          THE COURT:  What do you mean by that?

4          PROSPECTIVE JUROR NO. 16:  By -- if -- I feel like I

5    can make a determination without hearing all the evidence.

6          THE COURT:  Okay.  You don't want to be on a jury very

7    bad, do you?

8          You can take a seat.

9          PROSPECTIVE JUROR NO. 20:  Donald Ramsey.  I hate to

10   admit it, but I do form conclusions, and it's very hard for me

11   to get rid of them once they're formed, even if you show me the

12   opposite.  I do moderate my views, but sometimes I don't let

13   go.

14         THE COURT:  All right.  Anybody else?

15         PROSPECTIVE JUROR NO. 25:  Marcial Perez.

16         I have to hear everything before I can make a judgment

17   because I'm just hearing one side, and then when I hear the

18   other person I feel like I can't really believe them anymore.

19         THE COURT:  I'm sorry.  I don't hear the last part.

20         PROSPECTIVE JUROR NO. 25:  I can't believe them because

21   I already heard everything bad about them or everything good.

22         THE COURT:  All right.

23         PROSPECTIVE JUROR NO. 26:  26 Eva Meyer Gitlin.

24         My husband is a physician and has been sued in a --

25   more than one malpractice case.  And I find them very

```
 1    frivolous, and I really have a very difficult time.  I have

 2    very strong feelings against people who sue for malpractice.

 3         THE COURT:  Does anybody else have a problem?

 4         Does anybody believe that just because a lawsuit has

 5    been brought that the Defendant must have done something wrong?

 6         Do any of you have such strong opinions about cases

 7    like this that you feel you can't sit on a jury and be fair?

 8         If selected as a juror, will any of you be unable to

 9    render a verdict based solely on the evidence that you hear at

10    trial and based solely on my instructions, disregarding any

11    other notions, ideas or beliefs about what the law is or what

12    it should be?

13         Can any -- yes, sir.

14         PROSPECTIVE JUROR NO. 20:  Donald Ramsey.

15         I will try to do that.  But again, I do get

16    opinionated.

17         THE COURT:  All right.

18         Can any of you think of any reason why you could not

19    sit on this jury and render a fair verdict?

20         All right.  We're going to take a brief recess, and

21    I'll see -- I'll talk with counsel.

22         The jury is excused.

23         We'll take our 15-minute break.  Actually, we'll have

24    another little break later, since the lawyers won't get one

25    now.
```

```
 1              Would you take the jury to the jury room, please, or

 2    wherever they usually go.

 3              (Whereupon, the prospective jury panel exited the

 4    courtroom at 10:22 a.m. and the following proceedings were

 5    had:)

 6              THE COURT:  Would you take a moment and for any

 7    additional voir dire that you wish for me to pursue with any of

 8    the witnesses, write it out and identify the juror.

 9              I'm sure you all will be interesting to know I'm

10    getting a text play by play on the trial in Charleston.

11              MR. ANIELAK:  You're getting more updates than we are,

12    your Honor.

13              Your Honor, while we've got a second, we filed some

14    pro hacs last week.  You should have those.

15              THE COURT:  We did not notice them on the docket.  My

16    clerk checked, and they did not seem to be on the docket.  Pro

17    hac vice motions to compel do not carry a fee in MDL cases.

18    Nevertheless, if you will give me the name of the lawyers and

19    the motions, I will grant them on the record here.

20              MR. ANIELAK:  Thank you.

21              THE COURT:  Do you want to go ahead and do it?

22              MR. ANIELAK:  The motions that were filed late Friday

23    may not be in the system -- that may be the issue -- will be

24    for Eric Anielak from Shook, Hardy & Bacon; Matthew Keenan from

25    insure Hardy and bacon; Hildy Sastre from Shook, Hardy & Bacon;
```

 1    and Molly Craig from The Hood Law Firm.

 2            THE COURT:  Any other motions like that?

 3            MR. PERDUE:  Plaintiffs had two motions, your Honor,

 4    for anything *pro hac vice* on behalf of Jim Perdue, Jr. and on

 5    behalf of Shelley Hutson, and we'll make one now orally on

 6    behalf of Erin Copeland.

 7            THE COURT:  All of the motions for admission *pro hac*

 8    *vice* are granted.

 9            MR. ANIELAK:  Thank you, your Honor.

10            THE COURT:  Since you're not talking about any national

11    security secrets right now, I should remind you that your

12    microphones are on, and I have a speaker on my desk.

13            MR. ANIELAK:  We were trying to figure out a way to

14    turn those off.

15            THE COURT:  I don't know the answer to that question.

16            Off the record.

17        (Discussion off the record.)

18            MR. PERDUE:  On behalf of the Plaintiffs, Judge, we

19    were inquiring -- we had submitted in the pretrial order

20    proposed questions to the Court for the process of jury

21    selection, which included, I believe, number 13, which asks for

22    an inquiry into whether jurors could consider the elements of

23    damages in this case, including the question of pain and

24    suffering damages, and that if the evidence did submit that,

25    they could award that.

1           That was tendered to the Court in the pretrial order.

2      We were just inquiring whether a question of that nature would

3      be asked globally to the panel.

4           THE COURT:  And I've rejected the question and will not

5      ask it and will show Plaintiffs' objection.

6           MR. ANIELAK:  Your Honor, one issue on a similar

7      question.

8           Would the Court be inclined to ask a question if anyone

9      has difficulty with English in terms of understanding English?

10          THE COURT:  Yes.  I'll ask that.

11          MR. ANIELAK:  Thank you.

12          THE COURT:  I want you to know that they've been

13     thoroughly screened downstairs and there's a process that goes

14     beyond the questionnaire, so they've all assured me that they

15     can speak English.

16          Now, let's go off the record.

17        (Discussion off the record.)

18          THE COURT:  About ready?

19          MS. CRAIG:  Yes, your Honor.

20          THE COURT:  Meghan, would you get the questions from

21     them?

22          THE LAW CLERK:  Yes.

23          THE COURT:  If you're ready, I think I'll bring the

24     jurors to whom you've addressed certain questions to one at a

25     time.  I will ask some of the questions.  Some of them I have

```
 1    rejected.

 2          The first juror is Mr. William Valdes.  These are in no

 3    particular order.  I just shuffled through my papers.

 4          (Thereupon, Prospective Juror No. 14 entered the

 5       courtroom and the following proceedings were had:)

 6          THE COURT SECURITY OFFICER:  Sir, right here.

 7          THE COURT:  Mr. Valdes, just a couple of individualized

 8    questions based on your answers to the questionnaire and

 9    answers here in court.

10          PROSPECTIVE JUROR NO. 14:  No problem.

11          THE COURT:  You indicated in your questionnaire answer

12    that you are familiar with the surgical procedures used for the

13    treatment of pelvic organ prolapse or POP.

14          Can you tell me what you know about it?

15          PROSPECTIVE JUROR NO. 14:  Now, the only -- from the

16    type of surgery the only thing I was aware of was that my

17    stepfather at the time had a surgery for -- he had about a

18    dozen or half a dozen of hernias.  He was installed with a mesh

19    on his last one.  So that's what I was referring to.

20          THE COURT:  Did he have any problems with it?

21          PROSPECTIVE JUROR NO. 14:  Yeah.  He had multiple

22    hernias, but the last one was when they installed that mesh on

23    his stomach because he had a thin stomach lining.  So that's

24    the one that got infected.

25          THE COURT:  All right.  And what happened after that?
```

```
1          PROSPECTIVE JUROR NO. 14:  He had to get installed --

2     he had surgery, I don't know about surgery, but they had to

3     install something, I guess a pump to get the fluids out.

4          THE COURT:  How is he doing now?

5          PROSPECTIVE JUROR NO. 14:  Well, this is the thing.

6     This was my stepfather at the time.  So he's no longer.  I

7     don't know much about him.

8          THE COURT:  Would the fact that your stepfather had an

9     infection as a result of a surgery which is very -- which is

10    different from the surgeries in this case -- but nevertheless,

11    involved a mesh product, affect your ability to listen to this

12    case and decide this case based on the evidence that comes in

13    here and the instructions I give you and disregard anything you

14    learned about your stepfather's case?

15         PROSPECTIVE JUROR NO. 14:  Yeah.  I believe I can make

16    a decision without judgment.

17         THE COURT:  All right.  You indicated you've seen

18    television commercials about lawyers related to these pelvic

19    mesh cases.

20         PROSPECTIVE JUROR NO. 14:  Yes, sir.

21         THE COURT:  What do you think of those?

22         PROSPECTIVE JUROR NO. 14:  Just like any other

23    commercial you see on TV, to be honest.

24         THE COURT:  Would the fact that -- would anything in

25    the commercial affect your judgment or your ability to decide
```

 1    the case fairly?

 2            PROSPECTIVE JUROR NO. 14:  No.  I don't believe so.

 3            THE COURT:  Would the fact that there are even

 4    commercials being run affect you in any way?

 5            PROSPECTIVE JUROR NO. 14:  No.  That's why -- to be

 6    honest, I haven't even paid attention to them.  It's just a

 7    commercial that I see on TV.

 8            THE COURT:  Thank you very much.

 9            PROSPECTIVE JUROR NO. 14:  Thank you, your Honor.

10        (Thereupon, Prospective Juror No. 14 retired from the

11      courtroom and the following proceedings were had:)

12            THE COURT:  Mr. Griffin.

13        (Thereupon, Prospective Juror No. 24 entered the

14      courtroom and the following proceedings were had:)

15            THE COURT:  Hi, Mr. Griffin.

16            Just a few followup questions based on some of your

17    previous answers.

18            You had an uncle who recently passed away.

19            PROSPECTIVE JUROR NO. 24:  Yes.

20            THE COURT:  What was the cause of his death, if you

21    know?

22            PROSPECTIVE JUROR NO. 24:  It was -- he had two

23    pacemakers, and they both malfunctioned due to the wiring.  And

24    he had infections and then he underwent some type of new device

25    surgery.  I can't remember the name.  And it was in February.

1    And he passed away from that.

2         THE COURT:  Would the fact that your uncle obviously

3    had a problem with a medical device weigh on your mind or

4    affect your ability to listen to this case which involves

5    allegations about alleged defects in a medical device?

6         PROSPECTIVE JUROR NO. 24:  Uh-huh.

7         THE COURT:  Would it?

8         PROSPECTIVE JUROR NO. 24:  Yes, it would.  Sorry.

9         THE COURT:  Thank you very much.

10        PROSPECTIVE JUROR NO. 24:  No problem.

11      (Thereupon, Prospective Juror No. 24 retired from the

12     courtroom and the following proceedings were had:)

13        THE COURT:  Ms. Rizvi.

14      (Thereupon, Prospective Juror No. 29 entered the

15     courtroom and the following proceedings were had:)

16        THE COURT:  Ms. Rizvi.

17        PROSPECTIVE JUROR NO. 29:  Yes.

18        THE COURT:  Just a couple followup questions based on

19   your answers to the questionnaires and so forth that we sent

20   out.

21        Could you describe your schooling briefly for me?

22        PROSPECTIVE JUROR NO. 29:  Yes.  I graduated from high

23   school.  I attended -- I went to barber college for two years.

24        THE COURT:  All right.  You indicated you didn't know

25   any of your fellow jurors.  Is that correct?

```
 1              PROSPECTIVE JUROR NO. 29:  No.  I do not know any of

 2    them.

 3              THE COURT:  Do you know someone named Sina Wallace, who

 4    works for Miami Edison Senior?

 5              PROSPECTIVE JUROR NO. 29:  What is the name?

 6              THE COURT:  Sina Y. Wallace.

 7              PROSPECTIVE JUROR NO. 29:  No, I do not.

 8              THE COURT:  Okay.  You indicated you had a close friend

 9    that had a mesh surgery?

10              PROSPECTIVE JUROR NO. 29:  Correct.

11              THE COURT:  Do you know why your friend required the

12    mesh?

13              PROSPECTIVE JUROR NO. 29:  It was a medical problem.

14    He had a prostate problem also, and he had to have the mesh.

15              THE COURT:  Do you know what kind of result he got?

16              PROSPECTIVE JUROR NO. 29:  Well, he had a problem with

17    the mesh after he got home, you know.  He had a lot of

18    coughing, and he coughed really, really deep, and the mesh

19    tore, you know.  He was in pain for a long time.  But it was

20    repaired and he's okay now.

21              THE COURT:  All right.  This case involves some

22    allegations about mesh used in a female surgery.

23              PROSPECTIVE JUROR NO. 29:  Right.  This was a male.

24              THE COURT:  Would your friend's experience with hernia

25    mesh influence you in any way in listening to the evidence in
```

```
 1    this case about mesh and making a determination based on the

 2    evidence in this case and the law as I give it to you?

 3              PROSPECTIVE JUROR NO. 29:  No.  I think I could.

 4              THE COURT:  All right.  Thank you very much.

 5              PROSPECTIVE JUROR NO. 29:  You're welcome.

 6         (Thereupon, Prospective Juror No. 29 retired from the

 7      courtroom and the following proceedings were had:)

 8              THE COURT:  Let me ask counsel, Ms. Johnson -- you want

 9    to know about her duties as a recreation therapist?

10              MR. ANIELAK:  Respiratory.

11              MS. CRAIG:  Your Honor, I believe respiratory

12    therapist.

13              THE COURT:  I thought she said "respiratory," but it

14    says "recreation" here.

15              MS. CRAIG:  Sorry about that.  It's a typo.

16              THE COURT:  Let's have Ms. Johnson, please.

17              Thera Johnson.

18         (Thereupon, Prospective Juror No. 3 entered the courtroom

19      and the following proceedings were had:)

20              THE COURT:  Hi.  How are you?

21              PROSPECTIVE JUROR NO. 3:  Good.

22              THE COURT:  Ms. Johnson, I just want to ask you a

23    couple followup questions based on your questionnaire and your

24    answers.

25              PROSPECTIVE JUROR NO. 3:  Okay.
```

1          THE COURT:  You're a respiratory therapist?

2          PROSPECTIVE JUROR NO. 3:  Recreational therapist.

3          THE COURT:  A recreational therapist.  I heard it

4   wrong.  I don't need to ask you any more questions.  Thank you.

5          PROSPECTIVE JUROR NO. 3:  Okay.  Thank you.

6       (Thereupon, Prospective Juror No. 3 retired from the

7       courtroom and the following proceedings were had:)

8          THE COURT:  Mr. Diaz, William Diaz, No. 2.

9       (Thereupon, Prospective Juror No. 2 entered the courtroom

10      and the following proceedings were had:)

11         THE COURT:  Hi, Mr. Diaz.  I just have a couple

12   followup questions based on your answers in court and the

13   questionnaires.

14         You indicated in your questionnaires that your mother

15   and your mother-in-law both have had surgeries involving mesh

16   of some kind.  Can you explain further?

17         PROSPECTIVE JUROR NO. 2:  Yeah.  I don't have the

18   details.  I know my wife mentioned it.  She's also a physician,

19   so she kind of keeps track of that stuff more than I do.

20         I don't really know the details of it.  But I do

21   believe it involved similar products.

22         THE COURT:  Do you know what kind of mesh it was?

23         PROSPECTIVE JUROR NO. 2:  I want to say it was to

24   repair some vaginal type of surgery.

25         THE COURT:  And your wife is a physician?

```
 1          PROSPECTIVE JUROR NO. 2:  Correct.

 2          THE COURT:  What is her specialty?

 3          PROSPECTIVE JUROR NO. 2:  She's a podiatrist.

 4          THE COURT:  The fact that you have some knowledge from

 5   relatives who've had surgery with mesh and your wife is a

 6   physician:  Would either of those facts make it difficult or

 7   impossible for you to sit on this jury and listen to the case

 8   and be fair to both sides?

 9          PROSPECTIVE JUROR NO. 2:  You know, I didn't mention

10   earlier, but I kind of share a bit of the belief that the older

11   lady sitting in the back shares.  My wife's been -- had a

12   couple of cases brought on malpractice which I know to be, you

13   know, totally inaccurate.  So I don't -- you know, I kind of

14   share that view that most of the time it's just people seeking

15   money or not true cases of malpractice.

16          THE COURT:  So if your wife got sued, you'd want you on

17   the jury.  Right?

18          PROSPECTIVE JUROR NO. 2:  Something like that.

19          THE COURT:  Okay.  So you could be fair to one side,

20   but you would find it difficult to be fair to both?

21          PROSPECTIVE JUROR NO. 2:  At least from personal

22   experience, yeah.  Yeah.

23          THE COURT:  Thank you very much.

24          PROSPECTIVE JUROR NO. 2:  Thanks.

25          (Thereupon, Prospective Juror No. 2 retired from the
```

1          courtroom and the following proceedings were had:)

2          THE COURT:  On Ms. Perez, I don't quite understand the

3     question.  Have they ever been employed?  What's that?  Did you

4     attend high school?

5          MS. CRAIG:  Your Honor, on the juror questionnaire,

6     there was no employment history regarding this particular

7     juror.  So we were respectfully requesting that your Honor

8     consider asking about any employment history.

9          THE COURT:  Okay.  Mr. or Ms. Perez, Marcial.

10         (Thereupon, Prospective Juror No. 25 entered the

11         courtroom and the following proceedings were had:)

12         THE COURT:  Hi, Mr. Perez.  Just a quick followup, a

13    couple of questions.

14         You didn't list any employment history on your form.

15    Have you ever been employed?

16         PROSPECTIVE JUROR NO. 25:  No.  But I'm a college

17    student at the moment.

18         THE COURT:  Where do you go to college?

19         PROSPECTIVE JUROR NO. 25:  Miami Dade College, North

20    Campus.

21         THE COURT:  What's your major?

22         PROSPECTIVE JUROR NO. 25:  Electrical engineering.

23         THE COURT:  How far are you in engineering?

24         PROSPECTIVE JUROR NO. 25:  This is my second year.

25         THE COURT:  This -- would the fact that you have

```
 1   training in engineering influence you in any way in listening

 2   to testimony concerning the design of a medical device?

 3              PROSPECTIVE JUROR NO. 25:  Well, if it's already known

 4   that it causes problems, probably.

 5              THE COURT:  Well, I suspect there will be testimony

 6   from some people who -- some experts who will say it causes

 7   problems, and there will be testimony from some experts that

 8   say it doesn't.

 9              Would you be able to listen to the testimony from both

10   sides and decide it based on the evidence?

11              PROSPECTIVE JUROR NO. 25:  Well, it depends on what I

12   hear, to be honest.

13              THE COURT:  Yes.

14              PROSPECTIVE JUROR NO. 25:  Because it could be really

15   bad, and I already know that'll probably just completely throw

16   me off the other side.

17              THE COURT:  I'm sorry.  Tell me again.

18              PROSPECTIVE JUROR NO. 25:  Because if I hear just --

19   like, if I hear something really bad, because I'm an engineer,

20   I want to make things right.  So it's kind of, like, difficult

21   to hear something really bad about a product, and then just

22   hear the good parts and that's it.

23              THE COURT:  Let me see if I can understand you.

24              If somebody said, "Cadillacs are pieces of junk," and

25   you had your best friend that had a Cadillac, and he said,
```

1  "It's the best car I ever had," would you be able to balance

2  those things?

3          PROSPECTIVE JUROR NO. 25:  Well, it depends on what I

4  hear from it.  Like, if I hear that the Cadillac probably,

5  like, breaks down every now and then, and my friend says it

6  doesn't, it kind of -- I don't know -- it's difficult.

7          THE COURT:  It would be difficult to believe your

8  friend?  Or --

9          PROSPECTIVE JUROR NO. 25:  If I hear it breaks down

10  from almost everybody and just his doesn't, it just means his

11  product is good, not that everybody else's is.

12          THE COURT:  All right.  Thank you.

13          (Thereupon, Prospective Juror No. 25 retired from the

14      courtroom and the following proceedings were had:)

15          THE COURT:  I guess Mr. Ramsey is the same question

16  about schooling.  Is that right?  The only thing I have marked

17  is:  Where did you go to school after high school?  What did

18  you study?

19          MS. CRAIG:  Yes, your Honor.  We'd also request a

20  followup question.  This is the juror that said that he would

21  have trouble listening to both sides.  I think he said he was

22  very opinionated.  I think he said that twice.

23          THE COURT:  Yes.  I heard him.  He's also taking

24  psychotropic medications and he thought he could pay attention.

25          MS. CRAIG:  Yes, sir.

```
 1              THE COURT:  Let's bring in Mr. Ramsey briefly.

 2              MS. CRAIG:  Thank you.

 3          (Thereupon, Prospective Juror No. 20 entered the

 4        courtroom and the following proceedings were had:)

 5              THE COURT:  Hi, Mr. Ramsey.

 6              Just a couple of followup questions, following what we

 7    asked this morning in the questionnaires.

 8              Could you briefly describe your education for me?

 9              PROSPECTIVE JUROR NO. 20:  My education?  High school

10    and some college and acting academy.

11              THE COURT:  Where did you go to acting school?

12              PROSPECTIVE JUROR NO. 20:  Panaro Workshop Theater

13    Company on South Beach, which is now called the Panaro Academy

14    of Dramatic Arts.

15              THE COURT:  Did you play leading men or character

16    parts?

17              PROSPECTIVE JUROR NO. 20:  Character parts.

18              THE COURT:  You mentioned that you take some

19    psychotropic medications.

20              PROSPECTIVE JUROR NO. 20:  Yes, I do.

21              THE COURT:  Do you believe those medications would

22    interfere at all in your ability to listen to the case and

23    decide the case based solely on the evidence?

24              PROSPECTIVE JUROR NO. 20:  I don't think that the

25    medications would interfere with that.  It's just the not
```

1    sleeping might interfere with it, but not the medication.

2         THE COURT:  You also mentioned you quickly form

3    opinions.

4         PROSPECTIVE JUROR NO. 20:  When I form them, it's kind

5    of like what the guy who was sitting behind me said.  When you

6    hear negative stuff about people for three weeks, I can't get

7    that out of my head.  It'll form a negative opinion.  And I'll

8    try to be objective, but I can't promise that I can let

9    contrary evidence overpower what I've already heard.

10         THE COURT:  You wouldn't be able to vote at all, would

11   you?

12         PROSPECTIVE JUROR NO. 20:  What?

13         THE COURT:  You wouldn't be able to vote at all after

14   all that nasty stuff.

15         PROSPECTIVE JUROR NO. 20:  I vote for what I consider

16   to be the lesser of two evils.

17         THE COURT:  All right.  Thank you.

18         PROSPECTIVE JUROR NO. 20:  Thank you.

19     (Thereupon, Prospective Juror No. 20 retired from the

20       courtroom and the following proceedings were had:)

21         THE COURT:  Ms. Gitlin, I believe.

22     (Thereupon, Prospective Juror No. 26 entered the

23       courtroom and the following proceedings were had:)

24         THE COURT:  Hi, Ms. Gitlin.

25         PROSPECTIVE JUROR NO. 26:  Hello.

```
 1              THE COURT:  Just a couple followup questions.

 2              PROSPECTIVE JUROR NO. 26:  Sure.

 3              THE COURT:  If you had a lawsuit, would you want

 4    someone like you on a jury?

 5              PROSPECTIVE JUROR NO. 26:  If I had a lawsuit, just any

 6    lawsuit?

 7              THE COURT:  Any lawsuit.

 8              PROSPECTIVE JUROR NO. 26:  Yes.

 9              THE COURT:  All right.  If you had a lawsuit involving

10    medicine or a medical device, would you want you on a jury?

11              PROSPECTIVE JUROR NO. 26:  No, I would not.

12              THE COURT:  Why?

13              PROSPECTIVE JUROR NO. 26:  Well, let's see.  As I said,

14    my husband is an anesthesiologist.  He has been sued.  The most

15    frivolous suit I can think of is when someone sued him because

16    he didn't tell the child that Snoopy was in the operating room

17    with him.  I kid you not.  And he lost the suit.

18              So ever since then, I've had a slight prejudice against

19    malpractice.  And he --

20              THE COURT:  Do you think he might have liked to have

21    had you on the jury and had a good jury?

22              PROSPECTIVE JUROR NO. 26:  Probably.

23              THE COURT:  But you couldn't do that for someone else?

24              PROSPECTIVE JUROR NO. 26:  Well, I just -- I've been

25    married to him for 42 years.  He was in medical school when we
```

1    were married.  I've heard about malpractice at more dinner

2    table discussions than I care to remember.  So I have pretty

3    strong feelings about people who frivolously sue for

4    malpractice.

5            THE COURT:  All right.  I'm going to ask you one more

6    question, and then I'll let you go back out there.

7            Do you think any physicians ever commit malpractice?

8            PROSPECTIVE JUROR NO. 26:  Oh, yes.  They do.

9            THE COURT:  Thank you.

10        (Thereupon, Prospective Juror No. 26 retired from the

11       courtroom and the following proceedings were had:)

12            THE COURT:  Mr. Pico.

13        (Thereupon, Prospective Juror No. 17 entered the

14       courtroom and the following proceedings were had:)

15            THE COURT:  Hi.  Just a couple extra questions.

16            Is there anything about your experience as a paramedic

17    that would affect your ability to listen to and weigh the

18    evidence in a case where there will be a lot of medical

19    testimony?

20            PROSPECTIVE JUROR NO. 17:  No, your Honor.  At work, I

21    do see often a lot of patients that come in.  They have, you

22    know, surgical implants or different things that may have

23    malfunctioned and they're in a lot of pain.  I deal with that

24    on a daily basis.

25            It would not affect my decisions or, you know, my

```
 1    ability to sit through a hearing and hear both sides of the

 2    argument.

 3              THE COURT:  Could you -- you gave an example of the

 4    people who had malfunctions with devices.  Sometimes problems

 5    with devices are caused by many things.

 6              Could you listen to all the evidence and make your own

 7    mind up about the -- whether the device in this case was

 8    unreasonably dangerous?

 9              PROSPECTIVE JUROR NO. 17:  I believe I would, your

10    Honor.

11              THE COURT:  All right.  Thank you.

12              PROSPECTIVE JUROR NO. 17:  Thank you.

13         (Thereupon, Prospective Juror No. 17 retired from the

14      courtroom and the following proceedings were had:)

15              THE COURT:  Ms. Rojas.

16         (Thereupon, Prospective Juror No. 4 entered the courtroom

17      and the following proceedings were had:)

18              THE COURT:  Ms. Rojas, just a couple followup

19    questions.

20              You're a paralegal?

21              PROSPECTIVE JUROR NO. 4:  Yes.

22              THE COURT:  Generally, what type of cases do you work

23    on?

24              PROSPECTIVE JUROR NO. 4:  Probate and guardianships.

25              THE COURT:  All right.  Thank you very much.
```

```
 1              PROSPECTIVE JUROR NO. 4:  Okay.

 2          (Thereupon, Prospective Juror No. 4 retired from the

 3      courtroom and the following proceedings were had:)

 4              THE COURT:  Mr. Quesada.

 5          (Thereupon, Prospective Juror No. 7 entered the courtroom

 6      and the following proceedings were had:)

 7              THE COURT:  Mr. Quesada, you're an engineer, as I

 8  recall?

 9              PROSPECTIVE JUROR NO. 7:  Yes, sir.  I have a

10  background in construction management, civil engineering.

11              THE COURT:  All right.

12              PROSPECTIVE JUROR NO. 7:  Et cetera, et cetera.

13              THE COURT:  In this case, we're going to have people

14  with engineering backgrounds testify on each side of the case.

15              Do you think you could listen to the evidence and

16  decide the case based on the evidence you hear here in the

17  courtroom without being unduly influenced by -- without being

18  unduly influenced by any of your education or experience?  I'm

19  not saying you can't bring everything you know to the table.

20  You can.  But could you listen fairly?

21              PROSPECTIVE JUROR NO. 7:  We'll do our best.

22              THE COURT:  All right.  That's a promise?

23              PROSPECTIVE JUROR NO. 7:  Yes, sir.

24              THE COURT:  Thank you.

25          (Thereupon, Prospective Juror No. 7 retired from the
```

```
 1          courtroom and the following proceedings were had:)

 2              THE COURT:  Mr. Espino.

 3           (Thereupon, Prospective Juror No. 5 entered the courtroom

 4          and the following proceedings were had:)

 5              THE COURT:  Hi, Mr. Espino.  Just a couple followup

 6     questions.

 7              I think you mentioned as a nursing home owner, you've

 8     had to be involved a couple times in some kind of lawsuit.

 9              Would any of your involvement in the court system or

10     the legal system --

11              PROSPECTIVE JUROR NO. 5:  It never got to court.  It

12     was just -- as you know, there's all kinds of litigation or

13     beginnings of litigations when you're involved in that kind of

14     business.

15              THE COURT:  Would that fact, your experience, make it

16     difficult for you to sit and judge each side fairly?

17              PROSPECTIVE JUROR NO. 5:  I don't think so.  No.

18              THE COURT:  Thank you.

19              PROSPECTIVE JUROR NO. 5:  I do have one other thing I

20     couldn't say when you asked the question.

21              I do own stock in Boston Scientific.

22              THE COURT:  Okay.

23              PROSPECTIVE JUROR NO. 5:  I called my broker and he

24     said I do.  So -- just so you know.

25              THE COURT:  All right.
```

1         PROSPECTIVE JUROR NO. 5:  All right.

2         THE COURT:  Thank you very much.

3       (Thereupon, Prospective Juror No. 5 retired from the

4     courtroom and the following proceedings were had:)

5         THE COURT:  Go out there and tell them not to discuss

6   the case among themselves or permit anyone to discuss it with

7   them while we're waiting.

8         THE COURTROOM DEPUTY:  Okay, Judge.

9         THE COURT:  Ms. Alvarez.

10      (Thereupon, Prospective Juror No. 19 entered the

11     courtroom and the following proceedings were had:)

12        THE COURT:  Ms. Alvarez, just a couple followup

13  questions.

14        PROSPECTIVE JUROR NO. 19:  Okay.

15        THE COURT:  Have you ever been involved in any lawsuits

16  related to any care or treatment that you provided a patient?

17        PROSPECTIVE JUROR NO. 19:  No.

18        THE COURT:  Okay.  Thanks.

19        PROSPECTIVE JUROR NO. 19:  You're welcome.

20      (Thereupon, Prospective Juror No. 19 retired from the

21     courtroom and the following proceedings were had:)

22        THE COURT:  Anything further, counsel?

23        MR. PERDUE:  Your Honor, on No. 7, Mr. Carlos Quesada,

24  I think it does not appear that we got -- when the Court

25  provided us this first jury list, we had 35.  Obviously, we've

```
 1   lost some.  As we're doing the math, I think both sides agree
 2   it looks like we lost three and Mr. Quesada was added, and so
 3   we haven't seen a questionnaire by him.
 4           THE COURT:  All right.  I don't know where they are.
 5   They would be filed in the clerk's office.
 6           I will --
 7           MR. PERDUE:  The primary question -- I don't mean to
 8   interrupt -- is then, could we have asked Mr. Quesada
 9   whether -- I didn't put this on an individual question, because
10   I'm just kind of correlating this, but I think we agree.  If
11   he's got any experience or knowledge about mesh or mesh
12   products.  That's the -- kind of the key question in the
13   questionnaire.
14           THE COURT:  Absolutely.
15           Mr. Quesada.
16      (Thereupon, Prospective Juror No. 7 entered the courtroom
17       and the following proceedings were had:)
18           THE COURT:  A quick additional question.
19           Have you had or has any member of your immediate family
20   had any experience with mesh, medical mesh products?
21           PROSPECTIVE JUROR NO. 7:  My father.
22           THE COURT:  And what was that experience?
23           PROSPECTIVE JUROR NO. 7:  To manage his heart
24   condition.
25           THE COURT:  Okay.  Did it work?
```

1              PROSPECTIVE JUROR NO. 7:  Part of it.

2              THE COURT:  What -- can you elaborate for me a little

3    bit?

4              PROSPECTIVE JUROR NO. 7:  Well, with -- his pacemaker

5    is not properly installed, so that is not properly functioning.

6    But the bypass itself seems to be working as of now.

7              THE COURT:  There was somehow involved in that some

8    mesh product, do you think?

9              PROSPECTIVE JUROR NO. 7:  I wouldn't remember the name

10   of the product.  But yeah.  He has basically a whole supply of

11   products in his heart.

12             THE COURT:  Okay.

13             PROSPECTIVE JUROR NO. 7:  He's like the bionic man.

14   Sorry.

15             THE COURT:  That's quite all right.

16             Would you be able to -- this involves products in the

17   female pelvic area made out of mesh.  Would your father's

18   experience with his heart products keep you in any way from

19   listening to the evidence about these products and deciding the

20   case based solely on the evidence and the law?

21             PROSPECTIVE JUROR NO. 7:  To be quite frank, I wouldn't

22   have any idea of what you guys are discussing.  It will be just

23   based on the facts you're presenting.

24             THE COURT:  That's exactly the kind of juror that I

25   think is qualified.  But I'll listen to the lawyers.  Thank you

```
 1    very much.

 2             PROSPECTIVE JUROR NO. 7:  Thank you, sir.

 3             THE COURT:  All right.  I didn't mean to give you a

 4    reward.

 5          (Thereupon, Prospective Juror No. 7 retired from the

 6          courtroom and the following proceedings were had:)

 7             THE COURT:  I should tell you that the one juror whose

 8    name you'll recall keeps asking over and over if he can heat up

 9    his food.  And I've said no, just for your information.

10             Ready to go?

11             MR. PERDUE:  My team is magnanimous, apparently.  I've

12    had some of these what I would consider defense movements.

13             But Plaintiffs will move for cause, your Honor, on

14    No. 2.

15             THE COURT:  Name?

16             MR. PERDUE:  William Diaz.

17             THE COURT:  All right.

18             MR. PERDUE:  Do you want me to give you the whole list?

19             THE COURT:  No.  Just give me your reason for Mr. Diaz.

20             MR. PERDUE:  Okay.  Mr. Diaz was the individual --

21             THE COURT:  I remember him.  Just briefly your reason.

22    That he --

23             MR. PERDUE:  I'm sorry.  The wife is a podiatrist.  And

24    as a physician and his knowledge and personal experience with

25    her, he did not feel he could be a fair juror.
```

1            THE COURT:  Defendant's response?

2            MS. CRAIG:  Your Honor, based on my recollection, he

3    said -- he indicated to the Court that he could be fair.

4            THE COURT:  The Court's recollection is that he said he

5    would find it difficult to be fair.  I'll grant the motion for

6    cause.

7            Next?

8            MR. PERDUE:  Next is No. 5, Mr. Fernando Espino, the

9    owner of the nursing home.  He's had experience with

10   litigation.  Oh, and he owns -- admitted to the Court that he

11   owns stock in Boston Scientific.

12           THE COURT:  I should have told him not to call his

13   broker on the break.

14           I'm going to excuse him for cause.

15           MR. PERDUE:  The next one is our food guy, No. 16,

16   Mr. Israel Blanco.

17           Frankly it, seems like he may be somebody that goes

18   both ways.  He can't listen to the evidence and he also has

19   this experience with pacemaker malfunctions which affect him.

20           THE COURT:  Defendants.

21           MS. CRAIG:  Your Honor, from the side-bar conversation,

22   I believe what this individual said was that eating wasn't

23   health related.  It was for a diet.  And he needed to eat every

24   two hours to stay on his diet.  So it's not like he has a

25   medical problem that would prevent him from participating in

1    jury service.

2         THE COURT:  I'm not going to excuse him for cause.  I

3    won't tell you what I'd do if I were a lawyer.

4         Next?

5         MR. PERDUE:  Next, your Honor, is No. 20, Mr. Ramsey.

6    This is the one that had had the acting academy experience that

7    the Court inquired about.

8         THE COURT:  I grant your motion for cause.

9         MR. PERDUE:  Next, your Honor, is No. 26, Ms. Meyer

10   Gitlin, who told you she would not be a juror on a case like

11   this.

12        THE COURT:  Yes.  I pressed her pretty hard.  I'll

13   excuse her for cause.  I'd like to have her have to sit in the

14   back of the courtroom for the whole case.  But I will excuse

15   her.

16        MR. PERDUE:  That's it.  That concludes the Plaintiffs'

17   motion for cause.

18        THE COURT:  Defendants?

19        MS. CRAIG:  Your Honor, we only have two.  The first

20   one is Mr. Griffin.  He's the one --

21        THE COURT:  I'll grant your motion.

22        MS. CRAIG:  Thank you, your Honor.

23        The second and last one is Mr. Perez.  This is the

24   individual who said he would have trouble listening to both

25   sides.

```
 1              THE COURT:  Yes.  I'll grant your motion.

 2              MS. CRAIG:  That's all from the defense.

 3              THE COURT:  Any objections to jury selection?

 4              All right.

 5              THE COURTROOM DEPUTY:  Nos. 24 and 25, Judge.  Is that

 6     correct?  Justin Griffin and Marcial Perez?

 7              MS. CRAIG:  Yes.  That is correct.

 8              THE COURTROOM DEPUTY:  Thank you.

 9              MS. CRAIG:  Sure.

10              THE COURT:  Let's bring the jury back in and let them

11     be seated while the parties exercise their peremptory

12     challenges.

13              Counsel, you'll have nine peremptory challenges apiece.

14     That'll leave us with nine jurors.

15              (Whereupon, the prospective jury panel entered the

16     courtroom at 11:23 a.m. and the following proceedings were

17     had:)

18              MS. CRAIG:  Your Honor, we can alternate sides?

19              THE COURT:  Yes.

20              MS. CRAIG:  Thank you.

21              THE COURT:  Please be seated.

22              Ladies and gentlemen of the jury, at this time, the

23     lawyers are going to exercise their peremptory strikes.  After

24     they finish that process, I will then have the clerk call the

25     names of those jurors whom I have excused and whom the parties
```

1    have excused.

2         I might mention to you that sometimes in foreign lands

3    like California, this jury selection process takes four or five

4    days.  You'll notice that we're going to be done well before

5    noon.

6         While the lawyers are working with the courtroom deputy

7    clerk to carry out the peremptory strikes, I'll tell you a

8    little bit about the federal court system.  And if I become

9    really interested, I may give you a recipe or two.

10        The federal court system -- we have 51 separate court

11   systems in this country.  Each state has its own set of laws

12   and its own set of judges.

13        And then we have a federal system that has its own set

14   of judges and its own set of laws.

15        The states' laws are very broad and encompassing.

16   They deal with almost every area of the law.  The federal law

17   is growing, but it's still -- we are still courts of limited

18   jurisdiction.  That is to say --

19        This is off the record.

20        (Discussion off the record.)

21        THE COURT:  Now I'll tell you something which I'll tell

22   the sitting jurors over and over and over again as we go

23   through the trial.

24        I don't want you to discuss the case before the verdict

25   is reached.  If you're smart, you won't discuss it afterwards,

1    either.  Don't discuss it among yourselves.  Don't permit

2    anyone to discuss it with you.  Don't do any research about the

3    case.  Don't use any social media to Twitter, Tweet, Facebook

4    post, like, unlike, dislike.  In other words, all that you can

5    consider in any case when you serve on a jury in federal court

6    is the evidence presented in the courtroom and the law that the

7    judge gives you.

8          Now, I think it's pretty presumptuous of me -- are we

9    done?

10         THE COURTROOM DEPUTY:  We need eight or nine jurors?

11         THE COURT:  Nine.  Nine strikes each.

12         THE COURTROOM DEPUTY:  But nine jurors?

13         THE COURT:  Nine jurors.

14         It's pretty presumptuous of me to come to Florida with

15   a salsa recipe, but here goes.

16       (Discussion off the record.)

17         THE COURT:  I'm going to ask you lawyers to hurry up.

18         Are we close?

19         Ladies and gentlemen, Mr. Hammond is going to call the

20   names of those jurors who have been struck for cause or by the

21   parties.  When your name is called, if you would please come

22   out into the center aisle and stand there.  You won't be there

23   long.

24         Mr. Hammond, would you call the names of the jurors who

25   have been stricken.

1           THE COURTROOM DEPUTY:  William Diaz.  Yaolen Rojas.

2    Fernando Espino.  Sina Wallace.  Carlos Quesada.  Ninoska

3    Carballo.  David Rosenfeld.  Rufus Orindare.  Elizabeth Lago.

4    William Valdes.  Israel Blanco.  Mario Pico.  Melisa Alvarez.

5    Donald Ramsey.  Maria Froste.  Steven Danisovszky.  Justin

6    Griffin.  Marcial Perez.  Eva Meyer Gitlin.  Juan Oquendo.

7    Shauna Martin.  Janet Rizvi.

8           THE COURT:  Move on out in the aisle, if you would,

9    please.

10          THE COURTROOM DEPUTY:  Andrea Romero and Alex Uribe.

11          THE COURT:  Mr. Clerk, if you would now seat the jury.

12          THE COURTROOM DEPUTY:  Five in the front?

13          THE COURT:  Five in the front would be great.

14          THE COURTROOM DEPUTY:  Juror No. 1 is Angela Chaney.

15          Juror No. 2 is Thera Johnson.

16          Juror No. 3 is Gilbert Lozano.

17          No. 4 is Frank Hernández.

18          Natalie Roberts, you'll be in Seat No. 5.

19          Gabriel Brito, juror going to go down there.  Third

20   seat in.

21          Daniel Altamirano, next seat, please.

22          Then Eric Tuozzo and Tangela Latham.

23          THE COURT:  Any objections to the jury selection?

24          MR. PERDUE:  No objection, your Honor.

25          MS. CRAIG:  No objections from the Defendant.

```
 1              THE COURT:  Mr. Hammond, would you administer the oath

 2    to the jurors.

 3              (Whereupon, the jury was duly sworn and impaneled.)

 4              THE COURT:  All the jurors in the courtroom except

 5    those seated in the jury box are excused with the thanks of the

 6    Court.  You should return to the fifth floor.

 7              Thank you very much.

 8              (Whereupon, the unselected members prospective jury

 9    panel exited the courtroom at 11:48 a.m. and the following

10    proceedings were had:)

11              THE COURT:  Lunch is coming up very quickly.

12              Now that you've been sworn, I want to give you some

13    preliminary instructions to guide your participation in this

14    trial.

15              The trial of this matter has been bifurcated in a

16    very -- separated into phase one, which deals with the issues

17    of liability, if any, for compensatory or punitive damages and

18    the amount of compensatory damages, if any, to the Plaintiffs.

19              If punitive damages are to be submitted to the jury for

20    an amount, that will be the second phase of the trial.

21              Before we begin, let me note, this is for the lawyers:

22    I have reviewed the arguments and statements of counsel

23    regarding deposition designations made in the hearings before

24    Judge Eifert.  I adopt her conclusions and rulings.  The issues

25    before her are decided, and I don't expect to hear them again.
```

1          Back to you:  You are now judges.  You are judges of

2    the facts.  You must apply the facts as you find them to the

3    law as I give it to you.

4          You must decide this case based solely on the facts and

5    the law as I give it to you.  You must base your verdict solely

6    upon the evidence presented here in the courtroom.

7          The evidence consists of the sworn testimony of

8    witnesses, the exhibits, stipulations or agreements of fact by

9    the lawyers or parties and those matters, if any, of which I

10   take judicial notice.  When the parties stipulate or agree that

11   a fact is true, you may consider that fact to be true.

12         If I take judicial notice of a fact, you may consider

13   that fact to be true.

14         The following are not evidence:  My statements and

15   rulings; the attorneys' statements, arguments, questions and

16   objections; and any evidence that I order stricken or tell you

17   to disregard is not evidence and may not be considered by you

18   in arriving at your verdict.

19         If I sustain an objection to a question, simply ignore

20   the question.

21         If I overrule the objection, treat the question and the

22   answer the same way you would any other question and answer in

23   the trial.  In other words, ignore the lawyering and the

24   judging.

25         The Defendant has been brought to trial here only for

1    the claims made by each of these individual Plaintiffs in this

2    lawsuit.  Therefore, each Plaintiff in this case has the burden

3    of proving that the particular product in the case, here, the

4    Pinnacle, was defectively designed and/or not accompanied by

5    adequate warnings.

6         You may not speculate about the existence or

7    nonexistence of other claims or the merits or demerits of any

8    other claims.

9         You as jurors must decide this case on the evidence in

10   the courtroom.  That means during the trial, you may not

11   conduct any independent research in the case.  I used to worry

12   about jurors going out to see the scene of a car wreck.  Now I

13   worry about them going home and getting on the Internet.

14   You're not allowed to do that.  You're not allowed to do any

15   independent work.  When you go home in the evening, you may --

16   the best thing you can do is forget about the case.

17        You should not consult dictionaries, reference

18   materials, search the Internet, websites, blogs, use any other

19   electronic tool to obtain information about the case.

20        Please don't find out information from any source

21   outside the confines of the courtroom.  Until you retire to

22   deliberate, you may not discuss this case with anyone, even

23   your fellow jurors.

24        After you retire to deliberate, you may begin

25   discussing the case with your fellow jurors, but you can't

PRELIMINARY INSTRUCTIONS TO THE JURY          64

 1   discuss the case with anyone else until you've returned a

 2   verdict and the case is at the end.

 3          Now, I know you're going to go home tonight and the

 4   first question you're going to get is:  Did get on a jury?

 5   What kind of case is it?  What are you doing?  What did they

 6   say?  What did they do?

 7          Just tell them that a very mean, very old federal judge

 8   said I can't answer those questions.

 9          I know many of you use cell phones, BlackBerrys, the

10   Internet and other tools.  As I suggested, you may not talk to

11   anyone at any time about the case or use these tools to

12   communicate electronically with anyone about the case.  That

13   includes your family and friends.  You may not communicate with

14   anyone on your cell phone, through e-mail, BlackBerry, iPhone,

15   text messaging, on Twitter, through any blog or website,

16   including Facebook, Google Plus, Myspace, LinkedIn, and

17   YouTube.  You may not use any similar technology or social

18   media even if I haven't mentioned it.

19          I expect you will inform me as soon as you become aware

20   of another juror's violation of my orders.

21          As a juror in this case, you should consider the

22   evidence in the same way you would consider evidence in making

23   an important decision in your own life.

24          Feel free to use your common sense.  Feel free to draw

25   reasonable conclusions based on your common experience.

1        During the trial, you must keep an open mind.  I don't

2   want you to form or express any opinion until you've heard all

3   the evidence and you've heard my instructions on the law.

4        Some of you have heard the term "circumstantial

5   evidence" and "direct evidence."  You can consider both kinds.

6        Direct evidence is if you were sitting inside my house

7   in West Virginia and you looked out last weekend  and it was

8   snowing.  That's direct evidence that it was somewhat cold out

9   there, and I wasn't upset about coming to Florida.  It was

10  direct evidence that it was snowing.  It was circumstantial

11  evidence that it was cold.

12        I messed that up.  I hope you got it right.

13        Consider any evidence that I admit for a limited

14  purpose only for that limited purpose.

15        Now, here's some important information:  This trial is

16  a consolidated trial of four separate cases filed by four

17  separate women against Boston Scientific.

18        The four Plaintiffs have been introduced to you.

19  Although the evidence will be presented in one trial and

20  although some evidence may overlap, you must consider each

21  Plaintiff and her individual claims separately from the other

22  Plaintiffs.  That is, treat each case separately as if it had

23  been tried by itself.  In that regard, you may only consider

24  facts that relate specifically to that Plaintiff.  They may

25  also relate to other Plaintiffs, but they must relate to the

1    Plaintiff you're considering before you are to weigh them in

2    arriving at the verdict in that particular case.

3           You may not even consider the fact that there's more

4    than one case being brought, that there are four cases.

5           As to Boston Scientific's defenses, you must consider

6    each of its defenses with respect to each Plaintiff.  That is

7    to say, there are going to be differences in these cases.  And

8    you're to consider each case individually.  Your decision as to

9    each Plaintiff must rest on the merits of the Plaintiff's

10   individual claims and the merits of Boston Scientific's defense

11   as to each Plaintiff's claim.

12          This is a civil case.  In a civil case, a Plaintiff

13   must prove every essential element of each cause of action by a

14   preponderance of the evidence until I tell you otherwise.  If

15   any of the Plaintiffs here should fail to establish any

16   essential element -- I'll tell you what those are -- by a

17   preponderance of the evidence, you may find for the Defendant

18   as to that particular Plaintiff's claim.

19          Each Plaintiff here has the burden of proof by, as I

20   said, a preponderance of the evidence.  That means that based

21   on the evidence, you must be persuaded considering all the

22   evidence that the proposition sought to be proved is more

23   likely true than not true.

24          I'm going to give you some detailed instructions on the

25   law at the end of the case; but in order to help you follow the

PRELIMINARY INSTRUCTIONS TO THE JURY                67

 1    evidence, I'm going to give you several instructions now as to

 2    what each Plaintiff must prove to make her case in connection

 3    with each cause of action.

 4            The Plaintiffs and each of them have claims for strict

 5    liability for design defect, strict liability for failure to

 6    warn, negligence.

 7            And let me give you a brief overview of those claims.

 8            I want you to understand Boston Scientific denies each

 9    and every one of those claims.

10            The Plaintiffs contend, and each of them, that they

11    were injured as a result of the implantation of Boston

12    Scientific's product, the Pinnacle.  Their first claim is that

13    the Pinnacle product was defectively designed.

14            To recover damages for a defectively designed product,

15    a person injured by the allegedly defective product must

16    establish the following elements by a preponderance of the

17    evidence:

18            One, that Boston Scientific manufactured and sold the

19    Pinnacle product implanted in the particular Plaintiff; two,

20    that at the time of such manufacture and sale, the Pinnacle

21    implanted in the Plaintiff was in a defectively designed

22    condition, making it unreasonably dangerous to the user; third,

23    the Plaintiffs must prove that the Pinnacle was expected to and

24    did in fact reach the Plaintiff and was thereafter used up to

25    the time that it was implanted in the Plaintiff without any

1    changes being made to it, to its condition, after Boston

2    Scientific sold it.

3           Four:  The Plaintiff must prove that the alleged design

4    defect in the Pinnacle was a legal cause of the injury of which

5    the Plaintiff complains.

6           A defectively designed condition is a legal cause of

7    injury only if it is directly and in natural and continuous

8    sequence the producing cause and contributes substantially --

9    or contributes substantially to producing such injury so that

10   it can reasonably be said that, except for the defective

11   condition, the injury complained of would not have occurred.

12          I'm going to explain that further in the instructions

13   at the end of the trial.  And I'll explain what "unreasonably

14   dangerous to the user" means.

15          The Plaintiffs bring a claim for strict liability for

16   failure to warn.  A product is defective for failure to warn

17   when the foreseeable risks of harm from the product could have

18   been reduced or avoided by providing reasonable instructions or

19   warnings, and the failure to provide those instructions or

20   warnings made the product unreasonably dangerous.

21          Because the Pinnacle can only be obtained through a

22   physician, Boston Scientific had a duty to adequately warn only

23   the doctor, only the physicians who implanted the Pinnacle.

24   Boston Scientific did not have a duty to provide such a warning

25   directly to the women.

PRELIMINARY INSTRUCTIONS TO THE JURY                69

1        To recover damages for failure to warn in strict

2   liability, a plaintiff must establish the following by a

3   preponderance of the evidence:

4        One:  That the warnings Boston Scientific provided to

5   the Plaintiff's prescribing physician was inadequate.

6        Two:  That the lack of adequate warnings rendered the

7   Pinnacle unreasonably dangerous to the user and -- by the user,

8   I mean the patient.

9        And, three:  That the lack of adequate warnings was the

10  legal cause of the injuries complained of.

11       Once again, an inadequate warning is a legal cause of

12  injury if it directly and in natural and continuous sequence

13  produces or contributes substantially to producing such injury

14  so that it can be reasonably said that, except for the

15  inadequate warning, the injury complained of would not have

16  occurred.

17       The Plaintiffs also have a claim for negligence.

18  Broadly, Boston Scientific had a duty to use reasonable care so

19  that its products in the marketplace wouldn't harm their

20  consumers.

21       Negligence means the failure to use reasonable care,

22  which is the care that a reasonably careful person or company

23  would use under like or similar circumstances.

24       Negligence may consist either in doing something that a

25  reasonably prudent person or company would not do under like or

1    similar circumstances or failing to do something that a

2    reasonable person or company would do under like circumstances.

3          The Plaintiffs allege that Boston Scientific was

4    negligent in two ways:

5          First, they allege that Boston Scientific was negligent

6    in its design of the Pinnacle.  To recover damages as a result

7    of negligent design, a Plaintiff must prove the following

8    elements by a preponderance of the evidence:

9          One, that Boston Scientific negligently designed the

10   Pinnacle; two, that the Plaintiff was injured, thereby; and

11   three, that Boston Scientific's negligence was the legal cause

12   of Plaintiff's injuries.

13         The Plaintiffs' second theory of negligence is that

14   Boston Scientific was negligent in failing to provide adequate

15   warnings about foreseeable risks it knew or should have known

16   to be associated with the product.  To recover damages as a

17   result of negligent failure to warn, a Plaintiff must prove the

18   following elements by a preponderance of the evidence:

19         One, that Boston Scientific negligently failed to prove

20   adequate warnings to the Plaintiff's prescribing physician;

21   two, that the Plaintiff was injured; and, three, that Boston

22   Scientific's negligent failure to warn the Plaintiff's

23   physician was the legal cause of the Plaintiff's injuries.

24         For both of these theories, negligence is a legal cause

25   of injury if it directly and in natural and continuous sequence

1    produces or contributes substantially to producing such injury

2    so it can reasonably be said that, except for the negligence,

3    the injury would not have occurred.

4         Finally, I want to talk to you about your conduct as

5    jurors.  I'll remind you, don't discuss the case among

6    yourselves or permit anybody to discuss it with you or in your

7    presence.  Don't read anything about the case.  Don't watch

8    anything about the case.  Don't listen to anything about the

9    case.

10        That means -- I know this is going to be very

11   hurtful -- you can't listen to the local news or read the local

12   paper for the period of time.

13        Now, this isn't going to be on the national news, I

14   don't think.  If something comes on and you start to think it's

15   about it, turn the TV off or run from the room.  But otherwise,

16   you can watch the national news, and you can certainly have

17   somebody tell you what happened in the elections or tell you

18   the other news that's going on.  You just are not allowed to

19   read or listen to anything or watch anything about this

20   particular case.

21        If anyone tries to talk to you about this case, bring

22   it to my attention immediately.

23        Don't do any research.  Don't do any investigation on

24   your own.  Don't make up your mind until the case has gone to

25   you for decision.

1        You may take notes.  I'm going to be sure that on your

2   chairs when you come back are yellow pads and pencils or pens.

3   Your notes are not evidence.  They shouldn't be -- take the

4   place of listening carefully and watching the witnesses.  And

5   you shouldn't rely on someone else's notes or recollection.

6   You need to decide this case for yourselves.

7        When you leave the courtroom for a break or for the

8   lunch hour or for the evening, just turn your pad face down on

9   the jury chair, and we have people with guns that'll protect

10  it, and nobody will bother it until you come back.

11       When you're in the jury room, keep the door closed.

12  And stay in there until you're allowed to come back out.

13       You're not prisoners, so if you need anything, knock on

14  the door and let the courtroom security officer know what you

15  need, and I'll try to accommodate you in every way that I can.

16       What I can't do for you is, during the trial, I can't

17  answer questions about what's going on in the trial or

18  something about the evidence or anything like that.  But you

19  can ask, you know, if you can bring in a cookie, yes; you can

20  bring in a cup of water into the courtroom because it gets kind

21  of dry in here.  But since this isn't my courtroom, I can't let

22  you bring in soda or coffee because Judge Moreno, who normally

23  has this courtroom, might never let me come back.

24       Let me see counsel at side-bar briefly.

25       (Whereupon, the following proceedings were had at

1    side-bar outside the presence of the jury:)

2          THE COURT:  Any objections to the sort of stumbling

3    preliminary instructions that the Court gave?

4          MS. CRAIG:  No objections from the Defendant.

5          MR. PERDUE:  None, your Honor.

6          THE COURT:  Ready for lunch?

7          MS. CRAIG:  Lunch would be good.

8          MR. PERDUE:  You said lunch, not launch?

9          THE COURT:  I said lunch.

10         Given the recent circumstances with rockets, I don't

11   think we want to do that.

12         MR. PERDUE:  I'll second that.

13         (Whereupon, the following proceedings were had in open

14   court:)

15         THE COURT:  We're going to break for lunch.  According

16   to my cell phone, it's 12:10.  I'm going to ask you to be back

17   here you at 20 till 2:00.  It's an hour and a half for lunch.

18   You can expect that's the length of time we'll have every day

19   for lunch.  The cafeteria in the courthouse will be very busy

20   today because there are nine juries to be selected.  So most

21   everybody who thought they escaped here may have ended up

22   somewhere else.

23         Have a nice lunch.  Remember not to discuss the case

24   among yourselves or with anybody else.  I'll see you back here

25   at 20 minutes of 2:00.

1          Court stands in recess.

2           (Thereupon, a luncheon recess was taken, after which the

3      following proceedings were had:)

4          THE COURT:  Please bring the jury in.

5          (Whereupon, the jury entered the courtroom at 1:47 p.m.

6  and the following proceedings were had:)

7          THE COURT:  Please be seated.

8          Good afternoon.

9          I know that it's sometimes difficult to get lunch, but

10  I'll ask you to try a little harder to get back.  There are

11  some places closer.

12          We're now ready to begin the heart of the trial.

13  First, each side will make an opening statement.  An opening

14  statement is an outline to help you understand the evidence as

15  it comes in.

16          An opening statement is neither evidence nor argument.

17  It's just an outline of what the lawyers believe they will

18  prove or what their case will be.

19          After opening statements, the Plaintiff, having the

20  burden of proof, will offer evidence in support of their

21  claims.

22          At the conclusion of all of the Plaintiffs' cases, the

23  Defendant may introduce evidence.  If the Defendant introduces

24  evidence, the Plaintiffs may introduce rebuttal evidence.

25          After all of that's done, the parties -- after they've

1    presented their witnesses, I'll instruct you on the law and

2    then we'll have closing arguments to summarize and interpret

3    and argue what they think the -- what they've shown in court.

4              And then you will retire to deliberate your verdict.

5              You may hear or see other languages during the trial.

6    You must consider evidence provided only through the official

7    court translator.

8              It is important that all jurors consider the same

9    evidence.  So even if you -- even if some of you know Spanish,

10   you must accept the English translation provided and disregard

11   any different meaning.

12             Plaintiff ready?

13             MR. PERDUE:  We are, your Honor.

14             THE COURT:  All right.  The Plaintiff may offer an

15   opening statement.

16             MR. PERDUE:  Can I configure the podium over here, your

17   Honor?

18             THE COURT:  You may.  If you need help with that --

19             MR. PERDUE:  I can handle it.

20             THE COURT:  All right.

21             MR. PERDUE:  I'm reminded by the translator that the

22   microphone is going to pick up.

23             Good afternoon.

24             THE JURY:  Good afternoon.

25             MR. PERDUE:  You have been given a set of rules by

Opening Statement by Mr. Perdue                76

1    Judge Goodwin and you are here not necessarily of your own

2    choosing, but you are getting ready to be asked to not only

3    follow those rules, but to apply the rules of the law of

4    Florida and the rules of society to people's choices.

5          There were choices that were made by Boston Scientific

6    that affected these women, and we are here now in front of you

7    to judge those choices.  And we're going to bring you evidence

8    that has never been seen in the public eye before.

9          We will prove our case through documents that are

10   inside Boston Scientific.  We will prove our case to you with

11   witnesses who work for Boston Scientific.

12         And we will do our best to move through the process

13   under the rules that govern this process, but ask you to apply

14   the rules that should apply to a corporation that sells a

15   product.

16         Every corporation has a responsibility to never sell a

17   product that subjects people to a needless risk.  Every

18   corporation has a responsibility to make sure the products that

19   it sells are safe to sell and to be used.

20         The product you'll hear about is a unique one in that

21   it's a medical device.  And so the unique rules about the

22   choices in this case are -- these aren't products that any one

23   of you can go out and buy at a CVS or Walgreens.  These are

24   prescription medical devices that are implanted by physicians.

25         So the choices Boston Scientific makes regarding those

 1    products, the choices that Boston Scientific makes regarding

 2    testing those products, the choices that Boston Scientific

 3    makes regarding the science of those products, aren't shared

 4    with the customer.  They're not shared with the patient.

 5          So when we look at the choices that Boston Scientific

 6    made, the proof in this case is going to be that Boston

 7    Scientific ignored very specific warnings related to this

 8    product, that Boston Scientific made very specific choices to

 9    avoid testing this product and that Boston Scientific made very

10    specific choices to not tell people about the risks of this

11    product.

12          Now, I know those are serious allegations.  They are

13    very serious claims brought by these women.  And so all we ask

14    and all we can ask is that you who have not asked to be here,

15    but have been charged to follow the rules of this Court and of

16    Judge Goodwin, follow that evidence because, as harsh as that

17    charge is, we believe that the evidence will show you every

18    single one of those is fact.

19          Now, you'll hear some translators.  I have the names.

20    Ms. Eghnayem, Ms. Betancourt -- does the monitor in front of

21    you work?

22          THE JURY:  No.

23          MR. PERDUE:  The jury monitors aren't working, your

24    Honor.

25          THE COURT:  Just a minute.  All right.  It is now.

1          MR. PERDUE:  Thank you, your Honor.

2          -- Amal Eghnayem, Juana Betancourt, Mania Nunez and

3   Margarita Dotres.  Ms. Betancourt and Ms. Nunez are native

4   Spanish-speakers.  And so the translators here, at different

5   times you'll hear them speaking.  They've got the headphones

6   on.

7          But the evidence that we will bring will be primarily

8   brought to you from Boston Scientific Corporation witnesses,

9   who are located in -- just outside Boston, Massachusetts, a

10  place called Natick, Massachusetts.  They have a large facility

11  up in Marlboro, Massachusetts, where they employ the people

12  responsible for making choices.

13         Now, the facts are that, in 2005, Boston Scientific at

14  a very high level made the determination that it had a problem

15  because, in 2005, products were reaching the market to treat

16  something called pelvic organ prolapse, manufactured by other

17  companies, Johnson & Johnson, other companies.

18         Boston Scientific is in the business of competing in

19  that market.  Boston Scientific is in the business of making

20  sure they don't lose market share.

21         And so Boston Scientific conveyed something that they

22  call the Product Investment Board in November of 2005.  And the

23  Product Investment Board of Boston Scientific green-lighted the

24  project that would become what has brought us here today:  The

25  Pinnacle pelvic floor repair kit.

```
 1          So at this meeting in 2005 -- in November 2005, just
 2   outside of Boston, Massachusetts, the people get together and a
 3   young vice president of marketing makes the pitch that, "We
 4   have got to get a pelvic floor repair kit to the market to
 5   compete.  We've got somebody who's brought us a different
 6   technology to deliver this, but we need you to green-light what
 7   is this project of the PFR," or pelvic floor repair kit.
 8          Now, that memo, that minutes from that meeting, tell
 9   you exactly what begins this journey for everyone, because the
10   decision at that meeting is not to begin developing a product
11   on their own.
12          But because they're behind, they say, "We need to
13   quickly" -- they actually put it in bold.  That's not my bold.
14   That is their bold in the PowerPoint -- "quickly develop a
15   knockoff of Perigee with benefits."
16          Now, Perigee is a pelvic floor repair kit manufactured
17   by a company called AMS, American Medical Systems, not a common
18   one that you've heard of, but they're out there in the industry
19   making medical devices.  And they had the number one
20   marketplace.
21          So Boston Scientific and this group who is losing
22   market share and losing doctors being committed to their full
23   product line because they don't have this type of product says,
24   "Let's make a knockoff of the Perigee and let's get it done
25   quickly."
```

Opening Statement by Mr. Perdue                    80

```
 1              And at that very first decision, you can see a design
 2    decision that is a violation of the fundamental rule.  Every
 3    company is responsible for the safety of their own products.
 4    And no company can make decisions about design, manufacturing
 5    and selling a product to just be a knockoff of somebody else's.
 6              Now, at that same meeting and in the same PowerPoint by
 7    these executives, they tell you exactly again what's going to
 8    lead all of us to being here because they set a priority which
 9    should never exist inside a medical device company.
10              They set the priority as speed is A number one.
11    They're behind in the market.  AMS is getting doctors to use
12    their products and use their other products.  And they've got
13    to compete.
14              And so at this very first meeting that leads to the
15    Pinnacle PFR kit in November of 2005, with the technology and
16    the design and all the employees they have to potentially test,
17    analyze and think about whether this is a safe product, the
18    green light is speed.
19              But then the rest of it is even more concerning
20    because, when they say -- decided that including the xenograft
21    material might make it lose focus, might add time, what they're
22    talking about is there were two choices.
23              There's a synthetic plastic that can be the heart of
24    this product, polypropylene plastic -- and I'll show it to you
25    in a second -- that is used as mesh to be put into a body.
```

1          But they had something else in 2005 called a xenograft,

2     which is a biological or organic device.  Now, they make the

3     decision in 2005, "We're not even going to compare the two

4     because it would distract and add increase to the launch time."

5     And you're going to judge that evidence in the witnesses that

6     defend those choices.

7          What this case has done and taught me over time is a

8     lot of things about -- we all know that women are unique, and

9     you're going to hear a lot of personal and private information

10    about these four women and a lot about just the fundamentals of

11    female anatomy and how it's different than men's.

12         And so I will talk to you just as respectful adults on

13    the medicine, the realities we all know.  And it's nothing to

14    make light of, but a woman's pelvis, a woman's private area, is

15    different.

16         There is a vagina and there is a uterus for birth canal

17    and a place where conception can occur.  And they rest in

18    between the bladder and the rectum, the bladder being

19    responsible to fill with urine and then, when it's time to

20    urinate, drain, and the rectum being responsible to collect

21    stool, feces, and, when it's time to defecate, to evacuate

22    that.

23         Now, the reality is that, in women and men, too -- but

24    in women those three organs work together because they're all

25    right on top of each other.  There is no space between the

Opening Statement by Mr. Perdue                82

 1   bladder and the vagina.  There is no space between the vagina

 2   and the rectum.  Those tissues lay on top of each other.

 3          Now, doctors can create a space in surgery.  And so

 4   they can peel apart those two tissues.  But the reality is that

 5   the distance doesn't exist unless they do that because, when a

 6   bladder fills, it pushes on the vagina.  When a rectum fills

 7   it, may push on the vagina.  Some might nod.  Some know it.

 8          You're going to hear even more difficult stuff than

 9   that because what happens to women over the years when

10   childbirth occurs, when menopause occurs, just the function of

11   time and use -- and, with all due respect, you know, age

12   catches up.  But it's natural that those organs that work

13   together can start drooping.

14          And so the uterus can droop down and, if it hasn't been

15   removed by hysterectomy, it can droop.  The vagina loses some

16   of its sturdiness to keep the bladder up and the bladder can

17   droop.  Or on the backside, on the posterior side, the rectum

18   can droop.  There's different stages of it.  And there's

19   different severity of it.

20          But it is an inconvenience.  It is not a pleasant thing

21   for women to experience.  It's not life-threatening, but it is

22   not a condition that anybody necessarily wants to say that's

23   something to be ignored.  But it's also not a condition that

24   says you have to get surgery.

25          Now, this is something that seems so fundamental.  Some

 1    of you may laugh.  But this technology, this idea of

 2    polypropylene mesh, comes from hernia mesh.  And some of you

 3    heard in a conversation of jury selection the idea of hernia

 4    mesh being used.

 5           Now, hernia mesh is a piece of polypropylene mesh that

 6    is usually made 4 centimeters by 4 centimeters, so maybe the

 7    size of my hand, and it is put on the muscle of the abdomen

 8    between a harder layer of tissue called the fascia, straight up

 9    and down to hold back whatever hole exists there because

10    somebody's intestines are bulging a little bit.

11           That's the concept of hernia mesh.  Straight up and

12    down and hold something from behind that is never going to

13    gyrate on each other and that is supposed to be stiff in the

14    first place.  That's what hernia mesh is designed to do.

15           What this case is about is taking hernia mesh, which

16    was developed with that concept, and placing it in between the

17    body of the vagina.  You're now looking straight through the

18    body.

19           So if you could look straight in, which is quite

20    uncomfortable for anybody who's seen a woman in stirrups -- but

21    if you could look straight through the skin and in -- this

22    diagram is showing how the bladder rests on top of the vagina

23    and how the rectum rests below the vagina.

24           And so what companies and what Boston Scientific wanted

25    to copy was to take polypropylene woven mesh that had been used

1    for hernias in the abdomen and put it between the vagina and

2    the bladder and between the vagina and the rectum.

3         Now, the anatomy is so fundamentally different, but the

4    design of the concept of the mesh is the same, because this

5    mesh doesn't go in without an expectation the body is going to

6    react to it.  It's a synthetic plastic.

7         And Boston Scientific knew that the body would react to

8    it.  There is a world of science that exists that bodies react

9    to polypropylene and it affects the polypropylene and it

10   affects the body.  And you will see a lot of that science in

11   this case.

12        But, also, not only does the body react to the

13   polypropylene and the polypropylene react to the body, the

14   tissues grow into the mesh.

15        So you've got -- the polypropylene is synthetic

16   plastic, but you also have because you've woven it -- tissue,

17   protein, collagen grows through it.

18        And it does exactly what it does in hernias, but now it

19   does it in a female's pelvis.  It stiffens.  It turns hard.

20   And the evidence is that this stuff degrades and breaks down.

21        But Boston Scientific in its rush to get this product

22   to market ignored some very specific things about its product.

23   Not about Perigee.  Not about some other competitor.  About the

24   choices that it made.

25        The choices that Boston Scientific made and will be

Opening Statement by Mr. Perdue                    85

```
 1    defended go back to the very beginning of the use of plastic in
 2    the body.
 3            If you've ever had a child knock his head out and get
 4    to the ER, you may have seen stitches.  Prolene is the most
 5    common stitch.  It is made of polypropylene.  You're going to
 6    hear about stitches, sutures.
 7            That's what -- when they're talking about sutures, when
 8    they're talking about plastic being used in a stitch or a
 9    suture, prolene, that's what it is.  It's a single string.
10    It's not a mesh.  It is less than a millimeter.
11            And a doctor pulls it out, makes a little knot, ties
12    the knot, cuts off the extra ends and leaves less than what I
13    have -- I had to tape them to the page because I can't even
14    hold them to where you can see it.
15            But when you hear conversations about suture or plastic
16    in suture or stitch, that's what we're talking about.  And
17    what's left behind can be removed.
18            I mean, they had a kid with a stitch where they come
19    back in, cut it and pull the little bit out or they -- or
20    inside some surgeries they leave it in.
21            Now, this product is used to repair pelvic floor
22    prolapse, drooping, by taking the native tissue, the inherent
23    flesh of a woman, going in and tightening it just with two
24    stitches to those side walls, to the sides out.
25            And so, by the accordion effect of stretching it with
```

1    just a stitch, they're able to hold things in the same place

2    and you can do it without mesh.  That's called native tissue

3    repair, and that has been done for years.

4         Now, another way that things have been treated is what

5    led to the development of hernia mesh, but also a product

6    called a stress urinary --

7         THE INTERPRETER:  Sorry, counsel.  Could you get close

8    to the microphone, please.

9         MR. PERDUE:  Yes.

10        -- what's called a stress sling -- a urinary

11   incontinence sling.  This is what a urinary incontinence sling

12   looks like.

13        This is inserted through the vagina, but put right

14   underneath the urethra, the tube that carries urine out from

15   the bladder out of the body.  And so it's just a hammock.  The

16   reason why it's long is it attaches to the sides.  But it is a

17   hammock underneath the urethra.

18        Boston Scientific made this product with a type of mesh

19   and sold this product with this type of mesh to treat that.

20   But this type of mesh in the mid-urethra that is below the

21   urethra is different than what becomes the Pinnacle.

22        But that's the size of -- when you hear about stress

23   urinary incontinence slings, that's what they're talking about,

24   that sling, literally sling, of mesh.  So hernia mesh about the

25   size of my hand, suture.

1        But when you get to the decisions that Boston

2    Scientific makes so it can fast-forward into the market because

3    they're behind, Boston Scientific all of a sudden has to make

4    some key design choices that affect everything I've just talked

5    to you about.

6        Because, in this case, what you are going to learn from

7    the evidence inside Boston Scientific -- they can talk about

8    hernia mesh.  They can talk about sutures.  They can talk about

9    slings.

10       But in this case, the Pinnacle mesh is made with a

11   different polypropylene.  It is a different mesh.  And at the

12   end of the day, it is a fundamentally different product than

13   even the competitors that they were trying to knock off.

14       As to polypropylene, Boston Scientific was making these

15   slings from polypropylene from a company called Chevron

16   Phillips.  And you're going to see this document.

17       Boston Scientific began making slings back in 1999 or

18   selling them in about 2002 using polypropylene that they had

19   obtained from Chevron Phillips, which is, if you can tell by my

20   accent, back from where I come from, Texas.  It's a

21   petrochemical plant.

22       They made plastic.  And they buy polypropylene from

23   Phillips, the maker, Chevron Phillips, polypropylene.  And they

24   had bought it beginning back in 1998 to use to make

25   mid-urethral slings.

Opening Statement by Mr. Perdue                88

 1             But, in 2004, Chevron Phillips changes the warning on

 2   their polypropylene.  They change the label on their own

 3   polypropylene to tell people who would buy it from them, "This

 4   is not an appropriate polypropylene to put in a permanent

 5   medical device."

 6             What you're looking at is the material safety sheet

 7   from Chevron Phillips that came from the files of Boston

 8   Scientific.

 9             In January of 2004, Chevron Phillips changed a material

10   safety sheet that didn't have this language to put this warning

11   on it.  And this warning, it will go uncontested, was known to

12   Boston Scientific.  They got this document.  They read this

13   language.

14             And this language tells them very specifically, "This

15   Marlex" -- Marlex is the brand name of Chevron's

16   polypropylene -- "is not a material to be used in medical

17   applications for permanent implantation in the human body with

18   permanent contact to human tissue."

19             Now, polypropylene's used other places in the body.

20   It's used in other places.  There's going to be no dispute

21   about that.  We don't challenge that fact.

22             Polypropylene woven into a mesh out of tiny filaments

23   that's intended to be left there forever is different.  And

24   this warning even accommodates for that.

25             The warning that Boston Scientific got specific to

Opening Statement by Mr. Perdue                     89

```
 1     Marlex says in the next paragraph, "If the material is going to
 2     be used for temporary implantation, you need to at least let us
 3     know."
 4              So you've got the first paragraph saying, "Do not use
 5     it in a permanent body implant."  And if that language was
 6     somehow disputable or something that could be ignored, you've
 7     got the next paragraph right behind it saying, "But there's
 8     even -- there's a different issue if you have it as a
 9     temporary."
10              When Boston Scientific went to buy Marlex for this
11     product in 2005, they realized the material safety sheet had
12     changed.  And the evidence you're going to hear is the company
13     did not want to sell Boston Scientific any more Marlex unless
14     they gave them a contract that said, "You acknowledge we are
15     not telling you anything about this being safe for permanent
16     medical devices."
17              So the issue was so important and the purchase so
18     important to the company to fast-forward it they got a contract
19     put together with this language -- some lawyers in
20     Massachusetts and Texas hammered out a purchase contract that
21     is then dated January -- dated in 2006 -- where specifically
22     Boston Scientific is told and has to agree the fitness of this
23     particular grade of polypropylene, Marlex HGX 03-01 -- that is
24     the type of polypropylene in this product.
25              And it makes a difference because different grades and
```

Opening Statement by Mr. Perdue                    90

1  different additives and different specifics of the type of

2  plastic make a difference in how it performs.  They wanted to

3  buy that grade of polypropylene, which the number one use is

4  carpet backing.  But that's what they were buying.

5          And so they had to sign a contract saying, "This is not

6  specifically warranted for any fitness of a medical device."

7  And then, additionally, it told them that, "If you're going to

8  use it, only you and you have the responsibility to ensure --

9  not to consider, not to copy, not to examine -- to ensure that

10  this polypropylene is suited to the specific application."

11         So you've got a specific polypropylene and then, for

12  each specific application they're going to use it, they have to

13  ensure that it's safe.

14         And that's why we're here because the question of the

15  safety and what Boston Scientific did is what leads then to

16  this different mesh.

17         The mesh in the Pinnacle device goes in a different

18  place than any other mesh that you're going to hear about.

19  It's not hernia mesh.  It's not stress urinary incontinence

20  mesh.  It's actually a different mesh.

21         This mesh -- you can kind of see through it -- is even

22  a different weave than this mesh.  The concept for this mesh

23  using Marlex polypropylene and implanting it for permanent --

24  the idea is that it was going to stay there forever in the

25  human body.  It was something Boston Scientific had never done

 1   before.

 2          But then Boston Scientific makes an even different

 3   choice.  They choose to go forward with the Marlex

 4   polypropylene.  They choose to change the mesh itself so that

 5   the sling mesh and this mesh is different.

 6          But then they make another decision about getting the

 7   market so that they can capture share.  They proudly told the

 8   market when it reaches doctors in 2008, "This is a different

 9   product."

10          So while you're going to hear in this case Boston

11   Scientific consistently tell you, "We were relying on the

12   safety of other products," when it came time to sell this, they

13   wanted to tell everybody how different it was.  And they told

14   people how different it was in the brochures that they leave at

15   doctors' offices.

16          And so the brochure I just showed you, this is it.  And

17   this is then the description of where it goes and then this is

18   the description of the benefits of it that set it apart.

19          And if you can see the top of the image on your

20   screen -- I know the screens are small and the images are

21   small, but you're going to have this in evidence -- they

22   promised, they promised, that they had the most mesh coverage

23   of anybody in the market.  They promised that, "With our

24   product, you can get 105 percent coverage of the vagina.  More

25   than the average length of the vagina can be successfully

Opening Statement by Mr. Perdue                    92

1    covered by our mesh."

2         The table shows you that the competitor's -- the

3    knockoff -- the Perigee knockoff covers 60 percent, 62 percent.

4    The Ethicon product that's out there that they're competing

5    with, less than 70 percent.  They sold it as being different,

6    as being bigger and covering more tissue.  And unfortunately in

7    this courtroom, I think they will tell you you can rely on the

8    safety of everything else.

9         This was a different product.  And this product is

10   unique because of the size of this, the size of what you're

11   seeing here.

12        Every one of our women -- Mrs. Eghnayem,

13   Ms. Betancourt, Ms. Nunez, Ms. Dotres -- not coincidentally,

14   they got all of this mesh.  Because this rests on the top

15   between the vagina and the bladder and then the reason why they

16   put this on here is so that a doctor can put this either in one

17   piece or in a separate piece on the bottom side.  This mesh to

18   this extent was put into every one of these four women.

19        Now, when this mesh reached the market and was being

20   sold to doctors as of January 2008, you're going to see the

21   document inside Boston Scientific that may be the most relevant

22   to the question you are asked, which is, "Was this product

23   defective?  Was it unreasonably dangerous?"

24        And that is defined in the law oftentimes by whether

25   the risks outweigh the benefits.

Opening Statement by Mr. Perdue                    93

1           Now, you have to know the risks, which means you have

2     to know the specifics of the product you're going to sell.  So

3     in Boston Scientific, when they went to market after setting

4     speed as a number one and catching the marketplace, they didn't

5     have time to test it.

6           This product was not tested by Boston Scientific in the

7     ways that it should have been before they decided to sell it.

8     And the clinical risk-benefit analysis document inside Boston

9     Scientific that nobody's seen is going to tell you so.

10          Because they admit this particular mesh in this kit has

11    not had animal studies.  There are no preclinical -- that is,

12    preexperience -- in the marketplace with this mesh.  They have

13    not put it in animals.  They've not tested the mesh.  Not

14    pieces of the mesh.  Not the polypropylene.  Not a suture.  The

15    mesh.  They have not tested it in animals or humans.

16          Whether this comes to clinical trials they specifically

17    have to tell in the company before doing a final risk-benefit

18    analysis so they can sell a product.  Have there been clinical

19    trials?  There been studies on this products in humans?

20          What this document says before January of 2008 is,

21    "We're going to conduct one after we get it to market.  A

22    post-marketing -- post-January 2008 marketing

23    investigator-sponsored study is planned.  So let's get it to

24    market.  And then we will hire some consulting doctors to do a

25    clinical trial as we're selling it.

Opening Statement by Mr. Perdue                    94

1          So the evidence is going to be in this case that there

2     were women, in fact, some women treated by one of the experts

3     that Boston Scientific is going to bring, that got disclosed,

4     "You're part of an investigational study," that were told,

5     "You're part of a clinical trial into a new product.  We need

6     you to sign this form."

7          In fact, what the evidence is for Ms. Dotres and

8     Ms. Eghnayem, Ms. Betancourt and Ms. Nunez is they were part of

9     a trial, but they didn't know it because it was being sold

10    without any disclosure that there wasn't a human trial.

11         In that same document, you're going to see a whole

12    bunch of literature about the risks of mesh, the experience

13    with mesh, the mesh -- hernia mesh, sling mesh and other

14    products like Perigee and PFR, pelvic floor repair.

15         Boston Scientific is going to admit exactly what makes

16    a difference.  In their analysis of the literature, which is

17    the only analysis they can do, they explain there are various

18    factors that contribute to what's called erosion.

19         Because when you put this between tissues -- and it's

20    designed to have a growing and hardening and it is known to

21    degrade and react -- it does what sandpaper would do, what a

22    screen would do.  It erodes through the tissues themselves and

23    it causes serious, serious injury to women, injury that every

24    single one of these women have suffered.

25         And they say that there's specific aspects about mesh

Opening Statement by Mr. Perdue                95

```
 1    that lead to different erosion rates, which is true.  The

 2    aspect of the size of the implant.  You don't want to make the

 3    biggest implant on the market.  You want to make the least

 4    implant on the market to minimize the risk of erosion.

 5          You don't want to have a sling material that is not

 6    basically compatible with human tissue.  You want a sling

 7    material that is.  You don't want mesh that you haven't studied

 8    to know what the risks are of erosion sold on the promise that

 9    other people are doing it.

10          So we are now here with four women who were not told

11    about the risks.  And you will hear neither were the doctors

12    that put it in.

13          Because Boston Scientific is going to show you what is

14    called a "Direction for Use" pamphlet that comes with the kit.

15    It looks like this.  It'll be in evidence.

16          And if you get a prescription drug, of course, now

17    they're kind of on the Internet and they come with the package

18    at Walgreens, but it's got the label on the drug.

19          Well, doctors get this, but patients don't.  And when

20    the doctors get it, it has a list of adverse events.  Right?

21    It has a list of things that could possibly be caused or

22    affected by the product.

23          This list includes erosion, extrusion through the

24    tissue, permanent pelvic pain, dysuria or painful voiding,

25    urinary disfunction because the stiffness can cause the bladder
```

1    inability to void, painful intercourse, called dyspareunia,

2    because for some women it can actually be felt by them and

3    their partner.

4          And so they have this list of which they will tell you,

5    "We disclosed the risks."  But the problem is this list is not

6    based on the Pinnacle mesh because it hadn't been tested when

7    that was published in January 2008.

8          When that document was put together before it reached

9    the market, there hadn't been a clinical trial.  There had not

10   been an investigation of the specifics of this mesh of what it

11   could do.

12         So they have a warning, but it's not about the Pinnacle

13   mesh, because they don't know how severe the reaction can be to

14   the Pinnacle mesh.  They don't know how permanent the damage

15   can be.  They don't know even by their own admission how

16   frequently this could happen.

17         And so now we are going to bring you the evidence of

18   four different women who only have one thing in common.  Well,

19   I think as they've gotten to know each other a little better

20   they're finding more things in common.

21         But the life of each of these women has been changed

22   fundamentally not by a single choice they made.  They had a

23   problem.  They went to their doctor.  And their doctor talked

24   to them about options.  And you're going to hear a lot about

25   options because there are other options.

Opening Statement by Mr. Perdue                    97

1          Our position in the case is Boston Scientific has a

2   responsibility to make sure any option that it is going to sell

3   is tested, is understood and is safe.  Because this case is not

4   about options.  It's about safe options.

5          Each of these women got every bit of the mesh and all

6   of their differences still result in the exact same course of

7   complications and outcomes.

8          Ms. Dotres was implanted first -- pardon me.  She was

9   implanted in October 2008.  Ms. Dotres was young.  She was

10  35 years old.  Ms. Dotres had had two children.  But she was

11  still a young, active woman.

12         And what you'll see in these timelines is the surgery

13  is done, but the things that we're here talking to you about,

14  the damages that we're going to seek on behalf of each of these

15  women, are not about the surgery.

16         This is a device that's intended to be put in and left

17  forever.  And the problems that develop because of it, because

18  of the choices they made, don't start immediately.  They come

19  down the road.

20         Ms. Dotres just this year has been diagnosed with even

21  more problems and has a surgery scheduled for after this trial.

22         Ms. Nunez was implanted also in 2008, August of 2008.

23  Now, she had some early pain that we are not going to make a

24  complaint about after the surgery.

25         The complaints are about mesh and mesh erosions and

1    mesh problems caused by mesh.  And so you'll see in Ms. Nunez's

2    case a revision surgery to treat an erosion, that is, working

3    through tissue, in 2010 and then on the posterior side, now on

4    the bottom side, erosion through the vaginal tissue and pain in

5    activity from even later, 2012 -- 2013.

6           Ms. Eghnayem is -- was 44 when she got this implanted.

7    She had had seven children and she had prolapse.  Ms. Eghnayem

8    was implanted in February of 2008.  The product hadn't even

9    started a clinical trial.

10          She developed bleeding that leads to an office

11   procedure.  Surgery No. 1 is an erosion procedure that is

12   treated in the office, which is not surgery but is perhaps even

13   in its own way more unpleasant.

14          This continues with pain during intercourse, bleeding

15   and another revision surgery done by a doctor that we will

16   bring to you here in the courtroom to talk about the extent of

17   what had to be tried to be removed.

18          Because this is designed as a permanent implant.  Every

19   single surgery that you hear about from the treaters -- and

20   we're going to bring you physicians that treated each of these

21   women -- are going to describe about the incredible surgical

22   challenges.  It's designed to stay forever, which means it's

23   not designed to come out.

24          So if you have a hip replacement and it gets infected,

25   they go in.  They take the metal out and then put new metal in.

Opening Statement by Mr. Perdue                99

1          If you have a bone nail and something happens and it

2    breaks, they take the metal out and put a new one in.

3          This does not come out.  They have take it out by

4    shards and shreds and pieces.

5          For Ms. Eghnayem, you'll actually see the pictures of

6    what was removed from her body and the tissue that was in what

7    they had to remove, because in the -- getting it out, they take

8    tissue in the explant.

9          In Ms. Betancourt's case, she was the last implant in

10   June of 2010.  But, again, as you can see, her problems aren't

11   right after the surgery.

12         Her problems come down the road as the mesh begins to

13   react to the body and the mesh changes.  And the mesh does its

14   damage.  But as a 64-year-old woman, she's now in the exact

15   same position as these other three strangers.

16         Now, we're going to bring you the physicians who did

17   implant this.  We're going to bring you the physicians who took

18   it out.  You'll hear from the doctors.

19         We are going to bring you a lot of witnesses for Boston

20   Scientific, who is not here in Florida.  So we're going to play

21   a lot of video.  It's going to be some TV watching.

22         And we're going to bring you documents that you will

23   see up close and personal to the best of my ability from inside

24   the company.  Like I said, that have never been seen before.

25         And we're going to bring you doctors that we have hired

```
 1   to help explain the way the surgery is done, what it affects.

 2   We're going to bring you scientists to talk about the pathology

 3   and the science of polypropylene.  And at the end of the day,

 4   then, we're going to trust you to judge that evidence.

 5          But I think you're going to see something happen and

 6   it's going to happen quickly.  The adverse events on this

 7   product are listed even in their own instructions.

 8          But the defense is going to tell you that every problem

 9   these women have has nothing to do with Pinnacle.  Every

10   problem that these women have, according to the defense, is

11   related to something else.

12          And you're going to get to judge that evidence as it

13   comes in through the trial and the position they take.

14          At the end of the day, we're going to rely on that

15   evidence and rely and trust you to follow the rules that Judge

16   Goodwin gives and the rules that apply to Boston Scientific,

17   because they're the ones that made the choices for a different

18   mesh, a different polypropylene and a different product.

19          May it please the Court.

20          THE COURT:  Defendant?

21          MS. CRAIG:  Thank you, your Honor.  May it please the

22   Court.

23          THE COURT:  Ms. Craig, you may proceed.

24          MS. CRAIG:  Thank you.

25          MR. ANIELAK:  Your Honor, if they could also switch the
```

 1    video.

 2            MS. CRAIG:  Ladies and gentlemen of the jury, good

 3    afternoon.

 4            This case begins and ends with pelvic organ prolapse, a

 5    very serious life-altering medical condition that affects a

 6    large number of women in this country and it afflicted the

 7    Plaintiffs in this lawsuit.

 8            Now, there is no cure for pelvic organ prolapse.  But

 9    there are treatments available to reduce the symptoms, to treat

10    the medical conditions, and to return quality of life to women

11    who have this serious medical condition.

12            And the Pinnacle is one of the treatment options

13    available to treat pelvic organ prolapse.  And the evidence

14    will show that the Pinnacle, our product, was not defective and

15    that the warnings were adequate and reasonable.

16            Now, one thing that will not be in dispute in this case

17    is that the Plaintiffs had pelvic organ prolapse.  But you

18    didn't hear a whole lot about that during the Plaintiffs'

19    opening statement.

20            But we will talk about it.  We must talk about it

21    because, in order to understand the medical issues in this

22    case, we must all understand how pelvic organ prolapse affects

23    the quality of life for so many women.

24            Many women who have pelvic organ prolapse, they

25    complain about pain in their pelvic area, vaginal pressure,

 1    urinary problems, bowel-emptying problems, pain during sexual

 2    intercourse, interference with sexual intercourse.

 3            These women wanted treatment and these women needed

 4    treatment for this serious medical condition.  Now, I told you

 5    that there were treatment options.  And in the practice of

 6    medicine, treatment options are a good thing.

 7            In the practice of medicine, treatment options are a

 8    good thing.  Doctors need treatment options.  And I bet you

 9    that's not going to be in dispute in this case either.  I think

10    that we all will agree that treatment options are a good thing.

11            And the Pinnacle was one of those treatment options.

12    And the reason why the Pinnacle -- why the treatment options

13    are so important is because we're all different.

14            And the Plaintiffs in this case, these women, they all

15    had different complaints.  They had different symptoms,

16    different anatomy and a different medical presentation.

17            And so what happens is the doctor and the patient come

18    together in the physician-patient relationship, a very

19    personal, very important relationship that we all know about

20    because we have it with our own doctors.

21            And what the doctors do, based on his or her

22    experience, her training and education, is to explain the

23    treatment options that are available, to treat whatever the

24    particular problem is.

25            And then the physician and the patient discuss the

 1   various risks that are associated with those treatment options.

 2   And there's a balance between the benefits of having the

 3   treatment option versus the risk of whatever the procedure is.

 4          So if we're talking about surgery or medication or

 5   physical therapy within the confines of the physician-patient

 6   relationship, that decision is made.

 7          So that is the physician-patient relationship in a

 8   general sense.

 9          Let's talk about this case.

10          The implanting doctors, the doctors who actually did

11   the mesh repair, who you will hear from -- those implanting

12   doctors had considerable experience and knowledge with mesh

13   repairs.

14          These doctors have been doing it for years.  They

15   learned about it in their residencies and their fellowships,

16   did it in their training and did it for years in private

17   practice.

18          These doctors knew about the complications and the

19   possible risks of mesh repair, and these doctors all discussed

20   those potential complications with the Plaintiffs in this case.

21          And it was discussed and it was agreed upon that, based

22   upon their specific complaints -- and you will hear that they

23   all had very serious pelvic organ prolapses.  In some cases,

24   had two and three different prolapses.  And I'll explain that

25   in just a minute.

1          It was decided to use the Pinnacle, which was a

2     treatment option that was reasonable and appropriate to use for

3     their very specific situations.

4          Now, we all know that there are complications and risks

5     for every medication, every implant, every medical device.  But

6     just because a complication occurs does not mean that a product

7     was defective.  Just because there is a problem or there's a

8     complication does not mean that someone did something wrong and

9     it doesn't mean that a person or a company is at fault.

10         Despite all of the advances in modern medicine and

11    science, there are risks to every single surgical procedure.

12    And we all know that.

13         And the reason for that is because medicine is an

14    inexact science.  And what the evidence will show you in this

15    case is that these women, unfortunately, had a known

16    complication, a complication that these doctors were well aware

17    of, and it was fully disclosed to the doctors.

18         Not only did they know about the potential

19    complications because they'd been using mesh for years.  And

20    despite the good things, it can still have complications.  And

21    that's what happened in this case.

22         But, also, Plaintiffs' counsel referred to a

23    "Directions for Use" in his opening statement.  And what that

24    is -- we'll refer to it as the DFU, the "Directions for Use" --

25    what that is is a communication from Boston Scientific to the

1    doctors.

2          It goes to the doctors because that's the duty that the

3    company has to the physicians, to tell them about potential

4    complications and to give the warnings.

5          And in the "Directions for Use," those warnings are

6    specifically outlined.  And what happened in this case?  These

7    women had complications that were specifically warned about in

8    the "Directions for Use."

9          So I'd like to tell you about the evidence that we will

10   show you throughout this case.

11         The treatment options for pelvic organ prolapse.  The

12   known risks of each of those treatment options.  Doctors knew

13   and understood those risks.  Four is the story of mesh and its

14   many uses.  And five is the Pinnacle was a reasonable and

15   appropriate option for Ms. Betancourt, Ms. Dotres, Ms. Eghnayem

16   and Ms. Nunez.

17         Now, I would like to say that mesh had been used for

18   years and years.  The evidence will show back from the 1950s

19   where it was used for hernia repair operations.

20         And lots of doctors -- cardiovascular surgeons, general

21   surgeons, gynecologists, ophthalmologists -- doctors in many,

22   many medical specialties used mesh because it was an effective

23   treatment for many different types of medical problems.

24         So it was natural for doctors to use mesh to treat

25   pelvic organ prolapse.  And that's what happened in this case.

 1    It was the doctors that started to use the mesh.

 2         And what they did -- this is well before precut mesh

 3    came out on the market.  And what these doctors did is they

 4    would take sheets of mesh -- we'll show you this.  They would

 5    take sheets of mesh and then they had cut out a piece of mesh

 6    based on the woman's anatomy and whatever the type of prolapse

 7    that she had.  The doctor would cut it out and then use that

 8    mesh to treat her pelvic organ prolapse.

 9         That was years before the competitors of Boston

10    Scientific put precut mesh out on the market and even longer

11    before the Pinnacle came out on the market.  That's how long

12    mesh has been used to treat so many different medical problems.

13         Now, I'd like to make a few introductions, if I may.

14    My name is Molly Craig.  I am from Charleston, South Carolina.

15    I practice at the Hood Law Firm.

16         I'd like to introduces the rest at counsel table.

17         Hildy Sastre is with the Shook Hardy Bacon firm here in

18    Miami.

19         Seated next to her is Matt Keenan with the Shook, Hardy

20    Bacon firm in Kansas.

21         Next to him is Eric Anielak, who's also from the Shook

22    Hardy Bacon firm.

23         And, Marie, please wave.  She is going to help us with

24    the technology, thank goodness, throughout the trial.

25         And also assisting us is my brother, Jamie Hood, who is

1      seated in the front row, and Chanel at that row is also seated

2      next to Jamie.

3             And then one more person is Chris Cuddy.  You will see

4      him.  He is the manager -- one of the managers from Boston

5      Scientific.

6             You will hear from all of us throughout the next couple

7      of weeks.

8             Your Honor mentioned during his earlier remarks that

9      the Plaintiff has the burden of proof in this case.  And it is

10     a heavy burden.

11            The Plaintiff must prove by the preponderance of the

12     evidence or the greater weight of the evidence each element of

13     each claim.

14            And because the Plaintiff has the burden of proof, he

15     went first in his opening statement.  They will present their

16     case first and then, when we get to closing arguments, the

17     Plaintiff will go first.

18            And I tell you that because I am asking you to keep an

19     open mind.  There are two sides to every story.  We all know

20     that, from our own life experience, from working and from our

21     relationships and for those of us that have children -- we

22     definitely know that there are two sides to every story.

23            And so I am going to ask that you wait and hear all of

24     the evidence in this case and you hear both sides of the story

25     before you make a decision because we want you to be able to

1    render a fair and just verdict.

2         Now, one more thing that I'd like to say at the outset

3    is I know that we will be discussing some very private issues.

4    Pelvic organ prolapse is a highly personal medical problem, and

5    it's one that is not comfortable to discuss in public.  It's

6    not something that's comfortable to discuss especially in this

7    environment, in a courtroom.  And usually pelvic organ

8    prolapse -- it's usually discussed within a doctor's office.

9         But please know that we are very understanding and very

10   sensitive to these private issues and at no time do we mean any

11   disrespect or mean to embarrass, because we need to ask some

12   personal questions.

13        Please understand that, in order for us to do our job,

14   we must bring you all of the evidence so that you can do your

15   job, which is to analyze all of the evidence in this case.

16        So I'd like to share with you a few statistics that are

17   rather important in this case.

18        50 percent of woman who had a vaginal delivery will

19   have some degree of pelvic organ prolapse.  50 percent of women

20   over the age of 50 will suffer from pelvic organ prolapse.  And

21   you'll see that up to 300,000 women will have surgical

22   procedures done every year to repair prolapse in the United

23   States.  That's up to 20 percent of all women.

24        And the reason why I show you these statistics is to

25   highlight what a prevalent problem it is in our country.  But,

 1   like I said, it's not something that's often discussed in

 2   public.

 3          So some people might not know how this medical

 4   condition can affect so many women and why treatment for pelvic

 5   organ prolapse is so vitally important.

 6          So what is pelvic organ prolapse?  You'll see on the

 7   screen a very brief definition that says it is a condition

 8   caused by a weakening of the muscles and ligaments supporting a

 9   woman's pelvic organs.

10          Now, these muscles and the ligaments and, also,

11   connective tissue -- they hold the bladder, the uterus, the

12   small bowel together and holds them in place.

13          When those muscles, those ligaments weaken because of

14   childbirth, because of age, menopause -- and there are other

15   reasons -- there is no structural support for these organs.  So

16   what happens is they slip out of place and a woman's pelvic

17   organs aren't where they're supposed to be.

18          So the prolapse is the protrusion of the pelvic organs

19   into or actually, in some cases, outside of the vagina.  Actual

20   tissue can protrude through the vaginal opening.

21          And when that tissue comes out of the vaginal opening,

22   that tissue is very tender tissue.  And so, when it rubs

23   against clothing, it can be painful.  When it's outside, it can

24   become -- it can dry and crack and also cause pain.

25          Now, I'm going to tell you and give you a warning here

Opening Statement by Ms. Craig                     110

 1    that, in a little bit, I'm going to show you a picture of a

 2    prolapse and I'm going to show you a picture of what's called a

 3    rectocele, which is when the rectum is -- has fallen into the

 4    vagina, and it is a Grade 3.  There's Grade 1, 2, 3 and 4.

 5    We'll get into all this.  This is a picture that I'm going to

 6    show you.  It's a Grade 3 rectocele.

 7          And it's not a picture of one of the Plaintiffs.  It's

 8    a picture out of a medical textbook.  But it is so important

 9    that we all see it so that we can appreciate how severe this

10    medical condition can be without treatment.  But I will give

11    you a warning before I show that picture.

12          So on your screen now you will see the normal female

13    anatomy.  And I would just like to go through and to identify

14    where the small intestine and the large intestine are located.

15          And then you see the uterus and the bladder and the

16    urethra and the cervix and the vagina, the rectum.  And here's

17    a picture identifying all of the organs in the female pelvic

18    floor repair kit.

19          Now, what we will be discussing with this trial are

20    three distinction parts of the body:  The bladder, the rectum

21    and the uterus.  Because in this case, those are the prolapses.

22    Those are the organs that didn't have the structural support.

23          Remember, the ligaments and the muscles had weakened so

24    that those organs could no longer be held up and they started

25    to push or to fall into the vagina.

1          So the first one that we're going to discuss --

2     actually, before I get there, this is -- you'll see the normal

3     female anatomy on the right-hand side of the screen.  And then

4     on the -- excuse me -- on the left-hand side of the screen.

5          And the prolapsed female anatomy is on the right-hand

6     side of the screen.  And you can see how the tissue -- the

7     prolapsed tissue is actually pushing down into and outside of

8     the vagina.  That is what a prolapse is.

9          And, again, there are different degrees of prolapse.

10         So this is the progression of a uterine prolapse.  And

11    a uterine prolapse is when the uterus falls into the vagina.

12    And this is where the uterus should be in the woman's pelvis,

13    where it is on the screen right now.

14         And then you can see a Grade 1.  See how the uterus is

15    falling into the vagina?  And you see a Grade 2, a Grade 3, a

16    Grade 3 and a 4.  There we go, ending on the 3.

17         Grade 1, Grade 2, Grade 3.  Some people refer to it as

18    Stage 1, Stage 2 and Stage 3.  That is when the uterus is

19    falling into the vagina.

20         Next we have when the bladder is falling into the

21    vagina.  And this is called a cystocele.  And, again, I'm going

22    to show you the progression from the normal anatomy.  As the

23    bladder falls and the grades go higher, from 1 to 2 to 3, you

24    can see what is happening with the tissue.

25         So I want to spend some time on the rectocele.  But

Opening Statement by Ms. Craig                    112

 1    before I do that, we do have a blowup.  I'm going to leave this

 2    up here.  This is a blowup to show you where -- the bladder

 3    prolapse, the rectal prolapse, which is a rectocele, and the

 4    uterine prolapse, where you see the uterus that actually falls

 5    into the vagina.

 6         We're going to use this and have it as a reference

 7    throughout so we can keep the different prolapses straight.

 8    Because in this case, like I said, the Plaintiffs had multiple

 9    prolapses.  In fact, four of the women had three different

10    types of prolapses.

11         So we're going to use this as a reference point.  But,

12    like I said, I would like to spend some time talking about a

13    rectocele.  That's when the rectum is pushing into the vagina.

14         Now, all four of the Plaintiffs had a rectocele.  Now,

15    a rectocele occurs when the vaginal wall has weakened so much

16    that the rectum pushes into the vaginal space.

17         And a rectocele can cause anatomical and functional

18    problems.  The rectum that is protruding into the vagina can

19    cause pelvic pain, vaginal pressure -- falling-out sensation is

20    what some women describe.  They feel like their internal organs

21    are actually falling out -- defecation or bowel movements

22    during sex and the inability to have a bowel movement.

23         In some women like Mrs. Betancourt, the rectocele is so

24    severe that it actually protrudes through the vagina.  It's

25    like a ball of tissue that is actually outside of the vagina.

Opening Statement by Ms. Craig                    113

 1   And you will hear testimony about this severe medical condition

 2   during this trial.

 3          And it is a medical condition.  A rectocele progresses.

 4   That means that, if you don't get treatment, it's going to get

 5   worse.  It's going to go from a Stage or Grade 1 to a Stage or

 6   Grade 4.  Treatment is a must.

 7          So looking on your screen to see the progression of a

 8   rectal prolapse, you see how it's -- the internal organs can no

 9   longer hold the organ and then it protrudes through the vaginal

10   space.

11          All right.  Now, I told you that I'd give you a warning

12   before I put the picture of an actual rectocele on your screen.

13   And, again, this is a picture out of a medical textbook and it

14   depicts a Grade 3 rectocele.

15          And, again, the reason why I'm showing you this is

16   because, without treatment -- and for a rectocele the only way

17   to treat it is surgery.  And so, if you have a Grade 1 or

18   Grade 2 rectocele and you don't get treatment, it's going to

19   turn into a Grade 3.

20          And this is a picture of a Grade 3 rectocele.  And you

21   can see on this screen that the vaginal tissue is actually

22   outside of the woman's vagina.  Now I'm not going to harp on

23   that.

24          I would now like to talk about the causes of pelvic

25   organ prolapse.  Why does pelvic organ prolapse happen?  We

Opening Statement by Ms. Craig                    114

 1   touched on this a few moments ago.  Childbirth, hysterectomy,

 2   age, menopause, obesity and diabetes are a few of the causes of

 3   pelvic organ prolapse.

 4        Now, the Plaintiffs in this case didn't have all of

 5   those risk factors, but they did have one or more.

 6        Now, I'd like to tell you the story about the history

 7   of mesh.  It's an interesting story.  I said how the hernia

 8   mesh had been used for almost 50 years.

 9        And this slide is a good one because it shows you the

10   pyramid, the building of the foundation and the use of mesh

11   over many, many years.

12        And that's what this slide is doing.  You see at the

13   very bottom the hernia mesh that had been used for 50 years and

14   then Boston Scientific came out with hernia mesh over 15 years

15   ago.

16        And then mesh was used for stress urinary incontinence

17   and then you'll see as we build up the pyramid it was used for

18   pelvic organ prolapse.

19        And Boston Scientific came out with a pelvic organ

20   prolapse mesh two years before the Pinnacle went out on the

21   market in 2008.

22        So there is a long history, a long use, a lot of

23   knowledge about mesh for many, many years.

24        And while I'm talking about the history of mesh, I

25   think it's important to understand there's a long history of

Opening Statement by Ms. Craig                115

 1    safe use of polypropylene mesh.

 2            And I'm going to point that out because Plaintiffs'

 3    counsel referred to the material safety data sheet numerous

 4    times during his opening statement.  And I think the intent was

 5    to make you believe that Boston Scientific didn't act

 6    responsibly in using polypropylene mesh in its products.

 7            Now, ladies and gentlemen, nothing could be further

 8    from the truth.

 9            The evidence in this case will show that, when Boston

10    Scientific heard about the new language that he highlighted --

11    when that new language was added to the material safety data

12    sheet, Boston Scientific was surprised and wondered whether the

13    manufacturer knew something that they didn't know about the

14    mesh because the mesh had been used for years.  So why was this

15    new language being added?

16            So the company thoroughly analyzed the situation and

17    this is what they found:  First, the language on the MSDS had

18    changed, but the polypropylene didn't.  It was the same

19    material.  The company simply added a disclaimer, new language

20    to the MDS.  But, again, the material was the same.

21            Boston Scientific looked into this further and they

22    concluded Phillips Sumika had no expertise about the use of a

23    product in the human body and there will be no dispute about

24    that.  Phillips Sumika is not a medical company.  It makes

25    plastics.

Opening Statement by Ms. Craig                    116

1           The second point is the material had been tested

2    thoroughly by biocompatibility studies and passed the

3    internationally recognized tests for implanting in the human

4    body.

5           And the third point is the long history of safe use of

6    polypropylene in a wide variety of medical devices in the human

7    body not only by Boston Scientific, but by many, many others in

8    the medical community.

9           So you'll hear testimony explaining that a company does

10   not rely on the material safety data sheet, whether it's

11   favorable or unfavorable.

12          So what I'm saying is, if the material safety data

13   sheet says use this at all times in humans, we wouldn't rely on

14   that.  We would do our own testing, our own independent

15   testing.

16          And that's what Boston Scientific did.  They did a

17   battery of biocompatibility tests.  And, ultimately, if you

18   look at your screen, the MDS -- MSDS instructs the manufacturer

19   of the product to determine the suitability of the material for

20   its particular purpose.

21          And that's what Boston Scientific did.  So that's what

22   the MSDS is about, a document that now includes a disclaimer,

23   even though it's the exact same material, before the new

24   language was added, again, the material did not change.

25          Boston Scientific did biocompatibility testing.  It

1    complied with international standards.  And it relied on

2    information that had been on the market.  Because polypropylene

3    had been on the market for years and there's a considerable

4    amount of information about it available.

5          And I'm going to ask two questions.  If polypropylene

6    is not fit for use in the human body, would it still be used

7    today?  That's Question No. 1.

8          Question No. 2:  Would it be important to know whether

9    all of the doctors, even those hired by the Plaintiffs,

10   acknowledge using polypropylene today?

11         We will bring you the evidence in this case so that you

12   can answer those two questions.

13         The Plaintiffs want this disclaimer to be something

14   it's not.  This is about science.  This is about history.  And

15   this is about experience.  It's about biocompatibility studies,

16   compliance with international standards and a long, safe use of

17   polypropylene.

18         So that's the history on the polypropylene mesh.

19         Now, briefly, Boston Scientific.  I wanted to put a

20   picture of the Women's Health Division of Boston Scientific.

21   The men and women of Boston Scientific are dedicated to

22   treating women's medical problems through less-invasive means.

23         It is a global medical device company and its products

24   are used to diagnose and treat a whole host of medical

25   conditions.  And polypropylene mesh was invented by doctors who

Opening Statement by Ms. Craig                118

1    started using mesh to treat pelvic organ prolapse.

2          As I've indicated, remember, the doctors started

3    cutting the mesh from the large sheets of mesh long before

4    there were premesh or kits out on the market.

5          So pelvic organ prolapse surgical treatment options:

6    Remember a rectocele.  All the four women had rectoceles, which

7    is the rectal prolapse.  Those must be surgically repaired.

8          So medication is not an option unless you have a very

9    mild form of a pelvic organ prolapse.

10          Now, there are more conservative measures other than

11    going to surgery.  Some women can do Kegel exercises, which are

12    pelvic floor muscle exercises where you're squeezing inside to

13    exercise your pelvic floor muscles.

14          There's something called a Pessary, which is a small

15    device that a woman inserts in her vagina that can help hold

16    the muscles -- hold the organs up in the vagina.

17          But when you have multiple prolapses like these women

18    have and they've progressed already to a Stage 2 or Stage 3,

19    these conservative measures are not going to work.  So these

20    are your surgical options that are available to treat pelvic

21    organ prolapse.  I'd like to run through these.

22          The first one you'll see is an abdominal

23    sacrocolpopexy.  And I know that's a mouthful.  But this is an

24    open procedure where there is an incision made across a woman's

25    stomach like the old times with a hysterectomy.

 1          There is an incision made on the abdomen and it's an

 2     open procedure where the doctor goes in and uses mesh, but goes

 3     in through the abdomen.  That's the first one.

 4          Native tissue repair, which we just heard about from

 5     Plaintiffs' counsel:  That is another treatment option.  But it

 6     has a high failure rate because in -- what happens with the

 7     high failure rate, it means that the prolapse comes back.

 8     There's a recurrence.

 9          This is exactly what happened with Ms. Betancourt.  She

10     had a prolapse years ago.  They did a native tissue repair and

11     it's come back again.

12          And let me tell you why the native tissue repair

13     doesn't work.  Because you're using the muscles and the tissue

14     in the pelvis that's already weak and you're taking weak tissue

15     and weak tissue and that doesn't make strong tissue.

16          So you're using weak tissue to try to provide support

17     to these organs.  And that's why there's such a high failure

18     rate with a native tissue repair.

19          That's the second treatment option.

20          And then another one on this list is something called

21     vaginal obliteration, which a vaginal opening is actually

22     closed to prevent the organs from coming out.  And this option

23     is as severe as it sounds.

24          None of the Plaintiffs in this case have had a vaginal

25     obliteration, but it is a treatment option that is available to

1    treat pelvic organ prolapse when nothing else works.

2          And the last surgical treatment option is a

3    transvaginal mesh repair.  And as I stated earlier, the mesh

4    was being used by doctors to treat pelvic organ prolapse for

5    hernias and for other medical problems for years.

6          Now, with all of these surgical treatment options,

7    there are risks.  Just like I said in the beginning, there are

8    risks to every single surgical procedure.

9          And you will see that these risks are all outlined on

10   this slide.  And these are the risks that the doctors explain

11   to the patients when they are doing the risk-benefit analysis

12   to decide whether or not to treat and, if so, the best way to

13   treat that patient's particular condition.

14          And you will see that there are many possible

15   complications and possible problems that can result from all of

16   these different surgical options.

17          Now, please make no mistake about these complications.

18   They exist and they are real.  Boston Scientific disclosed

19   these potential complications to the doctors.

20          But the doctors already knew about them because they

21   had been using mesh for years.  They knew about the potential

22   complications from their own experience and their own knowledge

23   base.

24          These complications were not new.  They were well known

25   in the medical field by the doctors.  But they were also

 1   disclosed to the doctors in the "Directions for Use."

 2         So now we get to the Pinnacle.  On the top of the

 3   screen here, you will see what comes in the Pinnacle package.

 4   And what it is is the mesh sheet on the left-hand side.

 5         The Capio is the device which is actually used to

 6   attach the arms of the Pinnacle -- which I'll show you that in

 7   just a minute -- to provide the support for the internal

 8   organs.

 9         And then on the right hand is the "Directions for Use."

10   That's the pamphlet that gives the doctors the various warnings

11   and the other information pertaining to the product.

12         Now, on the bottom -- I want to point out on -- the

13   bottom because this is the way the Pinnacle looks when it comes

14   out of the package.

15         You'll see the four arms and you see the mesh in the

16   middle.  But this is what the doctors do.  The doctors trim the

17   mesh.  They cut it for the particular anatomy that they're

18   working with and for the particular prolapse.

19         And our experts will show you exactly how this works.

20   So they take the mesh and they trim it, just like this showed

21   you.

22         And then you'll see that, once those arms are attached

23   to those strong ligaments inside the pelvis, what happens is

24   the doctors trim the arms.  That is what is left, and that is

25   what is in the pelvis.

1       So now this is a picture of what it looks -- the

2   Pinnacle looks like inside the pelvis.  And you can see how you

3   have a middle part with the mesh and you have the arms that

4   have been trimmed and you can see there how the mesh has also

5   been trimmed.

6       And this is a good -- this is a good explanation for

7   Ms. Dotres.  It shows the type of placement that she had for

8   her Pinnacle.

9       Now, the mesh grows organically.  It incorporates into

10  the tissues to provide support for the internal organs.  And it

11  provides support when the weakened muscles and the ligaments --

12  remember that connective tissue -- can no longer provide

13  support.  That is what is called tissue ingrowth.

14      Now, the delivery devices -- I mentioned the Capio.

15  You see the one on the right-hand side.  This is what was

16  different about the Pinnacle versus the competitor products.

17  Same mesh.  Everybody used the same mesh.

18      This was the mesh that had been out on the market for

19  years.  The Capio actually had been on the market for years,

20  too, since 1995.

21      But the way the doctors had been using the mesh and to

22  attach the mesh is they used to use the trocars.  So if you

23  look on the left-hand side of the screen, you'll see the

24  trocars.  This is what the trocars were.

25      They would take six incisions on the woman's abdomen

1    and her buttocks and the doctors would take the mesh and they

2    would use the trocars to pass it blindly through her abdomen.

3    So the doctors couldn't see.

4         The doctors, of course, had a very good sense of the

5    anatomy, but it was not as safe as if you could see where you

6    were going.  The purpose was to use those trocars to find that

7    ligament so you could attach the arms and you would have the

8    mesh holding up those organs.

9         So what was different is that the Pinnacle actually

10   used the Capio, again, another device that had been on the

11   market for years.

12        But the Capio was less invasive.  Instead of those six

13   incisions on the stomach and on the buttocks, the Capio went in

14   through the woman's vagina and the doctor could actually touch

15   or palpate the ligaments.

16        So he or she could feel where the Capio needed to go

17   and guide the Capio in and attach the mesh to those ligaments.

18   It was safer.  Doctors liked it.  And that's what the Pinnacle

19   was.  So that's when the trocar was replaced with the Capio

20   device.

21        Next we have the "Directions for Use."  There's been a

22   lot of talk about that already.  I'm just highlighting for you

23   on this slide that the "Directions for Use" is the

24   communication from Boston Scientific to the doctors.

25        And here's the first page of the "Directions for Use."

 1   And this will be in evidence so that you can see it and that

 2   you can read it.  And it is very detailed.

 3          And you will see in the "Directions for Use" the

 4   warnings.  And this one is highlighted where it says, "Tissue

 5   responses to the implant could include local irritation at the

 6   wounds site, vaginal erosion or exposure through the urethra or

 7   other surrounding tissue, migration of the device from the

 8   desired location," and you can see that full warning that is

 9   outlined in the DFU and highlighted for you on the screen.

10          Next, another part highlighted out of the "Directions

11   for Use":  "In the event that infection presents

12   post-procedure, the entire mesh may have to be removed or

13   revised."

14          Another part of the "Directions for Use" is an outline

15   of the potential adverse reactions.  And it says the physician

16   is advised to consult this DFU and the medical literature

17   regarding techniques, complications and hazards associated with

18   the intended procedures.  So that is the "Directions for Use."

19          And the Pinnacle is a prescription medical device,

20   which are only available to physicians.  Therefore, the law

21   requires a manufacturer of a prescription medical device to

22   provide doctors with an adequate warning of the possible risks

23   associated with the use of the Pinnacle.

24          Your Honor will tell you that the law does not require

25   the manufacturer of a medical device to provide that warning

1    directly to patients.

2         So what is ISO, the international organization for

3    standardization?  The international organization for

4    standardization is one of the standards that must be followed

5    for medical devices that come to market.

6         And we will have witnesses both inside and outside the

7    company who will explain how Boston Scientific complied with

8    these industry and international safety standards.  And the

9    specific section is outlined on your slide as 10993.  You'll

10   hear more about that through our witnesses.

11        The clinical studies and the medical literature:

12   Boston Scientific, Pinnacle, was not the first mesh kit to go

13   to the market.  There were mesh kits and precut mesh from other

14   marketers, competitors of Boston Scientific, that went on the

15   market several years before the Pinnacle.

16        So by the time the Pinnacle came to the market, there

17   was a body of published studies on vaginal mesh used to repair

18   pelvic organ prolapse.

19        And since that time, there were clinical studies on the

20   Pinnacle.  Boston Scientific funded those studies.  Studies

21   were performed by independent investigators.

22        And, actually, one of the coinvestigators for the

23   largest number of women and the longest period -- his name is

24   Dr. Davies, who did the Rosenblatt Study -- will come and

25   testify as one of our expert witnesses.

Opening Statement by Ms. Craig                              126

 1              I look forward to introducing you to Dr. Davies in this

 2   case so he can explain to you the findings in the Rosenblatt

 3   study.  And the results of those studies were reported to

 4   physicians.

 5              Now, I want to be completely candid:  There is

 6   definitely variability in the studies.  We have our studies and

 7   the Plaintiffs have their studies.

 8              Now, these studies are not the same, just like doctors

 9   and patients are not the same.  They're different rates.

10   They're different control groups.  There's different

11   information available on the various studies.

12              Now, some doctors have a higher complication rate using

13   one product versus using another product.  Some doctors choose

14   to use the Pinnacle.  Some doctors choose to use another

15   product.  It all goes back to options.

16              Experienced physicians made the decision on what

17   treatment option was best for their particular patient and what

18   surgery could be best performed in their hands.

19              The Plaintiffs in this case -- I've mentioned this to

20   you.  In the middle, you'll see that we have four rectal

21   prolapses.

22              All four women had rectal prolapses or rectocele s.

23   All four women had uterine prolapses.  And three had bladder

24   prolapses.  Treatment by Kegels or a Pessary were not an

25   option.  Again, they had already progressed too far.  No

     1      treatment wasn't an option for their conditions.

     2            This shows the four different treatment options

     3      available.  As you can see, it's the physician-patient

     4      relationship where the doctor and the patient come together to

     5      discuss those treatment options and the possible complications

     6      that can occur.

     7            These are the four Plaintiffs.

     8            And you will see Ms. Betancourt.  She had a Stage 3

     9      pelvic organ prolapse with bladder prolapse, rectal prolapse,

    10      uterine prolapse.

    11            Ms. Dotres:  Stage 2 uterine prolapse, Stage 2 bladder

    12      prolapse, Stage 3 rectal prolapse.

    13            Ms. Eghnayem:  Stage 3 rectal prolapse, bladder

    14      prolapse, uterine prolapse.

    15            And Ms. Nunez:  Stage 2 rectal prolapse and Stage 3

    16      uterine prolapse.

    17            These women had very serious medical conditions.  These

    18      women had a very complicated medical course for their treatment

    19      for the various prolapses that they had.

    20            Now, I know that this is a lot of information to absorb

    21      at one time.  But one really important point that I would like

    22      to make is that, unfortunately, all of these women had a

    23      complication, a complication that was disclosed and fully known

    24      by the doctors.

    25            And it is undisputed that they had multiple very severe

 1    prolapses that had to have treatment so that they could have

 2    quality of life again.

 3          Now, our expert witnesses in this case -- I only

 4    mentioned one, which is Dr. Davies.  I'm not going to go

 5    through all of our experts because you'll hear directly from

 6    them from the witness stand.

 7          But we will bring board-certified physicians to explain

 8    why this product was safe, why they used this product, how they

 9    understood the risks associated not only with the Pinnacle, but

10    with all the treatment options.

11          These are well-known and highly respected experts in

12    their fields of medicine.  I look forward to introducing all of

13    them to you.

14          They will explain to you the history of mesh, use of

15    mesh, treatment options, the risks were known and understood

16    and the Pinnacle is safe and not defective.

17          You will also hear from treating physicians in this

18    case.  Those are the doctors who had hands-on care of the

19    Plaintiffs, and they will have extensive experience with mesh

20    repairs.

21          I know I've been talking longer than I should.  So I'm

22    going to finish up.

23          I'm going to start where I began.  This case is about

24    pelvic organ prolapse, a very serious medical condition that

25    can affect a woman's quality of life.

1         And thank goodness there are treatment options for

2    pelvic organ prolapse.  It is a terrible condition.  And Boston

3    Scientific provided one treatment option, the Pinnacle.

4         It took the same mesh that had been used for years,

5    time tested, took the Capio that had been used since 1995, but

6    it was safer and it was a better way to deliver the mesh, and

7    it offered that as a treatment option to doctors, who are

8    taking care of their patients and trying to find treatment and

9    relief for their patients who have pelvic organ prolapse.

10        So at the end of this case, I'm going to ask that you

11   render a verdict in favor of my client, which means I am going

12   to ask that you render a defense verdict for Boston Scientific.

13        Because the evidence we will show throughout this case

14   is that the Pinnacle was not defective and that the warnings

15   and about the possible complications and risks were all fully

16   disclosed to the doctors.

17        Thank you very much.

18        THE COURT:  All right, ladies and gentlemen.  It's

19   almost 3:30, which is a good time to take our afternoon break.

20   We'll take a 15-minute break.

21        During break, do not discuss the case among yourselves

22   or permit anyone to discuss it with you.  Don't Tweet, Twitter

23   or use any electronic device to communicate with any person

24   about this case ever.  Don't watch anything, read anything.

25        I'll see you back in 15 minutes.

1           Court stands in recess.

2           (Whereupon, the jury exited the courtroom at 3:27 p.m.

3      and a recess was taken, after which the following proceedings

4      were had:)

5           THE COURT:  Counsel, I understand you have a couple

6      things to take up real quick?

7           MR. ANIELAK:  Yes, your Honor.  There's two.

8           The subject of the -- some of the deposition that's

9      going to be played, subject to the two of motions in limine.

10     The first was the MSDS.  It was denied without prejudice.

11          So Boston Scientific would renew its motion to exclude

12     evidence of the material safety data sheet, medical application

13     statement, on the basis that it had explained in the motion in

14     limine.  We can argue it further it you'd like.

15          THE COURT:  No.

16          I'm going to rule against you and allow that evidence.

17          MR. ANIELAK:  Your Honor -- thank you, your Honor.

18          The second issue is ProtoGen.  That was also briefed in

19     the motion in limine.  I can again reargue that one.  But that

20     is a different device, marketed in the late 1990s.

21          It was not a treatment for pelvic organ prolapse, with

22     a different material.  It's not substantially similar.  That

23     evidence has very little probative value and should be

24     excluded.

25          THE COURT:  Let me hear from the Plaintiff on that.

1          MR. PERDUE:  So as the Court ruled, it would examine

2     the way the evidence is coming in.  The evidence will come in

3     through -- at this point in time, through Mr. Brasington as

4     part of his deposition offers, which have been worked

5     extensively, your Honor, through counsel.  And I thought this

6     had been agreed.

7          So the history of ProtoGen is a device that Boston

8     Scientific got to the market with an approval for use as a

9     fabric to treat stress urinary incontinence, pelvic organ

10    prolapse, other diseases.  That was the approval that they got

11    for the device because it was a fabric.

12         The device then -- fabric got rendered into and sold as

13    a stress urinary incontinence device.  There was a high

14    experience of complication rates, which then led to its market

15    recall by Boston Scientific.

16         The evidence here specifically is an individual who was

17    involved with a task force to look at the lessons that the

18    company should take from that experience.

19         One of the lessons for the company is for future

20    devices -- sling devices.  They need to do clinical trials.  So

21    this has been, I know, discussed to the Court extensively and

22    the Court wanted to see the order of proof.

23         We've got now before the Court an offer from this

24    gentleman who was a part of this task force, who identifies

25    that.  He actually had been responsible for selling the device.

```
 1    And then he identifies what Boston Scientific took from the

 2    experience and was to apply in the future.

 3         MR. ANIELAK:  Your Honor, the evidence that the

 4    Plaintiffs want to offer is not just that, but it's also about

 5    the problems we had with that particular device.  So the

 6    evidence isn't tailored to the proffer that the Plaintiffs very

 7    offered.

 8         Secondly, the --

 9         THE COURT:  That concerns me because I'm inclined to

10    allow the Plaintiffs to introduce it for the purpose of showing

11    that they believed that there were certain steps they should

12    take to ensure safety before introducing a product or lessons

13    learned, as they put it, because it preceded this.

14         I recognize the fertile ground for cross-examination

15    and I heard counsel for the Defendant's opening statement and

16    Plaintiffs' opening statement where he made a substantial

17    distinction between SUI devices and POP devices.

18         Nevertheless, I would let it in for that purpose.  But

19    if you're trying to get in it for something else, I'm very

20    concerned about that.

21         MR. PERDUE:  We're not.  And I don't know -- I'm

22    reading the cut.  I cannot identify -- again, this has been

23    discussed extensively with counsel.  I don't know what he's

24    even referring to, reading the cut.

25         THE COURT:  I'll tell you what.  You guys go over there
```

1    and work it out in about 30 seconds.

2              (Discussion had off the record between counsel.)

3              MR. PERDUE:  Brasington is okay, then.

4              THE COURT:  All right.  Bring the jury in.

5              (Whereupon, the jury entered the courtroom at 3:46 p.m.

6    and the following proceedings were had:)

7              THE COURT:  Please be seated.

8              Let me ask the ladies and gentlemen of the jury:  Do

9    you think it's cold in here?

10             THE JURY:  So-so.

11             THE COURT:  I think it's better to be a little too cool

12   than a little too hot, but we'll try to adjust it just right.

13   Getting the Government to adjust things just right is not an

14   easy task.

15             It comes that time for the presentation of evidence,

16   and the Plaintiffs, having the burden of proof, go first.

17             Call your first witness.

18             MS. HUTSON:  At this time the Plaintiffs call corporate

19   representative from Boston Scientific, Evan Brasington, who was

20   the former VP of global marketing.

21             At this time, your Honor, may we offer the Court the

22   exhibits that will be used during this video proffer?

23             THE COURT:  You may.

24             MS. HUTSON:  This proffer will be exactly 26 minutes

25   and 44 seconds.

Videotaped Excerpts of Evan Brasington          134

```
 1              THE COURT:  This is a video?

 2              MS. HUTSON:  Yes, it is, your Honor.

 3              THE COURT:  Ladies and gentlemen of the jury, as one of

 4    the lawyers mentioned, there will be testimony offered that was

 5    taken at another place at another time, much of it preserved

 6    not only by a court reporter in writing, but also on videotape,

 7    and then edited for the purpose of presentation.

 8              You should treat this evidence where I admit it in

 9    exactly the same fashion as you would consider any evidence

10    offered from that witness stand.  Give it no greater weight or

11    lesser weight, but consider it in the same way.

12              You may proceed.

13    Q.   "You are Evan Brasington?

14    A.   Yes, I am.

15    Q.   Good.  Good.  How are you doing?

16    A.   I'm fine.

17    Q.   Good.  Good.

18         You're an employee of Boston Scientific.  Is that correct?

19    A.   That's correct.

20    Q.   You've been with them for quite some time.  Correct?

21    A.   That's right.  17 years.

22    Q.   And going through" --

23              MS. HUTSON:  Your Honor, I don't believe the videos are

24    showing up in the jury box.

25              THE COURT:  Oh.  I'm sorry.
```

```
 1              They are?
 2              THE JURY:  They're not.
 3              THE COURT:  I'm sorry.
 4              They are now?
 5              THE COURTROOM DEPUTY:  They are now.
 6              THE COURT:  It's not on my screen either.  So we've got
 7   a problem.  Technology is wonderful.
 8              MS. HUTSON:  Try it again and see if it works.
 9   Q.  "You are Evan Brasington?
10   A.  Yes, I am.
11   Q.  Good.  Good.  How are you doing?
12   A.  I'm fine.
13   Q.  Good.  Good.
14       You're an employee of Boston Scientific.  Is that correct?
15   A.  That's correct.
16   Q.  And you've been with them for quite some time.  Correct?
17   A.  That's right.  17 years.
18   Q.  Okay.  In going through your CV, I noticed a few things.
19       First, you worked for J&J back in the late '80s and
20   throughout the '90s.  Is that fair?
21   A.  That's correct.
22   Q.  It looks like you started as a sales representative with
23   J&J in 1986?
24   A.  That's correct.
25   Q.  And over the course of the next decade or so, you worked in
```

Videotaped Excerpts of Evan Brasington                136

```
1   various sales-related jobs.  Is that fair?

2   A.  That's correct.

3   Q.  And from J&J you moved to Boston Scientific in 1997.

4   Correct?

5   A.  That's correct.

6   Q.  And you initially started as a market development manager

7   in the prostate and bladder disease division.  Is that fair?

8   A.  That's correct.

9   Q.  All right.  And from there, you went to sales for Boston

10  Scientific.  True?

11  A.  That's correct.

12  Q.  In fact, you were vice president of sales from May 1998

13  through January 2000.  Is that fair?

14  A.  That's correct.

15  Q.  And from the sales department, you moved to the marketing

16  department, where you became vice president of worldwide

17  marketing in January of 2000.  Correct?

18  A.  That's for the urology division.

19  Q.  And from there, you became the vice president of worldwide

20  marketing for urology and women's health in January 2006.

21  Correct?

22  A.  That's correct.  That's right what --

23  Q.  And you currently hold the position of vice president of

24  international market development.  Correct?

25  A.  That's correct.
```

Videotaped Excerpts of Evan Brasington          137

1    Q.  All right.  And so I guess the gist of your experience over

2    the course of the last two decades has been primarily in sales

3    and marketing.  Is that fair?

4    A.  That's correct.

5    Q.  And so I guess you've spent most of your career over the

6    last 20 years communicating either directly in your sales

7    capacity or indirectly through your marketing efforts with

8    physicians?

9    A.  That's correct.

10   Q.  All right.  Before we go on, I saw this, that in -- from

11   January 2006 to 2011, there's a third bullet point.  You say

12   you participated in the following boards:  Quality management.

13       Do you see that?

14   A.  Yes, I do.

15   Q.  What is quality management?

16   A.  Quality management board is a board which is actually made

17   up of the majority of the management board of the urology and

18   women's health, which is our president, the vice president of

19   the organization.  It's a cross-functional group.

20       But the quality management board is responsible for looking

21   at complaints and it's a very vigilant process.  And it's an

22   opportunity to look at where we stand across that and then

23   discuss.

24       It's led by the quality lead, the quality vice president.

25   And, again, the purpose is to ensure that we're aware of what's

Videotaped Excerpts of Evan Brasington          138

```
 1   being called in as a complaint.  Do we need to open up CARs --
 2   like a complaint action request -- or a CAPA, if need be?
 3   Q.  I guess I wasn't real clear in my question.
 4       I just asked simply:  What is quality management?  What
 5   does that term mean?
 6   A.  Quality management is a process that Boston Scientific has
 7   to ensure that our products meet high quality standards.
 8   Q.  A process that Boston Scientific has to make sure your
 9   products meet high standards?
10   A.  To meet quality -- our quality standards, follow our SOPs.
11   And, again, it -- it's heavily weighted to the complaint
12   process to ensure we're aware of what's being called in as a
13   complaint.
14   Q.  All right.  When you talk about complaints, you're talking
15   about reports of problems with your products.  Correct?
16   A.  That's right.
17   Q.  Okay.
18   A.  Sure.
19   Q.  And I guess you say it's a cross-functional group because
20   you want quality management to exist within all of your
21   divisions, I would assume.
22   A.  That's correct.
23   Q.  All right, sir.  And so you wanted to ensure that you have
24   processes in place to ensure that all of your divisions, not
25   only urology, have quality management processes in place to
```

1    ensure that you can timely and adequately identify complaints

2    and then make determinations as to where to go on the forward?

3    A.   That's the purpose of the meaning.

4    Q.   Perfect.  Perfect.

5         Now, let's go back to communicating with physicians.

6         I assume that, when you're communicating with physicians,

7    it's important that you have accurate and up-to-date

8    information on your products.  Is that fair?

9    A.   That's correct.

10   Q.   Okay.  And when we talk about accurate and up-to-date

11   information, I want to focus specifically on the women's health

12   products and specifically on mesh products.

13        And I assume one of the things that you want to make sure

14   you have is information for physicians on how to use your

15   product safely.  Fair?

16   A.   That's correct.

17   Q.   All right.  So, for instance, let's take the Pinnacle, for

18   instance.

19        When you sell a Pinnacle to a physician, it comes with a

20   DFU, or '"Directions for Use"'?

21   A.   Right.  It does.

22   Q.   And those '"Directions for Use"' actually explain to the

23   physician how to properly implant that particular product.

24   Fair?

25   A.   It does.  And it has other things on the '"Directions for

1    Use"' as well.

2    Q.   Absolutely.

3         One of the things it has is instructions on how to safely

4    implant it into a woman.  Fair?

5    A.   It has that.  And it has other things as well.

6    Q.   Right.  Right.

7         And let's talk about other things that are important and

8    other types of information that you communicate to physicians.

9         Obviously, when you have a product that you're providing to

10   a physician, you want to make sure that they understand what

11   the risks and benefits of a particular product are to a women.

12   Right?

13   A.   Absolutely.

14   Q.   Okay.  And the reason you do this is you want physicians

15   and you want women to make informed decisions as to which

16   product is better suited for their particular needs.  Fair?

17   A.   Yes.  We want the physicians to be able to communicate to

18   their patients on the most updated information that's there.

19   Q.   All right, sir.  And you want them to make informed

20   decisions.  Fair?

21   A.   Yes.

22   Q.   All right.  And the way that -- and there are different

23   ways that companies like Boston Scientific communicate with

24   physicians.  Is that fair?

25   A.   Absolutely.

1  Q.  A DFU, or '"Directions for Use",' is one tool that Boston

2  uses to communicate with physicians.  Fair?

3  A.  Yeah.  There's many, many ways we communicates with

4  physicians.  That's one -- that's one way.

5  Q.  Another tool that you have to communicate with physicians

6  is your sales force.  Right?

7  A.  That's right.

8  Q.  You've actually been a sales representative before?

9  A.  I have.

10  Q.  And your company with J&J I assume tried to train you so

11  that you could provide accurate and timely information to

12  physicians so that they can use your J&J products safely.

13  Fair?

14  A.  Yeah.  That's true.

15  Q.  The marketing efforts.  That's another way that Boston

16  Scientific communicates with physicians.  Right?

17  A.  That's right.

18  Q.  All right, sir.  And training programs.  You offer training

19  programs for physicians to the extent they want to participate

20  in those programs.  Fair?

21  A.  That's right.

22  Q.  All right.  What other types of tools does Boston have at

23  its disposal to help communicate with physicians?

24  A.  Our one-on-one conversations, in general.  I mean, in

25  marketing, we spend majority of our time communicating with

Videotaped Excerpts of Evan Brasington               142

1   physicians.  That's the connection with the customer.

2   Obviously, not more than a sales rep, but that's what we do.

3       So these are calls that can take place routinely at the

4   various trade shows that we attend, at the cadaver labs.  We do

5   a lot of voice with the customer, market research, both

6   qualitative and quantitatively.

7       And when doing this, our primary goal, again, is to make

8   sure we understand what the clinical needs are and understand

9   if there are any issues that we need to be aware of.

10  Q.  What I asked was:  To communicate effectively, Boston, like

11  any company, has to have systems in place to make sure they're

12  capturing that information that they want to communicate to

13  physicians.  Correct?

14  A.  That's what the quality management board is.  Yes.

15  Q.  Right.

16      But any company, whether you're making widgets or whether

17  you're making vaginal mesh products, you have to have systems

18  in place and you have to have quality management systems in

19  place to make sure you're capturing the data you think is

20  relevant for physicians.  Fair?

21  A.  Relevant for physicians and relevant for us as a company so

22  that, if we have to -- for example, if we have an issue with a

23  product and we need to open a corrective action, that we can do

24  that.

25  Q.  Okay.  And let's -- you've got a safety department at

Videotaped Excerpts of Evan Brasington            143

1    Boston Scientific.

2    A.   Yes.

3    Q.   Right?

4        And so, with respect to safety, one of the reasons -- in

5    fact, the primary reason, I assume, a company like yours has a

6    safety department is that you can gather information about your

7    product as it's on the market.  Right?

8    A.   Sure.  That's correct.

9    Q.   You want to know, as a responsible company, if there are

10   problems being identified while your product is being used?

11   A.   Absolutely.

12   Q.   That's correct.

13       And so you want to have quality management systems in place

14   in your safety department to ensure that you are accurately and

15   timely evaluating those complaints?

16   A.   Absolutely.

17   Q.   Okay.  Fair.

18       Let's back up a little bit.

19       You've got a code of conduct at Boston Scientific?

20   A.   We do.

21   Q.   I assume you've had a look at it once or twice.

22   A.   More than once or twice.  We're required to review it with

23   each employee and individually on a yearly basis.

24   Q.   Good.  Then, you'll be familiar with it.

25       I'm handing you what's been marked as Exhibit No. 596.

Videotaped Excerpts of Evan Brasington          144

1      And this isn't foreign to you, is it?

2   A.  No.  Absolutely not.

3   Q.  Let's go to Page 10.  And I've just got a couple of

4   questions.  And I just want to make sure you and I are on the

5   same page with respect to how Boston Scientific operates.

6      Okay.  Good.  The top of it says:  'How can I demonstrate

7   integrity in the workplace?'

8      Do you see that?

9   A.  I'm sorry.

10  Q.  Very top.

11  A.  Yes.  I see that.

12  Q.  And integrity:  That's a word that I've seen a dozen or

13  more times in your code of conduct.

14     That means something to your company, doesn't it?

15  A.  Absolutely.

16  Q.  And that's important.  Right?

17  A.  Absolutely.

18  Q.  And it says, 'Be dedicated to quality.'

19     And that's another philosophy of your company, I assume, is

20  that your company is dedicated to making quality products.

21  A.  Correct.

22  Q.  True?  Okay.

23     And it says here right underneath dedication to quality,

24  'Our commitment to quality is embodied in our quality policy:

25  I improve the quality of patient care and all things Boston

 1    Scientific.'

 2         Did I read that correctly?

 3    A.   You did.

 4    Q.   And doesn't that really kind of embody the number one goal

 5    of Boston Scientific, is that the whole reason you exist is to

 6    improve patient health?

 7    A.   That's correct.

 8    Q.   Right?

 9    A.   Yes.

10    Q.   I mean, that's your number one goal as a company, is to

11    improve patient health.  Right?

12    A.   It is.

13    Q.   You make products that are supposed to improve patient

14    health.  Correct?

15    A.   Correct.

16    Q.   If we could, go to Page 22.  Tell me when you're ready.

17    A.   Okay.  I'm there.

18    Q.   Okay.  Not at the very top, but it says, 'Building trusting

19    customer relationships.'

20         Do you see that?

21    A.   Yes.

22    Q.   And when you say 'customer,' you're talking about

23    physicians, I assume.

24    A.   Yes.  I believe that's what that's referring to.

25    Q.   That first sentence says, 'Enduring customer relationships

Videotaped Excerpts of Evan Brasington          146

```
 1   are based on integrity' -- that buzzword again -- 'and trust.'
 2       Did I read that correctly?
 3   A.   You did.
 4   Q.   And so, when we talk about trust, for a customer like a
 5   surgeon of yours, for them to trust you, they must believe that
 6   you're providing them with complete and accurate information
 7   about your products.  Fair?
 8   A.   Yes.  I hope so.
 9   Q.   Okay.  If we go back down -- I think it's the third
10   sentence here -- it says, 'All sales and marketing.'
11       Do you see that?
12   A.   I do.
13   Q.   It says, 'All sales and marketing materials must be based
14   on facts and documented research.'
15       Do you see that?
16   A.   I do.
17   Q.   And that's important, too, because sometimes you're
18   introducing brand-new products to surgeons.  Right?
19   A.   Yes.
20   Q.   And you want your products to be based upon solid research
21   so that you can educate physicians about your products.  Fair?
22   A.   That's absolutely the goal.
23   Q.   If we go down to the next paragraph, it says, 'We do not
24   sacrifice integrity to make or maintain sales.'
25       Did I read that correctly?
```

 1   A.   You did.

 2   Q.   And that's a pretty simple concept, but an important one,

 3   because you don't want to sacrifice patient safety for profits,

 4   for instance.  Right?

 5   A.   Absolutely.  That's correct.

 6   Q.   Likewise, you would never sacrifice patient safety for

 7   market share.  Fair?

 8   A.   That's certainly not our goal.

 9   Q.   All right.  Fair enough.

10        Let me move on to -- I'm not sure.  I think I know what

11   this is, but I'm not sure.  I want to talk to you about it a

12   little bit.  It is marked as Exhibit No. 597.

13        Okay.  I guess we'll start at the top, if we could.  And

14   this says '2010 NSM.'

15        Do you see that?

16   A.   I do.

17   Q.   What is NSM?

18   A.   National sales meeting.

19   Q.   National sales meeting.

20        I guess -- so the audience here is sales representatives

21   for Boston Scientific.  Is that fair?

22   A.   As well as marketing.  And there are other functions that

23   do attend.

24   Q.   Is it fair for me to say that everybody at this national

25   sales meeting would be an employee of Boston Scientific?

Videotaped Excerpts of Evan Brasington          148

```
 1    A.   That's correct.

 2    Q.   Okay.  Fair enough.

 3         So you're giving -- it looks like you've got some notes

 4    about a speech here.  Is that fair?

 5    A.   Yes.  I think this is my speech -- my opening speech at

 6    this particular meeting.

 7    Q.   At this point in time, at the time of this speech, you're

 8    vice president, worldwide marketing urology and women's health.

 9    Correct?

10    A.   That's correct.

11    Q.   And just so the jury understands, the products -- the

12    pelvic mesh products that your company makes are from the

13    urology and women's health division.  Correct?

14    A.   That's correct.

15    Q.   Okay.  Fair enough.

16         And the title of your particular speech that day is

17    'Innovation.'  Do you see that?

18    A.   I do.

19    Q.   All right.  Perfect.

20         If we could, go to the second page.  It starts at the very

21    top and it says, 'Our competitors' strategy.'  Well, that comes

22    primarily from you.

23         And then you go on to talk about -- or at least your notes

24    indicate that you were set to talk about cook, Bard, AMS and

25    J&J, and you have some notes next to each one of them.
```

Videotaped Excerpts of Evan Brasington          149

1        Do you see that?

2   A.   I do.

3   Q.   And if we go to the bottom here, midway through it says,

4   'Our number one goal.'

5        Do you see that?

6   A.   I do see that.

7   Q.   All right.  It says -- and this is you in 2010 as the vice

8   president of worldwide marketing talking to employees of Boston

9   Scientific from the sales department, marketing department and

10  maybe other departments.  Correct?

11  A.   That's correct.

12  Q.   And you tell them, 'Our number one goal is to outsmart our

13  competitors and take share,' exclamation point.

14       Do you see that?

15  A.   I do see that.

16  Q.   And when you talk about taking share, you're talking about

17  market share, I assume.  Right?

18  A.   I am.

19  Q.   'Competitors.  You compete in the market.'

20       You're talking about telling your employees that the number

21  one goal at Boston Scientific is market shaper.  Right?

22  A.   That's what I'm saying in this statement.

23  Q.   All right.  'It is all about building solutions for your

24  customers that are better than the solutions our competitors

25  can provide.'

1         Did I read that right?

2    A.   Yes.   That's what it says.

3    Q.   It says -- and you end this paragraph with, 'It's about

4    winning,' exclamation mark.   Right?

5    A.   Yes.

6    Q.   Now, you don't tell these employees who are going to be

7    talking to physicians, who are communicating with physicians

8    and surgeons across the country, that Boston Scientific's

9    number one goal is patient safety, do you?

10   A.   Not in this document.

11   Q.   No.   Not in this document in 2010.

12        You're telling them it's about market share.   Correct?

13   A.   This point I'm making on Page No. 2, it's about -- it talks

14   about market share.

15   Q.   Right.   Right.

16        And you make it loud and clear.   It's about winning.

17   Right?

18   A.   Yes.

19   Q.   Now, that's not consistent with the code of conduct we just

20   talked about, which said, 'Our number one goal is patient

21   safety,' is it?

22   A.   If that's the only thing we were communicating to the sales

23   force, I would be very concerned about that, in general.

24   Q.   Okay.

25   A.   I would be.

1    Q.   Go ahead.

2    A.   But just to add additional information, at a national sales

3    meeting, this is an opportunity to try to get the sales reps

4    fired up and charged because they're coming off the end of the

5    year.  And that's what you're trying to do.  That's part of my

6    job in marketing, is -- as well as the rest of the marketing

7    team is get the sales force motivated.

8         So by me saying this, I am not stating that I think taking

9    share is the only thing that's important.  I understand that

10   it's -- it says that right here.

11        But there's other things in this document and there are

12   other opportunities when we communicate to the sales force

13   about --

14   Q.   Okay.  You could have told them, 'Our number one goal is

15   patient safety.  If we make the safest product at Boston

16   Scientific, the rest will take care of itself and we're going

17   to capture the market.'  Right?  You could have sent that

18   message.  Right?

19   A.   I absolutely could have.

20   Q.   But you chose not to send a message about patient safety.

21   You chose a message about winning.  Right?

22   A.   In this given speech, that was the topic.  And, yes, that

23   was what I focused on talking to the sales reps about.

24   Q.   Okay.  Let's talk about ProtoGen.

25        You have and you had some involvement in the ProtoGen

Videotaped Excerpts of Evan Brasington                152

1   product.  Correct?

2   A.  Yes.

3   Q.  Okay.  Fair enough.

4       As I understand it, this was the first product offered by

5   Boston Scientific that would be inserted transvaginally.

6       Am I correct in that?

7   A.  I'm not sure of that.  When I joined the company, ProtoGen

8   was already on the market and I was solely responsible for the

9   prostate cancer position.  So when I moved into the sales

10  position, that was for an 18-month period.  So I'm not

11  absolutely positive of that.

12  Q.  As you sit here today, 12, 13, 14 years since ProtoGen has

13  been recalled, are you aware of any other transvaginal mesh

14  product that predated ProtoGen at Boston Scientific?

15  A.  I understand now.

16      No, I'm not.

17  Q.  Okay.  Fair enough.

18      And as I appreciate it, it was recalled in January,

19  thereabouts, of 1999?

20  A.  It was.  I was a VP of sales.  That's right.

21  Q.  Okay.  Well, in response to the recall, Boston Scientific

22  created a ProtoGen recall task force; did they not?

23  A.  I'm not aware of that.

24  Q.  Okay.  Let me hand you what's been marked as Exhibit

25  No. 598.

1        Are you ready?  Okay.

2        If you look at the second page of that document, at the top

3   it says, 'ProtoGen recall task force.'

4        Do you see that?

5   A.  I do see that.

6   Q.  And if you look at the very bottom, we see 'E. Brasington.'

7        Do you see your name down there?

8   A.  Yes.  That's me.

9   Q.  And what that says above your name is -- it says, 'AUA

10  meeting will be where information will be communicated.'

11       What's AUA?

12  A.  That's the American Urological Association, which is a

13  society that's typically held in the April to May time frame

14  each year.

15  Q.  Okay.  And it says, the second bullet point, 'Review key

16  training for all managers, E. Brasington.'

17       Do you see that?

18  A.  I see that.

19  Q.  It looks like you were assigned a task with respect to the

20  recall task force to review key training for all managers.

21  Fair?

22  A.  That's what it says on this document.

23  Q.  Okay.  Do you recall what that job entailed?

24  A.  I do not.  I do -- what I can tell you is that my sole

25  responsibility was to make sure that we executed the field

Videotaped Excerpts of Evan Brasington                154

1    action from the standpoint that the field sales force went out

2    there and notified their customers to ensure that we got the

3    product back.

4        I would assume this is referring to some of that

5    communication, but I don't know for sure what that exactly

6    means.

7    Q.   Okay.  So with respect to E. Brasington, your

8    responsibilities with respect to the ProtoGen recall were

9    principally or solely to let surgeons know that it had been

10   recalled and to get the product back.

11       Is that fair?

12   A.   My responsibility in sales was -- I had just taken over the

13   sales role six months prior -- was to ensure that our sales

14   force, meaning the territory managers and the managers,

15   followed the proper protocol to ensure that the product was

16   retrieved.

17   Q.   And that seems reasonable to do after you actually recall a

18   product.  Right?

19   A.   That's very common.

20   Q.   Okay.  Let's go to the next exhibit, if we can.

21       The next document I want to hand you is marked Exhibit

22   No. 599.  Take a quick look at that and then we'll talk.

23       Are you ready?

24   A.   Yes.

25   Q.   That document at the top, it says, 'ProtoGen Sling.'

Videotaped Excerpts of Evan Brasington          155

1   Do you see that?

2   A.  Yes.

3   Q.  And the date is April 23rd, 1998.  At least the stamped

4   date is.  Correct?

5   A.  Yes.

6   Q.  And then it says 'Regarding Reg:  ProtoGen Sling Summary of

7   Rep Interviews.'

8   Do you see that?

9   A.  Yes.

10  Q.  And the first sentence says, 'The following summarize

11  information from 12 interviews with reps regarding ProtoGen

12  sling status.'

13  Did I read that correctly?

14  A.  You did.

15  Q.  What I'm interested in, really -- I think it's on the

16  second page -- actually, the third page, at the very bottom,

17  the section that says, 'In hindsight...'

18  Do you see that?

19  A.  Yes, I do.

20  Q.  And so let's read it first.  It says, 'In hindsight, to

21  launch ProtoGen, Microvasive needed greater understanding of

22  ProtoGen risks, reps needed more training, and appropriate

23  expectations needed to be established with MDs.'

24  Did I read that correctly?

25  A.  Yes, you did.

Videotaped Excerpts of Evan Brasington          156

1   Q.  All right.  So what I gather from that sentence is a few

2   things.

3       'In hindsight' means in looking back.  Right?

4   A.  Yes.

5   Q.  Fair enough.

6       And I want to assume that, when a company like yours has a

7   product recalled, you like to learn lessons, I would assume.

8   Right?  What went right?  What went wrong?  How can we improve

9   in the future?  Fair?

10  A.  That's fair.

11  Q.  It looks like from this document they're looking back and

12  saying, 'Let's look back at what went wrong.'  Fair?

13  A.  That's certainly what it appears.

14  Q.  And then it says, 'To launch ProtoGen, Microvasive needed

15  greater understanding.'

16      Do you see that part?

17  A.  Yes, I do.

18  Q.  Okay.  And so it looks to be -- it looks to say, to me,

19  here, is that, 'In looking back, if we'd had more information

20  prior to launch, we may have been able to do things

21  differently.'  Fair?  Is that a reasonable assumption?

22  A.  That's what it's saying in the document.

23  Q.  All right.  The next one says, 'Reps needed more training.'

24      Do you see that?

25  A.  Yes.  I do see that.

Videotaped Excerpts of Evan Brasington          157

1    Q.   Okay.  So the first comment, 'In hindsight...' that they're

2    making is that, 'Prior to launch, we needed more information or

3    greater understanding of the risks of ProtoGen.'  Right?

4    A.   That's what it says.

5    Q.   And that makes sense, doesn't it?  The more you understand

6    about your product prior to providing it to surgeons, the

7    better equipped you are as a company to address these problems

8    or to educate physicians prior to using them.  Fair?

9    A.   That's fair.

10   Q.   And, likewise, training.  The better trained your staff is,

11   the better trained surgeons are, the better opportunity you

12   have for surgeons to use your product safely.  Fair?

13   A.   Yes.  Our goal is to train our sales force and make sure

14   they understand how to use the product.

15   Q.   Okay.  So at least from this document it looks like Boston

16   Scientific is identifying two lessons that they learned from

17   the ProtoGen failure.  Right?

18   A.   I agree.  In hindsight, that's what that says.

19   Q.   When you introduce a product on the market, a company like

20   yours, the goal isn't to say, 'We want this product on the

21   market for two years and then we want to recall it in two years

22   because we're having problems'?

23   A.   That's fair.

24   Q.   So I assume, based upon those two or three questions, that

25   we can conclude that the ProtoGen sling was not a successful

Videotaped Excerpts of Evan Brasington          158

1   product for Boston Scientific?

2   A.   I don't know if we can assume that or not.  We made a

3   decision to take the product off the market voluntarily.  And

4   the way I would interpret that, as an experienced executive, is

5   that that was the right thing to do.  That was a decision we

6   made.

7        And I will tell you we had physicians that were clearly

8   upset that we took it off the market and we had physicians that

9   were very happy that we took it off the market.

10       But to answer your question, yes, I think the product was a

11  failure.

12  Q.   Okay.  Fair enough.

13       And the goal, I assume, from a company standpoint is to

14  learn more from those failures so they're not repeated in the

15  future.  Right?

16  A.   That's a goal.

17  Q.   That's a goal for everyone in every business.  Right?

18  A.   Yes.

19  Q.   We hope to learn from our mistakes and not repeat them in

20  the future.  Right?

21  A.   Sure.

22  Q.   Whether the clinical trial is required or not is irrelevant

23  to patient safety, isn't it?

24  A.   Well, I think you look at patient safety from a number of

25  different reasons, not just a clinical trial.

1    Q.   Okay.  Boston Scientific, whether required or not, can

2    choose to do a clinical trial prior to clearance if it decides.

3    Correct?

4    A.   Sure.

5    Q.   Boston Scientific in this case chose not to do that

6    clinical trial prior to clearance and launch.  Correct?

7    A.   Boston Scientific made that decision based on going through

8    their process of looking at patient safety, which includes the

9    data that's on the marketplace, which includes

10   biocompatibility, which includes all the various aspects in a

11   product development process.  So the decision was based on

12   that.

13   Q.   Good point.

14        With respect to the Pinnacle pelvic organ prolapse repair

15   system, were there any human clinical trials performed with the

16   Pinnacle products prior to clearance?

17   A.   Not with the Pinnacle product."

18             THE COURT:  Call your next witness.

19             MR. ANIELAK:  Your Honor, Boston Scientific would play

20   its portion of the deposition.

21             THE COURT:  You're going to play your portion?  Very

22   well.

23             How long is this?

24             MR. ANIELAK:  25 minutes, your Honor.

25             THE COURT:  Thank you.

Videotaped Excerpts of Evan Brasington                    160

1    Q.   "Good afternoon.  Please tell the jury a little bit about

2    yourself.

3    A.   My name is Evan Brasington.  I'm from Asheville,

4    North Carolina.  I grew up in North Carolina.  I went to school

5    in Chapel Hill, University of North Carolina.

6         I have two children, one daughter, Katie, who's 23 years

7    old and in graduate school, and one son, Hunter, who's 20 years

8    old and in school at High Point University in High Point, North

9    Carolina.

10   Q.   And you currently work at Boston Scientific.  Is that

11   right?

12   A.   Yes, I do.

13   Q.   And what is your position?

14   A.   I am the vice president of international market

15   development.

16   Q.   We'll talk about what the roles and responsibilities are

17   there in a second.

18        Exhibit 595 is a copy of your resume, is that right, your

19   CV?

20   A.   Yes, it is.

21   Q.   Why don't you tell the jury a little bit about your

22   educational background.  Where did you go to school?

23   A.   So, again, I went to the University of North Carolina in

24   Chapel Hill.  I paid for my own education there and I majored

25   in business and finance.  And I actually did a minor in

Videotaped Excerpts of Evan Brasington                    161

1   Brazilian Portuguese.

2   Q.   And then where did you go to work?

3   A.   I was then recruited by a medical recruiter.  And I was

4   working in Raleigh, North Carolina, at the time.  And I went to

5   work for Johnson & Johnson.

6        And the name of the company was cod man -- at that time, it

7   was called Codman & Shurtleff, which was a surgical instrument

8   company.

9   Q.   And what did you do at Johnson & Johnson?  What were your

10  roles and responsibilities?

11  A.   While I was at J&J -- I was there 11 years, and I started

12  off as a sales rep, calling on neurosurgeons and spine surgeons

13  and a variety of other surgeons with the products that we had.

14       And then became -- I was promoted to a division manager

15  where I was responsible for a segment of the country and then I

16  moved into a regional manager, where I was responsible for half

17  the country.  And then towards the end of my career at J&J, I

18  was the head of sales for the entire domestic organization.

19  Q.   And when did you come to Boston Scientific?

20  A.   That was in January of 1997.

21  Q.   And what position did you start in at Boston Scientific?

22  A.   I was -- the title was market development manager.  And

23  that was a job that was focused in the area of the prostate,

24  prostates cancer particularly.  I was working in the area of

25  cryotherapy for prostate cancer.

```
 1    Q.   And then it looks like you moved over to be vice president

 2    of worldwide marketing for the urology franchise.

 3         Tell the jury what that means.  What did you do there?

 4    A.   So, at that time, the company made a decision as we're

 5    entering the women's health space to split the marketing role

 6    into two different areas.

 7         And I was the vice president of marketing for the urology

 8    products, and my responsibility was for all of our stone

 9    management products.  And these are people that end up getting

10    kidney stones or stones in their ureter or their bladder.

11         And we make products that extract those stones from the

12    body.  There's about -- approximately 2,600 product code in

13    this area.  There are products such as dilation balloons,

14    ureteral stents, guide wires, sheaths, catheters and so on.

15         And, in addition to that, I was responsible for the

16    prostate -- so we had products for BPH -- a laser technology,

17    and also the Prolieve technology, which is the microwave

18    technology.

19         So the urology business represented 70 percent of the

20    company's revenue worldwide.

21    Q.   So during this period of time from 2000 to 2005, you were

22    on the urology side of the business and not the women's health

23    side of the business.  Is that right?

24    A.   Yes.  My whole responsibility was on the urology side.

25    Q.   During this period of time from 2000 to 2005, that's when
```

Videotaped Excerpts of Evan Brasington          163

1   the Advantage -- Boston Scientific's Advantage sling underwent

2   its research and development process.  Is that right?

3   A.   That's correct.

4   Q.   And were you working on that side of the business when the

5   research and development was done on the Advantage sling?

6   A.   No.  I was solely responsible for the urology product line.

7   Q.   The next position that you had at Boston Scientific that

8   you started in 2006 was vice president of worldwide marketing

9   for urology and women's health.

10       Tell the jury what that means.  What did you do in that

11   position?

12   A.   Well, at this time, the company made a decision to put all

13   of the marketing back under one vice president.  So I took over

14   the full responsibility for marketing for both urology, the

15   products I described, the 2,600 codes, and then all of the

16   women's health products, which were pelvic organ prolapse,

17   stress urinary incontinence and, also, HTA, which was abnormal

18   uterine bleeding.

19   Q.   So in terms of the overall business, what percentage of the

20   business is urology versus women's health?

21   A.   From a revenue standpoint?

22   Q.   Yes.

23   A.   It's 70 percent on the urology side and then 30 percent on

24   the women's health side.  And of that 30 percent, 20 percent of

25   that is abnormal uterine bleeding.

Videotaped Excerpts of Evan Brasington          164

1   Q.   And in this vice president position, did you have folks

2   that were split up between the urology side and the women's

3   health side in terms of your marketing organization?

4   A.   Yes.  I had a director of marketing that was over the

5   urology business.  They had group product managers.  There were

6   product managers that actually manage the individual product

7   managers that are responsible for the franchises.

8        For example, we have a product manager that's responsible

9   for ureteral stents, one for baskets, one for wires and so on.

10  And the same goes on the women's health sides:  A director of

11  marketing on that side of the business, a group product

12  manager, and then individual product managers that were

13  responsible for stress incontinence, one for pelvic organ

14  prolapse and another one for the biologics, the Capio and

15  accessories.

16       And then we had another director of marketing that was

17  responsible for the global endometrial ablation products for

18  HTA.

19       And I also was responsible for marketing communication.  So

20  I had a director of marketing communications.  And this

21  individual has a full team that's responsible for organizing

22  the trade shows, the society meetings, the national sales

23  meetings, the summer training meetings, helping with the

24  logistical aspects of cadaver lab training, making sure that

25  all the materials are at the right location at the right labs

Videotaped Excerpts of Evan Brasington          165

1    and so on.

2    Q.   So because of all of the functions from two different types

3    of businesses that reported in to you, was your role a

4    high-level management role when you were in this position from

5    2006 to 2011?

6    A.   Yes.

7    Q.   And who would be the on-the-ground folks in the marketing

8    organization?  Who individually would have been more

9    responsible or responsible for the details of marketing the

10   women's health products?

11   A.   Well, certainly the directors and then the group product

12   managers.

13   Q.   And who were the directors during this time for women's

14   health from 2006 to 2011?

15   A.   Well, the directors would have been Art Butcher.  And then

16   when Art moved over into a different position, it was Brent

17   Palmisano.

18   Q.   I want to talk a little bit about what marketing does.

19        Describe generally what the marketing department does.

20   Give the jury some sense of some of the big responsibilities of

21   marketing.

22   A.   I actually get this question a lot:  What's the

23   difference -- what do you do in marketing exactly?  And I

24   always start with the clinical unmet needs because that's where

25   marketing does start.  And that's uncovering what -- the

 1    clinical unmet needs in the marketplace.

 2         We do that through interaction with physicians, conducting

 3    market research, voice of the customer, some voice of the

 4    patients, voice of the hospital, to collect that information.

 5         But mainly when you think of marketing and you think of

 6    product development, we're getting the information on what are

 7    the clinical unmet needs of the products.

 8         And then, once we establish that, we then determine if a

 9    product can be made to address that clinical unmet need.

10    Q.   And then does marketing work with outside physicians?

11    A.   Yes, we do.

12    Q.   In what capacity?

13    A.   So with physicians outside or physicians in the

14    marketplace, we establish relationships with some key opinion

15    leaders or thought leaders that are considered experts or

16    strong in some areas.  We also have regional thought leaders

17    for specific regions of the country.

18         We also have communicates-based physicians that we interact

19    with and contract with and then also fellows and our residents

20    for a goal of trying to get a broad perspective of marketplace.

21    Q.   And how do you use those doctors?  Why are they a resource

22    to the company?  What are you using them for?

23    A.   Well, the number one reason is uncovering a clinical unmet

24    need and understanding what their challenges are in their

25    practice, with their patients, with their outcomes, and

Videotaped Excerpts of Evan Brasington          167

1    hopefully coming up with resolutions to that.

2        We also work with docs that come to us about specific

3    ideas.  We say 'no' to many.  We say 'yes' to some.  It's

4    typically that the ones that we say 'yes' to are the ones that

5    have a clinical -- I mean, they have a patent and it truly

6    addresses a clinical unmet need.

7        And we also work with physicians from a training standpoint

8    because the physicians are the ones that do the training and

9    they're the ones we count on to do the training in our

10   preceptorships and our proctorships as well as working in our

11   cadaver labs and so on."

12       MR. ANIELAK:  So Exhibit 626 is the Bates No. BSCM

13   4000085200.  I've marked the native version of that

14   presentation.

15   Q.  "So what is Exhibit 626?

16   A.  So this is a presentation I made to the sales force at our

17   national sales meetings in January of 2009.

18   Q.  And I think, if we flip a couple pages, we'll see your name

19   appears there on the second page.  Is that right?

20   A.  That's correct.

21   Q.  And if we turn a couple -- to the next slide, you talk

22   about winning and success to the sales force.

23       When you talk about winning in the marketplace and having a

24   successful product, from a marketing perspective, what are you

25   referring to?

1   A.   Well, this -- for example, a presentation that's made to

2   the sales force.  It's the kickoff of the year.

3        And when we talk about winning -- or how to win, especially

4   when we talk about that from a marketing standpoint, we're

5   talking about ensuring that we bring products to the market

6   that have a clinical unmet need, we have products that

7   physicians value and accept.

8        We offer training programs so the physicians can understand

9   how to use the products.  And then, ultimately, if the

10  physicians continue to use the products, then that's a winning

11  situation for the company.

12       It means our products are being accepted and valued and

13  that gives us an opportunity to take market share.

14  Q.   You referred a number of times to unmet needs.

15       In terms of Boston Scientific's -- the Pinnacle and the

16  Uphold devices that were marketed by Boston Scientific for

17  pelvic organ prolapse, how did those products fulfill an unmet

18  need?

19  A.   Well, at the time that we were looking at the market for

20  pelvic organ prolapse, there were other companies already on

21  the market, J&J, AMS, Bard and others.

22       And one of the things that we heard through physicians when

23  we were determining if we were going to come to the market, you

24  know, 'What are the clinical unmet needs?'

25       So the way the first-generation products that were on the

1   market that were offered by the companies I mentioned were --

2   it's a trocar that's passed through the buttocks.  There's four

3   different trocars.  It's a blind passage.

4        So many of the physicians that we talked to had stated, 'Is

5   it possible to do this procedure intravaginally so you're not

6   having to do a blind pass through the buttocks?'

7        The other thing that physicians were stating when we're

8   talking about, 'What can we do to improve products that are

9   already on the market?' is improving the actual stability of

10  the actual mesh, meaning the current devices were Level 2

11  support, which is sutured to the side wall.

12       And the whole idea of Level 1 support is repositioning --

13  according to the physician feedback, we said repositioning the

14  organ back into its normal anatomy.

15  Q.   And how did the concept or the idea for the Pinnacle

16  device -- how did that come to Boston Scientific?

17  A.   Dr. Dennis Miller brought that to our attention.  We have a

18  process at Boston Scientific where, if a physician has an idea,

19  they can submit it through a process that we have.

20       We run it through a patent review board process.  If it's a

21  product that we're interested in, then we'll have the physician

22  come in and talk about the specific idea, the product, the

23  unmet need.  And then that's how that was brought to our

24  attention.

25       And that particular device, this Pinnacle idea, was a

Videotaped Excerpts of Evan Brasington          170

1   device that you could do intravaginally and address that way

2   and could get Level 1 support by attaching to the ligament

3   called the sacrospinous ligament in the back of the pelvis.

4   Q.   And what product did Dr. Miller bring?  What was his idea

5   in terms of Pinnacle?  What were the actual devices that

6   Dr. Miller was discussing?

7   A.   So his idea was taking out a device we already had on the

8   market.  That was Capio.  And that was a successful suture and

9   catch technology.  And then Polyform, which we had a small

10  Polyform mesh material.

11       So taking the Capio and the Polyform and then finding -- so

12  he came up with a way to attach mesh arms within a sleeve so

13  that you could actually pass the actual mesh through the

14  sacrospinous ligament with the Capio device, which is a product

15  that was very well accepted in the marketplace, and made it

16  very easy for the physicians to do this procedure

17  intravaginally.

18       Many physicians at that time were using just their own

19  precut mesh and they were using Capio as a way to gain access

20  to either the side walls or to the sacrospinous ligament.

21  Q.   So prior to Pinnacle coming to market, did Boston

22  Scientific have clinical experience within the Capio device?

23  A.   Yes, we did.

24  Q.   And prior to coming to market with the Pinnacle device, did

25  Boston Scientific have clinical experience with the Polyform

1   mesh that was used in the device?

2   A.   Yes, we did.

3   Q.   Does Dr. Miller receive royalty payments from Boston

4   Scientific?

5   A.   Yes, he does.

6   Q.   And why is that?

7   A.   Because he was the inventor of the Pinnacle device.

8   Q.   Is that a common practice in the industry?

9   A.   Yes, it is.

10  Q.   The next slide, you talk about clinical data.

11      When you're talking about successful products, what role

12  does clinical data play?

13  A.   Well, clinical data is very important at having successful

14  products.

15  Q.   And does Boston Scientific have clinical data to support

16  the safety and effectiveness of its Pinnacle and Uphold

17  devices?

18  A.   Yes, we do.

19  Q.   In terms of the details of the studies, are you the best

20  person to talk about all of that information on should we ask

21  somebody else?

22  A.   Janice Connor would be the person that is best versed on

23  all the clinical trial data that we have accumulated.

24  Q.   Is marketing responsible for analyzing the clinical data

25  regarding Boston Scientific's stress urinary incontinence and

1    pelvic organ prolapse devices?

2    A.   No, it's not.

3    Q.   Who would be analyzing that kind of information?

4    A.   Well, it would be under Janice's department.  We have

5    biostatisticians that fall in corporate clinical.  It's not

6    directly under Janice, but they're the ones that look at that

7    data.

8    Q.   The next slide, you talk about KOL development.

9         What role does KOL development play in having successful

10   products?

11   A.   Again, just being in the medical device market for almost

12   28 years, I think this is absolutely critical, to have

13   physicians that you can turn to and rely on to tell you what

14   the clinical unmet needs are in the marketplace and what the

15   issues are.

16        They're the ones that are dealing with their patients.

17   They're the ones that understand the issues, whether it be with

18   our own products or with the competitive product.

19        And our goal with these doctors is to work with them, to

20   understand those needs, and hopefully come up with new devices.

21        In addition to that, I mentioned the training.  It's a very

22   important aspects of the physicians that we work with in

23   helping us train as part of their role.

24        And then also we have medical advisory boards.  We pull

25   them together and talk about where the market is going and what

1    are the trends, et cetera.

2    Q.  And just to orient the jury back to this discussion,

3    Exhibit 597, what was -- what were these?  What was this

4    document?

5    A.  So this is the 2010 national sales meeting script.  Again,

6    every year we have a national sales meeting where we pull the

7    sales force together to kick off the year, and this was the

8    script that I used for this presentation.

9    Q.  One of the innovative features of the Pinnacle and Uphold

10   devices that you mentioned was use of the Capio device instead

11   of trocars.

12       What was the benefit of having the -- using the Capio

13   suturing device instead of using trocars?

14   A.  So, again, I want to reiterate:  This came from the

15   physician community that came back to us as we were looking at

16   getting into the pelvic organ prolapse.

17       We were already in the stress urinary incontinence

18   business.  And what -- the physicians came to us and said, "We

19   need to figure out a way to do this procedure intravaginally so

20   we do not have to go through the buttocks, we do not have to

21   have a blind pass with trocars, and we can have a way to get

22   Level 1 support to simplify the procedure and get better

23   outcomes for the patient."  That's what it was about.

24   Q.  And the Plaintiffs' lawyers asked you specifically about

25   one sentence in this document that talks about, 'Our number one

Videotaped Excerpts of Evan Brasington                174

 1   goal is to outsmart our competitors and take share.'
 2       Do you see that?
 3   A.   Yes.  Sorry.  I see it now.
 4   Q.   Can you read the next sentence after that for me, please.
 5   A.   Yeah.  The next sentence says, 'It's all about building
 6   solutions for your customers that are better than the solutions
 7   our competitors provide.'
 8   Q.   And in terms of solutions, when you're talking about that,
 9   what are the aspects of solutions that make good products for
10   physicians?
11   A.   Well, I'll use the example of, again, Pinnacle or Uphold
12   or I can list devices on the urology side where, if there's a
13   clinical unmet need and the doc says we need this -- they're
14   basically saying, 'We need a solution to this given problem,
15   this clinical issue that's either impacting the way I do the
16   procedure or impacting the end result to my patient where I
17   want a better outcome for my patient.'
18       So when we talk about solutions and we talk about bringing
19   our products to the market, we're talking about responding to
20   what the customer is asking for and ensuring that what we're
21   doing does improve patient lives.
22   Q.   Could you flip over to Exhibit 599 for me.  And this was a
23   memo that you were asked a number of questions about regarding
24   the ProtoGen sling in 1998.
25       Did you receive this memo?

1    A.   No, I did not.

2    Q.   And did you write this memo?

3    A.   I did not.

4    Q.   Were you involved -- there was a discussion about looking

5    kind of in hindsight about the ProtoGen experience.

6         Were you involved in this meeting where these folks were

7    having that discussion and summarizing some of their thoughts?

8    A.   No.  Based on the date of this document, at this time, I

9    was the marketing development manager for prostate cancer and I

10   was not involved in this at all.

11        On this document, there's the head of sales, there's the

12   head of marketing on here, there's a clinical person on here,

13   our president, R&D and so on.  So this was a cross-functional

14   team.

15   Q.   That you weren't a part of?

16   A.   I was not part of this.

17   Q.   And the Plaintiffs' lawyer asked you about whether or not

18   the -- when the Advantage sling -- the research and development

19   went into the Advantage sling, whether this information with

20   regard to ProtoGen was considered or taken into account.

21        Were you involved in the research and development of the

22   Advantage sling?

23   A.   I was not.

24   Q.   Were you on the women's health -- were you involved in the

25   women's health business at that time?

Videotaped Excerpts of Evan Brasington                    176

```
 1    A.   No.   I actually was -- at that time, I was the vice
 2    president of marketing for the urology side of the business,
 3    which is our stone management and our BPH products.
 4    Q.   Yesterday the Plaintiffs' counsel asked you a number of
 5    questions about whether or not Boston Scientific should have
 6    conducted clinical trials prior to going to market with a
 7    number of Boston Scientific's products.
 8         Do you generally remember those questions?
 9    A.   I do.
10    Q.   Were you involved in the research and development of the
11    Advantage sling?
12    A.   I was not.
13    Q.   Were you part of any discussions regarding clinical trials
14    during the research and development process for the Advantage
15    clinic?
16    A.   I was not.
17    Q.   Were you in the women's health division when that project
18    was ongoing in terms of the research and development of the
19    Advantage sling?
20    A.   I was not on the women's health side of the business.  I
21    was in the urology-women's health division, but I was not on
22    the women's health side of the business.
23    Q.   Have you ever served on a -- any of the product development
24    teams with regard to the mesh products, the actual R&D product
25    teams?
```

1   A.   You mean the individual project teams?

2   Q.   I'm sorry.

3        The project teams.  Yes.

4   A.   No.  I mean, as I mentioned, we have -- in marketing, I

5   have individual product managers that are under the director,

6   that are under the group product manager, that are assigned to

7   the cross-functional project teams.  They're the ones that

8   are -- that handle the project development from a marketing

9   standpoint.

10  Q.   So you personally haven't been on the project development

11  teams for the POP and SUI products.  Is that right?

12  A.   No.  Absolutely not."

13          THE COURT:  Is that the end of that?

14          MR. ANIELAK:  Yes, your Honor.

15          THE COURT:  Plaintiffs?

16          MS. HUTSON:  Your Honor, the next witness that we plan

17  to call is Mr. Philip Rackliffe.  The proffer is 24 minutes and

18  27 seconds.

19          THE COURT:  Let's put it on.

20          MS. HUTSON:  For the record, Mr. Rackliffe is the

21  marketing manager of urology and women's health.

22  Q.   "Good morning, sir.

23        Would you please state your full name for us.

24  A.   Sure.  Phil Rackliffe.

25  Q.   So that the ladies and gentlemen of the jury understand,

1   your first kind of time as a full-time employee working on

2   marketing medical devices was with Boston Scientific in

3   mid-2003?

4   A.   Correct.

5   Q.   And at that time, Boston Scientific had a line of urology

6   products which you are familiar with as a sales representative?

7   A.   Yes.

8   Q.   And part of your job responsibilities going forward from

9   2003 up until the time you finished at Boston Scientific was

10  understanding and teaching principles of mesh to other sales

11  representative at Boston Scientific?

12  A.   Yes.

13  Q.   Okay.  In the marketing department at Boston Scientific,

14  from your experience, did the marketing side of the company at

15  Boston Scientific have as part of its responsibility to make

16  continual assessments of the marketplace for women's health

17  products?

18  A.   Yes.

19  Q.   Did you make presentations, then, to various executives of

20  the company regarding the effect of competition in the

21  marketplace in the women's health product line?

22  A.   I don't exactly recall, but I'm sure I would have as part

23  of that position.  I don't 100 percent recall, but yeah.

24  Q.   But would that have been --

25  A.   Part of the responsibility of being a marketing manager

1    would be understanding your competitors and where you're strong

2    and not strong and where you have holes and where you need to

3    plug holes in your portfolio so you can have a comprehensive

4    offering.

5    Q.   When you say plug holes in your portfolio so you can have a

6    comprehensive offering, what do you mean by that?

7    A.   Sure.  Simply put, we have had a cadaveric product in the

8    marketplace and the competitors, J&J, AMS and Bard, had

9    synthetic meshes.  And for pelvic floor reconstruction, we

10   hadn't had a synthetic mesh at all.  And we noticed that some

11   of the cadaveric business that we had using human autologous

12   tissue was eroding and that we needed to have a synthetic mesh.

13   Q.   Okay.

14   A.   Eroding, not in that term.  Eroding as far as sales go,

15   eroding.  Not eroding in a patient perspective.  Sales were

16   diminishing.  Put it that way.

17   Q.   You used the term as a marketing term?

18   A.   Yeah.  Just eroding, as in the sales are going down of our

19   human tissue.

20   Q.   And that Bard, AMS and Johnson & Johnson were coming to the

21   marketplace with offerings using a synthetic mesh product which

22   was eroding, diminishing, Boston Scientific's sales?

23   A.   That's correct.

24   Q.   But as the conversation in the marketplace was that AMS,

25   Bard and Johnson & Johnson were bringing these synthetic meshes

1    to the market, as you described it, Boston Scientific

2    recognized they had a hole in their portfolio?

3    A.   That's correct.

4    Q.   And because of that hole in the portfolio, you were

5    identifying that sales were going down?

6    A.   Yeah.  Or personally in the future could be going down,

7    yes.

8    Q.   And the potential would be that sales could continue to go

9    down.  Fair?

10   A.   Yes.  Yes.

11   Q.   So were you as a marketing manager for Boston Scientific

12   part of then the response to fill that hole?

13   A.   Yes.  Myself with business development, with clinical, with

14   R&D got together and I presented that to senior management as

15   an opportunity.  And then they had to make a decision on

16   whether or not they wanted to fill it or not.

17   Q.   And you identified that in the women's health marketplace,

18   AMS, Bard and Johnson & Johnson were aggressively in the

19   process of marketing, promoting and selling surgical kits for

20   pelvic floor repair in women that used a POP or synthetic mesh?

21   A.   Correct.

22   Q.   The acquisition price to Boston Scientific, that is, the

23   cost for Boston Scientific to buy polypropylene synthetic mesh,

24   was significantly less expensive than acquiring the material to

25   make Xenform or Repliform?

1    A.    Polypropylene mesh is less expensive than Xenform or

2    allograft.  Yes.

3    Q.    In marketing for a corporation such as Boston Scientific,

4    is there a marketing benefit to have a full line of products

5    within a certain discipline?

6    A.    It depends.  It's a benefit to have a full line when the

7    product you don't have is growing and taking away market share

8    of your incumbent product.

9    Q.    You identified a marketing need for Boston Scientific to

10   fill a hole in its line.  True?

11   A.    Correct.

12   Q.    And that need then was to develop a synthetic mesh to

13   compete against other competitors who already had one.

14   Correct?

15   A.    Correct.

16   Q.    That need was based on the idea that those competitors were

17   out marketing and selling a polypropylene mesh which Boston

18   Scientific did not have.  Correct?

19   A.    Correct.

20   Q.    In other words, as you described it, a hole in the product

21   line.  Correct?

22   A.    Correct.

23   Q.    So my question, sir, is:  In the need for Boston Scientific

24   to compete in that marketplace --

25   A.    Yes.

1   Q.   -- against Johnson & Johnson, against AMS, against Bard,

2   you on the marketing side identified a need, an immediate need,

3   for a synthetic mesh in the product line?

4   A.   Correct.

5   Q.   Mr. Rackliffe, I have in front of you Exhibit 763, which is

6   on the screen as well.  It's a document entitled Project

7   Proposal Synthetic Mesh.  This is Boston Scientific BSCM

8   07400013744, which appears to be a three-page document in seven

9   sections that lays out a proposal for synthetic mesh for pelvic

10  floor repair.

11       Is that a fair characterization of the document?

12  A.   Yes.  It's a document to talk about this product potential

13  for pelvic floor repair, yes.

14  Q.   You limited this proposal, which is Exhibit 763, as that

15  limited to or specific to sheet mesh?  Correct?

16  A.   Yes.

17  Q.   "Boston Scientific has made a commitment to grow the pelvic

18  floor business as we expand our field sales force.  It is

19  strategically important to offer a synthetic mesh along with an

20  allograft and xenograft in order to be competitive in the field

21  of PFR, pelvic floor repair."

22       And that's exactly what you and I were just discussing.

23  Correct?

24  A.   Correct.

25  Q.   "It is essential to broaden our territory managers'" --

```
 1    that is the sales reps --

 2    A.   Yes.

 3    Q.   -- "bag to stay competitive with the competition, as most

 4    offer multiple grafts."

 5         This is, again, consistent with your identification of

 6    there's a hole in the product line, the sales reps are in a

 7    competitive environment and they need to fill that hole to be

 8    able to compete out in the field?

 9    A.   Correct.

10    Q.   And Repliform is going down, according to this sentence.

11    This decline can be attributed to the impact of synthetics.

12    A.   Correct.

13    Q.   And what you identified is Boston Scientific had in its

14    line this Repliform product --

15    A.   Yes.

16    Q.   -- which was an allograft, autograft product, and it's

17    losing sales to synthetics in the marketplace?

18    A.   Synthetics or synthetic kits, yes.

19    Q.   "Offering a synthetic mesh will make it possible for us to

20    develop a PFR kit."

21         And that obviously -- what we just talked about is this

22    kind of concurrent concept or if we develop a synthetic mesh,

23    then we can also repackage it in a pelvic floor repair kit as

24    well?

25    A.   Correct.  Correct.
```

1    Q.   And then a mesh is exactly what we're talking about.  It's

2    a synthetic mesh?

3    A.   Correct.

4    Q.   So a kit would allow a physician to do a pelvic floor

5    repair surgery, either anterior or posterior, using Capio and a

6    mesh.  Is that the idea?

7    A.   Yes.  Some combination of throwing a suture and a mesh in a

8    kit, yes.

9    Q.   The last sentence of this section says, "As mentioned

10   previously, failing to offer a full line of PFR materials will

11   hurt future sales, especially when the fastest-growing market

12   within pelvic floor repair procedures are synthetics."

13        Did I read that correctly?

14   A.   Yes.  You read that correctly.

15   Q.   Is that the essence of what you and I have been talking

16   about as far as this marketplace competition?  Does that

17   sentence you think accurately reflect what we've been

18   discussing?

19   A.   Yes.  It's been accurately discussed that we had a hole in

20   our portfolio, a synthetic material, and this would fill it.

21   And it was a fast-growing segment of the market.

22   Q.   And from a marketing perspective, the failure to offer a

23   synthetic material would hurt future sales of Boston

24   Scientific?

25   A.   Not having this, yes, given the percent decrease year over

Videotaped Excerpts of Philip Rackliffe                    185

```
 1   year with Repliform that we mentioned previously, that we
 2   wanted to offer this.  And it would help our segment of pelvic
 3   floor reconstruction be more competitive, yes.
 4   Q.  Right.
 5       I mean, you're competing against people who have a product
 6   line that you do not have?
 7   A.  Yeah.
 8   Q.  Had you in marketing identified synthetic mesh for pelvic
 9   floor repair as an increasing marketplace?
10   A.  Yes.
11   Q.  As a high-growth marketplace?
12   A.  Yes.
13   Q.  And therefore, one that Boston Scientific needed to compete
14   in?
15   A.  Correct.
16   Q.  Now, the development of that in a competitive marketplace:
17   How important was timing from the marketing division as far as
18   getting a pelvic mesh product, a synthetic mesh product, into
19   the market?
20   A.  Timing is important, given the competitive nature of what
21   was going on in the marketplace.
22   Q.  I mean, can we agree that by September 2005, Bard, J&J and
23   AMS are already in the marketplace with a synthetic mesh?
24   A.  Correct.
25   Q.  And did you from your perspective as marketing manager
```

1  believe that Boston Scientific needed to get a polypropylene

2  mesh to the market as soon as possible?

3  A.  Safely, yes.

4  Q.  But can we agree that Boston Scientific from a marketing

5  perspective wanted to get synthetic mesh to the marketplace as

6  quick as possible to compete?

7  A.  Yes.

8  Q.  Because you had identified a concern about declining sales.

9  Correct?

10  A.  Yes.

11  Q.  If I could show you now what I've marked as Exhibit 764.

12  As you review it, Mr. Rackliffe, for identification, this is

13  Exhibit 764 to the Rackliffe deposition, Bates No. BSCM

14  03800004469 through 4483.

15      Have you had a chance to look it over?

16  A.  Yes.

17  Q.  "The PFR kit anterior/apical has a program objective and

18  then PIB decisions requested."

19      Now, in November 2005, we've discussed that other

20  competitors were already in the marketplace with kits.

21  Correct?

22  A.  Correct.

23  Q.  J&J had something in the marketplace for a kit called

24  Prolift.  Correct?

25  A.  Correct.

1    Q.    AMS had in the marketplace kits called Apogee and Perigee.

2    A.    Correct.

3    Q.    Bard had a kit, which I may not remember the name of.

4    A.    Nor do I.

5    Q.    The description here, if you were talking about the

6    so-called elevator pitch, would be an approval of a revised,

7    quote, "quick knockoff Perigee with benefits" PFR kit strategy.

8         Do you know where that language came from?

9    A.    I do not.

10   Q.    A knockoff Perigee with benefits is a description of what

11   would be the fast track of this anterior/apical pelvic floor

12   repair kit by Boston Scientific?

13   A.    Correct.

14   Q.    Perigee with benefits is the idea that it is essentially a

15   Perigee kit, but it would be using the Polyform mesh.   Fair?

16   A.    No.

17        So as I review this document and begin to reorient myself

18   with eight years ago, I will tell you that the Perigee had two

19   needles that both went through the transobturator canal.   And

20   many physicians believed that the deep needle was prone to

21   error and could cause complications to a patient.   Too much

22   near nerves in their product.

23        So what we wanted to do was provide a kit that was

24   fundamentally safer than what Perigee was.   That's why the word

25   "Perigee with benefits" was the idea.

Videotaped Excerpts of Philip Rackliffe          188

```
 1    Q.   Who developed the words "quick knockoff"?
 2    A.   I'm not aware.
 3    Q.   It might have been Mr. Stillman; it might have been someone
 4    else?
 5    A.   It could have been someone else, yeah.
 6    Q.   We have deposed different people, but let me ask you this:
 7    From a marketing perspective, would you agree that Boston
 8    Scientific's offering of a pelvic floor repair kit for
 9    anterior/apical repair was not an invasion but rather an
10    adaptation of existing technology already in the marketplace?
11    A.   Depends how you define "invasion."
12    Q.   Was there a concern with these kits as far as getting them
13    to market quickly to compete with things like Apogee, Perigee
14    and Prolift from a marketing perspective specifically?
15    A.   Was speed important, given the market dynamics?  Sure.
16    Q.   If somebody was going to describe a Boston Scientific
17    anterior/apical pelvic floor repair kit as a quick knockoff of
18    a Perigee with benefits, is that something that you accept?
19    A.   Do I accept that that's the program objective?
20    Q.   That's the pitch.
21    A.   I wouldn't use that terminology.  But yeah, I will say that
22    would be -- that would be what you would say.  Perigee is out
23    there.  It's doing well in the marketplace.  We want to
24    innovate and build something new that has benefits over the
25    current incumbent, the current Perigee.  Yes.  You want to do
```

Videotaped Excerpts of Philip Rackliffe                    189

1    something to innovate versus what they have.  It's not a

2    meet-to.

3    Q.   So Boston Scientific needs to get in the marketplace and

4    compete with Perigee, Apogee and Prolift?

5    A.   Yes.

6    Q.   It needs to get it out quick?

7    A.   Relatively quick.  Yeah.  I mean, yes.

8    Q.   And so when the pitch time comes, just in the five-minute

9    pitch to the product investment board as far as what would be

10   an anterior/apical repair kit, the quick pitch is a quick

11   knockoff of Perigee but with benefits that we can sell

12   physicians.  Fair?

13   A.   Yeah.  A product like Perigee, providing the same

14   fundamental benefit of a Perigee, which is anterior and apical,

15   but has benefits over what Perigee has.

16   Q.   In making a mention to the product investment board, which

17   is this combination of managers and executives at Boston

18   Scientific, I would assume the relevant benefits, that is the

19   profitability of the product, is discussed?

20   A.   Yes.

21   Q.   Physicians desire a kit that is easy, quick, reproducible

22   and anatomically correct.  Market growth modest; device

23   penetration used within these procedures is significant.

24        So the idea for the presentation to the PIB, the product

25   investment board, is in a competitive marketplace we, Boston

```
 1   Scientific, need to get out there with a kit.  Correct?

 2   A.   Correct.

 3   Q.   The marketplace, that is, the competitive market --

 4   A.   As I reread 4, just before you go, the top one is

 5   definitely market growth.  But just to be clear, the bottom one

 6   might not be Boston Scientific growth, the 31 percent.  That

 7   might be the use of a kit in PFR procedures.

 8   Q.   Right.

 9   A.   It may not be Boston Scientific growth.  It might just be

10   the kit in general.  We're projecting it to grow as a

11   percentage of the amount of pelvic floor reconstruction

12   procedures that are done worldwide.  This is a worldwide slide,

13   too.  This isn't the US.

14   Q.   Now, it says, "Big ASPs and big margins."

15        What is that a reference to, sir?

16   A.   The price of the product, ASP, so average selling price in

17   the right-hand column, and big margins.  So what's your margin

18   and what's your GP on the product, what you paid for it versus

19   what it sold for.

20   Q.   Is that what you talked about earlier, the cost versus

21   price?

22   A.   Yes.

23   Q.   Well, the term "big margins" is in here.  Right?

24   A.   Yeah.

25   Q.   That is, that you could charge a lot more than for what the
```

Videotaped Excerpts of Philip Rackliffe          191

1    cost of the product was that was inside the kit?

2    A.   Yeah, however you define "big."  But yes, there's a good

3    margin in the business.  I don't know.  Some people have big

4    margins in other industries where it's 25 percent is a big

5    margin.  Other pharmaceutical companies, it's 99 percent is a

6    big margin.  So it's relative to their space.

7    Q.   Do you have any recollection of what the margin was on the

8    cost versus the price that could be achieved for these pelvic

9    floor repair kits that was anticipated by Boston Scientific?

10   A.   Somewhere in the 80 percent range.

11   Q.   The entire competitive marketplace for these pelvic floor

12   repair kits had as a selling point the idea that we are selling

13   a reproducible surgery.  Fair?

14   A.   That's fair.

15   Q.   The idea was that the kit sold reproducible surgery for the

16   surgeons, just repackaged.  Correct?

17   A.   Correct.

18   Q.   So the market message through the entire industry, whether

19   it be you, Johnson & Johnson, AMS, was the idea that you could

20   sell a kit that allowed the physician to do a standardized

21   surgical procedure?

22   A.   Correct.

23   Q.   And in the reproducibility, then, the surgeon would have

24   the benefit of kind of knowing what the surgical process was

25   going to be.  Correct?

```
 1   A.   Correct.

 2   Q.   And the additional benefit is perhaps because it's

 3   reproducible but also because of the materials and the

 4   technique involved, it took less OR time?

 5   A.   Yes.

 6   Q.   Another additional conceived benefit of the kit would be

 7   that a procedure that in the past could have taken three hours

 8   could now be done in less than an hour or an hour in the OR?

 9   A.   Yes.  Cut back on bleeding time, yeah, and complications.

10   Q.   The marketing research had this idea that the Polyform mesh

11   was a better mesh, your connections, that is, the sutures, had

12   a benefit, the needle curve, and then this idea of possibly

13   eliminating a blind Trocar pass which was the adaptation of the

14   Capio suture throwing device into a transvaginal procedure as

15   opposed to using Trocars for passage of the leads in the legs.

16   Correct?

17   A.   That's fair, yes.  That's right.

18   Q.   And that was part of the development of the product, was

19   going to be this idea of, We can do this Perigee but we can do

20   it slightly different and better?

21   A.   Correct.

22   Q.   But a key point within this project of knockoff of Perigee

23   with benefits is, Don't change too much where you alienate a

24   current Perigee user or require costly training sessions.

25        What is that referring, to sir?
```

Videotaped Excerpts of Philip Rackliffe          193

```
 1    A.   I don't recall.

 2    Q.   Was it anticipated that there would be physicians already

 3    in the marketplace using competitor pelvic floor repair kits

 4    who needed to be converted to Boston Scientific kits?

 5    A.   Yes.

 6    Q.   Certainly that's what the salespeople were going to have to

 7    do when you already had three competitors out there selling it

 8    for a couple years before you got there.  Fair?

 9    A.   Correct.

10    Q.   The decision was made at November 7, 2005, scope meeting,

11    speed is A number one.  Does A number one mean something other

12    than what I think it means, or is that --

13    A.   I think it means --

14    Q.   In the concept of speed is A number one, what was the

15    presentation being made?

16    A.   Speed to market is very important.

17    Q.   Is there any doubt, sir, in your mind that as of November

18    2005 that the product investment board of Boston Scientific and

19    the market department had concluded that speed to market for a

20    pelvic floor repair kit was first in mind?

21    A.   Not necessarily.  I would say that speed is very important.

22    I would say that -- I mean, getting a product that's right,

23    that is effective, and that is safe is fundamental in this

24    presentation.  This is a marketing presentation.

25         So speed is very important to marketing, right, but not at
```

Videotaped Excerpts of Philip Rackliffe          194

1    the cost of safety.

2    Q.   By November 2005, is it accurate that the marketing

3    section, your section, had looked at the development of a

4    pelvic floor repair kit that would include a biologic mesh in

5    addition to a synthetic mesh?

6    A.   Yes.

7    Q.   Is it fair that this product team, of which you were the

8    leader, had looked at a biologic mesh in combination with a

9    synthetic mesh for a pelvic floor repair kit?

10   A.   Yes.

11   Q.   Based on what you read in this presentation of November

12   2005, does it appear that the product investment board had made

13   a decision that the project should be focused on solely the

14   synthetic mesh for pelvic floor repair going forward?

15   A.   Conceivably, yes.

16   Q.   Can we agree that it was at least known by your team and

17   others in Boston Scientific that there was an alternative to

18   pelvic floor repair kits using a biologic mesh material rather

19   than a polypropylene synthetic mesh?

20   A.   Yes.

21   Q.   And that that was considered?

22   A.   Yes.

23   Q.   And it appears that the focus and the activation of the

24   project is to get it to market turned exclusively to synthetic

25   mesh?

```
 1   A.   Yes.  Specifically, yes.
 2   Q.   Are you personally aware from your experience at the time
 3   you were at Boston Scientific of any effort by Boston
 4   Scientific internally to develop its own clinical data,
 5   clinical trial, regarding the safety of Obtryx mid-urethral
 6   sling?
 7   A.   I don't recall.  No.  I don't recall.
 8   Q.   Are you familiar with any effort by Boston Scientific
 9   internally to develop its own clinical data or own clinical
10   trial regarding the safety of what became the Pinnacle
11   anterior/apical kit?
12   A.   No.  I'm not aware of any."
13        THE COURT:  All right, ladies and gentlemen.  We've
14   reached the end of the day for testimony.  We'll pick up with
15   testimony in the morning at 9:00.
16        I would ask you to be here ready to go at ten till
17   9:00.  I'll remind you, as you know so much better than I do,
18   that the traffic is bad in the morning.  So please leave early
19   enough to get here by ten till 9:00.
20        This evening, do not discuss the case with anyone or
21   allow anyone to discuss it with you or in your presence.  Don't
22   watch anything about the case.  Don't listen to anything about
23   the case.  Don't read anything about the case.  Don't do any
24   independent research of any sort.  Do not use any social or
25   electronic media.
```

```
 1          Have a very pleasant evening.  I'll see you tomorrow
 2   morning, ten of 9:00.  You're dismissed.
 3          (Whereupon, the jury exited the courtroom at 5:09 p.m.
 4   and the following proceedings were had:)
 5          THE COURT:  Anything to take up with the Court before
 6   recess?
 7          MS. HUTSON:  Your Honor, I would like some guidance on
 8   when you would like us to move these depositions that are used
 9   in these depositions in evidence.
10          THE COURT:  Right now would be good.
11          MS. HUTSON:  For the deposition of Mr. Evan Brasington,
12   Plaintiffs offer Exhibits No. 49, 50, 51 and 26.  And for the
13   video deposition clip of Phillip Rackliffe, the Plaintiffs
14   offer Exhibit No. 75 and 24.
15          THE COURT:  Have you presented those to the courtroom
16   deputy?
17          MS. HUTSON:  Yes, I have, your Honor.  I've given all
18   those exhibits to the courtroom deputy.
19          THE COURT:  They may be admitted.
20        (Whereupon, Plaintiff's Exhibit Nos. 24, 26, 49, 50, 51
21      and 75 were entered into evidence.)
22          THE COURT:  Anything from your portion?  You can do it
23   tomorrow if you like.
24          MR. ANIELAK:  We'll do that in the morning, your Honor.
25          THE COURT:  Have a nice evening.  See you in the
```

 1    morning.

 2           MS. HUTSON:  Thank you, your Honor.

 3           (Proceedings concluded.)

 4                    C E R T I F I C A T E

 5

 6        I hereby certify that the foregoing is an

 7    accurate transcription of the proceedings in the

 8    above-entitled matter.

 9

10

11    _____        /s/Lisa Edwards
           DATE             LISA EDWARDS, RDR, CRR
12                          Official Court Reporter
                            United States District Court
13                          400 North Miami Avenue, Twelfth Floor
                            Miami, Florida 33128
14                          (305) 523-5499

15

16

17

18

19

20

21

22

23

24

25

**'**

**'"Directions** [4] - 139:20, 139:22, 139:25, 141:1
**'2010** [1] - 147:14
**'80s** [1] - 135:19
**'90s** [1] - 135:20
**'All** [2] - 146:10, 146:13
**'and** [1] - 146:1
**'AUA** [1] - 153:9
**'be** [1] - 144:18
**'Building** [1] - 145:18
**'competitors** [1] - 149:19
**'customer** [1] - 145:22
**'E** [1] - 153:6
**'Enduring** [1] - 145:25
**'how** [1] - 144:6
**'in** [5] - 155:17, 155:20, 156:3, 156:19, 157:1
**'Innovation** [1] - 148:17
**'Is** [1] - 169:4
**'it** [1] - 149:23
**'no'** [1] - 167:3
**'Our** [7] - 144:24, 148:21, 149:4, 149:12, 150:20, 151:14, 173:25
**'Prior** [1] - 157:2
**'ProtoGen** [2] - 153:3, 154:25
**'Regarding** [1] - 155:6
**'Reps** [1] - 156:23
**'Review** [1] - 153:15
**'The** [1] - 155:10
**'To** [1] - 156:14
**'We** [3] - 146:23, 157:20, 174:14
**'What** [1] - 168:24, 169:8
**'yes'** [2] - 167:3, 167:4

**/**

**/s/Lisa** [1] - 197:10

**0**

**03-01** [1] - 89:23

**03800004469** [1] - 186:14
**07400013744** [1] - 182:8

**1**

**1** [14] - 1:8, 60:14, 98:11, 110:4, 111:14, 111:17, 111:18, 111:23, 113:5, 113:17, 117:7, 169:12, 170:2, 173:22
**10** [1] - 144:3
**100** [3] - 1:21, 3:7, 178:23
**105** [1] - 91:24
**10993** [1] - 125:9
**10:22** [1] - 30:4
**11** [13] - 10:1, 16:4, 20:6, 20:8, 21:15, 22:24, 23:23, 26:14, 26:21, 26:23, 26:25, 27:4, 161:11
**1150** [1] - 1:24
**11:23** [1] - 57:16
**11:48** [1] - 61:9
**12** [2] - 152:12, 155:11
**12:10** [1] - 73:16
**13** [3] - 22:25, 31:21, 152:12
**134** [1] - 3:10
**13th** [3] - 13:2, 13:4, 13:10
**14** [16] - 23:1, 24:12, 33:4, 33:10, 33:15, 33:21, 34:1, 34:5, 34:15, 34:20, 34:22, 35:2, 35:5, 35:9, 35:10, 152:12
**14-24061-CIVIL-GOODWIN** [1] - 1:2
**14-Civil-24061** [2] - 4:1, 7:4
**15** [7] - 5:10, 5:13, 13:1, 16:1, 23:2, 114:14, 129:25
**15-minute** [4] - 14:10, 14:11, 29:23, 129:20
**15th** [1] - 10:4
**16** [11] - 14:16, 14:20, 14:23, 15:6, 15:16, 23:3, 27:23, 27:25, 28:2, 28:4, 55:15
**1600** [1] - 1:18
**1641** [1] - 1:21

**17** [10] - 16:8, 21:18, 23:4, 47:13, 47:20, 48:9, 48:12, 48:13, 134:21, 135:17
**172** [1] - 2:2
**177** [1] - 3:11
**18** [1] - 20:16
**18-month** [1] - 152:10
**19** [6] - 21:21, 51:10, 51:14, 51:17, 51:19, 51:20
**19-month-old** [1] - 10:7
**1950s** [1] - 105:18
**196** [1] - 3:16
**1986** [1] - 135:23
**1990s** [1] - 130:20
**1995** [2] - 122:20, 129:5
**1997** [2] - 136:3, 161:20
**1998** [4] - 87:24, 136:12, 155:3, 174:24
**1999** [2] - 87:17, 152:19
**1:30** [1] - 15:13
**1:47** [1] - 74:5

**2**

**2** [30] - 9:19, 12:22, 19:17, 22:22, 39:8, 39:9, 39:17, 39:23, 40:1, 40:3, 40:9, 40:18, 40:21, 40:24, 40:25, 54:14, 60:15, 110:4, 111:15, 111:17, 111:18, 111:23, 113:18, 117:8, 118:18, 127:11, 127:15, 150:13, 169:10
**2,600** [2] - 162:12, 163:15
**2-year-old** [1] - 12:19
**20** [27] - 5:10, 5:13, 16:12, 16:16, 16:19, 20:18, 23:5, 28:9, 29:14, 44:3, 44:9, 44:12, 44:17, 44:20, 44:24, 45:4, 45:12, 45:15, 45:18, 45:19, 56:5, 73:17, 73:25, 108:23, 137:6, 160:7, 163:24
**2000** [4] - 136:13, 136:17, 162:21, 162:25

**2002** [1] - 87:18
**2003** [1] - 178:9
**2004** [3] - 11:6, 88:1, 88:9
**2005** [17] - 78:13, 78:15, 78:22, 79:1, 80:15, 81:1, 81:3, 89:11, 162:21, 162:25, 185:22, 186:19, 193:10, 193:18, 194:2, 194:12
**2006** [6] - 89:21, 136:20, 137:11, 163:8, 165:5, 165:14
**2008** [10] - 91:8, 92:20, 93:20, 93:22, 96:7, 97:9, 97:22, 98:8, 114:21
**2009** [1] - 167:17
**201** [1] - 2:7
**2010** [5] - 98:3, 99:10, 149:7, 150:11, 173:5
**2011** [3] - 137:11, 165:5, 165:14
**2012** [1] - 98:5
**2013** [1] - 98:5
**2014** [1] - 1:5
**21** [1] - 12:12
**22** [4] - 12:1, 12:9, 19:24, 145:16
**23** [2] - 20:23, 160:6
**23rd** [1] - 155:3
**24** [15] - 3:15, 20:21, 23:6, 24:4, 35:13, 35:19, 35:22, 36:6, 36:8, 36:10, 36:11, 57:5, 177:17, 196:14, 196:20
**2400** [1] - 2:8
**25** [18] - 23:7, 28:15, 28:20, 41:10, 41:16, 41:19, 41:22, 41:24, 42:3, 42:11, 42:14, 42:18, 43:3, 43:9, 43:13, 57:5, 159:24, 191:4
**2555** [1] - 2:5
**26** [22] - 3:15, 12:17, 21:2, 23:8, 24:7, 28:23, 45:22, 45:25, 46:2, 46:5, 46:8, 46:11, 46:13, 46:22, 46:24, 47:8, 47:10, 56:9, 133:24, 196:12, 196:20
**27** [6] - 21:24, 22:3, 22:5, 22:9, 23:9, 177:18
**28** [6] - 13:10, 13:18,

13:21, 22:7, 23:10, 172:12
**29** [14] - 21:4, 36:14, 36:17, 36:22, 37:1, 37:5, 37:7, 37:10, 37:13, 37:16, 37:23, 38:3, 38:5, 38:6
**29401** [1] - 2:2
**2:00** [4] - 16:2, 16:3, 73:17, 73:25
**2:30** [3] - 14:4, 14:6, 16:6

**3**

**3** [27] - 1:5, 19:19, 22:21, 38:18, 38:21, 38:25, 39:2, 39:5, 39:6, 60:16, 110:4, 110:6, 111:15, 111:16, 111:17, 111:18, 111:23, 113:14, 113:19, 113:20, 118:18, 127:8, 127:12, 127:13, 127:15
**30** [3] - 133:1, 163:23, 163:24
**300,000** [1] - 108:21
**305** [2] - 2:15, 197:13
**31** [1] - 190:6
**32** [3] - 12:24, 13:4, 13:7
**33128** [2] - 2:14, 197:13
**33131** [1] - 2:8
**33409** [1] - 1:22
**35** [2] - 51:25, 97:10
**3:00** [1] - 16:6
**3:27** [1] - 130:2
**3:30** [1] - 129:19
**3:46** [1] - 133:5

**4**

**4** [14] - 26:8, 26:11, 48:16, 48:21, 48:24, 49:1, 49:2, 60:17, 83:6, 110:4, 111:16, 113:6, 190:4
**400** [2] - 2:13, 197:12
**4000085200** [1] - 167:13
**42** [1] - 46:25
**44** [2] - 98:6, 133:25
**440** [1] - 1:18
**4483** [1] - 186:14
**49** [3] - 3:15, 196:12, 196:20

**5**

**5** [12] - 19:21, 22:19, 23:19, 50:3, 50:11, 50:17, 50:19, 50:23, 51:1, 51:3, 55:8, 60:18

**50** [8] - 3:15, 108:18, 108:19, 108:20, 114:8, 114:13, 196:12, 196:20

**51** [4] - 3:16, 50:10, 196:12, 196:20

**510** [1] - 1:15

**523-5499** [2] - 2:15, 197:13

**550** [1] - 1:15

**595** [1] - 160:18

**596** [1] - 143:25

**597** [2] - 147:12, 173:3

**598** [1] - 152:25

**599** [2] - 154:22, 174:22

**5:00** [1] - 14:9

**5:09** [1] - 196:3

**5:10** [1] - 1:6

**5th** [1] - 10:3

**6**

**6** [8] - 3:4, 10:13, 10:20, 10:22, 11:6, 11:8, 11:16, 11:21

**60** [2] - 3:5, 92:3

**62** [1] - 92:3

**626** [2] - 167:12, 167:15

**64-year-old** [1] - 99:14

**64108** [1] - 2:5

**6:00** [1] - 16:10

**7**

**7** [24] - 20:10, 20:12, 21:11, 22:16, 23:14, 23:17, 49:5, 49:9, 49:12, 49:21, 49:23, 49:25, 51:23, 52:16, 52:21, 52:23, 53:1, 53:4, 53:9, 53:13, 53:21, 54:2, 54:5, 193:10

**70** [3] - 92:5, 162:19, 163:23

**75** [4] - 3:6, 3:16, 196:14, 196:21

**763** [2] - 182:5, 182:14

**764** [2] - 186:11, 186:13

**77002** [1] - 1:18

**77005** [1] - 1:25

**77057** [1] - 1:16

**7:00** [1] - 16:9

**8**

**8** [1] - 22:23

**80** [1] - 191:10

**9**

**9** [1] - 14:2

**99** [1] - 191:5

**9:00** [7] - 14:8, 14:9, 15:11, 195:15, 195:17, 195:19, 196:2

**9:39** [1] - 1:6

**9:42** [1] - 6:25

**A**

**a.m** [5] - 1:6, 6:25, 30:4, 57:16, 61:9

**Abby** [1] - 25:13

**abdomen** [6] - 83:7, 84:1, 119:1, 119:3, 122:25, 123:2

**abdominal** [1] - 118:22

**ability** [7] - 34:11, 34:25, 36:4, 44:22, 47:17, 48:1, 99:23

**ablation** [1] - 164:17

**able** [13] - 4:7, 14:21, 27:11, 42:9, 43:1, 45:10, 45:13, 53:16, 86:1, 107:25, 140:17, 156:20, 183:8

**abnormal** [2] - 163:17, 163:25

**above-entitled** [1] - 197:8

**absolutely** [16] - 9:7, 52:14, 140:2, 140:13, 140:25, 143:11, 143:16, 144:2, 144:15, 144:17, 146:22, 147:5, 151:19, 152:11, 172:12, 177:12

**absorb** [1] - 127:20

**academy** [2] - 44:10, 56:6

**Academy** [1] - 44:13

**accent** [1] - 87:20

**accept** [4] - 75:10, 168:7, 188:18, 188:19

**accepted** [2] - 168:12, 170:15

**access** [1] - 170:19

**accessories** [1] - 164:15

**accommodate** [1] - 72:15

**accommodates** [1] - 88:24

**accompanied** [2] - 19:8, 63:4

**according** [4] - 73:15, 100:10, 169:13, 183:10

**accordion** [1] - 85:25

**account** [1] - 175:20

**accumulated** [1] - 171:23

**accurate** [6] - 139:7, 139:10, 141:11, 146:6, 194:2, 197:7

**accurately** [3] - 143:14, 184:17, 184:19

**achieved** [1] - 191:8

**acknowledge** [2] - 89:14, 117:10

**acquainted** [3] - 18:2, 24:21, 25:20

**acquiring** [1] - 180:24

**acquisition** [1] - 180:22

**act** [1] - 115:5

**acting** [3] - 44:10, 44:11, 56:6

**action** [6] - 12:6, 66:13, 67:3, 138:2, 142:23, 154:1

**activation** [1] - 194:23

**active** [1] - 97:11

**activity** [1] - 98:5

**actual** [7] - 109:19, 113:12, 169:9, 169:10, 170:5, 170:13, 176:24

**adaptation** [1] - 188:10, 192:13

**add** [3] - 80:21, 81:4, 151:2

**added** [5] - 52:2, 115:11, 115:15, 115:19, 116:24

**addition** [4] - 9:10, 162:15, 172:21, 194:5

**additional** [5] - 30:7, 52:18, 151:2, 192:2, 192:6

**additionally** [1] - 90:7

**additives** [1] - 90:1

**address** [3] - 157:7, 166:9, 170:1

**addressed** [1] - 32:24

**addresses** [1] - 167:6

**adequate** [8] - 19:9, 63:5, 69:6, 69:9, 70:14, 70:20, 101:15, 124:22

**adequately** [2] - 68:22, 139:1

**adjust** [2] - 133:12, 133:13

**administer** [2] - 8:3, 61:1

**administrator** [1] - 8:8

**admission** [2] - 31:7, 96:15

**admit** [5] - 28:10, 65:13, 93:10, 94:15, 134:8

**admitted** [2] - 55:10, 196:19

**adopt** [1] - 61:24

**adults** [1] - 81:12

**advances** [1] - 104:10

**Advantage** [9] - 163:1, 163:5, 175:18, 175:19, 175:22, 176:11, 176:14, 176:19

**adverse** [3] - 95:20, 100:6, 124:15

**advice** [1] - 22:13

**advised** [1] - 124:16

**advisory** [1] - 172:24

**aerospace** [1] - 12:2

**affect** [10] - 34:11, 34:25, 35:4, 36:4, 47:17, 47:25, 55:19, 87:4, 109:4, 128:25

**affected** [2] - 76:6, 95:22

**affects** [5] - 84:9, 84:10, 100:1, 101:5, 101:22

**afflicted** [1] - 101:6

**afraid** [1] - 15:10

**afternoon** [7] - 14:12, 74:8, 75:23, 75:24, 101:3, 129:19, 160:1

**afterwards** [1] - 58:25

**age** [4] - 82:11, 108:20, 109:14, 114:2

**aggressively** [1] - 180:18

**ago** [6] - 11:5, 11:7, 114:1, 114:15, 119:10, 187:18

**agree** [10] - 52:1, 52:10, 62:10, 89:22, 102:10, 157:18, 185:22, 186:4, 188:7, 194:16

**agreed** [2] - 103:21, 131:6

**agreements** [1] - 62:8

**ahead** [2] - 30:21, 151:1

**aid** [1] - 21:14

**aisle** [2] - 59:22, 60:8

**al** [1] - 1:4

**Alex** [1] - 60:10

**ALF** [1] - 23:20

**Alfred** [1] - 25:13

**alienate** [1] - 192:23

**allegations** [5] - 19:1, 19:10, 36:5, 37:22, 77:12

**allege** [1] - 19:5, 70:3, 70:5

**alleged** [2] - 36:5, 68:3

**allegedly** [1] - 67:15

**Allison** [1] - 25:6

**allograft** [3] - 181:2, 182:20, 183:16

**allow** [4] - 130:16, 132:10, 184:4, 195:21

**allowed** [4] - 27:10, 63:14, 71:18, 72:12, 191:20

**allows** [2] - 7:24, 7:25

**almost** [6] - 16:16, 43:10, 58:16, 114:8, 129:19, 172:11

**Altamirano** [2] - 20:23, 60:21

**altercation** [1] - 27:1

**altering** [1] - 101:5

**alternate** [1] - 57:18

**alternative** [1] - 194:17

**Alvarez** [4] - 21:21, 51:9, 51:12, 60:4

**Amal** [5] - 4:2, 7:5, 17:6, 24:23, 78:2

**AMAL** [1] - 1:4
**American** [2] - 79:17, 153:12
**amount** [5] - 9:11, 61:18, 61:20, 117:4, 190:11
**AMS** [12] - 79:17, 80:11, 148:24, 168:21, 179:8, 179:20, 179:24, 180:18, 182:1, 185:23, 187:1, 191:19
**Amy** [1] - 25:13
**analysis** [5] - 93:8, 93:18, 94:16, 94:17, 120:11
**analyze** [2] - 80:17, 108:15
**analyzed** [1] - 115:16
**analyzing** [2] - 171:24, 172:3
**anatomical** [1] - 112:17
**anatomically** [1] - 189:22
**anatomy** [11] - 81:11, 84:3, 102:16, 106:6, 110:13, 111:3, 111:5, 111:22, 121:17, 123:5, 169:14
**Andrea** [1] - 60:10
**anesthesiologist** [1] - 46:14
**Angela** [1] - 60:14
**ANIELAK** [25] - 2:4, 5:4, 5:14, 5:22, 6:3, 6:9, 6:11, 17:22, 30:11, 30:20, 30:22, 31:9, 31:13, 32:6, 32:11, 38:10, 100:25, 130:7, 130:17, 132:3, 159:19, 159:24, 167:12, 177:14, 196:24
**Anielak** [4] - 5:4, 17:21, 30:24, 106:21
**animal** [1] - 93:11
**animals** [2] - 93:13, 93:15
**answer** [11] - 9:1, 26:12, 31:15, 33:11, 62:22, 64:8, 72:17, 117:12, 158:10
**answers** [6] - 33:8, 33:9, 35:17, 36:19, 38:24, 39:12
**anterior** [2] - 184:5, 189:14
**anterior/apical** [6] - 186:17, 187:11,

188:9, 188:17, 189:10, 195:11
**ANTHONY** [1] - 1:19
**anticipated** [2] - 191:9, 193:2
**apart** [2] - 82:4, 91:18
**apical** [1] - 189:14
**apiece** [1] - 57:13
**Apogee** [3] - 187:1, 188:13, 189:4
**appear** [2] - 51:24, 194:12
**APPEARANCES** [1] - 1:13
**application** [3] - 90:10, 90:12, 130:12
**applications** [1] - 88:17
**apply** [6] - 62:2, 76:3, 76:13, 76:14, 100:16, 132:2
**appreciate** [2] - 110:9, 152:18
**approach** [1] - 13:12
**appropriate** [4] - 88:4, 104:2, 105:15, 155:22
**approval** [3] - 131:8, 131:10, 187:6
**April** [2] - 153:13, 155:3
**area** [7] - 53:17, 58:16, 81:14, 101:25, 161:23, 161:24, 162:13
**areas** [2] - 162:6, 166:16
**argue** [2] - 75:3, 130:14
**argument** [2] - 48:2, 74:16
**arguments** [4] - 61:22, 62:15, 75:2, 107:16
**arms** [7] - 121:6, 121:15, 121:22, 121:24, 122:3, 123:7, 170:12
**arrested** [2] - 26:21, 26:22
**arriving** [2] - 62:18, 66:2
**Art** [2] - 165:15, 165:16
**Arthur** [1] - 25:12
**artificial** [1] - 20:4
**Arts** [1] - 44:14
**Asheville** [1] - 160:3
**ASP** [1] - 190:16

**aspect** [1] - 95:2
**aspects** [5] - 94:25, 159:10, 164:24, 172:22, 174:9
**ASPs** [1] - 190:14
**assault** [1] - 27:1
**assessments** [1] - 178:16
**assigned** [2] - 153:19, 177:6
**assignment** [1] - 13:6
**assistant** [1] - 22:10
**assisting** [1] - 106:25
**associated** [5] - 70:16, 103:1, 124:17, 124:23, 128:9
**Association** [1] - 153:12
**assume** [16] - 138:21, 139:6, 139:13, 141:10, 143:5, 143:21, 144:19, 145:23, 149:17, 154:4, 156:6, 156:7, 157:24, 158:2, 158:13, 189:18
**assumption** [1] - 156:21
**assured** [2] - 27:15, 32:14
**asthmatic** [1] - 14:5
**Athena** [1] - 25:9
**Atkinson** [1] - 25:9
**attach** [3] - 121:6, 122:22, 123:7, 123:17, 170:12
**attached** [1] - 121:22
**attaches** [1] - 86:16
**attaching** [1] - 170:2
**attend** [5] - 4:20, 9:20, 41:4, 142:4, 147:23
**attendance** [1] - 7:7
**attended** [2] - 8:8, 36:23
**attention** [5] - 35:6, 43:24, 71:22, 169:17, 169:24
**attorney** [1] - 18:11
**attorneys** [1] - 7:25
**attorneys'** [1] - 62:15
**attributed** [1] - 183:11
**AUA** [1] - 153:11
**audience** [1] - 147:20
**August** [1] - 97:22
**autograft** [1] -

183:16
**autologous** [1] - 179:11
**available** [9] - 101:9, 101:13, 102:23, 117:4, 118:20, 119:25, 124:20, 126:11, 127:3
**Avenue** [2] - 2:13, 197:12
**average** [2] - 91:25, 190:16
**avoid** [1] - 77:9
**avoided** [2] - 68:18
**award** [1] - 31:25
**aware** [11] - 33:16, 64:19, 104:16, 137:25, 138:12, 142:9, 152:13, 152:23, 188:2, 195:2, 195:12

**B**

**Babbitt** [1] - 18:12
**BABBITT** [1] - 1:20
**baby** [1] - 10:7
**background** [2] - 49:10, 160:22
**backgrounds** [1] - 49:14
**backing** [1] - 90:4
**backside** [1] - 82:17
**bacon** [1] - 30:25
**BACON** [2] - 2:4, 2:7
**Bacon** [6] - 18:18, 30:24, 30:25, 106:17, 106:20, 106:22
**bad** [6] - 28:7, 28:21, 42:15, 42:19, 42:21, 195:18
**Badylak** [1] - 25:6
**bag** [1] - 183:3
**balance** [2] - 43:1, 103:2
**ball** [1] - 112:25
**balloons** [1] - 162:13
**bar** [10] - 9:2, 10:18, 13:13, 13:15, 15:1, 15:3, 26:19, 55:21, 72:24, 73:1
**Barbara** [1] - 24:24
**barber** [1] - 36:23
**Bard** [9] - 148:24, 168:21, 179:8, 179:20, 179:25, 180:18, 182:1, 185:22, 187:3
**BASCUAS** [1] - 2:10

**base** [2] - 62:5, 120:23
**based** [32] - 29:9, 29:10, 33:8, 34:12, 35:16, 36:18, 38:1, 38:23, 39:12, 42:10, 44:23, 49:16, 53:20, 53:23, 55:2, 62:4, 64:25, 66:20, 96:6, 102:21, 103:21, 106:6, 146:1, 146:13, 146:20, 157:24, 159:7, 159:11, 166:18, 175:8, 181:16, 194:11
**basic** [1] - 21:14
**basis** [3] - 47:24, 130:13, 143:23
**baskets** [1] - 164:9
**Bates** [1] - 167:12, 186:13
**battery** [1] - 116:17
**Beach** [2] - 1:22, 44:13
**became** [4] - 136:16, 136:19, 161:14, 195:10
**become** [4] - 58:8, 64:19, 78:24, 109:24
**becomes** [1] - 86:21
**bedrest** [1] - 12:21
**BEFORE** [1] - 1:10
**began** [7] - 87:17, 128:23
**begin** [7] - 7:19, 9:8, 61:21, 63:24, 74:12, 79:10, 187:17
**beginning** [4] - 13:7, 85:1, 87:24, 120:7
**beginnings** [1] - 50:13
**begins** [3] - 79:9, 99:12, 101:4
**behalf** [7] - 5:4, 17:5, 31:4, 31:5, 31:6, 31:18, 97:14
**behind** [7] - 45:5, 79:12, 80:11, 83:12, 85:17, 87:3, 89:7
**belief** [1] - 40:10
**beliefs** [1] - 29:11
**below** [2] - 83:23, 86:20
**bench** [2] - 4:15, 4:19
**benefit** [11] - 93:8, 93:17, 120:11, 173:12, 181:4, 181:6, 189:14, 191:24, 192:2, 192:6, 192:12

**benefits** [15] - 79:15, 91:18, 92:25, 103:2, 140:11, 187:7, 187:10, 187:14, 187:25, 188:18, 188:24, 189:11, 189:15, 189:18, 192:23

**Bering** [1] - 1:15
**Berry** [1] - 25:16
**best** [12] - 7:16, 42:25, 43:1, 49:21, 63:16, 76:12, 99:23, 120:12, 126:17, 126:18, 171:19, 171:22

**bet** [1] - 102:8
**Betancourt** [11] - 17:6, 24:24, 77:20, 78:2, 78:3, 92:13, 94:8, 105:15, 112:23, 119:9, 127:8

**Betancourt's** [1] - 99:9
**better** [15] - 96:19, 129:6, 133:11, 140:16, 149:24, 157:7, 157:10, 157:11, 173:22, 174:6, 174:17, 192:11, 192:20, 195:17

**between** [14] - 10:3, 81:18, 81:25, 82:1, 83:8, 83:16, 84:1, 84:2, 92:15, 94:19, 103:2, 132:17, 133:2, 164:2

**beyond** [1] - 32:14
**bifurcated** [1] - 61:15

**big** [9] - 165:20, 190:14, 190:17, 190:23, 191:2, 191:3, 191:4, 191:6

**bigger** [1] - 92:6
**biggest** [1] - 95:3
**biocompatibility** [5] - 116:2, 116:17, 116:25, 117:15, 159:10

**biologic** [3] - 194:4, 194:8, 194:18
**biological** [1] - 81:2
**biologics** [1] - 164:14

**bionic** [1] - 53:13
**biostatisticians** [1] - 172:5

**birth** [2] - 23:24,

81:16
**Biscayne** [1] - 2:7
**Bissonnet** [1] - 1:24
**bit** [13] - 16:25, 40:10, 53:3, 58:8, 83:10, 85:19, 97:5, 110:1, 143:18, 147:12, 160:1, 160:21, 165:18

**BlackBerry** [1] - 64:14
**BlackBerrys** [1] - 64:9

**bladder** [23] - 81:18, 82:1, 82:6, 82:16, 83:22, 84:2, 86:15, 92:15, 95:25, 109:11, 110:15, 110:20, 111:20, 111:23, 112:2, 126:23, 127:9, 127:11, 127:13, 136:7, 162:10

**Blanco** [5] - 14:16, 23:3, 27:23, 55:16, 60:4

**bleeding** [5] - 98:10, 98:14, 163:18, 163:25, 192:9

**blind** [4] - 169:3, 169:6, 173:21, 192:13
**blindly** [1] - 123:2
**blog** [1] - 64:15
**blogs** [1] - 63:18
**blowup** [2] - 112:1, 112:2

**Board** [2] - 78:22, 78:23
**board** [12] - 128:7, 137:16, 137:17, 137:20, 142:14, 169:20, 189:9, 189:16, 189:25, 193:18, 194:12
**board-certified** [1] - 128:7
**boards** [2] - 137:12, 172:24
**Boca** [1] - 26:11
**bodies** [1] - 84:8
**body** [23] - 80:25, 83:17, 83:18, 84:5, 84:7, 84:10, 84:12, 84:13, 85:2, 86:15, 88:17, 88:19, 89:5, 90:25, 99:6, 99:13, 110:20, 115:23, 116:4, 116:7, 117:6, 125:17, 162:12
**bold** [1] - 79:13, 79:14

**bone** [1] - 99:1
**booked** [1] - 9:21
**Boston** [188] - 4:2, 5:5, 6:11, 7:5, 17:16, 18:9, 50:21, 55:11, 65:17, 66:5, 66:10, 67:8, 67:11, 67:18, 68:1, 68:22, 68:24, 69:4, 69:18, 70:3, 70:5, 70:9, 70:11, 70:14, 70:19, 70:21, 76:5, 76:10, 76:11, 76:25, 77:1, 77:2, 77:5, 77:6, 77:8, 77:9, 78:8, 78:9, 78:13, 78:18, 78:19, 78:21, 78:23, 79:2, 79:21, 83:24, 84:7, 84:21, 84:25, 86:18, 87:1, 87:3, 87:7, 87:14, 87:17, 88:7, 88:12, 88:25, 89:10, 89:13, 89:22, 90:15, 90:25, 91:2, 91:10, 92:21, 93:3, 93:6, 93:8, 94:3, 94:15, 95:13, 97:1, 99:19, 100:16, 104:25, 106:9, 107:4, 114:14, 114:19, 115:5, 115:9, 115:12, 115:21, 116:7, 116:16, 116:21, 116:25, 117:19, 117:20, 117:21, 120:18, 123:24, 125:7, 125:12, 125:14, 125:20, 129:2, 129:12, 130:11, 131:7, 131:15, 132:1, 133:19, 134:18, 135:14, 136:3, 136:9, 138:6, 138:8, 140:23, 141:1, 141:15, 141:22, 142:10, 143:1, 143:19, 144:5, 144:25, 145:5, 147:21, 147:25, 149:8, 149:21, 150:8, 151:15, 152:5, 152:14, 152:21, 157:15, 158:1, 159:1, 159:5, 159:7, 159:19, 160:10, 161:19, 161:21, 163:1, 163:7, 168:15, 168:16, 169:16, 169:18, 170:21, 170:25, 171:3, 171:15, 171:25, 176:5, 176:7, 178:2, 178:5, 178:9,

178:11, 178:13, 178:15, 179:22, 180:1, 180:11, 180:22, 180:23, 181:3, 181:9, 181:17, 181:23, 182:7, 182:17, 183:13, 184:23, 185:13, 186:1, 186:4, 187:12, 188:7, 188:16, 189:3, 189:17, 189:25, 190:6, 190:9, 191:9, 193:4, 193:18, 194:17, 195:3, 195:8
**BOSTON** [1] - 1:7
**bother** [1] - 72:10
**bottom** [9] - 92:17, 98:4, 114:13, 121:12, 121:13, 149:3, 153:6, 155:16, 190:5
**bought** [1] - 87:24
**Boulevard** [2] - 2:5, 2:7
**bowel** [4] - 102:1, 109:12, 112:21, 112:22
**bowel-emptying** [1] - 102:1
**box** [3] - 9:2, 61:5, 134:24
**BPH** [2] - 162:16, 176:3
**brand** [2] - 88:15, 146:18
**brand-new** [1] - 146:18
**Brasington** [12] - 3:10, 25:16, 131:3, 133:3, 133:19, 134:13, 135:9, 153:6, 153:16, 154:7, 160:3, 196:11
**Brauer** [1] - 25:11
**Brazilian** [1] - 161:1
**break** [12] - 14:10, 14:11, 15:12, 15:13, 29:23, 29:24, 55:13, 72:7, 73:15, 129:19, 129:20, 129:21
**breaks** [4] - 43:5, 43:9, 84:20, 99:2
**breast** [1] - 20:18
**Brent** [1] - 165:16
**Brian** [1] - 25:1
**brief** [3] - 29:20, 67:7, 109:7
**briefed** [2] - 6:13, 130:18
**briefly** [7] - 13:13, 36:21, 44:1, 44:8,

54:21, 72:24, 117:19
**Briggs** [1] - 18:20
**BRIGGS** [1] - 1:23
**bring** [31] - 4:8, 5:8, 14:19, 32:23, 44:1, 49:19, 57:10, 68:15, 71:21, 72:19, 72:20, 72:22, 74:4, 76:7, 78:7, 94:3, 96:17, 98:16, 98:20, 99:16, 99:17, 99:19, 99:22, 99:25, 100:2, 108:14, 117:11, 128:7, 133:4, 168:5, 170:4
**bringing** [2] - 174:18, 179:25
**Brito** [2] - 20:16, 60:19
**broad** [2] - 58:15, 166:20
**broaden** [1] - 182:25
**broadly** [1] - 69:18
**brochure** [1] - 91:16
**brochures** [1] - 91:14
**broker** [2] - 50:23, 55:13
**brother** [1] - 106:25
**brought** [11] - 5:2, 29:5, 40:12, 62:25, 66:4, 77:13, 78:8, 78:24, 79:5, 169:17, 169:23
**BSCM** [3] - 167:12, 182:7, 186:13
**build** [2] - 114:17, 188:24
**building** [3] - 114:10, 149:23, 174:5
**bulging** [1] - 83:10
**bullet** [2] - 137:11, 153:15
**bunch** [1] - 94:12
**burden** [9] - 10:11, 12:15, 63:2, 66:19, 74:20, 107:9, 107:10, 107:14, 133:16
**business** [26] - 10:2, 10:5, 16:5, 18:5, 50:14, 78:18, 78:19, 158:17, 160:25, 162:19, 162:22, 162:23, 163:4, 163:19, 163:20, 164:5, 164:11, 173:18, 175:25, 176:2, 176:20, 176:22, 179:11, 180:13, 182:18, 191:3
**businesses** [1] -

165:3
**busy** [1] - 73:19
**Butcher** [2] - 25:13, 165:15
**buttocks** [5] - 123:1, 123:13, 169:2, 169:6, 173:20
**button** [1] - 11:12
**buy** [6] - 76:23, 87:22, 88:3, 89:10, 90:3, 180:23
**buying** [1] - 90:4
**buzzword** [1] - 146:1
**BY** [2] - 2:10, 2:12
**bypass** [1] - 53:6

## C

**cadaver** [3] - 142:4, 164:24, 167:11
**cadaveric** [2] - 179:7, 179:11
**Cadillac** [2] - 42:25, 43:4
**Cadillacs** [1] - 42:24
**cafeteria** [1] - 73:19
**California** [1] - 58:3
**Campus** [1] - 41:20
**canal** [2] - 81:16, 187:19
**cancer** [4] - 152:9, 161:24, 161:25, 175:9
**candid** [1] - 126:5
**cannot** [2] - 9:17, 132:22
**CAPA** [1] - 138:2
**capacity** [2] - 137:7, 166:12
**Capio** [20] - 121:5, 122:14, 122:19, 123:10, 123:12, 123:13, 123:16, 123:17, 123:19, 129:5, 164:14, 170:8, 170:11, 170:14, 170:19, 170:22, 173:10, 173:12, 184:5, 192:14
**capsule** [1] - 6:7
**capture** [2] - 91:7, 151:17
**capturing** [2] - 142:12, 142:19
**car** [2] - 43:1, 63:12
**Carballo** [2] - 14:2, 60:3
**cardiovascular** [1] - 105:20
**care** [10] - 12:21,

47:2, 51:16, 69:18, 69:21, 69:22, 128:18, 129:8, 144:25, 151:16
**career** [2] - 137:5, 161:17
**careful** [2] - 11:12, 69:22
**carefully** [3] - 19:1, 24:15, 72:4
**Carlos** [6] - 20:10, 21:11, 22:16, 23:14, 51:23, 60:2
**Carolina** [8] - 2:2, 106:14, 160:4, 160:5, 160:9, 160:23, 161:4
**carpet** [1] - 90:4
**carries** [1] - 86:14
**carry** [2] - 30:17, 58:7
**CARs** [1] - 138:1
**Case** [2] - 4:1, 7:4
**CASE** [1] - 1:2
**case** [129] - 7:2, 7:9, 9:8, 9:13, 11:10, 14:8, 16:21, 16:23, 17:16, 19:1, 19:12, 25:23, 26:1, 26:13, 26:15, 27:9, 27:10, 27:21, 28:25, 31:23, 34:10, 34:12, 34:14, 35:1, 36:4, 37:21, 38:1, 38:2, 40:7, 44:22, 44:23, 47:18, 48:7, 49:13, 49:14, 49:16, 51:6, 53:20, 56:10, 56:14, 58:24, 59:3, 59:5, 62:4, 63:2, 63:3, 63:9, 63:11, 63:16, 63:19, 63:22, 63:25, 64:1, 64:2, 64:5, 64:11, 64:12, 64:21, 65:22, 66:2, 66:4, 66:8, 66:12, 66:25, 67:2, 71:5, 71:7, 71:8, 71:9, 71:20, 71:21, 71:24, 72:6, 73:23, 74:18, 76:9, 76:10, 76:22, 77:6, 81:7, 83:15, 84:11, 87:6, 87:10, 91:10, 94:1, 97:1, 97:3, 98:2, 99:9, 101:4, 101:16, 101:22, 102:9, 102:14, 103:9, 103:20, 104:15, 104:21, 105:6, 105:10, 105:25, 107:9, 107:16, 107:24, 108:15, 108:17, 110:21,

112:8, 114:4, 115:9, 117:11, 119:24, 126:2, 126:19, 128:3, 128:18, 128:23, 129:10, 129:13, 129:21, 129:24, 159:5, 195:20, 195:22, 195:23
**cases** [12] - 29:6, 30:17, 34:19, 40:12, 40:15, 48:22, 65:16, 66:4, 66:7, 74:22, 103:23, 109:19
**catch** [1] - 170:9
**catches** [1] - 82:12
**catching** [1] - 93:4
**catheters** [1] - 162:14
**caused** [5] - 24:9, 48:5, 95:21, 98:1, 109:8
**causes** [5] - 42:4, 42:6, 94:23, 113:24, 114:2
**cell** [3] - 64:9, 64:14, 73:16
**center** [1] - 59:22
**centimeters** [2] - 83:6
**certain** [3] - 32:24, 132:11, 181:5
**certainly** [5] - 71:16, 147:8, 156:13, 165:11, 193:6
**certified** [2] - 22:9, 128:7
**certify** [1] - 197:6
**cervix** [1] - 110:16
**cetera** [3] - 49:12, 173:1
**chair** [1] - 72:9
**chairs** [1] - 72:2
**challenge** [1] - 88:21
**challenges** [5] - 8:2, 57:12, 57:13, 98:22, 166:24
**chance** [1] - 186:15
**Chanel** [1] - 107:1
**Chaney** [1] - 60:14
**change** [5] - 14:5, 88:2, 91:4, 116:24, 192:23
**changed** [4] - 88:9, 89:12, 96:21, 115:18
**changes** [3] - 68:1, 88:1, 99:13
**Chapel** [2] - 160:5, 160:24
**character** [2] - 44:15, 44:17

**characterization** [1] - 182:11
**charge** [2] - 77:17, 190:25
**charged** [2] - 77:15, 151:4
**charges** [2] - 26:23, 27:2
**Charles** [1] - 25:17
**Charleston** [3] - 2:2, 30:10, 106:14
**chart** [1] - 4:7
**checked** [2] - 8:8, 30:16
**Chevron** [6] - 87:15, 87:19, 87:23, 88:1, 88:7, 88:9
**Chevron's** [1] - 88:15
**chicken** [1] - 14:24
**chief** [1] - 12:2
**child** [3] - 23:24, 46:16, 85:3
**childbirth** [3] - 82:10, 109:14, 114:1
**children** [4] - 97:10, 98:7, 107:21, 160:6
**Choi** [1] - 25:8
**choice** [2] - 91:3, 96:22
**choices** [18] - 76:4, 76:5, 76:7, 76:22, 76:25, 77:1, 77:2, 77:5, 77:8, 77:10, 78:12, 80:22, 81:6, 84:24, 84:25, 87:4, 97:18, 100:17
**choose** [5] - 91:3, 91:4, 126:13, 126:14, 159:2
**choosing** [1] - 76:2
**chose** [3] - 151:20, 151:21, 159:5
**Chris** [1] - 107:3
**Christine** [1] - 25:11
**Christopher** [1] - 25:7
**circumstances** [4] - 69:23, 70:1, 70:2, 73:10
**circumstantial** [2] - 65:4, 65:10
**City** [1] - 2:5
**civil** [7] - 11:10, 21:12, 25:23, 25:25, 49:10, 66:12
**claim** [6] - 66:11, 66:18, 67:12, 68:15, 69:17, 107:13
**claims** [11] - 19:14,

63:1, 63:7, 63:8, 65:21, 66:10, 67:4, 67:7, 67:9, 74:21, 77:13
**CLAINCHE** [1] - 1:20
**Clainche** [1] - 18:12
**CLARK** [1] - 1:17
**Clark** [1] - 18:14
**clear** [3] - 138:3, 150:16, 190:5
**clearance** [3] - 159:2, 159:6, 159:16
**clearly** [1] - 158:7
**clerk** [9] - 4:7, 6:19, 7:2, 7:6, 7:15, 30:16, 57:24, 58:7, 60:11
**CLERK** [1] - 32:22
**clerk's** [1] - 52:5
**client** [1] - 129:11
**clients** [1] - 17:3
**clinic** [2] - 23:12, 176:15
**clinical** [45] - 93:8, 93:16, 93:18, 93:25, 94:5, 96:9, 98:9, 125:11, 125:19, 131:20, 142:8, 158:22, 158:25, 159:2, 159:6, 159:15, 165:24, 166:1, 166:7, 166:9, 166:23, 167:5, 167:6, 168:6, 168:24, 170:22, 170:25, 171:10, 171:12, 171:13, 171:15, 171:23, 171:24, 172:5, 172:14, 174:13, 174:15, 175:12, 176:6, 176:13, 180:13, 195:4, 195:5, 195:9
**clip** [1] - 196:13
**close** [6] - 15:14, 25:10, 37:8, 59:18, 86:7, 99:23
**closed** [2] - 72:11, 119:22
**closer** [1] - 74:11
**closing** [2] - 75:2, 107:16
**clothing** [1] - 109:23
**clue** [1] - 9:24
**CNA** [2] - 22:7, 22:9
**cod** [1] - 161:6
**code** [4] - 143:19, 144:13, 150:19, 162:12
**codes** [1] - 163:15
**Codman** [1] - 161:7
**coffee** [1] - 72:22

**coincidentally** [1] - 92:13

**coinvestigators** [1] - 125:22

**cold** [3] - 65:8, 65:11, 133:9

**collagen** [1] - 84:17

**collect** [2] - 81:20, 166:4

**College** [2] - 12:25, 41:19

**college** [4] - 36:23, 41:16, 41:18, 44:10

**column** [1] - 190:17

**combination** [3] - 184:7, 189:17, 194:8

**comfortable** [3] - 7:16, 108:5, 108:6

**coming** [9] - 61:11, 65:9, 119:22, 131:2, 151:4, 167:1, 170:21, 170:24, 179:20

**comment** [1] - 157:1

**commercial** [3] - 34:23, 34:25, 35:7

**commercials** [2] - 34:18, 35:4

**commit** [1] - 47:7

**commitment** [2] - 144:24, 182:17

**committed** [1] - 79:22

**common** [8] - 64:24, 64:25, 79:17, 85:5, 96:18, 96:20, 154:19, 171:8

**communicate** [12] - 64:12, 64:13, 129:23, 140:8, 140:17, 140:23, 141:2, 141:5, 141:23, 142:10, 142:12, 151:12

**communicated** [1] - 153:10

**communicates** [3] - 141:3, 141:16, 166:18

**communicates-based** [1] - 166:18

**communicating** [6] - 137:6, 139:5, 139:6, 141:25, 150:7, 150:22

**communication** [4] - 104:25, 123:24, 154:5, 164:19

**communications** [1] - 164:20

**community** [2] - 116:8, 173:15

**companies** [7] - 78:17, 83:24, 140:23,

168:20, 169:1, 191:5

**Company** [1] - 44:13

**company** [48] - 12:3, 20:2, 69:22, 69:25, 70:2, 79:17, 80:3, 80:4, 80:9, 87:15, 89:12, 89:18, 93:17, 99:24, 104:9, 105:3, 115:16, 115:19, 115:24, 116:9, 117:23, 125:7, 131:18, 131:19, 141:10, 142:11, 142:16, 142:21, 143:5, 143:9, 144:14, 144:19, 144:20, 145:10, 148:12, 152:7, 156:6, 157:7, 157:19, 158:13, 161:6, 161:8, 162:4, 163:12, 166:22, 168:11, 178:14, 178:20

**company's** [1] - 162:20

**compare** [1] - 81:3

**compatible** [1] - 95:6

**compel** [1] - 30:17

**compelling** [3] - 9:16, 11:24

**compensatory** [2] - 61:17, 61:18

**compete** [10] - 79:5, 80:13, 149:19, 181:13, 181:24, 183:8, 185:13, 186:6, 188:13, 189:4

**competing** [3] - 78:18, 92:4, 185:5

**competition** [3] - 178:20, 183:3, 184:16

**competitive** [10] - 172:18, 182:20, 183:3, 183:7, 185:3, 185:16, 185:20, 189:25, 190:3, 191:11

**competitor** [3] - 84:23, 122:16, 193:3

**competitor's** [1] - 92:2

**competitors** [13] - 87:13, 106:9, 125:14, 149:13, 149:24, 174:1, 174:7, 179:1, 179:8, 181:13, 181:16, 186:20, 193:7

**competitors'** [1] - 148:21

**complain** [1] - 101:25

**complained** [3] - 68:11, 69:10, 69:15

**complains** [1] - 68:5

**complaint** [5] - 97:24, 138:1, 138:2, 138:11, 138:13

**complaints** [7] - 97:25, 102:15, 103:22, 137:21, 138:14, 139:1, 143:15

**complete** [2] - 13:5, 146:6

**completely** [2] - 42:15, 126:5

**compliance** [1] - 117:16

**complicated** [1] - 127:18

**complication** [8] - 104:6, 104:8, 104:16, 126:12, 127:23, 131:14

**complications** [18] - 97:7, 103:18, 103:20, 104:4, 104:19, 104:20, 105:4, 105:7, 120:15, 120:17, 120:19, 120:22, 120:24, 124:17, 127:5, 129:15, 187:21, 192:9

**complied** [2] - 117:1, 125:7

**comprehensive** [2] - 179:3, 179:6

**computer** [1] - 8:11

**conceivably** [1] - 194:15

**conceived** [1] - 192:6

**concept** [8] - 83:11, 83:16, 84:4, 90:22, 147:2, 169:15, 183:22, 193:14

**conception** [1] - 81:17

**concern** [2] - 186:8, 188:12

**concerned** [2] - 132:20, 150:23

**concerning** [3] - 23:12, 42:2, 80:19

**concerns** [1] - 132:9

**conclude** [1] - 157:25

**concluded** [3] - 115:22, 193:19, 197:3

**concludes** [1] - 56:16

**conclusion** [1] -

74:22

**conclusions** [3] - 28:10, 61:24, 64:25

**concurrent** [1] - 183:22

**condition** [18] - 52:24, 67:22, 68:1, 68:6, 68:11, 82:22, 82:23, 101:5, 101:11, 102:4, 109:4, 109:7, 110:10, 113:1, 113:3, 120:13, 128:24, 129:2

**conditions** [4] - 101:10, 117:25, 127:1, 127:17

**conduct** [6] - 63:11, 71:4, 93:21, 143:19, 144:13, 150:19

**conducted** [1] - 176:6

**conducting** [1] - 166:2

**conferences** [2] - 4:15, 4:19

**configure** [1] - 75:16

**confines** [2] - 63:21, 103:5

**connection** [2] - 67:2, 142:1

**connections** [1] - 192:11

**connective** [2] - 109:11, 122:12

**Connor** [2] - 25:6, 171:22

**consequence** [1] - 7:13

**conservative** [2] - 118:10, 118:19

**consider** [21] - 31:22, 41:8, 45:15, 54:12, 59:5, 62:11, 62:12, 64:21, 64:22, 65:5, 65:13, 65:20, 65:23, 66:3, 66:5, 66:8, 75:6, 75:8, 90:9, 134:9, 134:11

**considerable** [2] - 103:12, 117:3

**considered** [4] - 62:17, 166:15, 175:20, 194:21

**considering** [2] - 66:1, 66:21

**consist** [1] - 69:24

**consistent** [2] - 150:19, 183:5

**consistently** [1] - 91:11

**consists** [1] - 62:7

**consolidated** [2] - 6:12, 65:16

**construction** [1] - 49:10

**CONSUELO** [1] - 2:10

**consult** [2] - 63:17, 124:16

**consulting** [1] - 93:24

**consumers** [1] - 69:20

**contact** [1] - 88:18

**contend** [1] - 67:10

**continual** [1] - 178:16

**continue** [2] - 168:10, 180:8

**continues** [1] - 98:14

**continuous** [3] - 68:7, 69:12, 70:25

**contract** [5] - 89:14, 89:18, 89:20, 90:5, 166:19

**contrary** [1] - 45:9

**contribute** [1] - 94:18

**contributes** [4] - 68:8, 68:9, 69:13, 71:1

**control** [1] - 126:10

**controlled** [1] - 26:25

**conversation** [3] - 55:21, 83:3, 179:24

**conversations** [2] - 85:15, 141:24

**converted** [1] - 193:4

**conveyed** [1] - 78:21

**cook** [1] - 148:24

**cookie** [1] - 72:19

**cool** [1] - 133:11

**Copeland** [2] - 17:13, 31:6

**COPELAND** [2] - 1:23, 17:15

**copy** [4] - 8:12, 83:25, 90:9, 160:18

**CORP** [1] - 1:7

**corporate** [2] - 133:18, 172:5

**Corporation** [4] - 4:2, 17:17, 18:9, 78:8

**corporation** [4] - 76:14, 76:16, 76:18, 181:3

**corporation's** [1] - 19:6

**correct** [93] - 36:25, 37:10, 40:1, 57:6,

57:7, 134:18, 134:19, 134:20, 135:14, 135:15, 135:16, 135:21, 135:24, 136:2, 136:4, 136:5, 136:8, 136:11, 136:14, 136:17, 136:21, 136:22, 136:24, 136:25, 137:4, 137:9, 138:15, 138:22, 139:9, 139:16, 142:13, 143:8, 143:12, 144:21, 145:7, 145:14, 145:15, 147:5, 148:1, 148:9, 148:10, 148:13, 148:14, 149:10, 149:11, 150:12, 152:1, 152:6, 155:4, 159:3, 159:6, 163:3, 167:20, 178:4, 179:23, 180:3, 180:21, 181:11, 181:14, 181:15, 181:18, 181:19, 181:21, 181:22, 182:4, 182:15, 182:23, 182:24, 183:9, 183:12, 183:25, 184:3, 185:15, 185:24, 186:9, 186:21, 186:22, 186:24, 186:25, 187:2, 187:13, 189:22, 190:1, 190:2, 191:16, 191:17, 191:22, 191:25, 192:1, 192:16, 192:21, 193:9

**corrective** [1] - 142:23

**correctly** [7] - 145:2, 146:2, 146:25, 155:13, 155:24, 184:13, 184:14

**correlating** [1] - 52:10

**cost** [5] - 180:23, 190:20, 191:1, 191:8, 194:1

**costly** [1] - 192:24

**coughed** [1] - 37:18

**coughing** [1] - 37:18

**counsel** [20] - 4:6, 8:12, 17:3, 29:21, 38:8, 51:22, 57:13, 61:22, 72:24, 86:7, 104:22, 106:16, 115:3, 119:5, 130:5,

131:5, 132:15, 132:23, 133:2, 176:4

**count** [1] - 167:9

**country** [7] - 58:11, 101:6, 108:25, 150:8, 161:15, 161:17, 166:17

**couple** [25] - 4:14, 5:7, 5:11, 23:21, 26:23, 27:7, 33:7, 36:18, 38:23, 39:11, 40:12, 41:13, 44:6, 46:1, 47:15, 48:18, 50:5, 50:8, 51:12, 107:6, 130:5, 144:3, 167:18, 167:21, 193:8

**course** [6] - 95:16, 97:6, 123:4, 127:18, 135:25, 137:2

**Court** [23] - 2:12, 2:13, 5:9, 31:20, 32:1, 32:8, 51:24, 55:3, 55:10, 56:7, 61:6, 73:3, 77:15, 100:19, 100:22, 131:1, 131:21, 131:22, 131:23, 133:21, 196:5, 197:11, 197:12

**COURT** [313] - 1:1, 4:3, 4:6, 4:12, 4:14, 5:12, 5:19, 6:1, 6:7, 6:10, 6:15, 6:22, 7:1, 7:6, 8:6, 8:20, 9:22, 10:9, 10:15, 10:19, 10:21, 11:5, 11:7, 11:9, 11:18, 11:24, 12:6, 12:10, 12:15, 12:23, 13:3, 13:6, 13:9, 13:12, 13:16, 13:20, 13:22, 13:25, 14:6, 14:19, 14:22, 15:1, 15:4, 15:10, 15:19, 16:3, 16:7, 16:11, 16:15, 16:18, 16:22, 17:7, 17:11, 17:13, 17:16, 17:19, 17:21, 17:23, 18:1, 19:18, 19:20, 19:22, 19:25, 20:7, 20:9, 20:11, 20:14, 20:17, 20:20, 20:22, 20:25, 21:6, 21:13, 21:17, 21:20, 21:23, 22:2, 22:4, 22:6, 22:8, 22:11, 22:17, 22:20, 23:11, 23:15, 23:18, 23:22, 23:25, 24:3, 24:6, 24:10, 24:15, 26:6, 26:10, 26:12, 26:15, 26:20, 26:22,

26:24, 27:3, 27:7, 27:24, 28:1, 28:3, 28:6, 28:14, 28:19, 28:22, 29:3, 29:17, 30:6, 30:15, 30:21, 31:2, 31:7, 31:10, 31:15, 32:4, 32:10, 32:12, 32:18, 32:20, 32:23, 33:6, 33:7, 33:11, 33:20, 33:25, 34:4, 34:8, 34:17, 34:21, 34:24, 35:3, 35:8, 35:12, 35:15, 35:20, 36:2, 36:7, 36:9, 36:13, 36:16, 36:18, 36:24, 37:3, 37:6, 37:8, 37:11, 37:15, 37:21, 37:24, 38:4, 38:8, 38:13, 38:16, 38:20, 38:22, 39:1, 39:3, 39:8, 39:11, 39:22, 39:25, 40:2, 40:4, 40:16, 40:19, 40:23, 41:2, 41:9, 41:12, 41:18, 41:21, 41:23, 41:25, 42:5, 42:13, 42:17, 42:23, 43:7, 43:12, 43:15, 43:23, 44:1, 44:5, 44:11, 44:15, 44:18, 44:21, 45:2, 45:10, 45:13, 45:17, 45:21, 45:24, 46:1, 46:3, 46:7, 46:9, 46:12, 46:20, 46:23, 46:7, 47:9, 47:12, 47:15, 48:3, 48:11, 48:15, 48:18, 48:22, 48:25, 49:4, 49:7, 49:11, 49:13, 49:22, 49:24, 50:2, 50:5, 50:15, 50:18, 50:22, 50:25, 51:2, 51:5, 51:9, 51:12, 51:15, 51:18, 51:22, 52:4, 52:14, 52:18, 52:22, 52:25, 53:2, 53:7, 53:12, 53:15, 53:24, 54:3, 54:7, 54:15, 54:17, 54:19, 54:21, 55:1, 55:4, 55:12, 55:20, 56:2, 56:8, 56:12, 56:18, 56:21, 57:1, 57:3, 57:10, 57:19, 57:21, 58:21, 59:11, 59:13, 59:17, 60:8, 60:11, 60:13, 60:23, 61:1, 61:4, 61:11, 73:2, 73:6, 73:9, 73:15, 74:4, 74:7, 75:14, 75:18,

75:20, 77:25, 100:20, 100:23, 129:18, 130:5, 130:15, 130:25, 132:9, 132:25, 133:4, 133:7, 133:11, 133:23, 134:1, 134:3, 134:25, 135:3, 135:6, 159:18, 159:21, 159:25, 177:13, 177:15, 177:19, 195:13, 196:5, 196:10, 196:15, 196:19, 196:22, 196:25

**court** [24] - 4:17, 8:23, 9:2, 10:24, 11:23, 13:24, 15:18, 24:1, 25:24, 27:6, 33:9, 39:12, 50:9, 50:11, 58:8, 58:10, 59:5, 73:14, 74:1, 75:3, 75:7, 130:1, 134:6

**Court's** [2] - 8:9, 55:4

**courthouse** [1] - 73:19

**COURTROOM** [15] - 4:1, 6:21, 7:4, 8:19, 26:4, 51:8, 57:5, 57:8, 59:10, 59:12, 60:1, 60:10, 60:12, 60:14, 135:5

**courtroom** [56] - 4:14, 6:25, 8:7, 30:4, 33:5, 35:11, 35:14, 36:12, 36:15, 38:7, 38:18, 39:7, 39:9, 41:1, 41:11, 43:14, 44:4, 45:20, 45:23, 47:11, 47:14, 48:14, 48:16, 49:3, 49:5, 49:17, 50:1, 50:3, 51:4, 51:11, 51:21, 52:16, 54:6, 56:14, 57:16, 58:6, 59:6, 61:4, 61:9, 62:6, 63:10, 63:21, 72:7, 72:14, 72:20, 72:21, 72:23, 74:5, 92:7, 98:16, 108:7, 130:2, 133:5, 196:3, 196:15, 196:18

**courtrooms** [1] - 11:17

**courts** [1] - 58:17

**coverage** [2] - 91:22, 91:24

**covered** [1] - 92:1

**covering** [1] - 92:6

**covers** [1] - 92:3

**CPR** [1] - 21:14

**crack** [1] - 109:24

**Craig** [5] - 3:7, 17:17, 31:1, 100:23, 106:14

**CRAIG** [26] - 2:1, 4:13, 6:23, 17:18, 32:19, 38:11, 38:15, 41:5, 43:19, 43:25, 44:2, 55:2, 55:21, 56:19, 56:22, 57:2, 57:7, 57:9, 57:18, 57:20, 60:25, 73:4, 73:7, 100:21, 100:24, 101:2

**create** [1] - 82:3

**created** [1] - 152:22

**crime** [1] - 11:11

**criminal** [3] - 11:9, 25:22, 26:1

**critical** [1] - 172:12

**cross** [5] - 132:14, 137:19, 138:19, 175:13, 177:7

**cross-examination** [1] - 132:14

**cross-functional** [4] - 137:19, 138:19, 175:13, 177:7

**CRR** [2] - 2:12, 197:11

**cryotherapy** [1] - 161:25

**Cuddy** [2] - 25:7, 107:3

**cup** [1] - 72:20

**cure** [1] - 101:8

**current** [4] - 169:10, 188:25, 192:24

**curve** [1] - 192:12

**customer** [8] - 77:4, 142:1, 142:5, 145:19, 145:25, 146:4, 166:3, 174:20

**customers** [3] - 149:24, 154:2, 174:6

**cut** [7] - 85:19, 106:5, 106:7, 121:17, 132:22, 132:24, 192:9

**cuts** [1] - 85:12

**cutting** [1] - 118:3

**CV** [2] - 135:18, 160:19

**CVS** [1] - 76:23

**cystocele** [1] - 111:21

# D

**Dade** [2] - 12:25, 41:19
**daily** [1] - 47:24
**damage** [2] - 96:14, 99:14
**damages** [10] - 31:23, 31:24, 61:17, 61:18, 61:19, 67:14, 69:1, 70:6, 70:16, 97:14
**dangerous** [7] - 19:8, 48:8, 67:22, 68:14, 68:20, 69:7, 92:23
**Daniel** [2] - 20:23, 60:21
**Danisovszky** [3] - 12:2, 19:24, 60:5
**data** [16] - 115:3, 115:11, 116:10, 116:12, 130:12, 142:19, 159:9, 171:10, 171:12, 171:13, 171:15, 171:23, 171:24, 172:7, 195:4, 195:9
**date** [5] - 139:7, 139:10, 155:3, 155:4, 175:8
**DATE** [1] - 197:11
**dated** [2] - 89:17
**daughter** [2] - 12:19, 160:6
**David** [11] - 10:1, 16:4, 20:6, 21:15, 21:24, 22:24, 23:9, 23:23, 25:8, 26:14, 60:3
**Davies** [4] - 25:4, 125:24, 126:1, 128:4
**Davila** [1] - 25:9
**days** [4] - 9:9, 9:10, 12:14, 58:4
**deadline** [2] - 13:2, 13:5
**deal** [2] - 47:23, 58:16
**dealing** [2] - 6:4, 172:16
**dealings** [1] - 18:5
**deals** [1] - 61:16
**dealt** [1] - 6:2
**death** [1] - 35:20
**decade** [1] - 135:25
**decades** [1] - 137:2
**December** [1] - 10:3
**decide** [10] - 4:24,

34:12, 34:25, 42:10, 44:23, 49:16, 62:4, 63:9, 72:6, 120:12
**decided** [4] - 61:25, 80:20, 93:7, 104:1
**decides** [1] - 159:2
**deciding** [1] - 53:19
**decision** [21] - 34:16, 64:23, 66:8, 71:25, 79:10, 80:1, 80:2, 81:3, 91:6, 103:6, 107:25, 126:16, 158:3, 158:5, 159:7, 159:11, 162:4, 163:12, 180:15, 193:10, 194:13
**decisions** [6] - 47:25, 80:4, 87:1, 140:15, 140:20, 186:18
**decline** [1] - 183:11
**declining** [1] - 186:8
**decrease** [1] - 184:25
**dedicated** [3] - 117:21, 144:18, 144:20
**dedication** [1] - 144:23
**deep** [2] - 37:18, 187:20
**defecate** [1] - 81:21
**defecation** [1] - 112:21
**defect** [2] - 67:5, 68:4
**defective** [9] - 19:7, 67:15, 68:10, 68:16, 92:23, 101:14, 104:7, 128:16, 129:14
**defectively** [5] - 63:4, 67:13, 67:14, 67:21, 68:6
**defects** [1] - 36:5
**defend** [1] - 81:6
**defendant** [1] - 1:8
**Defendant** [13] - 17:16, 19:6, 19:10, 26:1, 27:11, 29:5, 60:25, 62:25, 66:17, 73:4, 74:23, 100:20
**DEFENDANT** [1] - 2:1
**Defendant's** [2] - 55:1, 132:15
**Defendants** [3] - 4:12, 27:13, 56:18
**defendants** [1] - 55:20
**defended** [1] - 85:1

**defense** [6] - 54:12, 57:2, 66:10, 100:8, 100:10, 129:12
**defenses** [2] - 66:5, 66:6
**deferred** [1] - 6:5
**define** [2] - 188:11, 191:2
**defined** [1] - 92:24
**definitely** [3] - 107:22, 126:6, 190:5
**definition** [1] - 109:7
**degrade** [1] - 94:21
**degrades** [1] - 84:20
**degree** [1] - 108:19
**degrees** [1] - 111:9
**deliberate** [3] - 63:22, 63:24, 75:4
**deliberations** [1] - 9:12
**deliver** [2] - 79:6, 129:6
**delivery** [2] - 108:18, 122:14
**demerits** [1] - 63:7
**demonstrate** [1] - 144:6
**denied** [3] - 5:16, 5:20, 130:10
**denies** [2] - 19:10, 67:8
**Dennis** [2] - 25:15, 169:17
**department** [11] - 136:15, 136:16, 142:25, 143:6, 143:14, 149:9, 165:19, 172:4, 178:13, 193:19
**departments** [1] - 149:10
**depicts** [1] - 113:14
**deposed** [1] - 188:6
**deposition** [8] - 5:24, 61:23, 130:8, 131:4, 159:20, 186:13, 196:11, 196:13
**depositions** [2] - 196:8, 196:9
**DEPUTY** [15] - 4:1, 6:21, 7:4, 8:19, 26:4, 51:8, 57:5, 57:8, 59:10, 59:12, 60:1, 60:10, 60:12, 60:14, 135:5
**deputy** [3] - 58:6, 196:16, 196:18
**describe** [6] - 36:21, 44:8, 98:21, 112:20, 165:19, 188:16

**described** [3] - 163:15, 180:1, 181:20
**description** [4] - 91:17, 91:18, 187:5, 187:10
**design** [12] - 19:7, 21:8, 42:2, 67:5, 68:3, 70:6, 70:7, 80:1, 80:4, 80:16, 84:4, 87:4
**designations** [2] - 5:24, 61:23
**designed** [11] - 63:4, 67:13, 67:14, 67:21, 68:6, 70:9, 83:14, 94:20, 98:18, 98:22, 98:23
**desire** [1] - 189:21
**desired** [1] - 124:8
**desires** [1] - 5:9
**desk** [1] - 31:12
**despite** [2] - 104:10, 104:20
**detailed** [2] - 66:24, 124:2
**details** [4] - 39:18, 39:20, 165:9, 171:19
**determination** [3] - 28:5, 38:1, 78:14
**determinations** [1] - 139:2
**determine** [4] - 7:21, 7:24, 116:19, 166:8
**determining** [1] - 168:23
**develop** [7] - 79:14, 97:17, 181:12, 183:20, 183:22, 195:4, 195:9
**developed** [3] - 83:16, 98:10, 188:1
**developing** [1] - 79:10
**development** [25] - 21:8, 86:5, 136:6, 136:24, 159:11, 160:15, 161:22, 163:2, 163:5, 166:6, 172:8, 172:9, 175:9, 175:18, 175:21, 176:10, 176:14, 176:18, 176:23, 177:8, 177:10, 180:13, 185:16, 192:18, 194:3
**device** [50] - 19:3, 20:2, 20:3, 20:7, 35:24, 36:3, 36:5, 42:2, 46:10, 48:7, 76:21, 80:9, 81:2, 88:5, 90:6, 90:17,

97:16, 104:5, 117:23, 118:15, 121:5, 123:10, 123:20, 124:7, 124:19, 124:21, 124:25, 129:23, 130:20, 131:7, 131:11, 131:12, 131:13, 131:25, 132:5, 169:16, 169:25, 170:1, 170:7, 170:14, 170:22, 170:24, 171:1, 171:7, 172:11, 173:10, 173:13, 189:22, 192:14
**devices** [21] - 48:4, 48:5, 76:24, 79:19, 89:16, 116:6, 122:14, 125:5, 131:20, 132:17, 168:16, 169:10, 170:5, 171:17, 172:1, 172:20, 173:10, 174:12, 178:2
**DFU** [5] - 104:24, 124:9, 124:16, 139:20, 141:1
**diabetes** [3] - 15:4, 15:6, 114:2
**diagnose** [1] - 117:24
**diagnosed** [1] - 97:20
**diagram** [1] - 83:22
**Diaz** [10] - 9:19, 19:17, 22:22, 39:8, 39:11, 54:16, 54:19, 54:20, 60:1
**dictionaries** [1] - 63:17
**diet** [5] - 14:17, 15:4, 15:8, 55:23, 55:24
**difference** [4] - 89:25, 90:2, 94:16, 165:23
**differences** [2] - 66:7, 97:6
**different** [63] - 34:10, 47:22, 75:11, 78:4, 79:5, 81:11, 81:15, 82:18, 82:19, 84:3, 86:21, 87:11, 87:12, 88:23, 89:8, 89:25, 90:1, 90:16, 90:17, 90:20, 90:22, 91:2, 91:5, 91:8, 91:13, 91:14, 92:5, 92:9, 95:1, 96:18, 100:17, 100:18, 102:13, 102:15, 102:16,

103:24, 105:23, 106:12, 111:9, 112:7, 112:9, 120:16, 122:16, 123:9, 126:9, 126:10, 127:2, 130:20, 130:22, 140:22, 158:25, 162:6, 165:2, 165:16, 169:3, 188:6, 192:20

**differently** [1] - 156:21

**difficult** [11] - 15:21, 29:1, 40:6, 40:20, 42:20, 43:6, 43:7, 50:16, 55:5, 74:9, 82:8

**difficulty** [2] - 27:17, 32:9

**dilation** [1] - 162:13

**diminishing** [2] - 179:16, 179:22

**dinner** [1] - 47:1

**dire** [6] - 4:22, 7:20, 7:23, 8:4, 8:12, 30:7

**direct** [4] - 65:5, 65:6, 65:8, 65:10

**Direction** [1] - 95:14

**Directions** [13] - 104:23, 104:24, 105:5, 105:8, 121:1, 121:9, 123:21, 123:23, 123:25, 124:3, 124:10, 124:14, 124:18

**directly** [8] - 68:7, 68:25, 69:12, 70:25, 125:1, 128:5, 137:6, 172:6

**director** [6] - 18:8, 164:4, 164:10, 164:16, 164:20, 177:5

**directors** [3] - 165:11, 165:13, 165:15

**disability** [1] - 15:20

**discipline** [1] - 181:5

**disclaimer** [3] - 115:19, 116:22, 117:13

**disclosed** [7] - 94:3, 96:5, 104:17, 120:18, 121:1, 127:23, 129:16

**disclosure** [1] - 94:10

**discuss** [21] - 51:5, 51:6, 58:24, 58:25, 59:1, 59:2, 63:22, 64:1, 71:5, 71:6, 73:23, 102:25, 108:5, 108:6, 111:1, 127:5,

129:21, 129:22, 137:23, 195:20, 195:21

**discussed** [9] - 103:19, 103:21, 108:8, 109:1, 131:21, 132:23, 184:19, 186:19, 189:19

**discussing** [7] - 53:22, 63:25, 108:3, 110:19, 170:6, 182:22, 184:18

**discussion** [4] - 133:2, 173:2, 175:4, 175:7

**Discussion** [4] - 31:17, 32:17, 58:20, 59:16

**discussions** [2] - 47:2, 176:13

**disease** [1] - 136:7

**diseases** [1] - 131:10

**disfunction** [1] - 95:25

**dislike** [1] - 59:4

**dismissed** [2] - 27:2, 196:2

**disposal** [1] - 141:23

**disputable** [1] - 89:6

**dispute** [7] - 11:10, 23:12, 23:16, 88:20, 101:16, 102:9, 115:23

**disregard** [3] - 34:13, 62:17, 75:10

**disregarding** [1] - 29:10

**disrespect** [1] - 108:11

**distance** [1] - 82:5

**distinction** [2] - 110:20, 132:17

**distract** [1] - 81:4

**DISTRICT** [3] - 1:1, 1:1, 1:11

**District** [3] - 2:13, 7:8, 197:12

**division** [7] - 136:7, 136:18, 148:13, 161:14, 176:17, 176:21, 185:17

**DIVISION** [1] - 1:2

**Division** [1] - 117:20

**divisions** [2] - 138:21, 138:24

**doc** [1] - 174:13

**docket** [2] - 30:15, 30:16

**docs** [1] - 167:2

**doctor** [11] - 68:23, 85:11, 92:16, 96:23,

98:15, 102:17, 106:7, 119:2, 123:14, 127:4

**doctor's** [1] - 108:8

**doctors** [60] - 79:22, 80:11, 82:3, 91:8, 92:20, 93:24, 95:11, 95:19, 95:20, 99:18, 99:25, 102:8, 102:20, 102:21, 103:10, 103:12, 103:14, 103:18, 103:19, 104:16, 104:17, 105:1, 105:2, 105:12, 105:20, 105:21, 105:24, 106:1, 106:3, 117:9, 117:25, 118:2, 120:4, 120:10, 120:19, 120:20, 120:25, 121:1, 121:10, 121:16, 121:24, 122:21, 123:1, 123:3, 123:4, 123:18, 123:24, 124:22, 126:8, 126:12, 126:13, 126:14, 127:24, 128:18, 129:7, 129:16, 166:21, 172:19

**doctors'** [1] - 91:15

**document** [27] - 87:16, 88:12, 92:21, 93:8, 93:20, 94:11, 96:8, 116:22, 150:10, 150:11, 151:11, 153:2, 153:22, 154:21, 154:25, 156:11, 156:22, 157:15, 173:4, 173:25, 175:8, 175:11, 182:6, 182:8, 182:11, 182:12, 187:17

**documented** [1] - 146:14

**documents** [2] - 76:9, 99:22

**dolled** [1] - 23:5

**domestic** [1] - 161:18

**Donald** [5] - 16:13, 20:18, 28:9, 29:14, 60:5

**done** [15] - 29:5, 58:4, 59:9, 74:25, 79:24, 81:7, 86:3, 90:25, 97:13, 98:15, 100:1, 108:22, 163:5, 190:12, 192:8

**Donna** [1] - 25:12

**door** [2] - 72:11, 72:14

**Doreen** [1] - 25:15

**Dotres** [12] - 17:6, 24:23, 78:3, 92:13, 94:7, 97:8, 97:9, 97:10, 97:20, 105:15, 122:7, 127:11

**doubt** [1] - 193:17

**Douglass** [1] - 25:13

**down** [20] - 8:23, 43:5, 43:9, 60:19, 72:8, 82:14, 83:9, 83:12, 84:20, 97:19, 99:12, 111:7, 146:9, 146:23, 153:7, 179:18, 180:5, 180:6, 180:9, 183:10

**downstairs** [1] - 32:13

**dozen** [3] - 33:18, 144:12

**Dr** [35] - 24:24, 24:25, 25:1, 25:2, 25:3, 25:4, 25:5, 25:7, 25:8, 25:9, 25:10, 25:11, 25:15, 25:16, 125:24, 126:1, 128:4, 169:17, 170:4, 170:6, 171:3

**drain** [1] - 81:20

**Dramatic** [1] - 44:14

**draw** [1] - 64:24

**Drive** [1] - 1:15

**droop** [4] - 82:14, 82:15, 82:17, 82:18

**drooping** [2] - 82:13, 85:22

**drug** [3] - 11:1, 95:16, 95:18

**dry** [2] - 72:21, 109:24

**due** [10] - 3:12, 12:20, 14:5, 24:5, 24:13, 35:23, 82:11

**duly** [2] - 8:5, 61:3

**during** [20] - 5:21, 7:14, 14:10, 63:10, 65:1, 72:16, 75:5, 98:14, 101:18, 102:1, 107:8, 112:22, 113:2, 115:4, 129:21, 133:22, 162:21, 162:25, 165:13, 176:14

**duties** [1] - 38:9

**duty** [4] - 68:22, 68:24, 69:18, 105:2

**dynamics** [1] - 188:15

**dyspareunia** [1] - 96:1

**dysuria** [1] - 95:24

# E

**e-mail** [1] - 64:14

**early** [2] - 97:23, 195:18

**easy** [3] - 133:14, 170:16, 189:21

**eat** [3] - 14:17, 15:8, 55:23

**eating** [1] - 55:22

**Edison** [1] - 37:4

**edited** [1] - 134:7

**educate** [2] - 146:21, 157:8

**education** [6] - 12:25, 44:8, 44:9, 49:18, 102:22, 160:24

**educational** [1] - 160:22

**EDWARDS** [2] - 2:12, 197:11

**Edwards** [1] - 197:10

**effect** [2] - 85:25, 178:20

**effective** [2] - 105:22, 193:23

**effectively** [1] - 142:10

**effectiveness** [1] - 171:16

**effort** [2] - 195:3, 195:8

**efforts** [2] - 137:7, 141:15

**Eghnayem** [14] - 4:2, 4:4, 7:5, 17:6, 24:23, 77:20, 78:2, 92:12, 94:8, 98:6, 98:7, 99:5, 105:15, 127:13

**EGHNAYEM** [1] - 1:4

**Eifert** [3] - 6:2, 6:4, 61:24

**eight** [3] - 10:2, 59:10, 187:18

**either** [12] - 5:8, 25:23, 40:6, 59:1, 69:24, 92:16, 102:9, 135:6, 137:6, 170:20, 174:15, 184:5

**elaborate** [1] - 53:2

**elections** [1] - 71:17

**electrical** [1] - 41:22

**electronic** [3] - 63:19, 129:23, 195:25

**electronically** [1] -

64:12
**element** [3] - 66:13, 66:16, 107:12
**elements** [4] - 31:22, 67:16, 70:8, 70:18
**elevator** [1] - 187:6
**eliminating** [1] - 192:13
**Elizabeth** [2] - 22:25, 60:3
**embarrass** [1] - 108:11
**embodied** [1] - 144:24
**embody** [1] - 145:4
**Emery** [1] - 25:1
**Emilio** [1] - 25:2
**employ** [1] - 78:11
**employed** [3] - 12:13, 41:3, 41:15
**employee** [6] - 18:8, 134:18, 135:14, 143:23, 147:25, 178:1
**employees** [4] - 80:16, 149:8, 149:20, 150:6
**employer** [1] - 12:6
**employment** [4] - 12:4, 41:6, 41:8, 41:14
**emptying** [1] - 102:1
**encompassing** [1] - 58:15
**end** [16] - 12:5, 24:20, 64:2, 66:25, 68:13, 87:12, 100:3, 100:14, 129:10, 150:3, 151:4, 161:17, 162:9, 174:16, 177:13, 195:14
**ended** [1] - 73:21
**ending** [1] - 111:16
**endometrial** [1] - 164:17
**ends** [2] - 85:12, 101:4
**engineer** [2] - 42:19, 49:7
**engineering** [7] - 21:7, 21:12, 41:22, 41:23, 42:1, 49:10, 49:14
**English** [4] - 32:9, 32:15, 75:10
**ensure** [14] - 90:8, 90:9, 90:13, 132:12, 137:25, 138:7, 138:12, 138:23, 138:24, 139:1, 143:14, 154:2,

154:13, 154:15
**ensuring** [2] - 168:5, 174:20
**entailed** [1] - 153:23
**entered** [19] - 6:24, 33:4, 35:13, 36:14, 38:18, 39:9, 41:10, 44:3, 45:22, 47:13, 48:16, 49:5, 50:3, 51:10, 52:16, 57:15, 74:5, 133:5, 196:21
**entering** [1] - 162:5
**entire** [6] - 8:4, 24:1, 124:12, 161:18, 191:11, 191:18
**entitled** [2] - 182:6, 197:8
**environment** [2] - 108:7, 183:7
**equipped** [1] - 157:7
**ER** [2] - 16:8, 85:4
**ERIC** [1] - 2:4
**Eric** [6] - 5:4, 12:24, 17:21, 30:24, 60:22, 106:21
**Erin** [2] - 17:13, 31:6
**ERIN** [1] - 1:23
**erodes** [1] - 94:22
**eroding** [7] - 179:12, 179:14, 179:15, 179:18, 179:22
**erosion** [9] - 94:18, 95:1, 95:4, 95:8, 95:23, 98:2, 98:4, 98:11, 124:6
**erosions** [1] - 97:25
**error** [1] - 187:21
**escaped** [1] - 73:21
**especially** [3] - 108:6, 168:3, 184:11
**Espino** [7] - 19:21, 22:19, 23:19, 50:2, 50:5, 55:8, 60:2
**Espinosa** [1] - 24:24
**ESQ** [8] - 1:14, 1:17, 1:19, 1:23, 2:1, 2:3, 2:4, 2:6
**essence** [1] - 184:15
**essential** [3] - 66:13, 66:16, 182:25
**essentially** [2] - 5:20, 187:14
**establish** [5] - 66:15, 67:16, 69:2, 166:8, 166:14
**established** [1] - 155:23
**et** [4] - 1:4, 49:12, 173:1
**Ethicon** [1] - 92:4

**Eva** [6] - 12:17, 21:2, 23:8, 24:7, 28:23, 60:6
**evacuate** [1] - 81:21
**evaluating** [1] - 143:15
**Evan** [7] - 3:10, 25:16, 133:19, 134:13, 135:9, 160:3, 196:11
**evening** [6] - 16:13, 63:15, 72:8, 195:20, 196:1, 196:25
**event** [1] - 124:11
**events** [2] - 95:20, 100:6
**eviction** [1] - 11:3
**evidence** [101] - 27:10, 27:11, 27:17, 27:19, 28:5, 29:9, 31:24, 34:12, 37:25, 38:2, 42:10, 44:23, 45:9, 47:18, 48:6, 49:15, 49:16, 53:19, 53:20, 55:18, 59:6, 62:6, 62:7, 62:14, 62:16, 62:17, 63:9, 64:22, 65:3, 65:5, 65:6, 65:8, 65:10, 65:11, 65:13, 65:19, 65:20, 66:14, 66:17, 66:20, 66:21, 66:22, 67:1, 67:17, 69:3, 70:8, 70:18, 72:3, 72:18, 74:14, 74:16, 74:20, 74:23, 74:24, 75:6, 75:9, 76:7, 77:16, 77:17, 78:7, 81:5, 84:20, 87:7, 89:12, 91:21, 94:1, 94:7, 95:15, 96:17, 100:4, 100:12, 100:15, 101:13, 104:14, 105:9, 105:18, 107:12, 107:24, 108:14, 108:15, 115:9, 117:11, 124:1, 129:13, 130:12, 130:23, 131:2, 131:16, 132:3, 132:6, 133:15, 134:8, 134:9, 196:9, 196:21
**EVIDENCE** [1] - 3:14
**evidentiary** [1] - 5:7
**evils** [1] - 45:16
**exact** [3] - 97:6, 99:14, 116:23
**exactly** [14] - 53:24, 79:9, 80:7, 84:18,

94:15, 119:9, 121:19, 133:24, 134:9, 154:5, 165:23, 178:22, 182:22, 184:1
**examination** [3] - 7:20, 7:23, 132:14
**examine** [2] - 90:9, 131:1
**example** [5] - 48:3, 142:22, 164:8, 168:1, 174:11
**except** [4] - 61:4, 68:10, 69:14, 71:2
**Excerpts** [2] - 3:10, 3:11
**exclamation** [2] - 149:13, 150:4
**exclude** [1] - 130:11
**excluded** [1] - 130:24
**exclusively** [1] - 194:24
**excuse** [6] - 15:11, 55:14, 56:2, 56:13, 56:14, 111:4
**excused** [5] - 7:24, 29:22, 57:25, 58:1, 61:5
**executed** [1] - 153:25
**executive** [1] - 158:4
**executives** [3] - 80:7, 178:19, 189:17
**exercise** [3] - 57:11, 57:23, 118:13
**exercises** [2] - 118:11, 118:12
**exercising** [1] - 8:1
**exhibit** [1] - 154:20
**Exhibit** [16] - 3:15, 143:25, 147:12, 152:24, 154:21, 160:18, 167:12, 167:15, 173:3, 174:22, 182:5, 182:14, 186:11, 186:13, 196:14, 196:20
**exhibits** [3] - 62:8, 133:22, 196:18
**EXHIBITS** [1] - 3:14
**Exhibits** [1] - 196:12
**exist** [5] - 80:9, 82:5, 120:18, 138:20, 145:5
**existence** [1] - 63:6
**existing** [1] - 188:10
**exists** [2] - 83:9, 84:8
**exited** [4] - 30:3, 61:9, 130:2, 196:3
**expand** [1] - 182:18

**expect** [4] - 9:13, 61:25, 64:19, 73:18
**expectation** [1] - 84:5
**expectations** [1] - 155:23
**expected** [1] - 67:23
**expensive** [2] - 180:24, 181:1
**experience** [33] - 20:2, 21:7, 37:24, 40:22, 47:16, 49:18, 50:15, 52:11, 52:20, 52:22, 53:18, 54:24, 55:9, 55:19, 56:6, 64:25, 82:21, 94:12, 102:22, 103:12, 107:20, 117:15, 120:22, 128:19, 131:14, 131:18, 132:2, 137:1, 170:22, 170:25, 175:5, 178:14, 195:2
**experienced** [2] - 126:16, 158:4
**expert** [2] - 125:25, 128:3
**expertise** [1] - 115:22
**experts** [7] - 42:6, 42:7, 94:2, 121:19, 128:5, 128:11, 166:15
**explain** [13] - 39:16, 68:12, 68:13, 94:17, 100:1, 102:22, 103:24, 120:10, 125:7, 126:2, 128:7, 128:14, 139:22
**explained** [1] - 130:13
**explaining** [1] - 116:9
**explanation** [1] - 122:6
**explant** [1] - 99:8
**exposure** [1] - 124:6
**express** [1] - 65:2
**extensive** [1] - 128:19
**extensively** [3] - 131:5, 131:21, 132:23
**extent** [3] - 92:18, 98:16, 141:19
**extra** [2] - 47:15, 85:12
**extract** [1] - 162:11
**extrusion** [1] - 95:23
**eye** [1] - 76:8

# F

**fabric** [3] - 131:9, 131:11, 131:12
**face** [1] - 72:8
**Facebook** [2] - 59:3, 64:16
**facility** [1] - 78:10
**fact** [22] - 14:6, 34:8, 34:24, 35:3, 36:2, 40:4, 41:25, 50:15, 62:8, 62:11, 62:12, 62:13, 66:3, 67:24, 77:18, 88:21, 94:2, 94:7, 112:9, 136:12, 143:5
**factors** [2] - 94:18, 114:5
**facts** [8] - 40:6, 53:23, 62:2, 62:4, 65:24, 78:13, 146:14
**fail** [1] - 66:15
**failed** [1] - 70:19
**failing** [3] - 70:1, 70:14, 184:10
**failure** [14] - 67:5, 68:16, 68:19, 69:1, 69:21, 70:17, 70:22, 119:6, 119:7, 119:17, 157:17, 158:11, 184:22
**failures** [1] - 158:14
**fair** [58] - 29:7, 29:19, 40:8, 40:19, 40:20, 54:25, 55:3, 55:5, 108:1, 135:20, 136:1, 136:7, 136:13, 137:3, 139:8, 139:15, 139:24, 140:4, 140:16, 140:20, 140:24, 141:2, 141:13, 141:20, 142:20, 143:17, 146:7, 146:21, 147:7, 147:9, 147:21, 147:24, 148:2, 148:4, 148:15, 152:3, 152:17, 153:21, 154:11, 156:5, 156:9, 156:10, 156:12, 156:21, 157:8, 157:9, 157:12, 157:23, 158:12, 180:9, 182:11, 187:15, 189:12, 191:13, 191:14, 192:17, 193:8, 194:7
**fairly** [3] - 35:1, 49:20, 50:16

**fall** [2] - 110:25, 172:5
**fallen** [1] - 110:3
**falling** [5] - 111:15, 111:19, 111:20, 112:19, 112:21
**falling-out** [1] - 112:19
**falls** [3] - 111:11, 111:23, 112:4
**familiar** [4] - 33:12, 143:24, 178:6, 195:8
**family** [11] - 18:2, 18:4, 18:8, 18:10, 18:21, 20:1, 21:1, 25:19, 26:2, 52:19, 64:13
**Fantoni** [1] - 25:15
**far** [7] - 41:23, 126:25, 179:14, 184:16, 185:17, 188:12, 189:9
**fascia** [1] - 83:8
**fashion** [1] - 134:9
**fast** [4] - 87:2, 89:18, 184:21, 187:11
**fast-forward** [2] - 87:2, 89:18
**fast-growing** [1] - 184:21
**faster** [1] - 9:13
**fastest** [1] - 184:11
**fastest-growing** [1] - 184:11
**father** [1] - 52:21
**father's** [1] - 53:17
**fault** [1] - 104:9
**faulty** [1] - 24:5
**favor** [1] - 129:11
**favorable** [1] - 116:11
**features** [1] - 173:9
**February** [3] - 12:20, 35:25, 98:8
**feces** [1] - 81:21
**federal** [7] - 25:24, 58:8, 58:10, 58:13, 58:16, 59:5, 64:7
**fee** [1] - 30:17
**feedback** [1] - 169:13
**feelings** [2] - 29:2, 47:3
**fellow** [4] - 9:1, 36:25, 63:23, 63:25
**fellows** [1] - 166:19
**fellowships** [1] - 103:15
**felt** [1] - 96:2
**female** [7] - 37:22,

53:17, 81:11, 110:12, 110:17, 111:3, 111:5
**female's** [1] - 84:19
**Fernando** [5] - 19:21, 22:19, 23:19, 55:8, 60:2
**fertile** [1] - 132:14
**few** [9] - 10:10, 14:9, 35:16, 106:13, 108:16, 114:1, 114:2, 135:18, 156:1
**FIBICH** [1] - 1:23
**Fibich** [1] - 1:18
**field** [6] - 120:25, 153:25, 154:1, 182:18, 182:20, 183:8
**fields** [1] - 128:12
**fifth** [1] - 61:18
**figure** [2] - 31:13, 173:19
**filaments** [1] - 88:22
**filed** [5] - 5:16, 30:13, 30:22, 52:5, 65:16
**files** [1] - 88:7
**fill** [6] - 81:19, 180:12, 180:16, 181:10, 183:7, 184:20
**fills** [2] - 82:6
**final** [1] - 93:17
**finally** [1] - 71:4
**finance** [1] - 160:25
**financial** [2] - 12:2, 12:5
**findings** [1] - 126:2
**fine** [3] - 5:25, 134:16, 135:12
**finish** [2] - 27:12, 57:24, 128:22
**finished** [1] - 178:9
**fired** [1] - 151:4
**firefighter** [1] - 21:19
**Firm** [3] - 18:22, 31:1, 106:15
**firm** [5] - 18:11, 26:10, 106:17, 106:20, 106:22
**FIRM** [1] - 2:1
**first** [37] - 7:23, 21:14, 23:24, 27:10, 33:2, 51:25, 56:19, 64:4, 67:12, 70:5, 74:13, 80:1, 80:14, 83:14, 89:4, 97:8, 107:15, 107:16, 107:17, 111:1, 115:17, 118:22, 119:3, 123:25, 125:12, 130:10, 133:16, 133:17,

135:19, 145:25, 152:4, 155:10, 155:20, 157:1, 168:25, 178:1, 193:20
**first-generation** [1] - 168:25
**fish** [1] - 14:24
**Fisher** [1] - 25:13
**fit** [1] - 117:6
**fitness** [1] - 89:22, 90:6
**five** [5] - 58:3, 60:12, 60:13, 105:14, 189:8
**five-minute** [1] - 189:8
**flesh** [1] - 85:23
**flip** [2] - 167:18, 174:22
**floor** [33] - 61:6, 78:25, 79:4, 79:7, 79:16, 85:21, 94:14, 110:18, 118:12, 118:13, 179:9, 180:20, 182:10, 182:13, 182:18, 182:21, 183:23, 184:4, 184:12, 185:3, 185:9, 187:11, 188:8, 188:17, 190:11, 191:9, 191:11, 193:3, 193:20, 194:4, 194:9, 194:14, 194:18
**Floor** [2] - 2:14, 19:3, 197:12
**FLORIDA** [1] - 1:1
**Florida** [12] - 1:4, 1:22, 2:8, 2:14, 21:16, 21:18, 21:19, 59:14, 65:9, 76:4, 99:20, 197:13
**flower** [1] - 12:13
**flu** [1] - 20:3
**fluids** [1] - 34:3
**focus** [3] - 80:21, 139:11, 194:23
**focused** [3] - 151:23, 161:23, 194:13
**folks** [1] - 164:1, 165:7, 175:6
**follow** [6] - 66:25, 76:3, 77:15, 77:16, 100:15, 138:10
**followed** [2] - 125:4, 154:15
**following** [55] - 6:25, 10:17, 11:22, 13:14, 13:23, 15:2, 15:17, 26:18, 27:5, 30:4, 33:5, 35:11, 35:14, 36:12, 36:15, 38:7,

38:19, 39:7, 39:10, 41:1, 41:11, 43:14, 44:4, 44:6, 45:20, 45:23, 47:11, 47:14, 48:14, 48:17, 49:3, 49:6, 50:1, 50:4, 51:4, 51:11, 51:21, 52:17, 54:6, 57:16, 61:9, 62:14, 67:16, 69:2, 70:7, 70:18, 72:25, 73:13, 74:3, 74:6, 130:3, 133:6, 137:12, 155:10, 196:4
**followup** [13] - 4:23, 8:21, 35:16, 36:18, 38:23, 39:12, 41:12, 43:20, 44:6, 46:1, 48:18, 50:5, 51:12
**food** [4] - 14:20, 14:21, 54:9, 55:15
**FOR** [3] - 1:14, 2:1, 3:9
**force** [7] - 131:17, 131:24, 141:6, 150:23, 151:7, 151:12, 152:22, 153:3, 153:20, 154:1, 154:14, 157:13, 167:16, 167:22, 168:2, 173:7, 182:18
**foregoing** [1] - 197:6
**foreign** [2] - 58:2, 144:1
**foreseeable** [2] - 68:17, 70:15
**forever** [4] - 88:23, 90:24, 97:17, 98:22
**forget** [1] - 63:16
**form** [9] - 6:7, 28:10, 41:14, 45:2, 45:4, 45:7, 65:2, 94:6, 118:9
**formed** [1] - 28:11
**former** [1] - 133:20
**forth** [1] - 36:19
**forward** [6] - 87:2, 89:18, 91:3, 126:1, 128:12, 139:2, 178:8, 194:14
**foundation** [1] - 114:10
**four** [22] - 17:5, 58:3, 65:16, 65:18, 66:4, 68:3, 81:10, 92:18, 95:10, 96:18, 105:13, 112:9, 112:14, 118:6, 121:15, 126:20, 126:22, 126:23, 127:2, 127:7, 169:2
**frame** [1] - 153:13

franchise [1] - 162:2
franchises [1] - 164:7
frank [1] - 53:21
Frank [2] - 25:16, 60:17
frankly [1] - 55:17
free [3] - 26:15, 64:24
frequently [1] - 96:16
Friday [2] - 12:4, 30:22
friend [5] - 37:8, 37:11, 42:25, 43:5, 43:8
friend's [1] - 37:24
friends [1] - 64:13
frivolous [2] - 29:1, 46:15
frivolously [1] - 47:3
front [8] - 6:14, 9:1, 60:12, 60:13, 76:6, 77:20, 107:1, 182:5
Froste [2] - 12:12, 60:5
fulfill [1] - 168:17
full [9] - 79:22, 124:8, 163:14, 164:21, 177:23, 178:1, 181:4, 181:6, 184:10
full-time [1] - 178:1
fully [4] - 6:13, 104:17, 127:23, 129:15
function [1] - 82:10
functional [5] - 112:17, 137:19, 138:19, 175:13, 177:7
functioning [1] - 53:5
functions [2] - 147:22, 165:2
fundamental [4] - 80:2, 82:25, 189:14, 193:23
fundamentally [4] - 84:3, 87:12, 96:22, 187:24
fundamentals [1] - 81:10
funded [1] - 125:20
future [8] - 131:19, 132:2, 156:9, 158:15, 158:20, 180:6, 184:11, 184:23

**G**

Gabriel [2] - 20:16, 60:19
gain [2] - 7:25, 170:19
Gardner [1] - 25:12
Gary [1] - 25:6
gather [2] - 143:6, 156:1
Gauta [1] - 25:5
general [5] - 103:8, 105:20, 141:24, 150:23, 190:10
generally [5] - 6:15, 9:24, 48:22, 165:19, 176:8
generation [1] - 168:25
gentleman [1] - 131:24
gentlemen [10] - 7:8, 57:22, 59:19, 101:2, 115:7, 129:18, 133:8, 134:3, 177:25, 195:13
George [1] - 25:18
Gilbert [2] - 22:23, 60:16
gist [1] - 137:1
Gitlin [9] - 12:18, 21:2, 23:8, 24:7, 28:23, 45:21, 45:24, 56:10, 60:6
given [10] - 24:8, 27:19, 73:10, 75:25, 151:22, 174:14, 184:25, 185:20, 188:15, 196:17
global [3] - 117:23, 133:20, 164:17
globally [1] - 32:3
goal [19] - 142:7, 145:4, 145:10, 146:22, 147:8, 149:4, 149:12, 149:21, 150:9, 150:20, 151:14, 157:13, 157:20, 158:13, 158:16, 158:17, 166:20, 172:19, 174:1
Goddard [1] - 25:7
Goldberg [1] - 25:17
Gomez [1] - 25:2
Gomez-Madrazo [1] - 25:2
goodness [2] - 106:24, 129:1
GOODWIN [1] - 1:10
Goodwin [4] - 7:9,

76:1, 77:16, 100:16
Google [1] - 64:16
govern [1] - 76:13
Government [1] - 133:13
GP [1] - 190:18
Grade [17] - 110:4, 110:6, 111:14, 111:15, 111:16, 111:17, 113:5, 113:6, 113:14, 113:17, 113:18, 113:19, 113:20
grade [2] - 89:23, 90:3
grades [2] - 89:25, 111:23
graduate [1] - 160:7
graduated [1] - 36:22
grafts [1] - 183:4
Grand [1] - 2:5
grand [1] - 25:23
grandmother [1] - 20:24
grant [5] - 30:19, 55:5, 56:8, 56:21, 57:1
granted [1] - 31:8
great [1] - 60:13
greater [5] - 107:12, 134:10, 155:21, 156:15, 157:3
green [3] - 78:23, 79:6, 80:18
green-light [1] - 79:6
green-lighted [1] - 78:23
grew [1] - 160:4
Griffin [8] - 20:21, 23:6, 24:4, 35:12, 35:15, 56:20, 57:6, 60:6
ground [2] - 132:14, 165:7
group [8] - 8:14, 79:21, 137:19, 138:19, 164:5, 164:11, 165:11, 177:6
groups [1] - 126:10
grow [3] - 84:14, 182:17, 190:10
growing [5] - 58:17, 94:20, 181:7, 184:11, 184:21
grows [1] - 84:17, 122:9
growth [5] - 185:11, 189:22, 190:5, 190:6, 190:9

guardianships [1] - 48:24
guess [8] - 34:3, 43:15, 137:1, 137:5, 138:3, 138:19, 147:13, 147:20
guidance [1] - 196:7
guide [3] - 61:13, 123:17, 162:14
Guillermo [1] - 25:8
guns [2] - 11:13, 72:9
guy [2] - 45:5, 55:15
guys [2] - 53:22, 132:25
gynecologists [1] - 105:21
gyrate [1] - 83:13

**H**

hac [3] - 30:17, 31:4, 31:7
hacs [1] - 30:14
half [6] - 9:9, 14:11, 27:14, 33:18, 73:17, 161:16
hammered [1] - 89:20
hammock [2] - 86:15, 86:17
Hammond [5] - 7:6, 8:3, 59:19, 59:24, 61:1
HAMPTON [1] - 1:23
Hampton [1] - 18:20
hand [13] - 8:16, 83:7, 86:25, 111:3, 111:4, 111:5, 121:4, 121:9, 122:15, 122:23, 152:24, 154:21, 190:17
handing [1] - 143:25
handle [3] - 16:20, 75:19, 177:8
hands [3] - 25:24, 126:18, 128:18
hands-on [1] - 128:18
happy [1] - 158:9
hard [3] - 28:10, 56:12, 84:19
hardening [1] - 94:20
harder [2] - 74:10, 83:8
Hardy [7] - 18:17, 30:24, 30:25, 106:17, 106:19, 106:22

HARDY [2] - 2:4, 2:7
harm [2] - 68:17, 69:19
harp [1] - 113:22
harsh [1] - 77:16
Hassan [1] - 25:7
hate [1] - 28:9
hazards [1] - 124:17
head [5] - 45:7, 85:3, 161:18, 175:11, 175:12
headphones [1] - 78:5
health [32] - 15:7, 22:14, 55:23, 136:20, 137:18, 139:11, 145:6, 145:11, 145:14, 148:8, 148:13, 162:5, 162:22, 163:9, 163:16, 163:20, 163:24, 164:3, 164:10, 165:10, 165:14, 175:24, 175:25, 176:17, 176:20, 176:21, 176:22, 177:21, 178:16, 178:21, 180:17
Health [1] - 117:20
hear [48] - 7:3, 14:8, 22:8, 27:21, 28:16, 28:17, 28:19, 29:9, 42:12, 42:18, 42:19, 42:21, 42:22, 43:4, 43:9, 45:6, 48:1, 49:16, 61:25, 75:5, 76:20, 77:19, 78:5, 81:9, 82:8, 85:6, 85:15, 86:22, 89:12, 90:18, 91:10, 95:11, 96:24, 98:19, 99:18, 101:18, 103:11, 103:22, 107:6, 107:23, 107:24, 113:1, 116:9, 125:10, 128:5, 128:17, 130:25
heard [16] - 19:12, 19:13, 28:21, 39:3, 43:23, 45:9, 47:1, 65:2, 65:3, 65:4, 79:18, 83:3, 115:10, 119:4, 132:15, 168:22
hearing [2] - 28:5, 28:17, 48:1
hearings [1] - 61:23
heart [5] - 52:23, 53:11, 53:18, 74:12, 80:23
heat [5] - 14:21,

14:22, 14:24, 14:25,
54:8
  **heavily** [1] - 138:11
  **heavy** [1] - 107:10
  **held** [2] - 110:24,
153:13
  **hello** [1] - 45:25
  **help** [9] - 12:21,
66:25, 74:14, 75:18,
100:1, 106:23,
118:15, 141:23, 185:2
  **helping** [2] - 164:23,
172:23
  **hereby** [1] - 197:6
  **hernia** [16] - 37:24,
83:2, 83:3, 83:5,
83:11, 83:14, 83:15,
86:5, 86:24, 87:8,
90:19, 94:13, 105:19,
114:7, 114:13, 114:14
  **hernias** [5] - 33:18,
33:22, 84:1, 84:18,
120:5
  **Hernández** [1] -
60:17
  **hesitate** [1] - 7:15
  **HGX** [1] - 89:23
  **hi** [8] - 35:15, 38:20,
39:11, 41:12, 44:5,
45:24, 47:15, 50:5
  **High** [2] - 160:8
  **high** [14] - 13:1,
36:22, 41:4, 43:17,
44:9, 78:14, 119:6,
119:7, 119:17,
131:13, 138:7, 138:9,
165:4, 185:11
  **high-growth** [1] -
185:11
  **high-level** [1] - 165:4
  **higher** [2] - 111:23,
126:12
  **highlight** [1] - 108:25
  **highlighted** [4] -
115:10, 124:4, 124:9,
124:10
  **highlighting** [1] -
123:22
  **highly** [2] - 108:4,
128:11
  **Hildy** [3] - 17:23,
30:25, 106:17
  **HILDY** [1] - 2:6
  **Hill** [2] - 160:5,
160:24
  **hinder** [2] - 15:7,
15:8
  **hindsight** [3] -
155:20, 157:18, 175:5
  **hindsight'** [1] - 156:3

  **hindsight..** [2] -
155:17, 157:1
  **hip** [5] - 20:8, 20:12,
20:23, 21:5, 98:24
  **hire** [1] - 93:24
  **hired** [2] - 99:25,
117:9
  **history** [12] - 41:6,
41:8, 41:14, 114:6,
114:22, 114:24,
114:25, 116:5,
117:14, 117:18,
128:14, 131:7
  **hold** [9] - 83:9,
83:12, 85:14, 86:1,
109:11, 113:9,
118:15, 118:16,
136:23
  **holding** [1] - 123:8
  **holds** [1] - 109:12
  **hole** [9] - 83:9,
180:2, 180:4, 180:12,
181:10, 181:20,
183:6, 183:7, 184:19
  **holes** [3] - 179:2,
179:3, 179:5
  **Hollywood** [1] - 12:3
  **home** [7] - 23:20,
37:17, 50:7, 55:9,
63:13, 63:15, 64:3
  **honest** [3] - 34:23,
35:6, 42:12
  **Honor** [59] - 4:5,
4:11, 4:13, 5:4, 6:9,
6:23, 9:19, 10:20,
16:5, 17:4, 17:24,
30:12, 30:13, 31:3,
31:9, 32:6, 32:19,
35:9, 38:11, 41:5,
41:7, 43:19, 47:20,
48:10, 51:23, 54:13,
55:2, 55:21, 56:5,
56:9, 56:19, 56:22,
57:18, 60:24, 73:5,
75:13, 75:17, 77:24,
78:1, 100:21, 100:25,
107:8, 124:24, 130:7,
130:17, 131:5, 132:3,
133:21, 134:2,
134:23, 159:19,
159:24, 177:14,
177:16, 196:7,
196:17, 196:24, 197:2
  **HONORABLE** [1] -
1:10
  **Hood** [4] - 18:22,
31:1, 106:15, 106:25
  **HOOD** [1] - 2:1
  **hope** [3] - 65:12,
146:8, 158:19

  **hopefully** [3] - 10:4,
167:1, 172:20
  **hoping** [1] - 12:21
  **hospital** [2] - 23:12,
166:4
  **host** [1] - 117:24
  **hot** [1] - 133:12
  **hour** [5] - 14:11,
72:8, 73:17, 192:8
  **hours** [7] - 13:1,
14:18, 14:21, 15:12,
15:14, 55:24, 192:7
  **house** [1] - 65:6
  **Houston** [3] - 1:16,
1:18, 1:25
  **HTA** [2] - 163:17,
164:18
  **human** [12] - 88:17,
88:18, 90:25, 94:10,
95:6, 115:23, 116:3,
116:6, 117:6, 159:15,
179:11, 179:19
  **humans** [3] - 93:15,
93:19, 116:13
  **Hunter** [1] - 160:7
  **hurry** [1] - 59:17
  **hurt** [2] - 184:11,
184:23
  **hurtful** [1] - 71:11
  **husband** [4] - 21:3,
24:8, 28:24, 46:14
  **HUTSON** [14] - 1:17,
1:17, 17:10, 133:18,
133:24, 134:2,
134:23, 135:8,
177:16, 177:20,
196:7, 196:11,
196:17, 197:2
  **Hutson** [3] - 17:8,
18:14, 31:5
  **hysterectomy** [3] -
82:15, 114:1, 118:25

## I

  **Iakovlev** [1] - 24:25
  **idea** [22] - 53:22,
83:1, 83:3, 90:24,
169:12, 169:15,
169:18, 169:22,
169:25, 170:4, 170:7,
181:16, 184:6,
187:14, 187:25,
189:24, 191:12,
191:15, 191:19,
192:10, 192:12,
192:19
  **ideas** [2] - 29:11,
167:3

193:25
  **impossible** [2] -
15:21, 40:7
  **improve** [7] - 144:25,
145:6, 145:11,
145:13, 156:8, 169:8,
174:21
  **improving** [1] -
169:9
  **IN** [1] - 3:14
  **inability** [2] - 96:1,
112:22
  **inaccurate** [1] -
40:13
  **inadequate** [3] -
69:5, 69:11, 69:15
  **incision** [2] - 118:24,
119:1
  **incisions** [2] -
122:25, 123:13
  **inclined** [2] - 32:8,
132:9
  **include** [2] - 124:5,
194:4
  **included** [1] - 31:21
  **includes** [7] - 8:24,
64:13, 95:23, 116:22,
159:8, 159:9, 159:10
  **including** [4] - 27:18,
31:23, 64:16, 80:20
  **incontinence** [11] -
86:11, 86:23, 90:19,
114:16, 131:9,
131:13, 163:17,
164:13, 171:25,
173:17
  **inconvenience** [2] -
10:11, 82:20
  **incorporates** [1] -
122:9
  **increase** [1] - 81:4
  **increasing** [1] -
185:9
  **incredible** [1] - 98:21
  **incumbent** [2] -
181:8, 188:25
  **independent** [5] -
63:11, 63:15, 116:14,
125:21, 195:24
  **indicate** [1] - 148:24
  **indicated** [7] - 33:11,
34:17, 36:24, 37:8,
39:14, 55:3, 158:2
  **indirectly** [1] - 137:7
  **individual** [9] -
4:22, 52:9, 54:20,
55:22, 56:24, 63:1,
65:21, 66:10, 131:16,
164:6, 164:12,
164:21, 177:1, 177:5

  **identification** [2] -
183:5, 186:12
  **identified** [7] -
143:10, 180:17,
181:9, 182:2, 183:13,
185:8, 186:8
  **identifies** [2] -
131:24, 132:1
  **identify** [4] - 30:8,
110:13, 132:22, 139:1
  **identifying** [3] -
110:17, 157:16, 180:5
  **ignore** [2] - 62:19,
62:23
  **ignored** [4] - 77:7,
82:23, 84:22, 89:6
  **ILEANA** [1] - 25:1
  **Ileana** [1] - 25:1
  **image** [1] - 91:19
  **images** [1] - 91:20
  **immediate** [11] -
18:1, 18:4, 18:7,
18:10, 18:21, 20:1,
20:25, 25:19, 26:2,
52:19, 182:2
  **immediately** [2] -
71:22, 97:18
  **impact** [1] - 183:11
  **impacting** [2] -
174:15, 174:16
  **impaneled** [1] - 61:3
  **implant** [14] - 13:19,
21:3, 89:5, 95:2, 95:3,
95:4, 98:18, 99:9,
99:17, 104:5, 124:5,
139:23, 140:4
  **implantation** [3] -
67:11, 88:17, 89:2
  **implanted** [11] -
19:3, 67:19, 67:21,
67:25, 68:23, 76:24,
97:8, 97:9, 97:22,
98:6, 98:8
  **implanting** [4] -
90:23, 103:10,
103:11, 116:3
  **implants** [2] - 20:19,
47:22
  **important** [29] - 7:12,
64:23, 65:15, 75:8,
89:17, 89:18, 102:13,
102:19, 108:17,
109:5, 110:8, 114:25,
117:8, 127:21, 139:7,
140:7, 144:16,
146:17, 147:2, 151:9,
171:13, 172:22,
182:19, 185:17,
185:20, 188:15,
193:16, 193:21,

**individualized** [1] - 33:7

**individually** [3] - 66:8, 143:23, 165:8

**individuals** [1] - 18:3

**industries** [1] - 191:4

**industry** [4] - 79:18, 125:8, 171:8, 191:18

**inexact** [1] - 104:14

**infected** [2] - 33:24, 98:24

**infection** [4] - 24:5, 24:13, 34:9, 124:11

**infections** [1] - 35:24

**influence** [2] - 37:25, 42:1

**influenced** [2] - 49:17, 49:18

**inform** [1] - 64:19

**information** [31] - 8:1, 22:14, 54:9, 63:19, 63:20, 65:15, 81:9, 117:2, 117:4, 121:11, 126:11, 127:20, 139:8, 139:11, 139:14, 140:8, 140:18, 141:11, 142:12, 143:6, 146:6, 151:2, 153:10, 155:11, 156:19, 157:2, 166:4, 166:6, 171:20, 172:3, 175:19

**informed** [3] - 12:3, 140:15, 140:19

**ingrowth** [1] - 122:13

**inherent** [1] - 85:22

**injured** [4] - 67:11, 67:15, 70:10, 70:21

**injuries** [3] - 69:10, 70:12, 70:23

**injury** [13] - 19:2, 68:4, 68:7, 68:9, 68:11, 69:12, 69:13, 69:15, 70:25, 71:1, 71:3, 94:23

**innovate** [2] - 188:24, 189:1

**innovative** [1] - 173:9

**inquired** [1] - 56:7

**inquiring** [2] - 31:19, 32:2

**inquiry** [1] - 31:22

**inserted** [2] - 86:13, 152:5

**inserts** [1] - 118:15

**inside** [13] - 65:6, 76:10, 80:9, 85:20, 87:7, 92:21, 93:8,

99:23, 118:12, 121:23, 122:2, 125:6, 191:1

**install** [1] - 34:3

**installed** [5] - 24:14, 33:18, 33:22, 34:1, 53:5

**instance** [3] - 139:17, 139:18, 147:4

**instead** [3] - 123:12, 173:10, 173:13

**instruct** [1] - 75:1

**instructed** [1] - 9:8

**Instructions** [1] - 3:5

**instructions** [13] - 27:20, 29:10, 34:13, 61:13, 65:3, 66:24, 67:1, 68:12, 68:18, 68:19, 73:3, 100:7, 140:3

**instructs** [1] - 116:18

**instrument** [1] - 161:7

**insure** [1] - 30:25

**integrity** [3] - 144:7, 144:12, 146:24

**integrity'** [1] - 146:1

**intend** [1] - 5:17

**intended** [4] - 19:8, 88:23, 97:16, 124:18

**intent** [1] - 115:4

**interact** [1] - 166:18

**interaction** [1] - 166:2

**intercourse** [4] - 96:1, 98:14, 102:2

**interested** [3] - 58:9, 155:15, 169:21

**interesting** [2] - 30:9, 114:7

**interfere** [4] - 12:7, 44:22, 44:25, 45:1

**interference** [1] - 102:2

**internal** [4] - 112:20, 113:8, 121:7, 122:10

**internally** [2] - 195:4, 195:9

**international** [7] - 117:1, 117:16, 125:2, 125:3, 125:8, 136:24, 160:14

**internationally** [1] - 116:3

**Internet** [5] - 22:13, 63:13, 63:18, 64:10, 95:17

**interpret** [2] - 75:2, 158:4

**INTERPRETED** [1] -

2:10

**INTERPRETER** [1] - 86:7

**interrupt** [1] - 52:8

**Interviews** [1] - 155:7

**interviews** [1] - 155:11

**intestine** [2] - 110:14

**intestines** [2] - 24:14, 83:10

**Intoccia** [1] - 25:13

**intravaginally** [4] - 169:5, 170:1, 170:17, 173:19

**introduce** [6] - 17:1, 17:2, 74:23, 74:24, 132:10, 157:19

**introduced** [2] - 19:5, 65:18

**introduces** [2] - 74:23, 106:16

**introducing** [4] - 126:1, 128:12, 132:12, 146:18

**introductions** [1] - 106:13

**invasion** [2] - 188:9, 188:11

**invasive** [2] - 117:22, 123:12

**invented** [1] - 117:25

**inventor** [1] - 171:7

**investigation** [2] - 71:23, 96:10

**investigational** [1] - 94:4

**investigator** [1] - 93:23

**investigator-sponsored** [1] - 93:23

**investigators** [1] - 125:21

**investment** [5] - 189:9, 189:16, 189:25, 193:18, 194:12

**Investment** [2] - 78:22, 78:23

**involved** [17] - 25:25, 26:13, 26:16, 34:11, 39:21, 50:8, 50:13, 51:15, 53:7, 131:17, 175:4, 175:6, 175:10, 175:21, 175:24, 176:10, 192:4

**involvement** [2] - 50:9, 151:25

**involves** [4] - 19:1, 36:4, 37:21, 53:16

**involving** [3] - 19:14, 39:15, 46:9

**iPhone** [1] - 64:14

**irrelevant** [1] - 158:22

**irritation** [1] - 124:5

**IS0** [1] - 125:2

**Israel** [5] - 14:16, 23:3, 27:23, 55:16, 60:4

**issue** [8] - 5:21, 30:23, 32:6, 89:8, 89:17, 130:18, 142:22, 174:15

**issues** [12] - 5:7, 5:12, 5:17, 6:3, 61:16, 61:24, 101:21, 108:3, 108:10, 142:9, 172:15, 172:17

**it'll** [2] - 45:7, 95:15

**itself** [5] - 5:21, 53:6, 65:23, 91:4, 151:16


# J

**J&J** [12] - 135:19, 135:23, 136:3, 141:10, 141:12, 148:25, 161:11, 161:17, 168:21, 179:8, 185:22, 186:23

**James** [1] - 25:6

**Jamie** [3] - 25:2, 106:25, 107:2

**Janet** [2] - 21:4, 60:7

**Janice** [3] - 25:6, 171:22, 172:6

**Janice's** [1] - 172:4

**January** [13] - 88:9, 89:21, 92:20, 93:20, 93:22, 96:7, 136:13, 136:17, 136:20, 137:11, 152:18, 161:20, 167:17

**Janyer** [1] - 25:9

**Jim** [2] - 17:11, 31:4

**JIM** [1] - 1:14

**Jimmy** [1] - 25:3

**job** [7] - 16:13, 108:13, 108:15, 151:6, 153:23, 161:23, 178:8

**jobs** [1] - 136:1

**Joe** [1] - 17:13

**John** [1] - 25:11

**JOHNSON** [1] - 1:20

**Johnson** [24] - 18:12, 19:19, 22:21, 38:8, 38:16, 38:17,

38:22, 60:15, 78:17, 161:5, 161:9, 179:20, 179:25, 180:18, 182:1, 191:19

**joined** [1] - 152:7

**Jorge** [1] - 25:3

**JOSEPH** [2] - 1:10, 1:19

**Joseph** [2] - 7:9, 25:5

**JOSEPHSON** [1] - 1:24

**Josephson** [1] - 18:20

**journey** [1] - 79:9

**Jr** [2] - 25:18, 31:4

**JR** [1] - 1:14

**Juan** [3] - 21:24, 23:9, 60:6

**Juana** [3] - 17:6, 24:23, 78:2

**Judge** [12] - 6:2, 6:4, 7:8, 24:3, 31:18, 51:8, 57:5, 61:24, 72:22, 76:1, 77:16, 100:15

**JUDGE** [1] - 1:11

**judge** [9] - 26:4, 26:21, 50:16, 59:7, 64:7, 76:7, 81:5, 100:4, 100:12

**judges** [4] - 58:12, 58:14, 62:1

**judging** [1] - 62:24

**judgment** [4] - 27:17, 28:16, 34:16, 34:25

**judicial** [2] - 62:10, 62:12

**June** [1] - 99:10

**junk** [1] - 42:24

**juries** [1] - 73:20

**jurisdiction** [1] - 58:18

**JUROR** [187] - 9:19, 10:1, 10:13, 10:20, 10:22, 11:6, 11:8, 11:16, 11:21, 12:1, 12:9, 12:12, 12:17, 12:24, 13:4, 13:7, 13:10, 13:18, 13:21, 14:2, 14:16, 14:20, 14:23, 15:6, 15:16, 16:1, 16:4, 16:8, 16:12, 16:16, 16:19, 19:17, 19:19, 19:21, 19:24, 20:6, 20:8, 20:10, 20:12, 20:16, 20:18, 20:21, 20:23, 21:2, 21:4, 21:11, 21:15, 21:18, 21:21, 21:24, 22:3, 22:5,

22:7, 22:9, 22:16, 22:19, 22:21, 22:22, 22:23, 22:24, 22:25, 23:1, 23:2, 23:3, 23:4, 23:5, 23:6, 23:7, 23:8, 23:9, 23:10, 23:14, 23:17, 23:19, 23:23, 24:4, 24:7, 24:12, 26:8, 26:11, 26:14, 26:21, 26:23, 26:25, 27:4, 27:23, 27:25, 28:2, 28:4, 28:9, 28:15, 28:20, 28:23, 29:14, 33:10, 33:15, 33:21, 34:1, 34:5, 34:15, 34:20, 34:22, 35:2, 35:5, 35:9, 35:19, 35:22, 36:6, 36:8, 36:10, 36:17, 36:22, 37:1, 37:5, 37:7, 37:10, 37:13, 37:16, 37:23, 38:3, 38:5, 38:21, 38:25, 39:2, 39:5, 39:17, 39:23, 40:1, 40:3, 40:9, 40:18, 40:21, 40:24, 41:16, 41:19, 41:22, 41:24, 42:3, 42:11, 42:14, 42:18, 43:3, 43:9, 44:9, 44:12, 44:17, 44:20, 44:24, 45:4, 45:12, 45:15, 45:18, 45:25, 46:2, 46:5, 46:8, 46:11, 46:13, 46:22, 46:24, 47:8, 47:20, 48:9, 48:12, 48:21, 48:24, 49:1, 49:9, 49:12, 49:21, 49:23, 50:11, 50:17, 50:19, 50:23, 51:1, 51:14, 51:17, 51:19, 52:21, 52:23, 53:1, 53:4, 53:9, 53:13, 53:21, 54:2

juror [16] - 7:24, 11:2, 18:24, 25:22, 29:8, 30:8, 33:2, 41:5, 41:7, 43:20, 53:24, 54:7, 54:25, 56:10, 60:19, 64:21

Juror [31] - 33:4, 35:10, 35:13, 36:11, 36:14, 38:6, 38:18, 39:6, 39:9, 40:25, 41:10, 43:13, 44:3, 45:19, 45:22, 47:10, 47:13, 48:13, 48:16, 49:2, 49:5, 49:25, 50:3, 51:3, 51:10, 51:20, 52:16, 54:5,

60:14, 60:15, 60:16
juror's [2] - 8:9, 64:20
jurors [27] - 7:7, 7:12, 7:22, 8:7, 8:10, 9:1, 9:17, 14:7, 31:22, 32:24, 36:25, 57:14, 57:25, 58:22, 59:10, 59:12, 59:13, 59:20, 59:24, 61:2, 61:4, 63:9, 63:12, 63:23, 63:25, 71:5, 75:8
jury [76] - 4:8, 4:21, 5:2, 5:8, 6:19, 6:22, 6:24, 7:3, 7:14, 7:16, 8:4, 8:5, 8:8, 8:9, 8:18, 10:11, 10:18, 12:7, 13:15, 15:3, 15:22, 16:21, 25:23, 26:19, 28:6, 29:7, 29:19, 29:22, 30:1, 30:3, 31:20, 40:7, 40:17, 46:4, 46:10, 46:21, 51:25, 56:1, 57:3, 57:10, 57:15, 57:22, 58:3, 59:5, 60:11, 60:23, 61:3, 61:5, 61:8, 61:19, 64:4, 72:9, 72:11, 73:1, 74:4, 74:5, 77:23, 83:3, 101:2, 130:2, 133:4, 133:5, 133:8, 134:3, 134:24, 148:11, 160:1, 160:21, 162:3, 163:10, 165:20, 173:2, 177:25, 196:3
Jury [2] - 3:4, 3:5
JURY [5] - 1:10, 75:24, 77:22, 133:10, 135:2
jury's [1] - 6:21
justice [1] - 7:12
Justin [5] - 20:21, 23:6, 24:4, 57:6, 60:5

## K

Kansas [2] - 2:5, 106:20
Karen [1] - 25:14
Kathleen [1] - 25:15
Katie [1] - 160:6
KEENAN [2] - 2:3, 17:20
Keenan [1] - 17:19, 30:24, 106:19
keep [6] - 53:18, 65:1, 72:11, 82:16, 107:18, 112:7

keeps [2] - 39:19, 54:8
Kegel [1] - 118:11
Kegels [1] - 126:24
key [6] - 52:12, 87:4, 153:15, 153:20, 166:14, 192:22
kick [1] - 173:7
kickoff [1] - 168:2
kid [2] - 46:17, 85:18
Kidd [1] - 18:15
KIDD [1] - 1:15
kidney [1] - 162:10
kids [1] - 14:3
Kiley [1] - 24:25
kind [26] - 5:12, 26:15, 37:15, 39:16, 39:19, 39:22, 40:10, 40:13, 42:20, 43:6, 45:4, 50:8, 50:13, 52:10, 52:12, 53:24, 64:5, 72:20, 90:21, 95:17, 145:4, 172:3, 175:5, 178:1, 183:22, 191:24
kinds [2] - 50:12, 65:5
kit [35] - 78:25, 79:4, 79:7, 79:16, 80:15, 93:10, 95:14, 110:18, 125:12, 183:20, 183:23, 184:4, 184:8, 186:17, 186:23, 187:3, 187:7, 187:12, 187:15, 187:23, 188:8, 188:17, 189:10, 189:21, 190:1, 190:7, 190:10, 191:1, 191:15, 191:20, 192:6, 193:20, 194:4, 194:9, 195:11
Kit [1] - 19:3
kits [12] - 118:4, 125:13, 180:19, 183:18, 186:20, 187:1, 188:12, 191:9, 191:12, 193:3, 193:4, 194:18
knock [3] - 72:13, 85:3, 87:13
knockoff [11] - 79:15, 79:24, 80:5, 92:3, 187:7, 187:10, 188:1, 188:17, 189:11, 192:22
knot [2] - 85:11, 85:12
knowing [1] - 191:24
knowledge [8] -

18:5, 18:8, 40:4, 52:11, 54:24, 103:12, 114:23, 120:22
known [12] - 7:20, 42:3, 70:15, 88:11, 94:20, 104:15, 105:12, 120:24, 127:23, 128:11, 128:15, 194:16
KOL [2] - 172:8, 172:9
Konstantin [1] - 25:3
Kurt [1] - 25:13

## L

lab [1] - 164:24
label [2] - 88:2, 95:18
labs [3] - 142:4, 164:25, 167:11
lack [2] - 69:6, 69:9
ladies [10] - 7:8, 57:22, 59:19, 101:2, 115:7, 129:18, 133:8, 134:3, 177:25, 195:13
lady [1] - 40:11
Lago [2] - 22:25, 60:3
lands [1] - 58:2
language [12] - 88:10, 88:13, 88:14, 89:5, 89:19, 115:10, 115:11, 115:15, 115:17, 115:19, 116:24, 187:8
languages [1] - 75:5
large [4] - 78:10, 101:6, 110:14, 118:3
largest [1] - 125:23
laser [1] - 162:16
last [17] - 9:9, 12:3, 12:4, 15:24, 16:2, 16:17, 28:19, 30:14, 33:19, 33:22, 56:23, 65:7, 99:9, 120:2, 137:2, 137:6, 184:9
late [3] - 30:22, 130:20, 135:19
Latham [1] - 60:22
laugh [1] - 83:1
launch [7] - 73:8, 81:4, 155:21, 156:14, 156:20, 157:2, 159:6
LAW [2] - 2:1, 32:22
Law [2] - 31:1, 106:15
law [20] - 4:6, 12:8, 18:11, 27:20, 29:11, 38:2, 39:15, 53:20,

58:16, 59:6, 62:3, 62:5, 65:3, 66:25, 75:1, 76:3, 92:24, 124:20, 124:24
laws [3] - 58:11, 58:14, 58:15
lawsuit [9] - 29:4, 46:3, 46:5, 46:6, 46:7, 46:9, 50:8, 63:2, 101:7
lawsuits [2] - 19:14, 51:15
lawyer [5] - 4:19, 4:22, 10:16, 56:3, 175:17
Lawyer [1] - 18:22
lawyering [1] - 62:23
lawyers [18] - 9:3, 9:8, 16:25, 18:6, 18:13, 29:24, 30:18, 34:18, 53:25, 57:23, 58:6, 59:17, 61:21, 62:9, 74:17, 89:19, 134:4, 173:24
lay [1] - 82:2
layer [1] - 83:8
lays [1] - 182:9
LE [1] - 1:20
Le [1] - 18:12
lead [3] - 80:8, 95:1, 137:24
leader [1] - 194:8
leaders [3] - 166:15, 166:16
leading [1] - 44:15
leads [4] - 80:14, 90:15, 98:10, 192:15
lean [1] - 4:16
learn [4] - 87:6, 156:7, 158:14, 158:19
learned [4] - 34:14, 103:15, 132:13, 157:16
least [7] - 40:21, 89:2, 95:3, 148:23, 155:3, 157:15, 194:16
leave [6] - 57:14, 72:7, 85:20, 91:14, 112:1, 195:18
leaves [1] - 85:12
LeBlanc [1] - 25:14
led [6] - 86:5, 131:14, 137:24
Lee [1] - 25:14
Leebron [1] - 18:20
LEEBRON [1] - 1:23
left [8] - 5:12, 85:17, 88:23, 97:16, 111:4, 121:4, 121:24, 122:23
left-hand [3] - 111:4,

16

121:4, 122:23
**legal** [12] - 7:25,
26:3, 26:6, 50:10,
68:4, 68:6, 69:10,
69:11, 70:11, 70:23,
70:24
**legs** [1] - 192:15
**length** [3] - 9:17,
73:18, 91:25
**less** [9] - 85:10,
85:12, 92:5, 117:22,
123:12, 180:24,
181:1, 192:4, 192:8
**less-invasive** [1] -
117:22
**lesser** [2] - 45:16,
134:11
**lessons** [5] - 131:17,
131:19, 132:12,
156:7, 157:16
**Level** [4] - 169:10,
169:12, 170:2, 173:22
**level** [2] - 78:14,
165:4
**liability** [5] - 61:17,
67:5, 68:15, 69:2
**life** [9] - 64:23, 82:21,
96:21, 101:5, 101:10,
101:23, 107:20,
128:2, 128:25
**life-altering** [1] -
101:5
**life-threatening** [1] -
82:21
**lift** [2] - 13:18, 13:21
**ligament** [5] - 123:7,
170:2, 170:3, 170:14,
170:20
**ligaments** [8] -
109:8, 109:10,
109:13, 110:23,
121:23, 122:11,
123:15, 123:17
**light** [3] - 79:6,
80:18, 81:14
**lighted** [1] - 78:23
**likely** [1] - 66:23
**likewise** [2] - 147:6,
157:10
**limine** [6] - 5:14,
5:15, 6:6, 130:9,
130:14, 130:19
**limited** [5] - 58:17,
65:13, 65:14, 182:14,
182:15
**Linda** [1] - 24:24
**line** [13] - 79:23,
163:6, 178:5, 178:21,
181:4, 181:6, 181:10,
181:21, 182:3, 183:6,

183:14, 184:10, 185:6
**lining** [1] - 33:23
**LinkedIn** [1] - 64:16
**LISA** [2] - 2:12,
197:11
**Lisa** [1] - 8:22
**list** [13] - 8:13, 24:16,
24:20, 41:14, 51:25,
54:18, 95:20, 95:21,
95:23, 96:4, 96:5,
119:20, 174:12
**listed** [1] - 100:7
**listen** [17] - 19:1,
24:15, 34:11, 36:4,
40:7, 42:9, 44:22,
47:17, 48:6, 49:15,
49:20, 53:25, 55:18,
61:7, 71:11, 71:19,
195:22
**listening** [6] - 37:25,
42:1, 43:21, 53:19,
56:24, 72:4
**literally** [1] - 86:24
**literature** [4] - 94:12,
94:16, 124:16, 125:11
**litigation** [2] - 50:12,
55:10
**litigations** [1] - 50:13
**lives** [1] - 174:21
**LLC** [2] - 2:1
**LLP** [2] - 1:15, 1:24
**local** [3] - 71:11,
124:5
**located** [2] - 78:9,
110:14
**location** [2] - 124:8,
164:25
**locked** [1] - 13:11
**logistical** [1] -
164:24
**longest** [1] - 125:23
**look** [19] - 9:25,
18:23, 77:5, 83:19,
83:21, 116:18,
122:23, 126:1,
128:12, 131:17,
137:22, 143:21,
153:2, 153:6, 154:22,
156:12, 158:24,
172:6, 186:15
**looked** [4] - 65:7,
115:21, 194:3, 194:8
**looking** [11] - 83:17,
88:6, 113:7, 137:20,
156:3, 156:11,
156:19, 159:8,
168:19, 173:15, 175:4
**looks** [14] - 52:2,
86:12, 95:15, 121:13,
122:1, 122:2, 135:22,

148:3, 153:19,
156:11, 156:18,
157:15, 162:1
**lose** [2] - 78:20,
80:21
**loses** [1] - 82:15
**losing** [4] - 10:6,
79:21, 79:22, 183:17
**lost** [3] - 46:17, 52:1,
52:2
**loud** [1] - 150:16
**Louisiana** [1] - 1:18
**Love** [1] - 18:14
**LOVE** [1] - 1:17
**loved** [1] - 23:11
**Lozano** [2] - 22:23,
60:16
**Luis** [1] - 25:8
**lunch** [13] - 14:11,
15:13, 61:11, 72:8,
73:6, 73:7, 73:8, 73:9,
73:15, 73:17, 73:19,
73:23, 74:9
**luncheon** [1] - 74:2

# M

**ma'am** [5] - 10:12,
12:11, 13:16, 14:1,
15:25
**machine** [1] - 4:18
**Madrazo** [1] - 25:2
**magnanimous** [1] -
54:11
**mail** [1] - 64:14
**maintain** [1] - 146:24
**major** [2] - 10:11,
41:21
**majored** [1] - 160:24
**majority** [2] - 137:17,
141:25
**maker** [1] - 87:23
**male** [1] - 37:23
**malfunction** [1] -
23:17
**malfunctioned** [2] -
35:23, 47:23
**malfunctions** [2] -
48:4, 55:19
**malpractice** [8] -
28:25, 29:2, 40:12,
40:15, 46:19, 47:1,
47:4, 47:7
**man** [2] - 53:13,
161:6
**manage** [2] - 52:23,
164:6
**management** [18] -
8:9, 49:10, 137:12,

137:15, 137:16,
137:17, 137:20,
138:4, 138:6, 138:20,
138:25, 142:14,
142:18, 143:13,
162:9, 165:4, 176:3,
180:14
**manager** [13] -
107:4, 136:6, 161:14,
161:16, 161:22,
164:8, 164:12, 175:9,
177:6, 177:21,
178:25, 180:11,
185:25
**managers** [12] -
107:4, 153:16,
153:20, 154:14,
164:5, 164:6, 164:7,
164:12, 165:12,
177:5, 189:17
**managers'** [1] -
182:25
**Mania** [3] - 17:6,
24:23, 78:2
**manufacture** [1] -
67:20
**manufactured** [3] -
67:18, 78:16, 79:16
**manufacturer** [4] -
115:13, 116:18,
124:21, 124:25
**manufacturing** [2] -
21:9, 80:4
**Marcial** [5] - 23:7,
28:15, 41:9, 57:6,
60:6
**MARCILLO** [1] - 2:10
**Margarita** [3] - 17:5,
24:23, 78:3
**margin** [5] - 190:17,
191:3, 191:5, 191:6,
191:7
**margins** [4] - 190:14,
190:17, 190:23, 191:4
**Margolis** [1] - 25:11
**Maria** [2] - 12:12,
60:5
**MARIA** [1] - 2:10
**Marie** [1] - 106:23
**Mario** [4] - 16:8,
21:18, 23:4, 60:4
**mark** [1] - 150:4
**marked** [7] - 43:16,
143:25, 147:12,
152:24, 154:21,
167:13, 186:11
**market** [84] - 78:15,
78:19, 78:20, 79:4,
79:22, 80:11, 84:22,
87:2, 91:7, 91:8,

91:23, 92:19, 93:3,
93:21, 93:24, 95:3,
95:4, 96:9, 106:3,
106:10, 106:11,
114:21, 117:2, 117:3,
118:4, 122:18,
122:19, 123:11,
125:5, 125:13,
125:15, 125:16,
131:8, 131:14, 136:6,
136:24, 142:5, 143:7,
147:7, 149:17,
149:19, 149:21,
150:12, 150:14,
151:17, 152:8,
157:19, 157:21,
158:3, 158:8, 158:9,
160:14, 161:22,
166:3, 168:5, 168:13,
168:19, 168:21,
168:23, 169:1, 169:9,
170:8, 170:21,
170:24, 172:11,
172:25, 174:19,
176:6, 180:1, 181:7,
184:11, 184:21,
185:19, 186:2,
188:13, 188:15,
189:22, 190:3, 190:5,
191:18, 193:16,
193:19, 194:24
**marketed** [2] -
130:20, 168:16
**marketers** [1] -
125:14
**marketing** [72] -
79:3, 93:22, 133:20,
136:15, 136:17,
136:20, 137:3, 137:7,
141:15, 141:25,
146:10, 146:13,
147:22, 148:8, 149:8,
149:9, 151:6, 162:2,
162:5, 162:7, 163:8,
163:13, 163:14,
164:3, 164:4, 164:11,
164:16, 164:19,
164:20, 165:7, 165:9,
165:18, 165:19,
165:21, 165:23,
165:25, 166:5,
166:10, 167:24,
168:4, 171:24, 175:9,
175:12, 176:2, 177:4,
177:8, 177:21, 178:2,
178:13, 178:14,
178:25, 179:17,
180:11, 180:19,
181:3, 181:4, 181:9,
181:17, 182:2,
184:22, 185:8,

185:17, 185:25,
186:4, 188:7, 188:14,
192:10, 193:24,
193:25, 194:2
  **marketplace** [36] -
69:19, 79:20, 93:4,
93:12, 159:9, 166:1,
166:14, 166:20,
167:23, 170:15,
172:14, 178:16,
178:21, 179:8,
179:21, 179:24,
180:17, 181:24,
183:17, 184:16,
185:9, 185:11,
185:16, 185:21,
185:23, 186:5,
186:20, 186:23,
187:1, 188:10,
188:23, 189:3,
189:25, 190:3,
191:11, 193:3
  **Marlboro** [1] - 78:11
  **Marlex** [8] - 88:15,
89:1, 89:10, 89:13,
89:23, 90:23, 91:3
  **married** [2] - 46:25,
47:1
  **Martin** [4] - 13:10,
22:7, 23:10, 60:7
  **Massachusetts** [5] -
78:9, 78:10, 78:11,
79:2, 89:20
  **material** [25] - 80:21,
88:6, 88:9, 88:16,
89:1, 89:11, 95:5,
95:7, 115:3, 115:11,
115:19, 115:20,
116:1, 116:10,
116:12, 116:19,
116:23, 116:24,
130:12, 130:22,
170:10, 180:24,
184:20, 184:23,
194:18
  **materials** [5] - 63:18,
146:13, 164:25,
184:10, 192:3
  **math** [1] - 52:1
  **Matt** [2] - 17:19,
106:19
  **matter** [3] - 27:12,
61:15, 197:8
  **matters** [3] - 9:11,
12:5, 62:9
  **Matthew** [2] - 25:4,
30:24
  **MATTHEW** [1] - 2:3
  **Matusovsky** [1] -
25:14

  **Maya** [1] - 25:14
  **Mays** [1] - 25:3
  **McCaslin** [1] - 25:17
  **MDL** [1] - 30:17
  **MDS** [2] - 115:20,
116:18
  **MDs** [1] - 155:23
  **mean** [26] - 13:16,
20:3, 28:3, 52:7, 54:3,
64:7, 69:8, 85:18,
104:6, 104:8, 104:9,
108:10, 108:11,
138:5, 141:24,
145:10, 167:5, 177:1,
177:4, 179:6, 185:5,
185:22, 189:7,
193:11, 193:22
  **meaning** [4] - 75:11,
139:3, 154:14, 169:10
  **means** [21] - 5:20,
43:10, 63:10, 66:20,
68:14, 69:21, 71:10,
93:1, 98:22, 113:4,
117:22, 119:7,
129:11, 144:14,
154:6, 156:3, 162:3,
163:10, 168:12,
193:12, 193:13
  **measures** [2] -
118:10, 118:19
  **media** [1] - 59:3,
64:18, 195:25
  **medical** [62] - 20:2,
20:3, 21:13, 22:13,
23:12, 36:3, 36:5,
37:13, 42:2, 46:10,
46:25, 47:18, 52:20,
55:25, 76:21, 76:24,
79:19, 80:9, 88:5,
88:16, 89:16, 90:6,
101:5, 101:10,
101:11, 101:21,
102:4, 102:16, 104:5,
105:22, 105:23,
106:12, 108:4, 109:3,
110:8, 110:10, 113:1,
113:3, 113:13,
115:24, 116:6, 116:8,
117:22, 117:23,
117:24, 120:5,
120:25, 124:16,
124:19, 124:21,
124:25, 125:5,
125:11, 127:17,
127:18, 128:24,
130:12, 161:3,
172:11, 172:24, 178:2
  **Medical** [1] - 79:17
  **medication** [5] -
16:20, 45:1, 103:4,

104:5, 118:8
  **medications** [4] -
43:24, 44:19, 44:21,
44:25
  **medicine** [7] - 46:10,
81:13, 102:6, 102:7,
104:10, 104:13,
128:12
  **meet** [4] - 138:7,
138:9, 138:10, 189:2
  **meet-to** [1] - 189:2
  **Meeting** [1] - 2:2
  **meeting** [16] - 9:20,
79:1, 79:8, 79:10,
80:6, 80:14, 147:18,
147:19, 147:25,
148:6, 151:3, 153:10,
173:5, 173:6, 175:6,
193:10
  **meetings** [4] -
164:22, 164:23,
167:17
  **Meghan** [2] - 5:6,
32:20
  **Melchor** [1] - 25:9
  **Melisa** [2] - 21:21,
60:4
  **member** [5] - 15:22,
18:7, 18:24, 25:23,
52:19
  **members** [8] - 18:1,
18:4, 18:10, 18:21,
20:1, 25:19, 26:2,
61:8
  **memo** [4] - 79:8,
174:23, 174:25, 175:2
  **men** [3] - 44:15,
81:23, 117:21
  **men's** [1] - 81:11
  **Mendez** [1] - 25:8
  **menopause** [3] -
82:10, 109:14, 114:2
  **mention** [4] - 5:19,
40:9, 58:2, 189:16
  **mentioned** [17] -
24:8, 39:18, 44:18,
45:2, 50:7, 64:18,
107:8, 122:14,
126:19, 128:4, 134:4,
169:1, 172:21,
173:10, 177:4, 184:9,
185:1
  **merits** [3] - 63:7,
66:9, 66:10
  **Mesh** [1] - 182:7
  **mesh** [202] - 19:2,
19:6, 19:14, 24:13,
33:18, 33:22, 34:11,
34:19, 37:9, 37:12,
37:14, 37:17, 37:18,

37:22, 37:25, 38:1,
39:15, 39:22, 40:5,
52:11, 52:20, 53:8,
53:17, 80:25, 83:2,
83:4, 83:5, 83:11,
83:14, 83:15, 83:25,
84:4, 84:5, 84:14,
85:10, 86:2, 86:5,
86:18, 86:19, 86:20,
86:24, 87:8, 87:10,
87:11, 88:22, 90:16,
90:17, 90:18, 90:19,
90:20, 90:21, 90:22,
91:4, 91:5, 91:22,
92:1, 92:14, 92:17,
92:19, 93:10, 93:12,
93:13, 93:14, 93:15,
94:12, 94:13, 94:25,
95:7, 96:6, 96:10,
96:13, 96:14, 97:5,
97:25, 98:1, 99:12,
99:13, 100:18,
103:11, 103:12,
103:19, 104:19,
105:13, 105:17,
105:22, 105:24,
106:1, 106:2, 106:4,
106:5, 106:8, 106:10,
106:12, 114:7, 114:8,
114:10, 114:13,
114:14, 114:16,
114:20, 114:23,
114:24, 115:1, 115:6,
115:14, 117:18,
117:25, 118:1, 118:3,
119:2, 120:3, 120:21,
121:4, 121:15,
121:17, 121:20,
122:3, 122:4, 122:9,
122:17, 122:18,
122:21, 122:22,
123:1, 123:8, 123:17,
124:12, 125:12,
125:13, 125:17,
125:18, 128:15,
128:19, 129:4, 129:6,
139:12, 142:17,
148:12, 152:13,
169:10, 170:10,
170:12, 170:13,
170:19, 171:1,
176:24, 178:10,
179:10, 179:12,
179:21, 180:20,
180:23, 181:1,
181:12, 181:17,
182:3, 182:9, 182:15,
182:19, 183:19,
183:22, 184:1, 184:2,
184:6, 184:7, 185:8,
185:18, 185:23,

186:2, 186:5, 187:15,
192:10, 192:11,
194:4, 194:5, 194:8,
194:9, 194:14,
194:18, 194:19,
194:25
  **meshes** [2] - 179:9,
179:25
  **message** [4] -
151:18, 151:20,
151:21, 191:18
  **messaging** [1] -
64:15
  **messed** [1] - 65:12
  **metal** [3] - 98:25,
99:2
  **method** [1] - 4:25
  **Meyer** [7] - 12:17,
21:2, 23:8, 24:7,
28:23, 56:9, 60:6
  **MIAMI** [1] - 1:2
  **Miami** [10] - 1:4, 2:8,
2:13, 2:14, 12:25,
37:4, 41:19, 106:18,
197:12, 197:13
  **Miami-Dade** [1] -
12:25
  **Michelle** [1] - 25:16
  **microphone** [2] -
75:22, 86:8
  **microphones** [1] -
31:12
  **Microvasive** [2] -
155:21, 156:14
  **microwave** [1] -
162:17
  **mid** [3] - 86:20,
87:25, 195:5
  **mid-2003** [1] - 178:3
  **mid-urethra** [1] -
86:20
  **mid-urethral** [2] -
87:25, 195:5
  **middle** [3] - 121:16,
122:3, 126:20
  **midnight** [2] - 15:23,
16:17
  **midway** [1] - 149:3
  **might** [17] - 4:25,
11:14, 24:19, 45:1,
46:20, 58:2, 72:23,
80:21, 82:7, 109:3,
188:3, 190:6, 190:7,
190:9
  **migration** [1] - 124:7
  **mild** [1] - 118:9
  **Miller** [5] - 25:15,
169:17, 170:4, 170:6,
171:3
  **millimeter** [1] - 85:10

**mind** [8] - 27:21, 36:3, 48:7, 65:1, 71:24, 107:19, 193:17, 193:20
**minimize** [1] - 95:4
**minor** [1] - 160:25
**minute** [5] - 27:8, 77:25, 103:25, 121:7, 189:8
**minutes** [11] - 5:10, 5:13, 6:8, 14:8, 14:9, 73:25, 79:8, 129:25, 133:24, 159:24, 177:17
**Miragliuolo** [1] - 25:12
**Missouri** [1] - 2:5
**mistake** [1] - 120:17
**mistakes** [1] - 158:19
**moderate** [1] - 28:12
**modern** [1] - 104:10
**modest** [1] - 189:22
**Molly** [3] - 17:17, 31:1, 106:14
**MOLLY** [1] - 2:1
**moment** [2] - 30:6, 41:17
**moments** [1] - 114:1
**money** [2] - 10:6, 40:15
**monitor** [1] - 77:20
**monitors** [1] - 77:23
**month** [2] - 9:21, 13:11
**months** [2] - 10:2, 154:13
**Moreno** [1] - 72:22
**morning** [25] - 8:7, 10:20, 10:21, 12:17, 14:11, 16:6, 16:9, 16:10, 17:10, 17:14, 17:15, 17:18, 17:20, 17:22, 17:25, 21:25, 24:2, 44:7, 177:22, 195:15, 195:18, 196:2, 196:24, 197:1
**most** [11] - 7:12, 20:15, 40:14, 46:14, 73:20, 85:4, 91:22, 92:21, 137:5, 140:18, 183:3
**mother** [4] - 20:19, 21:4, 39:14, 39:15
**mother-in-law** [1] - 39:15
**motion** [8] - 55:5, 56:8, 56:17, 56:21, 57:1, 130:11, 130:13, 130:19

**motions** [9] - 5:14, 5:15, 30:17, 30:19, 30:22, 31:2, 31:3, 31:7, 130:9
**motivated** [1] - 151:7
**mouthful** [1] - 118:23
**move** [5] - 54:13, 60:8, 76:12, 147:10, 196:8
**moved** [6] - 136:3, 136:15, 152:9, 161:16, 162:1, 165:16
**movement** [1] - 112:22
**movements** [2] - 54:12, 112:21
**Moya** [2] - 25:9, 25:10
**MR** [59] - 4:5, 4:10, 5:4, 5:14, 5:22, 6:3, 6:9, 6:11, 17:4, 17:12, 17:14, 17:20, 17:22, 30:11, 30:20, 30:22, 31:3, 31:9, 31:13, 31:18, 32:6, 32:11, 38:10, 51:23, 52:7, 54:14, 54:16, 54:18, 54:20, 54:23, 55:8, 55:15, 56:5, 56:9, 60:16, 60:24, 73:5, 73:8, 73:12, 75:13, 75:16, 75:19, 75:21, 75:25, 77:23, 78:1, 86:9, 100:25, 130:7, 130:17, 131:1, 132:3, 132:21, 133:3, 159:19, 159:24, 167:12, 177:14, 196:24
**MS** [39] - 4:13, 6:23, 17:10, 17:15, 17:18, 17:24, 32:19, 38:11, 38:15, 41:5, 43:19, 43:25, 44:2, 55:2, 55:21, 56:19, 56:22, 57:2, 57:7, 57:9, 57:18, 57:20, 60:25, 73:4, 73:7, 100:21, 100:24, 101:2, 133:18, 133:24, 134:2, 134:23, 135:8, 177:16, 177:20, 196:7, 196:11, 196:17, 197:2
**MSDS** [4] - 115:17, 116:18, 116:22, 130:10
**multiple** [6] - 11:1, 33:21, 112:8, 118:17,

127:25, 183:4
**muscle** [2] - 83:7, 118:12
**muscles** [8] - 109:8, 109:10, 109:13, 110:23, 118:13, 118:16, 119:13, 122:11
**must** [31] - 9:7, 29:5, 62:2, 62:4, 62:5, 63:9, 65:1, 65:20, 65:25, 66:5, 66:9, 66:13, 66:21, 67:2, 67:15, 67:23, 68:3, 69:2, 70:7, 70:17, 75:6, 75:10, 101:20, 101:22, 107:11, 108:14, 113:6, 118:7, 125:4, 146:5, 146:13
**Myspace** [1] - 64:16

## N

**nail** [1] - 99:1
**name** [30] - 8:9, 8:17, 8:21, 9:18, 10:13, 10:22, 11:25, 12:1, 12:24, 14:2, 19:16, 20:5, 22:17, 30:18, 35:25, 37:5, 53:9, 54:8, 54:15, 59:21, 88:15, 106:14, 125:23, 153:7, 153:9, 160:3, 161:6, 167:18, 177:23, 187:3
**named** [2] - 18:3, 37:3
**names** [12] - 6:22, 7:7, 8:18, 8:19, 8:20, 24:16, 24:20, 25:21, 57:25, 59:20, 59:24, 77:19
**nasty** [1] - 45:14
**Natalie** [3] - 16:1, 23:2, 60:18
**Natick** [1] - 78:10
**national** [12] - 9:20, 31:10, 71:13, 71:16, 147:18, 147:19, 147:24, 151:2, 164:22, 167:17, 173:5, 173:6
**native** [8] - 78:3, 85:22, 86:2, 119:4, 119:10, 119:12, 119:18, 167:13
**natural** [5] - 68:7, 69:12, 70:25, 82:12, 105:24
**nature** [4] - 13:17,

23:16, 32:2, 185:20
**near** [1] - 187:22
**necessarily** [3] - 76:1, 82:22, 193:21
**need** [42] - 4:21, 5:7, 7:14, 12:4, 15:1, 23:15, 39:4, 59:10, 72:6, 72:13, 72:15, 75:18, 79:6, 79:12, 89:2, 94:5, 102:8, 108:11, 131:20, 138:1, 138:2, 142:9, 142:23, 166:9, 166:24, 167:6, 168:6, 168:18, 169:23, 173:19, 174:13, 174:14, 179:2, 181:9, 181:12, 181:16, 181:23, 182:2, 183:7, 190:1
**needed** [13] - 55:23, 102:3, 123:16, 155:21, 155:22, 155:23, 156:14, 156:23, 157:2, 179:12, 185:13, 186:1, 193:4
**needle** [2] - 187:20, 192:12
**needles** [1] - 187:19
**needless** [1] - 76:17
**needs** [11] - 140:16, 142:8, 165:24, 166:1, 166:7, 168:14, 168:24, 172:14, 172:20, 189:3, 189:6
**negative** [2] - 45:6, 45:7
**negligence** [8] - 67:6, 69:17, 69:21, 69:24, 70:11, 70:13, 70:24, 71:2
**negligent** [6] - 70:4, 70:5, 70:7, 70:14, 70:17, 70:22
**negligently** [2] - 70:9, 70:19
**nerves** [1] - 187:22
**neurosurgeons** [1] - 161:12
**never** [9] - 50:11, 72:23, 76:8, 76:16, 80:9, 83:12, 90:25, 99:24, 147:6
**nevertheless** [4] - 9:6, 30:18, 34:10, 132:18
**new** [13] - 35:24, 94:5, 98:25, 99:2, 115:10, 115:11,

115:15, 115:19, 116:23, 120:24, 146:18, 172:20, 188:24
**New** [1] - 12:19
**news** [4] - 71:11, 71:13, 71:16, 71:18
**next** [32] - 9:14, 9:20, 55:7, 55:8, 55:15, 56:4, 56:5, 56:9, 60:21, 89:1, 89:7, 106:19, 106:21, 107:2, 107:6, 111:20, 123:21, 124:10, 135:25, 146:23, 148:25, 154:20, 154:21, 156:23, 159:18, 163:7, 167:21, 171:10, 172:8, 174:4, 174:5, 177:16
**nice** [3] - 6:7, 73:23, 196:25
**night** [3] - 15:24, 16:2, 16:17
**nine** [5] - 57:13, 57:14, 59:10, 59:11, 59:12, 59:13, 73:20
**Ninoska** [2] - 14:2, 60:2
**NO** [188] - 1:2, 9:19, 10:1, 10:13, 10:20, 10:22, 11:6, 11:8, 11:16, 11:21, 12:1, 12:9, 12:12, 12:17, 12:24, 13:4, 13:7, 13:10, 13:18, 13:21, 14:2, 14:16, 14:20, 14:23, 15:6, 15:16, 16:1, 16:4, 16:8, 16:12, 16:16, 16:19, 19:17, 19:19, 19:21, 19:24, 20:6, 20:8, 20:10, 20:12, 20:16, 20:18, 20:21, 20:23, 21:2, 21:4, 21:11, 21:15, 21:18, 21:21, 21:24, 22:3, 22:5, 22:7, 22:9, 22:16, 22:19, 22:21, 22:22, 22:23, 22:24, 22:25, 23:1, 23:2, 23:3, 23:4, 23:5, 23:6, 23:7, 23:8, 23:9, 23:10, 23:14, 23:17, 23:19, 23:23, 24:4, 24:7, 24:12, 26:8, 26:11, 26:14, 26:21, 26:23, 26:25, 27:4, 27:23, 27:25, 28:2, 28:4, 28:9,

28:15, 28:20, 28:23, 29:14, 33:10, 33:15, 33:21, 34:1, 34:5, 34:15, 34:20, 34:22, 35:2, 35:5, 35:9, 35:19, 35:22, 36:6, 36:8, 36:10, 36:17, 36:22, 37:1, 37:5, 37:7, 37:10, 37:13, 37:16, 37:23, 38:3, 38:5, 38:21, 38:25, 39:2, 39:5, 39:17, 39:23, 40:1, 40:3, 40:9, 40:18, 40:21, 40:24, 41:16, 41:19, 41:22, 41:24, 42:3, 42:11, 42:14, 42:18, 43:3, 43:9, 44:9, 44:12, 44:17, 44:20, 44:24, 45:4, 45:12, 45:15, 45:18, 45:25, 46:2, 46:5, 46:8, 46:11, 46:13, 46:22, 46:24, 47:8, 47:20, 48:9, 48:12, 48:21, 48:24, 49:1, 49:9, 49:12, 49:21, 49:23, 50:11, 50:17, 50:19, 50:23, 51:1, 51:14, 51:17, 51:19, 52:21, 52:23, 53:1, 53:4, 53:9, 53:13, 53:21, 54:2

**nobody** [1] - 72:10
**nobody's** [1] - 93:9
**none** [2] - 73:5, 119:24
**nonexistence** [1] - 63:7
**noon** [1] - 58:5
**normal** [4] - 110:12, 111:2, 111:22, 169:14
**normally** [1] - 72:22
**North** [9] - 2:13, 41:19, 160:4, 160:5, 160:8, 160:23, 161:4, 197:12
**Nos** [3] - 3:15, 57:5, 196:20
**note** [2] - 9:22, 61:21
**noted** [1] - 6:17
**notes** [6] - 72:1, 72:3, 72:5, 148:3, 148:23, 148:25
**nothing** [4] - 81:13, 100:9, 115:7, 120:1
**notice** [4] - 30:15, 58:4, 62:10, 62:12
**noticed** [2] - 135:18, 179:10

**notified** [1] - 154:2
**notions** [1] - 29:11
**November** [11] - 1:5, 13:2, 13:4, 78:22, 79:1, 80:15, 186:19, 193:10, 193:17, 194:2, 194:11
**NSM** [2] - 147:14, 147:17
**nullification** [1] - 28:2
**number** [25] - 31:21, 79:19, 80:10, 90:3, 93:4, 101:6, 125:23, 145:4, 145:10, 149:4, 149:12, 149:20, 150:9, 150:20, 151:14, 158:24, 166:23, 168:14, 173:25, 174:23, 176:4, 176:7, 193:11, 193:14
**numbers** [1] - 8:18
**numerous** [1] - 115:3
**Nunez** [9] - 17:6, 24:23, 78:2, 78:3, 92:13, 94:8, 97:22, 105:16, 127:15
**Nunez's** [1] - 98:1
**nurse** [2] - 21:16, 21:22
**nursing** [4] - 22:9, 23:20, 50:7, 55:9

## O

**oath** [2] - 8:3, 61:1
**obesity** [1] - 114:2
**objection** [6] - 6:12, 6:16, 6:17, 32:5, 60:24, 62:19, 62:21
**objections** [6] - 57:3, 60:23, 60:25, 62:16, 73:2, 73:4
**objective** [3] - 45:8, 186:17, 188:19
**obliteration** [2] - 119:21, 119:25
**observations** [1] - 13:1
**obtain** [1] - 63:19
**obtained** [2] - 68:21, 87:19
**Obtryx** [1] - 195:5
**obviously** [5] - 36:2, 51:25, 140:9, 142:2, 183:21
**occur** [3] - 4:15,

81:17, 127:6
**occurred** [3] - 68:11, 69:16, 71:3
**occurs** [4] - 82:10, 104:6, 112:15
**October** [1] - 97:9
**OF** [1] - 1:1
**offer** [14] - 74:20, 75:14, 131:23, 132:4, 133:21, 141:18, 168:8, 182:19, 183:4, 184:10, 184:22, 185:2, 196:12, 196:14
**offered** [6] - 129:7, 132:7, 134:4, 134:10, 152:4, 169:1
**offering** [4] - 179:4, 179:6, 183:19, 188:8
**offerings** [1] - 179:21
**offers** [1] - 131:4
**office** [4] - 52:5, 98:10, 98:12, 108:8
**OFFICER** [2] - 24:3, 33:6
**officer** [5] - 10:24, 12:2, 18:8, 24:1, 72:14
**offices** [1] - 91:15
**Official** [1] - 197:11
**official** [2] - 2:12, 75:6
**often** [2] - 47:21, 109:1
**oftentimes** [1] - 92:24
**old** [6] - 12:22, 64:7, 97:10, 118:25, 160:7, 160:8
**older** [1] - 40:10
**on-the-ground** [1] - 165:7
**once** [8] - 6:16, 28:11, 69:11, 121:22, 143:21, 143:22, 166:8
**one** [123] - 4:19, 4:22, 6:3, 7:2, 8:15, 9:9, 10:15, 14:4, 14:11, 20:15, 23:11, 24:10, 24:19, 26:4, 26:5, 26:7, 28:17, 28:25, 29:24, 31:5, 32:6, 32:24, 33:19, 33:22, 33:24, 40:19, 47:5, 50:19, 54:7, 55:15, 56:6, 56:20, 56:23, 61:16, 65:19, 66:4, 67:9, 67:18, 69:4, 70:9, 70:19, 76:20, 76:22, 77:18,

79:18, 79:19, 80:10, 90:3, 92:12, 92:16, 92:18, 93:4, 93:21, 94:2, 94:24, 96:18, 99:2, 101:12, 101:16, 102:11, 107:3, 107:4, 108:2, 108:5, 110:7, 111:1, 114:5, 114:9, 118:22, 119:3, 119:20, 122:15, 124:4, 125:4, 125:22, 125:25, 126:13, 127:21, 128:4, 129:3, 130:19, 131:19, 134:3, 139:13, 140:3, 141:1, 141:4, 141:24, 143:4, 145:4, 145:10, 147:2, 148:25, 149:4, 149:12, 149:21, 150:9, 150:20, 151:14, 156:23, 160:6, 160:7, 163:13, 164:9, 164:13, 164:14, 166:23, 168:22, 173:9, 173:25, 181:13, 185:13, 190:4, 190:5, 193:11, 193:14
**one-half** [1] - 9:9
**one-on-one** [1] - 141:24
**ones** [9] - 100:17, 167:4, 167:8, 167:9, 172:6, 172:16, 172:17, 177:7
**ongoing** [1] - 176:18
**open** [11] - 11:22, 13:23, 15:17, 27:5, 65:1, 73:13, 107:19, 118:24, 119:2, 138:1, 142:23
**opening** [17] - 5:19, 5:23, 74:13, 74:16, 74:19, 75:15, 101:19, 104:23, 107:15, 109:20, 109:21, 115:4, 119:21, 132:15, 132:16, 148:5
**Opening** [2] - 3:6, 3:7
**operates** [1] - 144:5
**operating** [1] - 46:16
**operations** [1] - 105:19
**ophthalmologists** [1] - 105:21
**opinion** [3] - 45:7, 65:2, 166:14
**opinionated** [2] - 29:16, 43:22

**opinions** [2] - 29:6, 45:3
**opportunities** [1] - 151:12
**opportunity** [5] - 137:22, 151:3, 157:11, 168:13, 180:15
**opposed** [1] - 192:15
**opposite** [1] - 28:12
**option** [15] - 97:2, 103:3, 104:2, 105:15, 118:8, 119:5, 119:19, 119:22, 119:25, 120:2, 126:17, 126:25, 127:1, 129:3, 129:7
**options** [27] - 96:24, 96:25, 97:4, 101:12, 102:5, 102:6, 102:7, 102:8, 102:10, 102:11, 102:12, 102:23, 103:1, 105:11, 105:12, 118:5, 118:20, 120:6, 120:16, 126:15, 127:2, 127:5, 128:10, 128:15, 129:1
**Oquendo** [3] - 21:24, 23:9, 60:6
**OR** [2] - 192:4, 192:8
**oral** [1] - 13:20
**orally** [1] - 31:5
**order** [9] - 31:19, 32:1, 33:3, 62:16, 66:25, 101:21, 108:13, 131:22, 182:20
**orders** [1] - 64:20
**organ** [46] - 19:4, 33:13, 78:16, 101:4, 101:8, 101:13, 101:17, 101:22, 101:24, 103:23, 105:11, 105:25, 106:8, 108:4, 108:7, 108:19, 108:20, 109:5, 109:6, 113:9, 113:25, 114:3, 114:18, 114:19, 118:1, 118:5, 118:9, 118:21, 120:1, 120:4, 125:18, 127:9, 128:24, 129:2, 129:9, 130:21, 131:9, 159:14, 163:16, 164:13, 168:17, 168:20, 169:14, 172:1, 173:16
**organic** [1] - 81:2

organically [1] - 122:9

organization [6] - 125:2, 125:3, 137:19, 161:18, 164:3, 165:8

organizing [1] - 164:21

organs [17] - 81:24, 82:12, 109:9, 109:15, 109:17, 109:18, 110:17, 110:22, 110:24, 112:20, 113:8, 118:16, 119:17, 119:22, 121:8, 122:10, 123:8

orient [1] - 173:2

Orindare [1] - 60:3

Osborne [2] - 17:13, 18:12

OSBORNE [3] - 1:19, 1:20, 17:14

otherwise [2] - 66:14, 71:15

outcome [1] - 174:17

outcomes [3] - 97:7, 166:25, 173:23

outline [3] - 74:14, 74:17, 124:14

outlined [4] - 105:6, 120:9, 124:9, 125:9

outset [1] - 108:2

outside [16] - 10:18, 13:15, 15:3, 26:19, 63:21, 73:1, 78:9, 79:2, 109:19, 109:23, 111:7, 112:25, 113:22, 125:6, 166:10, 166:13

outsmart [2] - 149:12, 174:1

outweigh [1] - 92:25

overall [2] - 23:16, 163:19

overlap [1] - 65:20

overpower [1] - 45:9

overrule [1] - 62:21

overruled [1] - 6:17

overview [1] - 67:7

own [33] - 10:2, 12:13, 16:5, 23:20, 48:6, 50:21, 58:11, 58:12, 58:13, 58:14, 64:23, 71:24, 76:1, 79:11, 80:3, 88:2, 96:15, 98:13, 100:7, 102:20, 107:20, 116:14, 120:22, 160:24, 170:18, 172:18, 195:4, 195:9

owner [2] - 50:7,

55:9

owns [2] - 55:10, 55:11

**P**

P-R-A-N-G-E [1] - 25:14

p.m [5] - 1:6, 74:5, 130:2, 133:5, 196:3

pacemaker [6] - 20:13, 20:16, 23:17, 24:5, 53:4, 55:19

Pacemaker [1] - 20:21

pacemakers [1] - 35:23

package [3] - 95:17, 121:3, 121:14

pad [1] - 72:8

pads [1] - 72:2

page [9] - 85:13, 123:25, 144:5, 148:20, 153:2, 155:16, 167:19, 182:8

PAGE [1] - 3:2

Page [3] - 144:3, 145:16, 150:13

pages [1] - 167:18

Pages [1] - 1:8

paid [3] - 35:6, 160:24, 190:18

pain [13] - 21:3, 24:8, 31:23, 37:19, 47:23, 95:24, 97:23, 98:4, 98:14, 101:25, 102:1, 109:24, 112:19

painful [3] - 95:24, 96:1, 109:23

Palm [1] - 1:22

Palmisano [1] - 165:17

palpate [1] - 123:15

pamphlet [2] - 95:14, 121:10

Panaro [2] - 44:12, 44:13

Pando [1] - 25:3

panel [7] - 6:24, 8:4, 8:5, 30:3, 32:3, 57:15, 61:9

paper [1] - 71:12

papers [1] - 33:3

paragraph [5] - 89:1, 89:4, 89:7, 146:23, 150:3

paralegal [2] - 26:9, 48:20

paramedic [4] - 16:9,

21:16, 21:19, 47:16

pardon [1] - 97:8

part [22] - 28:19, 53:1, 94:4, 94:5, 94:8, 122:3, 124:10, 124:14, 131:4, 131:24, 151:5, 156:16, 172:23, 175:15, 175:16, 176:13, 178:8, 178:15, 178:22, 178:25, 180:12, 192:18

participate [1] - 141:19

participated [1] - 137:12

participating [1] - 55:25

participation [1] - 61:13

particular [22] - 33:3, 41:6, 63:3, 66:2, 66:18, 67:19, 71:20, 89:23, 93:10, 102:24, 116:20, 120:13, 121:17, 121:18, 126:17, 132:5, 139:23, 140:11, 140:16, 148:6, 148:16, 169:25

particularly [1] - 161:24

parties [8] - 16:23, 18:5, 57:11, 57:25, 59:21, 62:9, 62:10, 74:25

partner [1] - 96:3

parts [4] - 42:22, 44:16, 44:17, 110:20

pass [5] - 123:2, 169:6, 170:13, 173:21, 192:13

passage [2] - 169:3, 192:15

passed [4] - 35:18, 36:1, 116:2, 169:2

passes [1] - 9:4

past [4] - 14:4, 14:6, 14:14, 192:7

patent [2] - 167:5, 169:20

pathology [1] - 100:2

patient [30] - 51:16, 69:8, 77:4, 102:17, 102:18, 102:25, 103:5, 103:7, 126:17, 127:3, 127:4, 144:25, 145:6, 145:11, 145:13, 147:3, 147:6,

150:9, 150:20, 151:15, 151:20, 158:23, 158:24, 159:8, 173:23, 174:16, 174:17, 174:21, 179:15, 187:21

patient's [1] - 120:13

patients [11] - 47:21, 95:19, 120:11, 125:1, 126:9, 129:8, 129:9, 140:18, 166:4, 166:25, 172:16

pay [1] - 43:24

payments [1] - 171:3

Pedro [1] - 25:9

peel [1] - 82:4

Peggy [1] - 25:4

pelvic [88] - 19:2, 19:4, 19:6, 33:13, 34:18, 53:17, 78:16, 78:25, 79:4, 79:7, 79:16, 85:21, 94:14, 95:24, 101:4, 101:8, 101:13, 101:17, 101:22, 101:24, 101:25, 103:23, 105:11, 105:25, 106:8, 108:4, 108:7, 108:19, 108:20, 109:4, 109:6, 109:9, 109:16, 109:18, 110:17, 112:19, 113:24, 113:25, 114:3, 114:18, 114:19, 118:1, 118:5, 118:9, 118:12, 118:13, 118:20, 120:1, 120:4, 125:18, 127:9, 128:24, 129:2, 129:9, 130:21, 131:9, 148:12, 159:14, 163:16, 164:13, 168:17, 168:20, 172:1, 173:16, 179:9, 180:20, 182:9, 182:13, 182:17, 182:21, 183:23, 184:4, 184:12, 185:2, 185:8, 185:18, 187:11, 188:8, 188:17, 190:11, 191:8, 191:11, 193:3, 193:20, 194:4, 194:9, 194:14, 194:18

Pelvic [1] - 19:3

pelvis [8] - 81:14, 84:19, 111:12, 119:14, 121:23, 121:25, 122:2, 170:3

Pence [1] - 25:4

pencils [1] - 72:2

penetration [1] - 189:23

pens [1] - 72:2

people [29] - 7:12, 10:10, 11:13, 11:18, 18:13, 24:18, 24:21, 25:20, 29:2, 40:14, 42:6, 45:6, 47:3, 48:4, 49:13, 72:9, 76:17, 77:10, 78:11, 79:2, 88:3, 91:14, 95:9, 109:3, 111:17, 162:9, 185:5, 188:6, 191:3

people's [1] - 76:4

percent [18] - 91:24, 92:3, 92:5, 108:18, 108:19, 108:23, 162:19, 163:23, 163:24, 178:23, 184:25, 190:6, 191:4, 191:5, 191:10

percentage [2] - 163:19, 190:11

Perdue [4] - 3:6, 17:11, 18:15, 31:4

PERDUE [35] - 1:14, 1:15, 4:5, 4:10, 17:4, 17:12, 31:3, 31:18, 51:23, 52:7, 54:11, 54:16, 54:18, 54:20, 54:23, 55:8, 55:15, 56:5, 56:9, 56:16, 60:24, 73:5, 73:8, 73:12, 75:13, 75:16, 75:19, 75:21, 75:25, 77:23, 78:1, 86:9, 131:1, 132:21, 133:3

peremptory [5] - 8:1, 57:11, 57:13, 57:23, 58:7

Perez [9] - 23:7, 25:1, 28:15, 41:2, 41:9, 41:12, 56:23, 57:6, 60:6

perfect [4] - 17:24, 139:4, 148:19

performed [3] - 125:21, 126:18, 159:15

performs [1] - 90:2

perhaps [2] - 98:12, 192:2

Perigee [26] - 79:15, 79:16, 79:24, 84:23, 92:3, 94:14, 187:1, 187:7, 187:10, 187:14, 187:15, 187:18, 187:24,

187:25, 188:13,
188:18, 188:22,
188:25, 189:4,
189:11, 189:13,
189:14, 189:15,
192:19, 192:22,
192:24
  **period** [5] - 71:12,
125:23, 152:10,
162:21, 162:25
  **permanent** [9] -
88:4, 88:17, 88:18,
89:5, 89:15, 90:23,
95:24, 96:14, 98:18
  **permit** [4] - 51:6,
59:1, 71:6, 129:22
  **person** [13] - 4:8,
18:11, 28:18, 67:15,
69:22, 69:25, 70:2,
104:9, 107:3, 129:23,
171:20, 171:22,
175:12
  **personal** [9] - 10:14,
19:2, 40:21, 54:24,
81:9, 99:23, 102:19,
108:4, 108:12
  **personally** [5] - 18:2,
25:20, 177:10, 180:6,
195:2
  **perspective** [8] -
166:20, 167:24,
179:15, 184:22,
185:25, 186:5, 188:7,
188:14
  **persuaded** [1] -
66:21
  **pertaining** [1] -
121:11
  **Pessary** [2] - 118:14,
126:24
  **petrochemical** [1] -
87:21
  **PFR** [9] - 79:7, 80:15,
94:14, 182:21,
183:20, 184:10,
186:17, 187:7, 190:7
  **pharmaceutical** [1] -
191:5
  **phase** [2] - 61:16,
61:20
  **Phil** [1] - 177:24
  **Philip** [3] - 3:11,
25:17, 177:17
  **Phillip** [1] - 196:13
  **Phillips** [9] - 87:16,
87:19, 87:23, 88:1,
88:7, 88:9, 115:22,
115:24
  **philosophy** [1] -
144:19

  **phone** [2] - 64:14,
73:16
  **phones** [1] - 64:9
  **physical** [1] - 103:5
  **physician** [24] -
28:24, 39:18, 39:25,
40:6, 54:24, 68:22,
69:5, 70:20, 70:23,
102:18, 102:25,
103:5, 103:7, 124:15,
127:3, 139:19,
139:23, 140:10,
169:13, 169:18,
169:21, 173:15,
184:4, 191:20
  **physician-patient**
[4] - 102:18, 103:5,
103:7, 127:3
  **physicians** [61] -
47:7, 68:23, 76:24,
98:20, 99:16, 99:17,
105:3, 124:20, 126:4,
126:16, 128:7,
128:17, 137:8, 139:5,
139:6, 139:14, 140:8,
140:14, 140:17,
140:24, 141:2, 141:4,
141:5, 141:12,
141:16, 141:19,
141:23, 142:1,
142:13, 142:20,
142:21, 145:23,
146:21, 150:7, 157:8,
158:7, 158:8, 166:2,
166:10, 166:13,
166:18, 167:7, 167:8,
168:7, 168:8, 168:10,
168:22, 169:4, 169:7,
170:16, 170:18,
172:13, 172:22,
173:18, 174:10,
187:20, 189:12,
189:21, 193:2
  **PIB** [2] - 186:18,
189:24
  **pick** [4] - 14:4, 26:6,
75:22, 195:14
  **Pico** [5] - 16:8,
21:18, 23:4, 47:12,
60:4
  **picture** [12] - 110:1,
110:2, 110:5, 110:7,
110:8, 110:11,
110:17, 113:12,
113:13, 113:20,
117:20, 122:1
  **pictures** [1] - 99:5
  **piece** [4] - 83:5,
92:17, 106:5
  **pieces** [3] - 42:24,

93:14, 99:4
  **Pinnacle** [66] - 19:2,
63:4, 67:12, 67:13,
67:19, 67:20, 67:23,
68:4, 68:21, 68:23,
69:7, 70:6, 70:10,
78:25, 80:15, 86:21,
87:10, 90:17, 96:6,
96:12, 96:14, 100:9,
101:12, 101:14,
102:11, 102:12,
104:1, 105:14,
106:11, 114:20,
121:2, 121:3, 121:6,
121:13, 122:2, 122:8,
122:16, 123:9,
123:18, 124:19,
124:23, 125:12,
125:15, 125:16,
125:20, 126:14,
128:9, 128:16, 129:3,
129:14, 139:17,
139:19, 159:14,
159:16, 159:17,
168:15, 169:15,
169:25, 170:5,
170:21, 170:24,
171:7, 171:16, 173:9,
174:11, 195:10
  **pitch** [6] - 79:3,
187:6, 188:20, 189:8,
189:9, 189:10
  **place** [16] - 72:4,
78:10, 81:17, 83:14,
86:1, 90:18, 109:12,
109:16, 134:5,
138:24, 138:25,
142:3, 142:11,
142:18, 142:19,
143:13
  **placement** [1] -
122:7
  **places** [3] - 74:11,
88:19, 88:20
  **placing** [1] - 83:16
  **Plaintiff** [28] - 26:1,
63:2, 65:21, 65:24,
66:1, 66:6, 66:9,
66:12, 66:19, 67:2,
67:19, 67:21, 67:24,
67:25, 68:3, 68:5,
70:7, 70:10, 70:17,
70:21, 74:19, 75:12,
75:14, 107:9, 107:11,
107:14, 107:17,
130:25
  **plaintiff** [1] - 69:2
  **Plaintiff's** [9] - 66:9,
66:11, 66:18, 69:5,
70:12, 70:20, 70:22,

70:23, 196:20
  **Plaintiffs** [52] - 1:5,
4:9, 4:10, 16:24, 17:2,
17:7, 19:4, 19:5, 27:9,
27:12, 27:14, 31:3,
31:18, 54:13, 61:18,
63:1, 65:18, 65:22,
65:25, 66:15, 67:4,
67:10, 67:23, 68:15,
69:17, 70:3, 74:24,
101:7, 101:17,
102:14, 103:20,
110:7, 112:8, 112:14,
114:4, 117:9, 117:13,
119:24, 126:7,
126:19, 127:7,
128:19, 132:4, 132:6,
132:10, 133:16,
133:18, 177:15,
196:12, 196:13
  **PLAINTIFFS** [2] -
1:14, 3:9
  **Plaintiffs'** [13] - 3:15,
32:5, 56:16, 70:13,
74:22, 101:18,
104:22, 115:2, 119:5,
132:16, 173:24,
175:17, 176:4
  **plan** [1] - 177:16
  **planned** [1] - 93:23
  **plant** [1] - 87:21
  **plastic** [9] - 80:23,
80:24, 84:6, 84:16,
85:1, 85:8, 85:15,
87:22, 90:2
  **plastics** [1] - 115:25
  **play** [8] - 30:10,
44:15, 99:20, 159:19,
159:21, 171:12, 172:9
  **played** [1] - 130:9
  **pleasant** [2] - 82:20,
196:1
  **plug** [2] - 179:3,
179:5
  **Plus** [1] - 64:16
  **podiatrist** [2] - 40:3,
54:23
  **podium** [1] - 75:16
  **Point** [2] - 160:8
  **point** [16] - 8:16,
112:11, 115:2, 116:1,
116:5, 121:12,
127:21, 131:3,
137:11, 148:7,
149:13, 150:13,
153:15, 159:13,
191:12, 192:22
  **police** [2] - 10:24,
11:11
  **policy** [1] - 144:24

  **Polyform** [6] - 170:9,
170:10, 170:11,
170:25, 187:15,
192:10
  **polypropylene** [46] -
80:24, 83:2, 83:5,
83:25, 84:9, 84:13,
84:15, 85:5, 87:11,
87:14, 87:15, 87:18,
87:22, 87:23, 88:2,
88:3, 88:4, 88:16,
88:22, 89:23, 89:24,
90:3, 90:10, 90:11,
90:23, 91:4, 93:14,
100:3, 100:18, 115:1,
115:6, 115:18, 116:6,
117:2, 117:5, 117:10,
117:17, 117:18,
117:25, 180:23,
181:1, 181:17, 186:1,
194:19
  **polypropylene's** [1]
- 88:19
  **POP** [5] - 19:4,
33:13, 132:17,
177:11, 180:20
  **Porter** [1] - 25:8
  **portfolio** [5] - 179:3,
179:5, 180:2, 180:4,
184:20
  **portion** [3] - 159:20,
159:21, 196:22
  **Portuguese** [1] -
161:1
  **position** [14] - 97:1,
99:15, 100:13,
136:23, 152:9,
152:10, 160:13,
161:21, 163:7,
163:11, 164:1, 165:4,
165:16, 178:23
  **positive** [1] - 152:11
  **possession** [1] -
26:25
  **possible** [11] - 9:11,
103:19, 120:14,
120:15, 124:22,
127:5, 129:15, 169:5,
183:19, 186:2, 186:6
  **possibly** [2] - 95:21,
192:12
  **post** [4] - 59:4,
93:22, 124:12
  **post-January** [1] -
93:22
  **post-marketing** [1] -
93:22
  **post-procedure** [1] -
124:12
  **posterior** [3] - 82:17,

98:3, 184:5
**potential** [8] - 103:20, 104:18, 105:3, 120:19, 120:21, 124:15, 180:8, 182:12
**potentially** [1] - 80:16
**PowerPoint** [2] - 79:14, 80:6
**practice** [6] - 102:5, 102:7, 103:17, 106:15, 166:25, 171:8
**Prange** [1] - 25:14
**preceded** [1] - 132:13
**preceptorships** [1] - 167:10
**preclinical** [1] - 93:11
**precut** [4] - 106:2, 106:10, 125:13, 170:19
**predated** [1] - 152:14
**preexperience** [1] - 93:12
**pregnant** [2] - 10:3, 12:20
**prejudice** [4] - 5:16, 5:20, 46:18, 130:10
**preliminary** [2] - 61:13, 73:3
**Preliminary** [1] - 3:5
**premesh** [1] - 118:4
**preponderance** [8] - 66:14, 66:17, 66:20, 67:16, 69:3, 70:8, 70:18, 107:11
**prescribing** [2] - 69:5, 70:20
**prescription** [4] - 76:24, 95:16, 124:19, 124:21
**presence** [7] - 10:18, 13:15, 15:3, 26:19, 71:7, 73:1, 195:21
**present** [4] - 8:7, 27:10, 27:11, 107:15
**presentation** [12] - 102:16, 133:15, 134:7, 167:14, 167:16, 168:1, 173:8, 189:24, 193:15, 193:24, 194:11
**presentations** [1] - 178:19
**presented** [7] - 27:19, 59:6, 62:6, 65:19, 75:1, 180:14, 196:15

**presenting** [1] - 53:23
**presents** [2] - 5:21, 124:11
**preserve** [1] - 6:12
**preserved** [1] - 134:5
**president** [18] - 79:3, 136:12, 136:16, 136:19, 136:23, 137:18, 137:24, 148:8, 149:8, 160:14, 162:1, 162:7, 163:8, 163:13, 164:1, 175:13, 176:2
**presiding** [1] - 7:9
**pressed** [1] - 56:12
**pressure** [2] - 101:25, 112:19
**presumptuous** [2] - 59:8, 59:14
**pretrial** [2] - 31:19, 32:1
**pretty** [6] - 10:8, 47:2, 56:12, 59:8, 59:14, 147:2
**prevalent** [1] - 108:25
**prevent** [2] - 55:25, 119:22
**previous** [2] - 26:5, 35:17
**previously** [2] - 184:10, 185:1
**price** [5] - 180:22, 190:16, 190:21, 191:8
**primarily** [3] - 78:7, 137:2, 148:22
**primary** [3] - 52:7, 142:7, 143:5
**principally** [1] - 154:9
**principles** [1] - 178:10
**priority** [2] - 80:8, 80:10
**prisoners** [1] - 72:13
**privacy** [1] - 9:4
**private** [6] - 9:5, 81:9, 81:14, 103:16, 108:3, 108:10
**privately** [1] - 10:14
**prize** [1] - 20:15
**pro** [4] - 30:14, 30:16, 31:4, 31:7
**probate** [1] - 48:24
**probative** [1] - 130:23
**problem** [21] - 12:7, 15:20, 29:3, 33:10, 36:3, 36:10, 37:13,

37:14, 37:16, 55:25, 78:14, 96:5, 96:23, 100:8, 100:10, 102:24, 104:7, 108:4, 108:25, 135:7, 174:14
**problems** [21] - 33:20, 42:4, 42:7, 48:4, 97:17, 97:21, 98:1, 99:10, 99:12, 102:1, 105:23, 106:12, 112:18, 117:22, 120:5, 120:15, 132:5, 138:15, 143:10, 157:7
**problems'** [1] - 157:22
**procedure** [17] - 5:1, 98:11, 103:3, 104:11, 118:24, 119:2, 120:8, 124:12, 169:5, 170:16, 173:19, 173:22, 174:16, 191:21, 192:7, 192:14
**procedures** [8] - 9:14, 33:12, 108:22, 124:18, 184:12, 189:23, 190:7, 190:12
**proceed** [2] - 100:23, 134:12
**proceeded** [1] - 5:6
**Proceedings** [1] - 197:3
**proceedings** [48] - 6:25, 10:17, 11:22, 13:14, 13:23, 15:2, 15:17, 26:18, 27:5, 30:4, 33:5, 35:11, 35:14, 36:12, 36:15, 38:7, 38:19, 39:7, 39:10, 41:1, 41:11, 43:14, 44:4, 45:20, 45:23, 47:11, 47:14, 48:14, 48:17, 49:3, 49:6, 50:1, 50:4, 51:4, 51:11, 51:21, 52:17, 54:6, 57:16, 61:10, 72:25, 73:13, 74:3, 74:6, 130:3, 133:6, 196:4, 197:7
**process** [22] - 6:4, 7:19, 7:20, 31:20, 32:13, 57:24, 58:3, 76:12, 76:13, 137:21, 138:6, 138:8, 138:12, 158:9, 159:11, 163:2, 169:18, 169:19, 169:20, 176:14, 180:19, 191:24
**processes** [2] - 138:24, 138:25

**proctorships** [1] - 167:10
**produces** [2] - 69:13, 71:1
**producing** [4] - 68:8, 68:9, 69:13, 71:1
**product** [143] - 19:2, 19:6, 21:8, 34:11, 42:21, 43:11, 53:8, 53:10, 63:3, 67:12, 67:13, 67:14, 67:15, 67:19, 68:16, 68:17, 68:20, 70:16, 76:15, 76:17, 76:20, 77:8, 77:9, 77:11, 79:10, 79:23, 80:5, 80:17, 80:24, 84:21, 84:22, 85:21, 86:5, 86:18, 86:19, 87:12, 89:11, 89:24, 91:9, 91:24, 92:4, 92:9, 92:22, 93:2, 93:6, 93:18, 94:5, 95:22, 98:8, 100:7, 100:18, 101:14, 104:6, 115:23, 116:19, 121:11, 126:13, 126:15, 128:8, 132:12, 139:15, 139:23, 140:9, 140:11, 140:16, 142:23, 143:7, 143:10, 151:15, 152:1, 152:4, 152:14, 154:3, 154:10, 154:15, 154:18, 156:7, 157:6, 157:12, 157:14, 157:19, 157:20, 158:1, 158:3, 158:10, 159:11, 159:17, 162:12, 163:6, 164:5, 164:6, 164:8, 164:11, 164:12, 165:11, 166:6, 166:9, 167:24, 169:21, 169:22, 170:4, 170:14, 172:18, 176:23, 176:24, 177:5, 177:6, 178:21, 179:7, 179:21, 181:7, 181:8, 181:20, 182:3, 182:12, 183:6, 183:14, 183:16, 185:5, 185:18, 187:22, 189:9, 189:13, 189:16, 189:19, 189:24, 190:16, 190:18, 191:1, 192:18, 193:18, 193:22,

194:7, 194:12
**Product** [2] - 78:22, 78:23
**products** [73] - 19:15, 39:21, 52:12, 52:20, 53:11, 53:16, 53:18, 53:19, 69:19, 76:18, 76:22, 77:1, 77:2, 77:3, 78:15, 80:3, 80:12, 91:12, 93:19, 94:14, 115:6, 117:23, 122:16, 138:7, 138:9, 138:15, 139:8, 139:12, 141:12, 142:17, 144:20, 145:13, 146:7, 146:18, 146:20, 146:21, 148:11, 148:12, 159:16, 161:13, 162:8, 162:9, 162:11, 162:13, 162:16, 163:15, 163:16, 164:17, 165:10, 166:7, 168:5, 168:6, 168:9, 168:10, 168:12, 168:17, 168:25, 169:8, 171:11, 171:14, 172:10, 172:18, 174:9, 174:19, 176:3, 176:7, 176:24, 177:11, 178:6, 178:17, 181:4
**profession** [1] - 26:3
**proffer** [4] - 132:6, 133:22, 133:24, 177:17
**profitability** [1] - 189:19
**profits** [1] - 147:3
**program** [2] - 186:17, 188:19
**programs** [4] - 141:18, 141:19, 141:20, 168:8
**progress** [1] - 15:9
**progressed** [2] - 118:18, 126:25
**progresses** [1] - 113:3
**progression** [3] - 111:10, 111:22, 113:7
**project** [11] - 78:24, 79:7, 176:17, 177:1, 177:3, 177:7, 177:8, 177:10, 192:22, 194:13, 194:24
**Project** [1] - 182:6
**projecting** [1] -

190:10
  **prolapse** [72] - 19:4, 33:13, 78:16, 85:22, 98:7, 101:4, 101:8, 101:13, 101:17, 101:22, 101:24, 105:11, 105:25, 106:6, 106:8, 108:4, 108:8, 108:19, 108:20, 108:22, 109:5, 109:6, 109:18, 110:2, 111:8, 111:9, 111:10, 111:11, 112:3, 112:4, 113:8, 114:18, 114:20, 118:1, 118:5, 118:7, 118:9, 118:21, 119:7, 119:10, 120:1, 120:4, 121:18, 125:18, 127:9, 127:10, 127:11, 127:12, 127:13, 127:14, 127:15, 127:16, 128:24, 129:2, 129:9, 130:21, 131:10, 159:14, 163:16, 164:14, 168:17, 168:20, 172:1, 173:16
  **prolapsed** [2] - 111:5, 111:7
  **prolapses** [13] - 103:23, 103:24, 110:21, 112:7, 112:9, 112:10, 118:17, 126:21, 126:22, 126:23, 126:24, 127:19, 128:1
  **prolene** [2] - 85:4, 85:9
  **Prolieve** [1] - 162:17
  **Prolift** [3] - 186:24, 188:14, 189:4
  **promise** [4] - 7:17, 45:8, 49:22, 95:8
  **promised** [3] - 91:22, 91:23
  **promoted** [1] - 161:14
  **promoting** [1] - 180:19
  **prone** [1] - 187:20
  **pronunciation** [1] - 16:24
  **proof** [7] - 66:19, 74:20, 77:6, 107:9, 107:14, 131:22, 133:16
  **proper** [1] - 154:15
  **properly** [3] - 53:5,

139:23
  **Proposal** [1] - 182:7
  **proposal** [2] - 182:9, 182:14
    **proposed** [1] - 31:20
  **proposition** [1] - 66:22
  **PROSPECTIVE** [187] - 9:19, 10:1, 10:13, 10:20, 10:22, 11:6, 11:8, 11:16, 11:21, 12:1, 12:9, 12:12, 12:17, 12:24, 13:4, 13:7, 13:10, 13:18, 13:21, 14:2, 14:16, 14:20, 14:23, 15:6, 15:16, 16:1, 16:4, 16:8, 16:12, 16:16, 16:19, 19:17, 19:19, 19:21, 19:24, 20:6, 20:8, 20:10, 20:12, 20:16, 20:18, 20:21, 20:23, 21:2, 21:4, 21:11, 21:15, 21:18, 21:21, 21:24, 22:3, 22:5, 22:7, 22:9, 22:16, 22:19, 22:21, 22:22, 22:23, 22:24, 22:25, 23:1, 23:2, 23:3, 23:4, 23:5, 23:6, 23:7, 23:8, 23:9, 23:10, 23:14, 23:17, 23:19, 23:23, 24:4, 24:7, 24:12, 26:8, 26:11, 26:14, 26:21, 26:23, 26:25, 27:4, 27:23, 27:25, 28:2, 28:4, 28:9, 28:15, 28:20, 28:23, 29:14, 33:10, 33:15, 33:21, 34:1, 34:5, 34:15, 34:20, 34:22, 35:2, 35:5, 35:9, 35:19, 35:22, 36:6, 36:8, 36:10, 36:17, 36:22, 37:1, 37:5, 37:7, 37:10, 37:13, 37:16, 37:23, 38:3, 38:5, 38:21, 38:25, 39:2, 39:5, 39:17, 39:23, 40:1, 40:3, 40:9, 40:18, 40:21, 40:24, 41:16, 41:19, 41:22, 41:24, 42:3, 42:11, 42:14, 42:18, 43:3, 43:9, 44:9, 44:12, 44:17, 44:20, 44:24, 45:4, 45:12, 45:15, 45:18, 45:25, 46:2, 46:5, 46:8, 46:11,

46:13, 46:22, 46:24, 47:8, 47:20, 48:9, 48:12, 48:21, 48:24, 49:1, 49:9, 49:12, 49:21, 49:23, 50:11, 50:17, 50:19, 50:23, 51:1, 51:14, 51:17, 51:19, 52:21, 52:23, 53:1, 53:4, 53:9, 53:13, 53:21, 54:2
  **prostate** [7] - 37:14, 136:7, 152:9, 161:23, 161:25, 162:16, 175:9
  **prostates** [1] - 161:24
  **protect** [1] - 72:9
  **protein** [2] - 14:23, 84:17
  **protocol** [1] - 154:15
  **ProtoGen** [20] - 130:18, 131:7, 151:24, 151:25, 152:7, 152:12, 152:14, 152:22, 154:8, 155:6, 155:11, 155:21, 155:22, 156:14, 157:3, 157:17, 157:25, 174:24, 175:5, 175:20
  **protrude** [1] - 109:20
  **protrudes** [2] - 112:24, 113:9
  **protruding** [1] - 112:18
  **protrusion** [1] - 109:18
  **proudly** [1] - 91:7
  **prove** [11] - 66:13, 67:2, 67:23, 68:3, 70:7, 70:17, 70:19, 74:18, 76:9, 76:10, 107:11
  **proved** [1] - 66:22
  **provide** [13] - 68:19, 68:24, 70:14, 119:16, 121:7, 122:10,

122:12, 124:22, 124:25, 141:11, 149:25, 174:7, 187:23
  **provided** [7] - 8:12, 51:16, 51:25, 69:4, 75:6, 75:10, 129:3
  **provides** [1] - 122:11
  **providing** [5] - 68:18, 140:9, 146:6, 157:6, 189:13
  **proving** [1] - 63:3
  **prudent** [1] - 69:25
  **pry** [1] - 13:16
  **psychiatric** [1] - 16:20
  **psychotropic** [2] - 43:24, 44:19
  **public** [2] - 76:8, 108:5, 109:2
  **published** [2] - 96:7, 125:17
  **pull** [3] - 85:19, 172:24, 173:6
  **pulls** [1] - 85:11
  **pump** [3] - 21:3, 24:8, 34:3
  **punitive** [2] - 61:17, 61:19
  **purchase** [2] - 89:17, 89:20
  **purpose** [10] - 24:1, 65:14, 116:20, 123:6, 132:10, 132:18, 134:7, 137:25, 139:3
  **pursue** [1] - 30:7
  **push** [3] - 11:12, 82:7, 110:25
  **pushes** [2] - 82:6, 112:16
  **pushing** [2] - 111:7, 112:13
  **put** [30] - 5:11, 6:13, 12:20, 52:9, 79:13, 80:25, 83:7, 84:1, 86:13, 88:4, 88:10, 89:19, 92:16, 92:18, 93:13, 94:19, 95:12, 96:8, 97:16, 98:25, 99:2, 106:10, 113:12, 117:19, 132:13, 163:12, 177:19, 179:7, 179:16
  **pyramid** [2] - 114:10, 114:17

**Q**

  **qualifications** [1] - 7:22

  **qualified** [1] - 53:25
  **qualitative** [1] - 142:6
  **quality** [26] - 101:10, 101:23, 128:2, 128:25, 137:12, 137:15, 137:16, 137:20, 137:24, 138:4, 138:6, 138:7, 138:10, 138:20, 142:14, 142:18, 143:13, 144:18, 144:20, 144:23, 144:24, 144:25
  **quantitatively** [1] - 142:6
  **Quesada** [11] - 20:10, 21:11, 22:16, 23:14, 49:4, 49:7, 51:23, 52:2, 52:8, 52:15, 60:2
  **questioning** [1] - 8:12
  **questionnaire** [7] - 32:14, 33:8, 33:11, 38:23, 41:5, 52:3, 52:13
  **questionnaires** [4] - 36:19, 39:13, 39:14, 44:7
  **questions** [34] - 4:23, 5:1, 7:21, 8:15, 27:7, 31:20, 32:20, 32:24, 32:25, 33:8, 35:16, 36:18, 38:23, 39:4, 39:12, 41:13, 44:6, 46:1, 47:15, 48:19, 50:6, 51:13, 62:15, 64:8, 72:17, 108:12, 117:5, 117:12, 144:4, 157:24, 174:23, 176:5, 176:8
  **quick** [13] - 41:12, 52:18, 130:6, 154:22, 186:6, 187:7, 188:1, 188:17, 189:6, 189:7, 189:10, 189:21
  **quickly** [8] - 23:15, 45:2, 61:11, 79:13, 79:14, 79:25, 100:6, 188:13
  **quite** [6] - 41:2, 53:15, 53:21, 83:19, 134:20, 135:16
  **quote** [1] - 187:7

# R

**R&D** [3] - 175:13, 176:24, 180:14
**Rackliffe** [9] - 3:11, 25:17, 177:17, 177:20, 177:24, 182:5, 186:12, 186:13, 196:13
**raise** [2] - 8:15, 25:24
**Raleigh** [1] - 161:4
**Ramsey** [10] - 16:13, 20:18, 23:5, 28:9, 29:14, 43:15, 44:1, 44:5, 56:5, 60:5
**randomly** [1] - 8:11
**range** [1] - 191:10
**Rao** [1] - 25:15
**rate** [4] - 119:6, 119:7, 119:18, 126:12
**rates** [3] - 95:1, 126:9, 131:14
**rather** [3] - 108:17, 188:9, 194:18
**Raybon** [1] - 25:1
**RDR** [2] - 2:12, 197:11
**re** [1] - 5:16
**re-urge** [1] - 5:16
**reach** [1] - 67:24
**reached** [4] - 58:25, 92:19, 96:8, 195:14
**reaches** [1] - 91:8
**reaching** [1] - 78:15
**react** [7] - 84:6, 84:7, 84:8, 84:12, 84:13, 94:21, 99:13
**reaction** [1] - 96:13
**reactions** [1] - 124:15
**read** [22] - 19:12, 19:13, 24:16, 24:19, 71:7, 71:11, 71:19, 88:12, 124:2, 129:24, 145:2, 146:2, 146:25, 150:1, 155:13, 155:20, 155:24, 174:4, 184:13, 184:14, 194:11, 195:23
**reading** [3] - 24:20, 132:22, 132:24
**ready** [17] - 4:9, 4:10, 4:12, 4:13, 6:20, 7:19, 32:18, 32:23, 54:10, 73:6, 74:12, 75:12, 76:2, 145:16, 153:1, 154:23, 195:16

**real** [3] - 120:18, 130:6, 138:3
**realities** [1] - 81:13
**reality** [2] - 81:23, 82:4
**realized** [1] - 89:11
**really** [13] - 22:12, 28:18, 29:1, 37:18, 39:20, 42:14, 42:19, 42:21, 58:9, 127:21, 145:4, 155:15
**reargue** [1] - 130:19
**reason** [18] - 9:16, 10:14, 11:24, 16:15, 29:18, 54:19, 54:21, 86:16, 92:15, 102:12, 104:13, 108:24, 113:15, 140:14, 143:5, 145:5, 166:23
**reasonable** [10] - 64:25, 68:18, 69:18, 69:21, 70:2, 101:15, 104:2, 105:14, 154:17, 156:21
**reasonably** [5] - 68:10, 69:14, 69:22, 69:25, 71:2
**reasons** [4] - 7:23, 109:15, 143:4, 158:25
**rebuttal** [1] - 74:24
**recalled** [4] - 152:13, 152:18, 154:10, 156:7
**receive** [2] - 171:3, 174:25
**RECEIVED** [1] - 3:14
**recent** [1] - 73:10
**recently** [1] - 35:18
**recess** [6] - 29:20, 74:1, 74:2, 130:1, 130:3, 196:6
**recipe** [2] - 58:9, 59:15
**recognize** [1] - 132:14
**recognized** [2] - 116:3, 180:2
**recollection** [4] - 55:2, 55:4, 72:5, 191:7
**reconstruction** [3] - 179:9, 185:3, 190:11
**record** [13] - 5:11, 6:12, 6:14, 30:19, 31:16, 31:17, 32:16, 32:17, 58:19, 58:20, 59:16, 133:2, 177:20
**recover** [4] - 67:14, 69:1, 70:6, 70:16
**recreation** [2] - 38:9, 38:14

**recreational** [2] - 39:2, 39:3
**recruited** [1] - 161:3
**recruiter** [1] - 161:3
**rectal** [9] - 112:3, 113:8, 118:7, 126:20, 126:22, 127:9, 127:12, 127:13, 127:15
**rectocele** [17] - 110:3, 110:6, 111:25, 112:3, 112:13, 112:14, 112:15, 112:17, 112:23, 113:3, 113:12, 113:14, 113:16, 113:18, 113:20, 118:6, 126:22
**rectoceles** [1] - 118:6
**rectum** [13] - 81:18, 81:20, 82:2, 82:6, 82:17, 83:23, 84:2, 110:3, 110:16, 110:20, 112:13, 112:16, 112:18
**recurrence** [1] - 119:8
**red** [1] - 11:12
**reduce** [1] - 101:9
**reduced** [1] - 68:18
**refer** [2] - 104:24, 111:17
**reference** [4] - 63:17, 112:6, 112:11, 190:15
**referred** [3] - 104:22, 115:3, 168:14
**referring** [6] - 33:19, 132:24, 145:24, 154:4, 167:25, 192:25
**reflect** [1] - 184:17
**Reg** [1] - 155:6
**regard** [3] - 65:23, 175:20, 176:24
**regarding** [13] - 41:6, 61:23, 76:25, 77:1, 77:3, 124:17, 155:11, 171:25, 174:23, 176:13, 178:20, 195:5, 195:10
**regional** [2] - 161:16, 166:16
**regions** [1] - 166:17
**registered** [1] - 21:16
**reiterate** [1] - 173:14
**rejected** [2] - 32:4, 33:1
**relate** [3] - 65:24, 65:25

**related** [10] - 9:11, 18:2, 18:24, 25:20, 34:18, 51:16, 55:23, 77:7, 100:11, 136:1
**relationship** [5] - 102:18, 102:19, 103:6, 103:7, 127:4
**relationships** [4] - 107:21, 145:19, 145:25, 166:14
**relative** [1] - 191:6
**relatively** [1] - 189:7
**relatives** [1] - 40:5
**relevant** [5] - 92:21, 142:20, 142:21, 189:18
**relied** [1] - 117:1
**relief** [1] - 129:9
**rely** [7] - 72:5, 92:7, 100:14, 100:15, 116:10, 116:13, 172:13
**relying** [1] - 91:11
**remaining** [1] - 9:10
**remarks** [1] - 107:8
**remember** [12] - 8:22, 35:25, 47:2, 53:9, 54:21, 73:23, 110:23, 118:2, 118:6, 122:12, 176:8, 187:3
**remind** [3] - 31:11, 71:5, 195:17
**reminded** [1] - 75:21
**remove** [1] - 99:7
**removed** [5] - 82:15, 85:17, 98:17, 99:6, 124:12
**render** [5] - 29:9, 29:19, 108:1, 129:11, 129:12
**rendered** [2] - 69:6, 131:12
**renew** [1] - 130:11
**reorient** [1] - 187:17
**rep** [2] - 142:2, 161:12
**Rep** [1] - 155:7
**repackage** [1] - 183:23
**repackaged** [1] - 191:16
**Repair** [1] - 19:3
**repair** [41] - 39:24, 78:25, 79:4, 79:7, 79:16, 85:21, 86:3, 94:14, 103:11, 103:19, 105:19, 108:22, 110:18, 119:4, 119:10, 119:12, 119:18,

120:3, 125:17, 159:14, 180:20, 182:10, 182:13, 182:21, 183:23, 184:5, 184:12, 185:9, 187:12, 188:8, 188:9, 188:17, 189:10, 191:9, 191:12, 193:3, 193:20, 194:4, 194:9, 194:14, 194:18
**repaired** [2] - 37:20, 118:7
**repairs** [2] - 103:13, 128:20
**repeat** [1] - 158:19
**repeated** [1] - 158:14
**replaced** [1] - 123:19
**replacement** [5] - 20:8, 20:12, 20:24, 21:5, 98:24
**Repliform** [4] - 180:25, 183:10, 183:14, 185:1
**reported** [3] - 8:11, 126:3, 165:3
**REPORTED** [1] - 2:12
**reporter** [4] - 4:17, 8:23, 9:3, 134:6
**Reporter** [2] - 2:12, 197:11
**reports** [1] - 138:15
**repositioning** [2] - 169:12, 169:13
**representative** [5] - 133:19, 135:22, 141:8, 178:6, 178:11
**representatives** [1] - 147:20
**represented** [3] - 17:7, 17:17, 162:19
**reproducibility** [1] - 191:23
**reproducible** [4] - 189:21, 191:13, 191:15, 192:3
**reps** [6] - 151:3, 151:23, 155:11, 155:22, 183:1, 183:6
**request** [2] - 43:19, 138:2
**requested** [1] - 186:18
**requesting** [1] - 41:7
**require** [2] - 124:24, 192:24
**required** [5] - 14:7, 37:11, 143:22, 158:22, 159:1
**requires** [1] - 124:21

**reread** [1] - 190:4
**research** [16] - 59:2, 63:11, 71:23, 142:5, 146:14, 146:20, 163:2, 163:5, 166:3, 175:18, 175:21, 176:10, 176:14, 176:18, 192:10, 195:24
**reserving** [1] - 27:17
**residencies** [1] - 103:15
**residents** [1] - 166:19
**resolutions** [1] - 167:1
**resource** [1] - 166:21
**respect** [8] - 66:6, 82:11, 143:4, 144:5, 153:19, 154:7, 154:8, 159:14
**respected** [1] - 128:11
**respectful** [1] - 81:12
**respectfully** [1] - 41:7
**respiratory** [7] - 22:1, 22:3, 22:4, 38:10, 38:11, 38:13, 39:1
**responding** [1] - 174:19
**response** [3] - 55:1, 152:21, 180:12
**responses** [1] - 124:5
**responsibilities** [5] - 154:8, 160:16, 161:10, 165:20, 178:8
**responsibility** [11] - 76:16, 76:18, 90:8, 97:2, 153:25, 154:12, 162:8, 162:24, 163:14, 178:15, 178:25
**responsible** [21] - 78:12, 80:3, 81:19, 81:20, 131:23, 137:20, 143:9, 152:8, 161:15, 161:16, 162:15, 163:6, 164:7, 164:8, 164:13, 164:17, 164:19, 164:21, 165:9, 171:24
**responsibly** [1] - 115:6
**rest** [7] - 27:15, 66:9, 80:19, 81:17, 106:16, 151:6, 151:16
**restricted** [1] - 15:4

**rests** [3] - 83:22, 83:23, 92:14
**result** [8] - 34:9, 37:15, 67:11, 70:6, 70:17, 97:6, 120:15, 174:16
**results** [1] - 126:3
**resume** [1] - 160:18
**retire** [3] - 63:21, 63:24, 75:4
**retired** [14] - 35:10, 36:11, 38:6, 39:6, 40:25, 43:13, 45:19, 47:10, 48:13, 49:2, 49:25, 51:3, 51:20, 54:5
**retrieved** [1] - 154:16
**return** [2] - 61:6, 101:10
**returned** [1] - 64:1
**revenue** [2] - 162:20, 163:21
**review** [5] - 143:22, 153:20, 169:20, 186:12, 187:17
**reviewed** [1] - 61:22
**revised** [2] - 124:13, 187:6
**revision** [2] - 98:2, 98:15
**reward** [1] - 54:4
**Richard** [1] - 25:4
**rid** [1] - 28:11
**right-hand** [4] - 111:3, 111:5, 122:15, 190:17
**risk** [7] - 76:17, 93:8, 93:17, 95:4, 103:3, 114:5, 120:11
**risk-benefit** [3] - 93:8, 93:17, 120:11
**risks** [26] - 68:17, 70:15, 77:10, 92:25, 93:1, 94:12, 95:8, 95:11, 96:5, 103:1, 103:19, 104:4, 104:11, 105:12, 105:13, 120:7, 120:8, 120:9, 120:10, 124:22, 128:9, 128:15, 129:15, 140:11, 155:22, 157:3
**Rizvi** [4] - 21:4, 36:13, 36:16, 60:7
**Road** [1] - 1:21
**road** [2] - 97:19, 99:12
**Robert** [2] - 25:12, 25:18
**Roberts** [3] - 16:1,

23:2, 60:18
**rockets** [1] - 73:10
**Roger** [1] - 25:16
**Rojas** [4] - 26:8, 48:15, 48:18, 60:1
**role** [7] - 154:13, 162:5, 165:3, 165:4, 171:11, 172:9, 172:23
**roles** [2] - 160:16, 161:10
**Romero** [1] - 60:10
**room** [7] - 4:15, 4:16, 4:17, 30:1, 46:16, 71:15, 72:11
**Rosenblatt** [2] - 125:24, 126:2
**Rosenfeld** [8] - 10:1, 16:4, 20:6, 21:15, 22:24, 23:23, 26:14, 60:3
**routinely** [1] - 142:3
**row** [2] - 107:1
**royalty** [1] - 171:3
**rubs** [1] - 109:22
**Rufus** [1] - 60:3
**Ruiz** [1] - 24:24
**rule** [3] - 6:16, 80:2, 130:16
**ruled** [1] - 131:1
**rules** [10] - 75:25, 76:3, 76:4, 76:13, 76:14, 76:21, 77:15, 100:15, 100:16
**rulings** [3] - 6:5, 61:24, 62:15
**run** [6] - 7:18, 10:6, 35:4, 71:15, 118:21, 169:20
**running** [1] - 11:13
**rush** [1] - 84:21

# S

**sacrifice** [3] - 146:24, 147:3, 147:6
**sacrocolpopexy** [1] - 118:23
**sacrospinous** [3] - 170:3, 170:14, 170:20
**safe** [13] - 76:19, 80:17, 89:15, 90:13, 97:3, 97:4, 115:1, 116:5, 117:16, 123:5, 128:8, 128:16, 193:23
**safely** [5] - 139:15, 140:3, 141:12, 157:12, 186:3
**safer** [3] - 123:18, 129:6, 187:24

**safest** [1] - 151:15
**safety** [31] - 80:3, 88:6, 88:10, 89:11, 90:15, 91:12, 92:8, 115:3, 115:11, 116:10, 116:12, 125:8, 130:12, 132:12, 142:25, 143:4, 143:6, 143:14, 147:3, 147:6, 150:9, 150:21, 151:15, 151:20, 158:23, 158:24, 159:8, 171:16, 194:1, 195:5, 195:10
**sale** [1] - 67:20
**sales** [58] - 9:20, 135:22, 136:1, 136:9, 136:12, 136:15, 137:2, 137:6, 141:6, 141:8, 142:2, 146:10, 146:13, 146:24, 147:18, 147:19, 147:20, 147:25, 149:9, 150:22, 151:2, 151:3, 151:7, 151:12, 151:23, 152:9, 152:20, 154:1, 154:12, 154:13, 157:13, 161:12, 161:18, 164:22, 167:16, 167:17, 167:22, 168:2, 173:5, 173:6, 173:7, 175:11, 178:6, 178:10, 179:14, 179:15, 179:18, 179:22, 180:5, 180:8, 182:18, 183:1, 183:6, 183:17, 184:11, 184:23, 186:8
**sales-related** [1] - 136:1
**salespeople** [1] - 193:6
**Salom** [1] - 25:2
**salsa** [1] - 59:15
**sandpaper** [1] - 94:21
**Sastre** [3] - 17:23, 30:25, 106:17
**SASTRE** [2] - 2:6, 17:24
**saw** [1] - 137:10
**scanned** [1] - 8:9
**scene** [1] - 63:12
**schedule** [4] - 14:7, 14:17, 15:15, 16:19
**scheduled** [1] - 97:21
**school** [13] - 12:25,

13:1, 36:23, 41:4, 43:17, 44:9, 44:11, 46:25, 160:4, 160:7, 160:8, 160:22
**schooling** [2] - 36:21, 43:16
**science** [7] - 77:3, 84:8, 84:10, 100:3, 104:11, 104:14, 117:14
**SCIENTIFIC** [1] - 1:7
**Scientific** [171] - 4:2, 5:5, 6:11, 7:5, 17:17, 18:9, 50:21, 55:11, 65:17, 67:8, 67:18, 68:2, 68:22, 68:24, 69:4, 69:18, 70:3, 70:5, 70:9, 70:14, 70:19, 76:5, 76:10, 76:11, 76:25, 77:1, 77:2, 77:5, 77:7, 77:8, 77:9, 78:8, 78:13, 78:18, 78:19, 78:21, 78:23, 79:21, 83:24, 84:7, 84:21, 84:25, 86:18, 87:2, 87:3, 87:7, 87:14, 87:17, 88:8, 88:12, 88:25, 89:10, 89:13, 89:22, 90:15, 90:25, 91:2, 91:11, 92:21, 93:3, 93:6, 93:9, 94:3, 94:15, 95:13, 97:1, 99:20, 100:16, 104:25, 106:10, 107:5, 114:14, 114:19, 115:5, 115:10, 115:12, 115:21, 116:7, 116:16, 116:21, 116:25, 117:19, 117:20, 117:21, 120:18, 123:24, 125:7, 125:12, 125:14, 125:20, 129:3, 129:12, 130:11, 131:8, 131:15, 132:1, 133:19, 134:18, 135:14, 136:3, 136:10, 138:6, 138:8, 140:23, 141:16, 143:1, 143:19, 144:5, 145:1, 145:5, 147:21, 147:25, 149:9, 149:21, 151:16, 152:5, 152:14, 152:21, 157:16, 158:1, 159:1, 159:5, 159:7, 159:19, 160:10, 161:19,

161:21, 163:7,
168:16, 169:16,
169:18, 170:22,
170:25, 171:4,
171:15, 176:5, 178:2,
178:5, 178:9, 178:11,
178:13, 178:15,
180:1, 180:11,
180:22, 180:23,
181:3, 181:9, 181:18,
181:23, 182:7,
182:17, 183:13,
184:24, 185:13,
186:1, 186:4, 187:12,
188:16, 189:3,
189:18, 190:1, 190:6,
190:9, 191:9, 193:4,
193:18, 194:17,
195:3, 195:4, 195:8

**Scientific's** [12] -
66:5, 66:10, 67:12,
70:11, 70:22, 150:8,
163:1, 168:15,
171:25, 176:7,
179:22, 188:8

**scientists** [1] - 100:2

**scope** [1] - 193:10

**Scott** [1] - 26:11

**screen** [17] - 91:20,
94:22, 109:7, 110:12,
111:3, 111:4, 111:6,
111:13, 113:7,
113:12, 113:21,
116:18, 121:3,
122:23, 124:9, 135:6,
182:6

**screened** [1] - 32:13

**screens** [1] - 91:20

**script** [2] - 173:5,
173:8

**search** [2] - 22:13,
63:18

**seat** [5] - 9:22, 28:8,
60:11, 60:20, 60:21

**Seat** [1] - 60:18

**seated** [12] - 4:3, 7:1,
8:6, 8:11, 57:11,
57:21, 61:5, 74:7,
106:19, 107:1, 133:7

**seating** [1] - 4:7

**second** [17] - 7:25,
30:13, 41:24, 56:23,
61:20, 70:13, 73:12,
80:25, 116:1, 119:19,
130:18, 148:20,
153:2, 153:15,
155:16, 160:17,
167:19

**secondly** [1] - 132:8

**seconds** [3] - 133:1,

133:25, 177:18

**secrets** [1] - 31:11

**section** [5] - 125:9,
155:17, 184:9, 194:3

**sections** [1] - 182:9

**security** [3] - 24:1,
31:11, 72:14

**SECURITY** [2] - 24:3,
33:6

**see** [96] - 13:13,
15:1, 29:21, 34:23,
35:7, 42:23, 46:13,
47:21, 63:12, 72:24,
73:24, 75:5, 80:1,
84:10, 85:14, 87:16,
90:21, 91:19, 92:20,
94:11, 97:12, 98:1,
99:5, 99:10, 99:23,
100:5, 107:3, 108:21,
109:6, 110:9, 110:12,
110:15, 111:2, 111:6,
111:14, 111:15,
111:24, 112:4, 113:7,
113:8, 113:21,
114:12, 114:17,
118:22, 120:9,
120:14, 121:3,
121:15, 121:22,
122:2, 122:4, 122:15,
122:23, 123:3, 123:5,
124:1, 124:3, 124:8,
126:20, 127:3, 127:8,
129:25, 131:22,
135:8, 137:13, 144:8,
144:11, 145:20,
146:11, 146:15,
147:15, 148:17,
149:1, 149:5, 149:6,
149:14, 149:15,
153:4, 153:5, 153:6,
153:7, 153:17,
153:18, 155:1, 155:8,
155:10, 156:16,
156:24, 156:25,
167:18, 174:2, 174:3,
196:1, 196:25

**seeing** [1] - 92:11

**seek** [1] - 97:14

**seeking** [1] - 40:14

**seem** [1] - 30:16

**segment** [3] -
161:15, 184:21, 185:2

**selected** [2] - 29:8,
73:20

**selection** [7] - 4:21,
5:8, 31:21, 57:3, 58:3,
60:23, 83:3

**Selection** [1] - 3:4

**self** [1] - 12:13

**self-employed** [1] -

12:13

**sell** [11] - 76:16,
76:19, 89:13, 91:12,
93:2, 93:7, 93:18,
97:2, 139:19, 189:11,
191:20

**selling** [10] - 80:5,
87:18, 93:25, 131:25,
180:19, 181:17,
190:16, 191:12, 193:7

**sells** [2] - 76:14,
76:19

**semester** [1] - 13:8

**send** [1] - 151:20

**Senior** [1] - 37:4

**senior** [1] - 180:14

**sensation** [1] -
112:19

**sense** [5] - 64:24,
103:8, 123:4, 157:5,
165:20

**sensitive** [1] -
108:10

**sent** [2] - 36:19,
151:17

**sentence** [10] -
145:25, 146:10,
155:10, 156:1,
173:25, 174:4, 174:5,
183:10, 184:9, 184:17

**separate** [4] - 58:10,
65:16, 65:17, 92:17

**separated** [1] - 61:16

**separately** [2] -
65:21, 65:22

**September** [1] -
185:22

**Sepulveda** [1] - 25:2

**sequence** [3] - 68:8,
69:12, 70:25

**series** [2] - 7:21,
8:14

**serious** [10] - 77:12,
77:13, 94:23, 101:5,
101:11, 102:4,
103:23, 127:17,
128:24

**serve** [4] - 7:22,
9:17, 15:21, 59:5

**served** [2] - 25:22,
176:23

**service** [5] - 7:14,
7:16, 10:11, 12:7,
56:1

**sessions** [1] -
192:24

**set** [10] - 4:14, 58:11,
58:12, 58:13, 58:14,
75:25, 80:8, 80:10,
91:18, 148:24

**setting** [1] - 93:3

**seven** [2] - 98:7,
182:8

**several** [2] - 67:1,
125:15

**severe** [6] - 96:13,
110:9, 112:24, 113:1,
119:23, 127:25

**severity** [1] - 82:19

**sex** [1] - 112:22

**sexual** [2] - 102:1,
102:2

**shaper** [1] - 149:21

**shards** [1] - 99:4

**share** [16] - 40:10,
40:14, 78:20, 79:22,
91:7, 108:16, 147:7,
149:13, 149:16,
149:17, 150:12,
150:14, 151:9,
168:13, 174:1, 181:7

**shared** [2] - 77:3,
77:4

**shares** [1] - 40:11

**Shauna** [4] - 13:10,
22:7, 23:10, 60:7

**sheaths** [1] - 162:14

**sheet** [10] - 88:6,
88:10, 89:11, 115:3,
115:12, 116:10,
116:13, 121:4,
130:12, 182:15

**sheets** [3] - 106:4,
106:5, 118:3

**SHELLEY** [1] - 1:17

**Shelley** [2] - 17:8,
31:5

**Sherry** [1] - 25:12

**shift** [1] - 15:24

**SHOOK** [2] - 2:4, 2:7

**Shook** [6] - 18:17,
30:24, 30:25, 106:17,
106:19, 106:21

**shop** [1] - 12:13

**short** [3] - 4:25, 6:9,
9:11

**shot** [3] - 10:23,
11:1, 20:3

**shoulder** [2] - 20:4,
24:9

**show** [22] - 28:11,
32:5, 77:17, 80:24,
95:13, 101:14,
104:14, 105:10,
105:18, 106:4,
108:24, 110:1, 110:2,
110:6, 110:11,
111:22, 112:2, 115:9,
121:6, 121:19,
129:13, 186:11

**showed** [2] - 91:16,
121:20

**showing** [4] - 83:22,
113:15, 132:10,
134:24

**shown** [1] - 75:3

**shows** [6] - 92:2,
114:9, 122:7, 127:2,
142:4, 164:22

**shreds** [1] - 99:4

**shuffled** [1] - 33:3

**Shurtleff** [1] - 161:7

**sick** [1] - 14:5

**side** [48] - 4:20, 4:22,
6:22, 9:2, 10:16,
10:18, 13:13, 13:15,
15:1, 15:3, 26:19,
28:17, 40:19, 42:16,
49:14, 50:16, 55:21,
72:24, 73:1, 74:13,
82:17, 85:24, 92:17,
98:3, 98:4, 111:3,
111:4, 111:6, 121:4,
122:15, 122:23,
162:22, 162:23,
162:24, 163:4,
163:23, 163:24,
164:2, 164:3, 164:11,
169:11, 170:20,
174:12, 176:2,
176:20, 176:22,
178:14, 182:2

**side-bar** [10] - 9:2,
10:18, 13:13, 13:15,
15:1, 15:3, 26:19,
55:21, 72:24, 73:1

**sides** [14] - 9:3, 40:8,
42:10, 43:21, 48:1,
52:1, 56:25, 57:18,
85:24, 86:16, 107:19,
107:22, 107:24,
164:10

**sign** [2] - 90:5, 94:6

**significant** [1] -
189:23

**significantly** [1] -
180:24

**similar** [6] - 32:6,
39:21, 64:17, 69:23,
70:1, 130:22

**simple** [1] - 147:2

**simplify** [1] - 173:22

**simply** [4] - 62:19,
115:19, 138:4, 179:7

**Sina** [4] - 10:13,
37:3, 37:6, 60:2

**single** [8] - 14:9,
77:18, 85:9, 94:24,
96:22, 98:19, 104:11,
120:8

**sinus** [2] - 13:18, 13:21

**sit** [7] - 29:7, 29:19, 40:7, 48:1, 50:16, 56:13, 152:12

**site** [1] - 124:6

**sitting** [4] - 40:11, 45:5, 58:22, 65:6

**situation** [3] - 11:15, 115:16, 168:11

**situations** [1] - 104:3

**six** [3] - 122:25, 123:12, 154:13

**size** [6] - 83:7, 86:22, 86:25, 92:10, 95:2

**skin** [1] - 83:21

**sleep** [3] - 16:12, 16:14, 16:18

**sleeping** [1] - 45:1

**sleeve** [1] - 170:12

**slide** [9] - 114:9, 114:12, 120:10, 123:23, 125:9, 167:21, 171:10, 172:8, 190:12

**slight** [1] - 46:18

**slightly** [1] - 192:20

**Sling** [2] - 154:25, 155:6

**sling** [21] - 86:10, 86:11, 86:24, 91:5, 94:13, 95:5, 95:6, 131:20, 155:12, 157:25, 163:1, 163:5, 174:24, 175:18, 175:19, 175:22, 176:11, 176:19, 195:6

**slings** [5] - 86:23, 87:9, 87:15, 87:17, 87:25

**slip** [1] - 109:16

**small** [7] - 4:16, 91:20, 91:21, 109:12, 110:14, 118:14, 170:9

**smart** [1] - 58:25

**Smith** [1] - 25:17

**Snoopy** [1] - 46:16

**snowing** [2] - 65:8, 65:10

**so-called** [1] - 187:6

**so-so** [1] - 133:10

**social** [3] - 59:3, 64:17, 195:24

**society** [3] - 76:4, 153:13, 164:22

**soda** [1] - 72:22

**sold** [10] - 67:18, 68:2, 86:19, 92:5, 92:20, 94:9, 95:8, 131:12, 190:19,

191:15

**sole** [1] - 153:24

**solely** [10] - 29:9, 29:10, 44:23, 53:20, 62:4, 62:5, 152:8, 154:9, 163:6, 194:13

**solid** [1] - 146:20

**solution** [1] - 174:14

**solutions** [7] - 149:23, 149:24, 174:6, 174:8, 174:9, 174:18

**someone** [8] - 37:3, 46:4, 46:15, 46:23, 72:5, 104:8, 188:3, 188:5

**sometimes** [5] - 28:12, 48:4, 58:2, 74:9, 146:17

**somewhat** [1] - 65:8

**somewhere** [4] - 4:7, 73:22, 191:10

**son** [3] - 10:23, 11:3, 160:7

**soon** [2] - 64:19, 186:2

**SOPs** [1] - 138:10

**sorry** [15] - 16:14, 22:2, 22:8, 28:19, 36:8, 38:15, 42:17, 53:14, 54:23, 86:7, 134:25, 135:3, 144:9, 174:3, 177:2

**sort** [2] - 73:2, 195:24

**sought** [1] - 66:22

**sound** [1] - 4:18

**sounds** [1] - 119:23

**source** [1] - 63:20

**South** [4] - 2:2, 2:7, 44:13, 106:14

**SOUTHERN** [1] - 1:1

**space** [7] - 81:25, 82:1, 82:3, 112:16, 113:10, 162:5, 191:6

**Spanish** [2] - 75:9, 78:4

**Spanish-speakers** [1] - 78:4

**speaker** [1] - 31:12

**speakers** [1] - 78:4

**speaking** [2] - 6:15, 78:5

**special** [1] - 15:20

**specialties** [1] - 105:22

**specialty** [1] - 40:2

**specific** [17] - 19:12, 77:7, 77:8, 77:10, 84:22, 88:25, 90:10,

90:11, 90:12, 94:25, 103:22, 104:3, 125:9, 166:17, 167:2, 169:22, 182:15

**specifically** [13] - 65:24, 88:14, 89:21, 90:6, 93:16, 105:6, 105:7, 131:16, 139:11, 139:12, 173:24, 188:14, 195:1

**specifics** [3] - 90:1, 93:2, 96:10

**speculate** [1] - 63:6

**speech** [6] - 148:4, 148:5, 148:7, 148:16, 151:22

**speed** [10] - 80:10, 80:18, 93:4, 188:15, 193:11, 193:14, 193:16, 193:19, 193:21, 193:25

**spell** [1] - 24:25

**spend** [4] - 6:8, 111:25, 112:12, 141:25

**spent** [1] - 137:5

**Spiegelberg** [1] - 25:5

**spine** [1] - 161:12

**split** [2] - 162:5, 164:2

**sponsored** [1] - 93:23

**squeezing** [1] - 118:12

**stability** [1] - 169:9

**staff** [2] - 7:15, 157:10

**Stage** [14] - 111:18, 113:5, 118:18, 127:8, 127:11, 127:12, 127:13, 127:15

**stages** [1] - 82:18

**stamped** [1] - 155:3

**stand** [7] - 8:17, 8:20, 17:9, 59:22, 128:6, 134:10, 137:22

**standardization** [2] - 125:3, 125:4

**standardized** [1] - 191:20

**standards** [7] - 117:1, 117:16, 125:4, 125:8, 138:7, 138:9, 138:10

**standpoint** [6] - 154:1, 158:13, 163:21, 167:7, 168:4, 177:9

**stands** [2] - 74:1,

130:1

**start** [9] - 27:13, 71:14, 82:13, 97:18, 128:23, 147:13, 161:21, 165:24, 165:25

**started** [10] - 15:8, 98:9, 106:1, 110:24, 118:1, 118:2, 135:22, 136:6, 161:11, 163:8

**starting** [2] - 15:11, 15:13

**starts** [1] - 148:20

**state** [3] - 25:23, 58:11, 177:23

**Statement** [2] - 3:6, 3:7

**statement** [13] - 5:20, 74:13, 74:14, 74:16, 75:15, 101:19, 104:23, 107:15, 115:4, 130:13, 132:15, 132:16, 149:22

**statements** [5] - 5:23, 61:22, 62:14, 62:15, 74:19

**States** [4] - 2:13, 7:8, 108:23, 197:12

**STATES** [2] - 1:1, 1:11

**states'** [1] - 58:15

**stating** [2] - 151:8, 169:7

**statistics** [2] - 108:16, 108:24

**status** [1] - 155:12

**stay** [5] - 55:24, 72:12, 90:24, 98:22, 183:3

**steak** [1] - 14:24

**stents** [2] - 162:14, 164:9

**stepfather** [4] - 24:13, 33:17, 34:6, 34:8

**stepfather's** [1] - 34:14

**Stephen** [3] - 12:1, 25:5

**steps** [1] - 132:11

**Steven** [2] - 19:24, 60:5

**stick** [1] - 20:25

**stiff** [1] - 83:13

**stiffens** [1] - 84:19

**stiffness** [1] - 95:25

**still** [7] - 9:4, 58:17, 97:6, 97:11, 104:20, 117:6

**Stillman** [1] - 188:3

**stipulate** [1] - 62:10

**stipulations** [1] - 62:8

**stirrups** [1] - 83:20

**stitch** [5] - 85:5, 85:8, 85:16, 85:18, 86:1

**stitches** [3] - 85:4, 85:6, 85:24

**stock** [2] - 50:21, 55:11

**stockholder** [1] - 18:9

**stomach** [4] - 33:23, 118:25, 123:13

**stone** [2] - 162:8, 176:3

**stones** [3] - 162:10, 162:11

**stool** [1] - 81:21

**story** [6] - 105:13, 107:19, 107:22, 107:24, 114:6, 114:7

**straight** [6] - 83:8, 83:11, 83:17, 83:19, 83:21, 112:7

**straighten** [1] - 16:25

**strangers** [1] - 99:15

**strategically** [1] - 182:19

**strategy** [2] - 148:21, 187:7

**straw** [1] - 4:25

**Street** [2] - 1:18, 2:2

**stress** [11] - 86:6, 86:10, 86:22, 90:19, 114:16, 131:9, 131:13, 163:17, 164:13, 171:25, 173:17

**stretching** [1] - 85:25

**stricken** [2] - 59:25, 62:16

**strict** [4] - 67:4, 67:5, 68:15, 69:1

**strikes** [4] - 8:2, 57:23, 58:7, 59:11

**string** [1] - 85:9

**stroke** [1] - 24:9

**strong** [8] - 29:2, 29:6, 47:3, 119:15, 121:23, 166:16, 179:1, 179:2

**struck** [1] - 59:20

**structural** [2] - 109:15, 110:22

**student** [2] - 21:21,

41:17
**studied** [1] - 95:7
**studies** [16] - 93:11,
93:19, 116:2, 117:15,
125:11, 125:17,
125:19, 125:20,
126:3, 126:6, 126:7,
126:8, 126:11, 171:19
**Study** [1] - 125:24
**study** [4] - 43:18,
93:23, 94:4, 126:3
**stuff** [5] - 39:19,
45:6, 45:14, 82:8,
84:20
**stumbling** [1] - 73:2
**sturdiness** [1] -
82:16
**subject** [2] - 130:8,
130:9
**subjects** [1] - 76:17
**submit** [2] - 31:24,
169:19
**submitted** [2] -
31:19, 61:19
**substance** [1] - 27:1
**substantial** [1] -
132:16
**substantially** [5] -
68:8, 68:9, 69:13,
71:1, 130:22
**success** [1] - 167:22
**successful** [6] -
157:25, 167:24,
170:8, 171:11,
171:13, 172:9
**successfully** [1] -
91:25
**sudden** [1] - 87:3
**sue** [2] - 29:2, 47:3
**sued** [4] - 28:24,
40:16, 46:14, 46:15
**suffer** [1] - 108:20
**suffered** [1] - 94:24
**suffering** [1] - 31:24
**suggested** [1] -
64:10
**SUI** [2] - 132:17,
177:11
**suit** [2] - 46:15,
46:17
**suitability** [1] -
116:19
**Suite** [4] - 1:15, 1:18,
1:21, 2:8
**suited** [2] - 90:10,
140:16
**Sullivan** [1] - 25:15
**Sumika** [2] - 115:22,
115:24
**summarize** [2] -

75:2, 155:10
**summarizing** [1] -
175:7
**Summary** [1] - 155:6
**summer** [1] - 164:23
**summoned** [1] -
23:21
**supply** [1] - 53:10
**support** [13] - 74:20,
109:15, 110:22,
119:16, 121:7,
122:10, 122:11,
122:13, 169:11,
169:12, 170:2,
171:15, 173:22
**supporting** [1] -
109:8
**supposed** [3] -
83:13, 109:17, 145:13
**surgeon** [2] - 146:5,
191:23
**surgeons** [11] -
105:20, 105:21,
146:18, 150:8, 154:9,
157:6, 157:11,
157:12, 161:12,
161:13, 191:16
**surgeries** [3] - 34:10,
39:15, 85:20
**surgery** [34] - 13:11,
13:17, 13:20, 23:13,
24:9, 33:16, 33:17,
34:2, 34:9, 35:25,
37:9, 37:22, 39:24,
40:5, 82:3, 82:24,
97:12, 97:15, 97:21,
97:24, 98:2, 98:12,
98:15, 98:19, 99:11,
100:1, 103:4, 113:17,
118:11, 126:18,
184:5, 191:13, 191:15
**Surgery** [1] - 98:11
**surgical** [15] - 33:12,
47:22, 98:21, 104:11,
108:21, 118:5,
118:20, 120:2, 120:6,
120:8, 120:16, 161:7,
180:19, 191:21,
191:24
**surgically** [1] - 118:7
**surprised** [1] -
115:12
**surrounding** [1] -
124:7
**suspect** [1] - 42:5
**sustain** [1] - 62:19
**suture** [8] - 85:9,
85:15, 85:16, 86:25,
93:14, 170:8, 184:7,
192:14

**sutured** [1] - 169:11
**sutures** [4] - 85:6,
85:7, 87:8, 192:11
**suturing** [1] - 173:13
**switch** [1] - 100:25
**sworn** [4] - 8:5, 61:3,
61:12, 62:7
**symptoms** [2] -
101:9, 102:15
**Synthetic** [1] - 182:7
**synthetic** [29] -
80:23, 84:6, 84:15,
179:9, 179:10,
179:12, 179:21,
179:25, 180:20,
180:23, 181:12,
182:3, 182:9, 182:19,
183:18, 183:19,
183:22, 184:2,
184:20, 184:23,
185:8, 185:18,
185:23, 186:5, 194:5,
194:9, 194:14,
194:19, 194:24
**synthetics** [4] -
183:11, 183:17,
183:18, 184:12
**system** [10] - 7:12,
8:10, 30:23, 50:9,
50:10, 58:8, 58:10,
58:13, 159:15
**systems** [5] - 58:11,
142:11, 142:17,
142:18, 143:13
**Systems** [1] - 79:17

## T

**table** [4] - 47:2,
49:19, 92:2, 106:16
**tailored** [1] - 132:6
**talks** [2] - 150:13,
173:25
**Tangela** [1] - 60:22
**tape** [1] - 85:13
**task** [7] - 131:17,
131:24, 133:14,
152:22, 153:3,
153:19, 153:20
**taught** [1] - 81:7
**teaching** [1] - 178:10
**team** [6] - 54:11,
151:7, 164:21,
175:14, 194:7, 194:16
**teams** [6] - 176:24,
176:25, 177:1, 177:3,
177:7, 177:11
**technique** [1] - 192:4
**techniques** [1] -

124:17
**technology** [11] -
64:17, 79:6, 80:15,
83:1, 106:24, 135:7,
162:16, 162:17,
162:18, 170:9, 188:10
**television** [1] - 34:18
**temporary** [2] - 89:2,
89:9
**ten** [6] - 9:9, 11:7,
14:8, 195:16, 195:19,
196:2
**tender** [1] - 109:22
**tendered** [1] - 32:1
**term** [6] - 65:4,
138:5, 179:14,
179:17, 190:23
**terminology** [1] -
188:21
**terms** [8] - 32:9,
163:19, 164:3,
168:15, 170:5,
171:19, 174:8, 176:18
**terrible** [1] - 129:2
**territory** [2] - 154:14,
182:25
**test** [2] - 80:16, 93:5
**tested** [7] - 93:6,
93:13, 93:15, 96:6,
97:3, 116:1, 129:5
**testify** [3] - 24:18,
49:14, 125:25
**testimony** [11] -
42:2, 42:5, 42:7, 42:9,
47:19, 62:7, 113:1,
116:9, 134:4, 195:14,
195:15
**testing** [6] - 21:8,
77:2, 77:9, 116:14,
116:15, 116:25
**tests** [2] - 116:3,
116:17
**Texas** [5] - 1:16,
1:18, 1:25, 87:20,
89:20
**text** [2] - 30:10,
64:15
**textbook** [2] - 110:8,
113:13
**that'll** [3] - 42:15,
57:14, 72:9
**THE** [338] - 1:10,
1:14, 2:1, 2:1, 3:9,
4:1, 4:3, 4:6, 4:12,
4:14, 5:12, 5:19, 6:1,
6:7, 6:10, 6:15, 6:21,
6:22, 7:1, 7:4, 7:6,
8:6, 8:19, 8:20, 9:22,
10:9, 10:15, 10:19,
10:21, 11:5, 11:7,

11:9, 11:18, 11:24,
12:6, 12:10, 12:15,
12:23, 13:3, 13:6,
13:9, 13:12, 13:16,
13:20, 13:22, 13:25,
14:6, 14:19, 14:22,
15:1, 15:4, 15:10,
15:19, 16:3, 16:7,
16:11, 16:15, 16:18,
16:22, 17:7, 17:11,
17:13, 17:16, 17:19,
17:21, 17:23, 18:1,
19:18, 19:20, 19:22,
19:25, 20:7, 20:9,
20:11, 20:14, 20:17,
20:20, 20:22, 20:25,
21:6, 21:13, 21:17,
21:20, 21:23, 22:2,
22:4, 22:6, 22:8,
22:11, 22:17, 22:20,
23:11, 23:15, 23:18,
23:22, 23:25, 24:3,
24:6, 24:10, 24:15,
26:4, 26:6, 26:10,
26:12, 26:15, 26:20,
26:22, 26:24, 27:3,
27:7, 27:24, 28:1,
28:3, 28:6, 28:14,
28:19, 28:22, 29:3,
29:17, 30:6, 30:15,
30:21, 31:2, 31:7,
31:10, 31:15, 32:4,
32:10, 32:12, 32:18,
32:20, 32:22, 32:23,
33:6, 33:7, 33:11,
33:20, 33:25, 34:4,
34:8, 34:17, 34:21,
34:24, 35:3, 35:8,
35:12, 35:15, 35:20,
36:2, 36:7, 36:9,
36:13, 36:16, 36:18,
36:24, 37:3, 37:6,
37:8, 37:11, 37:15,
37:21, 37:24, 38:4,
38:8, 38:13, 38:16,
38:20, 38:22, 39:1,
39:3, 39:8, 39:11,
39:22, 39:25, 40:2,
40:4, 40:16, 40:19,
40:23, 41:2, 41:9,
41:12, 41:18, 41:21,
41:23, 41:25, 42:5,
42:13, 42:17, 42:23,
43:7, 43:12, 43:15,
43:23, 44:1, 44:5,
44:11, 44:15, 44:18,
44:21, 45:2, 45:10,
45:13, 45:17, 45:21,
45:24, 46:1, 46:3,
46:7, 46:9, 46:12,
46:20, 46:23, 47:5,

29

47:9, 47:12, 47:15,
48:3, 48:11, 48:15,
48:18, 48:22, 48:25,
49:4, 49:7, 49:11,
49:13, 49:22, 49:24,
50:2, 50:5, 50:15,
50:18, 50:22, 50:25,
51:2, 51:5, 51:8, 51:9,
51:12, 51:15, 51:18,
51:22, 52:4, 52:14,
52:18, 52:22, 52:25,
53:2, 53:7, 53:12,
53:15, 53:24, 54:3,
54:7, 54:15, 54:17,
54:19, 54:21, 55:1,
55:4, 55:12, 55:20,
56:2, 56:8, 56:12,
56:18, 56:21, 57:1,
57:3, 57:5, 57:8,
57:10, 57:19, 57:21,
58:21, 59:10, 59:11,
59:12, 59:13, 59:17,
60:1, 60:8, 60:10,
60:11, 60:12, 60:13,
60:14, 60:23, 61:1,
61:4, 61:11, 73:2,
73:6, 73:9, 73:15,
74:4, 74:7, 75:14,
75:18, 75:20, 75:24,
77:22, 77:25, 86:7,
100:20, 100:23,
129:18, 130:5,
130:15, 130:25,
132:9, 132:25, 133:4,
133:7, 133:10,
133:11, 133:23,
134:1, 134:3, 134:25,
135:2, 135:3, 135:5,
135:6, 159:18,
159:21, 159:25,
177:13, 177:15,
177:19, 195:13,
196:5, 196:10,
196:15, 196:19,
196:22, 196:25
**Theater** [1] - 44:12
**themselves** [2] -
51:6, 94:22
**theories** [1] - 70:24
**theory** [1] - 70:13
**Thera** [4] - 19:19,
22:21, 38:17, 60:15
**therapist** [6] - 22:1,
38:9, 38:12, 39:1,
39:2, 39:3
**therapy** [3] - 22:3,
22:4, 103:5
**thereabouts** [1] -
152:19
**thereafter** [2] - 14:9,

67:24
**thereby** [1] - 70:10
**therefore** [3] - 63:2,
124:20, 185:13
**Thereupon** [29] -
33:4, 35:10, 35:13,
36:11, 36:14, 38:6,
38:18, 39:6, 39:9,
40:25, 41:10, 43:13,
44:3, 45:19, 45:22,
47:10, 47:13, 48:13,
48:16, 49:2, 49:5,
49:25, 50:3, 51:3,
51:10, 51:20, 52:16,
54:5, 74:2
**they've** [9] - 32:12,
32:14, 74:25, 75:3,
78:5, 80:12, 93:13,
96:19, 118:18
**thin** [1] - 33:23
**third** [6] - 60:19,
67:22, 116:5, 137:11,
146:9, 155:16
**Thomas** [1] - 25:11
**thoroughly** [3] -
32:13, 115:16, 116:2
**thoughts** [1] - 175:7
**thousands** [1] -
11:13
**threatening** [1] -
82:21
**three** [17] - 6:3, 14:3,
45:6, 52:2, 69:9,
70:11, 70:21, 81:24,
99:15, 103:24,
110:20, 112:9,
126:23, 157:24,
182:8, 192:7, 193:7
**three-page** [1] -
182:8
**throughout** [7] -
9:21, 105:10, 106:24,
107:6, 112:7, 129:13,
135:20
**throw** [1] - 42:15
**throwing** [2] - 184:7,
192:14
**ties** [1] - 85:11
**tight** [1] - 14:17
**tightening** [1] -
85:23
**timelines** [1] - 97:12
**timely** [3] - 139:1,
141:11, 143:15
**timing** [3] - 5:24,
185:17, 185:20
**Timm** [1] - 25:6
**tiny** [1] - 88:22
**tissue** [37] - 83:8,
84:16, 85:22, 86:2,

88:18, 92:6, 95:6,
95:24, 98:3, 98:4,
99:6, 99:8, 109:11,
109:20, 109:21,
109:22, 111:6, 111:7,
111:24, 112:25,
113:21, 119:4,
119:10, 119:12,
119:13, 119:14,
119:15, 119:16,
119:18, 122:12,
122:13, 124:4, 124:7,
179:12, 179:19
**tissues** [6] - 82:2,
82:4, 84:14, 94:19,
94:22, 122:10
**title** [2] - 148:16,
161:22
**today** [11] - 5:18,
7:10, 9:9, 9:10, 10:5,
17:7, 73:20, 78:24,
117:7, 117:10, 152:12
**Todd** [1] - 25:17
**together** [11] - 79:2,
81:24, 82:13, 89:19,
96:8, 102:18, 109:12,
127:4, 172:25, 173:7,
180:14
**tomorrow** [2] -
196:1, 196:23
**tonight** [1] - 64:3
**took** [9] - 16:9,
99:17, 129:4, 129:5,
132:1, 158:8, 158:9,
163:13, 192:4
**tool** [3] - 63:19,
141:1, 141:5
**tools** [2] - 64:10,
64:11, 141:22
**tooth** [1] - 13:19
**top** [14] - 81:25, 82:2,
83:22, 91:19, 92:14,
121:2, 144:6, 144:10,
145:18, 147:13,
148:21, 153:2,
154:25, 190:4
**topic** [1] - 151:22
**tore** [1] - 37:19
**totally** [1] - 40:13
**touch** [1] - 123:14
**touched** [1] - 114:1
**tough** [1] - 22:12
**towards** [1] - 161:17
**track** [2] - 39:19,
187:11
**trade** [2] - 142:4,
164:22
**traffic** [1] - 195:18
**train** [4] - 7:18,
141:10, 157:13,

172:23
**trained** [2] - 157:10,
157:11
**training** [22] - 21:13,
21:14, 26:3, 26:6,
42:1, 102:22, 103:16,
141:18, 153:16,
153:20, 155:22,
156:23, 157:10,
164:23, 164:24,
167:7, 167:8, 167:9,
168:8, 172:21, 192:24
**transcription** [1] -
197:7
**translation** [1] -
75:10
**translator** [2] - 75:7,
75:21
**translators** [2] -
77:19, 78:4
**transobturator** [1] -
187:19
**transvaginal** [3] -
120:3, 152:13, 192:14
**transvaginally** [1] -
152:5
**traumatized** [1] -
10:25
**treat** [23] - 7:13, 19:4,
62:21, 65:22, 78:15,
86:19, 98:2, 101:9,
101:13, 102:23,
105:24, 106:8,
106:12, 113:17,
117:24, 118:1,
118:20, 120:1, 120:4,
120:12, 120:13,
131:9, 134:8
**treated** [4] - 86:4,
94:2, 98:12, 98:20
**treaters** [1] - 98:19
**treating** [2] - 117:22,
128:17
**treatment** [46] -
23:13, 33:13, 51:16,
101:12, 102:3, 102:4,
102:5, 102:6, 102:7,
102:8, 102:10,
102:11, 102:12,
102:23, 103:1, 103:3,
104:2, 105:11,
105:12, 105:23,
109:4, 110:10, 113:4,
113:6, 113:16,
113:18, 118:5, 119:5,
119:19, 119:25,
120:2, 120:6, 126:17,
126:24, 127:1, 127:2,
127:5, 127:18, 128:1,
128:10, 128:15,

129:1, 129:3, 129:7,
129:8, 130:21
**treatments** [1] -
101:9
**trends** [1] - 173:1
**Trepeta** [1] - 25:4
**TRIAL** [1] - 1:10
**trial** [46] - 4:9, 4:10,
4:12, 4:13, 5:21, 6:13,
9:9, 9:10, 9:14, 14:10,
29:10, 30:10, 58:23,
61:14, 61:15, 61:20,
62:23, 62:25, 63:10,
65:1, 65:15, 65:16,
65:19, 68:13, 72:16,
72:17, 74:12, 75:5,
93:25, 94:5, 94:9,
94:10, 96:9, 97:21,
98:9, 100:13, 106:24,
110:19, 113:2,
158:22, 158:25,
159:2, 159:6, 171:23,
195:5, 195:10
**trials** [6] - 93:16,
93:19, 131:20,
159:15, 176:6, 176:13
**tried** [3] - 65:23,
98:17, 141:10
**tries** [1] - 71:21
**trim** [3] - 121:16,
121:20, 121:24
**trimmed** [2] - 122:4,
122:5
**Tripp** [1] - 26:11
**Trocar** [1] - 192:13
**trocar** [2] - 123:19,
169:2
**Trocars** [1] - 192:15
**trocars** [9] - 122:22,
122:24, 123:2, 123:6,
169:3, 173:11,
173:13, 173:21
**trouble** [2] - 43:21,
56:24
**true** [11] - 40:15,
62:11, 62:13, 66:23,
95:1, 136:10, 141:14,
144:22, 181:10
**truly** [1] - 167:5
**trust** [5] - 100:4,
100:15, 146:1, 146:4,
146:5
**trusting** [1] - 145:18
**truth** [1] - 115:8
**try** [8] - 29:15, 45:8,
72:15, 74:10, 119:16,
133:12, 135:8, 151:3
**trying** [7] - 7:10,
31:13, 87:13, 129:8,
132:19, 151:5, 166:20

**tube** [1] - 86:14
**Tuesday** [1] - 9:15
**Tuozzo** [2] - 12:24, 60:22
**turn** [7] - 11:14, 31:14, 71:15, 72:8, 113:19, 167:21, 172:13
**turned** [1] - 194:24
**turns** [1] - 84:19
**TV** [4] - 34:23, 35:7, 71:15, 99:21
**Tweet** [2] - 59:3, 129:22
**Twelfth** [2] - 2:14, 197:12
**twenty** [1] - 6:8
**twice** [3] - 43:22, 143:21, 143:22
**Twitter** [3] - 59:3, 64:15, 129:22
**two** [42] - 6:5, 7:23, 8:21, 12:14, 14:18, 14:21, 15:12, 15:14, 31:3, 35:22, 36:23, 45:16, 55:24, 56:19, 58:9, 67:19, 69:6, 70:4, 70:10, 70:21, 80:22, 81:3, 82:4, 85:23, 97:10, 103:24, 107:19, 107:22, 114:20, 117:5, 117:12, 130:7, 130:9, 137:2, 157:16, 157:21, 157:24, 160:6, 162:6, 165:2, 187:18
**type** [12] - 33:16, 35:24, 39:24, 48:22, 79:23, 86:18, 86:19, 86:20, 89:24, 90:1, 106:6, 122:7
**types** [5] - 105:23, 112:10, 140:8, 141:22, 165:2
**typically** [2] - 153:13, 167:4
**typo** [1] - 38:15

## U

**ultimately** [2] - 116:17, 168:9
**unable** [1] - 29:8
**uncle** [2] - 35:18, 36:2
**uncomfortable** [1] - 83:20
**uncontested** [1] -

88:11
**uncovering** [2] - 165:25, 166:23
**under** [11] - 8:10, 11:3, 69:23, 69:25, 70:2, 76:13, 163:13, 172:4, 172:6, 177:5, 177:6
**underneath** [3] - 86:14, 86:17, 144:23
**understood** [4] - 97:3, 105:13, 128:9, 128:15
**underwent** [2] - 35:24, 163:1
**undisputed** [1] - 127:25
**unduly** [2] - 49:17, 49:18
**unfavorable** [1] - 116:11
**unfortunately** [3] - 92:6, 104:15, 127:22
**unique** [4] - 76:20, 76:21, 81:8, 92:10
**united** [1] - 2:13
**United** [3] - 7:8, 108:22, 197:12
**UNITED** [2] - 1:1, 1:11
**University** [3] - 160:5, 160:8, 160:23
**unless** [2] - 82:5, 89:13, 118:8
**unlike** [1] - 59:4
**unmet** [13] - 165:24, 166:1, 166:7, 166:9, 166:23, 167:6, 168:6, 168:14, 168:17, 168:24, 169:23, 172:14, 174:13
**unpleasant** [1] - 98:13
**unreasonably** [7] - 19:7, 48:8, 67:22, 68:13, 68:20, 69:7, 92:23
**unselected** [1] - 61:8
**up** [59] - 4:15, 5:8, 5:17, 5:21, 5:22, 5:24, 6:14, 8:22, 10:25, 11:3, 12:5, 12:21, 14:4, 14:21, 14:22, 14:24, 14:25, 26:6, 27:21, 48:7, 54:8, 59:17, 61:11, 65:12, 67:24, 71:24, 73:21, 75:22, 78:11, 82:12, 82:16, 83:8, 83:11, 99:23, 108:21,

108:23, 110:24, 112:2, 114:17, 118:16, 123:8, 128:22, 130:6, 134:24, 137:17, 138:1, 139:7, 139:10, 143:18, 151:4, 160:4, 162:9, 164:2, 167:1, 170:12, 172:20, 178:9, 195:14, 196:5
**up-to-date** [2] - 139:7, 139:10
**updated** [1] - 140:18
**updates** [1] - 30:11
**Uphold** [4] - 168:16, 171:16, 173:9, 174:11
**upset** [2] - 65:9, 158:8
**ureter** [1] - 162:10
**ureteral** [2] - 162:14, 164:9
**urethra** [6] - 86:14, 86:17, 86:20, 86:21, 110:16, 124:6
**urethral** [2] - 87:25, 195:5
**urge** [1] - 5:16
**Uribe** [1] - 60:10
**urinary** [13] - 86:6, 86:10, 86:11, 86:23, 90:19, 95:25, 102:1, 114:16, 131:9, 131:13, 163:17, 171:25, 173:17
**urinate** [1] - 81:20
**urine** [2] - 81:19, 86:14
**Urological** [1] - 153:12
**urology** [23] - 136:18, 136:20, 137:17, 138:25, 148:8, 148:13, 162:2, 162:7, 162:19, 162:22, 162:24, 163:6, 163:9, 163:14, 163:20, 163:23, 164:2, 164:5, 174:12, 176:2, 176:21, 177:21, 178:5
**urology-women's** [1] - 176:21
**US** [1] - 190:13
**user** [5] - 67:22, 68:14, 69:7, 192:24
**uses** [3] - 105:14, 119:2, 141:2
**uterine** [10] - 111:10, 111:11, 112:4, 126:23, 127:10,

127:11, 127:14, 127:16, 163:18, 163:25
**uterus** [10] - 81:16, 82:14, 109:11, 110:15, 110:21, 111:11, 111:12, 111:14, 111:18, 112:4

## V

**vagina** [33] - 81:16, 82:1, 82:6, 82:7, 82:15, 83:17, 83:22, 83:23, 84:1, 84:2, 86:13, 91:24, 91:25, 92:15, 109:19, 110:4, 110:16, 110:25, 111:8, 111:11, 111:15, 111:19, 111:21, 112:5, 112:13, 112:18, 112:24, 112:25, 113:22, 118:15, 118:16, 123:14
**vaginal** [18] - 19:14, 39:24, 98:4, 101:25, 108:18, 109:20, 109:21, 112:15, 112:16, 112:19, 113:9, 113:21, 119:21, 119:24, 124:6, 125:17, 142:17
**Valdes** [5] - 23:1, 24:12, 33:2, 33:7, 60:4
**value** [2] - 130:23, 168:7
**valued** [1] - 168:12
**variability** [1] - 126:6
**variety** [2] - 116:6, 161:13
**various** [9] - 94:17, 103:1, 121:10, 126:11, 127:19, 136:1, 142:4, 159:10, 178:19
**verdict** [11] - 29:9, 29:19, 58:24, 62:5, 62:18, 64:2, 66:2, 75:4, 108:1, 129:11, 129:12
**versed** [1] - 171:22
**version** [1] - 167:13
**versus** [10] - 4:2, 7:5, 103:3, 122:16, 126:13, 163:20, 189:1, 190:18, 190:20, 191:8
**Veterans** [1] - 9:14

**Vialle** [1] - 25:18
**vice** [19] - 30:17, 31:4, 31:8, 79:3, 136:12, 136:16, 136:19, 136:23, 137:18, 137:24, 148:8, 149:7, 160:14, 162:1, 162:7, 163:8, 163:13, 164:1, 176:1
**Vickery** [1] - 18:16
**victim** [1] - 26:1
**video** [5] - 99:21, 101:1, 133:22, 134:1, 196:13
**videos** [1] - 134:23
**videotape** [1] - 134:6
**Videotaped** [2] - 3:10, 3:11
**view** [1] - 40:14
**views** [1] - 28:12
**vigilant** [1] - 137:21
**violation** [3] - 12:8, 64:20, 80:2
**VIPs** [1] - 7:13
**Virginia** [2] - 24:24, 65:7
**vitally** [1] - 109:5
**Vladimir** [1] - 24:25
**voice** [4] - 142:5, 166:3, 166:4
**void** [1] - 96:1
**voiding** [1] - 95:24
**voir** [6] - 4:22, 7:20, 7:23, 8:4, 8:12, 30:7
**voluntarily** [1] - 158:3
**vote** [3] - 45:10, 45:13, 45:15
**VP** [2] - 133:20, 152:20
**vs** [1] - 1:6

## W

**wait** [3] - 27:8, 27:20, 107:23
**waiting** [1] - 51:7
**Walgreens** [2] - 76:23, 95:18
**wall** [2] - 112:15, 169:11
**Wallace** [5] - 10:13, 10:22, 37:3, 37:6, 60:2
**walls** [2] - 85:24, 170:20
**Walmsley** [1] - 25:3
**Walsh** [1] - 25:18
**wants** [2] - 6:11,

82:22

**warn** [7] - 67:6, 68:16, 68:22, 69:1, 70:17, 70:22

**warned** [1] - 105:7

**warning** [15] - 68:24, 69:11, 69:15, 88:1, 88:10, 88:11, 88:24, 88:25, 96:12, 109:25, 110:11, 113:11, 124:8, 124:22, 124:25

**warnings** [16] - 19:9, 63:5, 68:19, 68:20, 69:4, 69:6, 69:9, 70:15, 70:20, 77:7, 101:15, 105:4, 105:5, 121:10, 124:4, 129:14

**warranted** [1] - 90:6

**waste** [1] - 7:17

**watch** [5] - 71:7, 71:16, 71:19, 129:24, 195:22

**watching** [2] - 72:4, 99:21

**water** [1] - 72:20

**wave** [5] - 106:23

**ways** [5] - 55:18, 70:4, 93:7, 140:23, 141:3

**weak** [4] - 119:14, 119:15, 119:16

**weaken** [1] - 109:13

**weakened** [3] - 110:23, 112:15, 122:11

**weakening** [1] - 109:8

**weather** [1] - 14:5

**weave** [1] - 90:22

**website** [1] - 64:15

**websites** [1] - 63:18

**week** [6] - 9:21, 12:3, 12:5, 12:14, 30:14

**weekend** [1] - 65:7

**weeks** [2] - 45:6, 107:7

**weigh** [3] - 36:3, 47:17, 66:1

**weight** [3] - 107:12, 134:10, 134:11

**weighted** [1] - 138:11

**welcome** [2] - 38:5, 51:19

**well-known** [1] - 128:11

**West** [2] - 1:22, 65:7

**who've** [1] - 40:5

**whole** [10] - 27:21, 53:10, 54:18, 56:14,

94:11, 101:18, 117:24, 145:5, 162:24, 169:12

**wide** [1] - 116:6

**widgets** [1] - 142:16

**wife** [8] - 10:2, 10:6, 23:24, 39:18, 39:25, 40:5, 40:16, 54:23

**wife's** [1] - 40:11

**William** [11] - 9:19, 19:17, 22:22, 23:1, 24:12, 25:7, 33:2, 39:8, 54:16, 60:1, 60:4

**win** [1] - 168:3

**Winn** [1] - 25:6

**winning** [7] - 150:4, 150:16, 151:21, 167:22, 167:23, 168:3, 168:10

**wires** [2] - 162:14, 164:9

**wiring** [2] - 24:5, 35:23

**wish** [1] - 30:7

**witness** [6] - 26:1, 128:6, 133:17, 134:10, 159:18, 177:16

**WITNESSES** [1] - 3:9

**witnesses** [13] - 27:18, 30:8, 62:8, 72:4, 75:1, 76:11, 78:8, 81:5, 99:19, 125:6, 125:10, 125:25, 128:3

**woman** [7] - 83:20, 85:23, 97:11, 99:14, 108:18, 118:15, 140:4

**woman's** [11] - 81:14, 106:6, 109:9, 109:16, 111:12, 113:22, 118:24, 122:25, 123:14, 128:25

**women** [56] - 17:5, 19:5, 65:17, 68:25, 76:6, 77:13, 81:8, 81:10, 81:23, 81:24, 82:9, 82:21, 92:12, 92:18, 94:2, 94:23, 94:24, 95:10, 96:2, 96:18, 96:21, 97:5, 97:15, 98:21, 100:9, 100:10, 101:6, 101:10, 101:23, 101:24, 102:3, 102:14, 104:15, 105:7, 108:19, 108:21, 108:23,

109:4, 112:9, 112:20, 112:23, 117:21, 118:6, 118:11, 118:17, 125:23, 126:22, 126:23, 127:17, 127:18, 127:22, 140:11, 140:15, 180:20

**Women's** [1] - 117:20

**women's** [26] - 117:22, 136:20, 137:18, 139:11, 148:8, 148:13, 162:5, 162:22, 163:9, 163:16, 163:20, 163:24, 164:2, 164:10, 165:10, 165:13, 175:24, 175:25, 176:17, 176:20, 176:21, 176:22, 177:21, 178:16, 178:21, 180:17

**wondered** [1] - 115:12

**wonderful** [1] - 135:7

**word** [2] - 144:12, 187:24

**words** [5] - 27:20, 59:4, 62:23, 181:20, 188:1

**workout** [1] - 24:2

**workplace** [1] - 144:7

**works** [8] - 18:15, 18:17, 18:19, 18:22, 37:4, 120:1, 121:19, 135:8

**Workshop** [1] - 44:12

**world** [1] - 84:8

**worldwide** [9] - 136:16, 136:19, 148:8, 149:8, 162:2, 162:20, 163:8, 190:12

**worry** [2] - 63:11, 63:13

**worse** [1] - 113:5

**Worthington** [1] - 1:21

**wounds** [1] - 124:6

**woven** [3] - 83:25, 84:16, 88:22

**wrap** [1] - 12:5

**wreck** [1] - 63:12

**write** [3] - 8:23, 30:8, 175:2

**writing** [1] - 134:6

## X

**Xenform** [2] - 180:25, 181:1

**xenograft** [3] - 80:20, 81:1, 182:20

## Y

**Yacout** [1] - 25:7

**Yaolen** [2] - 26:8, 60:1

**year** [11] - 12:22, 41:24, 97:20, 108:22, 151:5, 153:14, 168:2, 173:6, 173:7, 184:25, 185:1

**year-old** [1] - 12:22

**yearly** [1] - 143:23

**years** [40] - 11:7, 36:23, 46:25, 82:9, 86:3, 97:10, 103:14, 103:16, 104:19, 105:18, 106:9, 114:8, 114:11, 114:13, 114:14, 114:20, 114:23, 115:14, 117:3, 119:10, 120:5, 120:21, 122:19, 123:11, 125:15, 129:4, 134:21, 135:17, 137:6, 152:12, 157:21, 160:6, 160:7, 161:11, 172:12, 187:18, 193:8

**yellow** [1] - 72:2

**yesterday** [2] - 16:13, 176:4

**York** [1] - 12:19

**young** [3] - 79:3, 97:9, 97:11

**yourself** [1] - 160:2

**yourselves** [5] - 59:1, 71:6, 72:6, 73:24, 129:21

**YouTube** [1] - 64:17

## Z

**Zakrzewski** [1] - 25:16