# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

AMAL EGHNAYEM, et al.,

        Plaintiffs,

v.                                  CIVIL ACTION NO.   1:14-cv-024061

BOSTON SCIENTIFIC CORPORATION,

        Defendant.

## JUDGMENT ORDER

This consolidated case was tried to a jury from November 3, 2014, through November 13, 2014. In accordance with the jury verdicts returned and the memorandum opinion and order entered on March 17, 2016, in the above-styled consolidated civil action, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Amal Eghnayem recover from defendant Boston Scientific Corporation ("BSC") the sum of $6,722,222.00 in compensatory damages, with costs and interest against BSC as allowed by law;

2. Plaintiff Margarita Dotres recover from defendant Boston Scientific Corporation ("BSC") the sum of $6,766,666.00 in compensatory damages, with costs and interest against BSC as allowed by law;

3. Plaintiff Juana Betancourt recover from defendant Boston Scientific Corporation ("BSC") the sum of $6,722,222.00 in compensatory damages, with costs and interest against BSC as allowed by law; and

4. Plaintiff Mania Nunez recover from defendant Boston Scientific Corporation ("BSC") the sum of $6,533,333.00 in compensatory damages, with costs and interest against BSC as allowed by law.

It is further **ORDERED** that this action be dismissed with prejudice and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to all counsel of record.

Enter: March 18, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE